IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GARFIELD COUNTY, UTAH, a Utah political subdivision; KANE COUNTY, UTAH, a Utah political subdivision; and THE STATE OF UTAH, by and through its Governor, SPENCER J. COX, and its Attorney General, SEAN D. REYES;<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; DEBRA A. HAALAND, in her official capacity as Secretary of Interior; DEPARTMENT OF THE INTERIOR; TRACY STONE-MANNING, in her official capacity as Director of the Bureau of Land Management; BUREAU OF LAND MANAGEMENT; THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; DEPARTMENT OF AGRICULTURE; RANDY MOORE, in his official capacity as Chief of the United States Forest Service; and FOREST SERVICE,<br><br>Defendants. | **ORDER GRANTING UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Case No. 4:22-cv-00059-DN<br><br>District Judge David Nuffer |

Based on Defendants' Unopposed Motion for 30-Day Extension of Time to Respond to Complaint ("Motion")[1], and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED. Defendants shall have 30 additional days to respond to Plaintiffs' Complaint beyond the default 60 days under Fed. R. Civ. P. 12(a)(2).

---

[1] Docket no. 21, filed October 31, 2022.

Signed November 3, 2022.

                                                BY THE COURT:

                                                _____

                                                David Nuffer
                                                United States District Judge