Archaeological Intervenors' Motion to Intervene
Case No. 4:22-cv-0059-DN

# EXHIBIT 10

# DEEP ROOTS

## A 10,000-Year Indigenous History of the
## Grand Staircase-Escalante National Monument



By Jerry D. Spangler & Matthew K. Zweifel



Utah Bureau of Land Management
Cultural Resource Series No. 30

Grand Staircase-Escalante National Monument
Special Publication No. 5



# DEEP ROOTS

**A 10,000-Year Indigenous History
of the Grand Staircase-Escalante National Monument**

Deep Roots:

A 10,000-Year Indigenous History of the
Grand Staircase-Escalante National Monument

By

Jerry D. Spangler

and Matthew K. Zweifel

2021

Utah Bureau of Land Management Cultural Resources Series No. 30
Grand Staircase-Escalante National Monument Special Publication No. 5

This work is dedicated to our fathers,
who were always fascinated by what we do, but who never
got the chance to read this volume:

Emery Emerson Spangler (1939 to 2021)

Dr. Richard G. Zweifel (1926 to 2019)

# Acknowledgments

The following volume involved reviewing and digesting literally hundreds of archaeological reports, theses and dissertations, monographs, and books, and then condensing complex concepts into only a few paragraphs. This difficult (and sometimes impossible) task was greatly facilitated by more than a dozen archaeologists who willingly reviewed drafts, offered polite corrections and different perspectives, contributed unpublished data, and shared copies of long-forgotten reports we had once thought to be lost. We offer our gratitude to Joel C. Janetski, Richard K. Talbot, and James Allison, all of Brigham Young University; paleoenvironmental specialist Rob D'Andrea; Connie Reid of the Kaibab National Forest; Lori Hunsaker, at the time with the St. George Field Office (BLM); Sarah Page with the Arizona Strip Field Office (BLM); Heidi Roberts of HRA Inc. in Las Vegas; Jennifer Dierker with Grand Canyon National Park; retired BLM archaeologists Doug McFadden and Gardiner Dalley; Phil Geib at the University of Nebraska, Karen Harry at University of Nevada-Las Vegas; Kelly Beck with SWCA Environmental, and Peter Yaworsky, Kenneth Blake Vernon, and Brian Codding at the University of Utah. We also acknowledge the efforts of Nathan Thomas at the Utah State Office and Valerie Russell, the new archaeologist at Grand Staircase-Escalante National Monument, for pushing this manuscript toward publication in time for the 25th anniversary of the Monument. Special thanks are also in order for our technical editors Jame M. Aton, James Thalman, and Donna Kemp Spangler. All mistakes and misinterpretations of the data are ours alone.

# Preface

No one knows what the Ancient Americans of southern Utah called themselves. Most likely it was some variation on the term "The People." Many different names have been ascribed to the Ancients by modern groups, and some of those names are now deemed inappropriate or offensive to those who trace their ancestry to the Ancients. We prefer the term Hisat'sinom, a Hopi word meaning ancient people or those who came before. In the Hopi view, the Hisat'sinom are not distinguished on the basis of ethnicity, language, or cultural practices. All who came before are Hisat'sinom. We find this all-encompassing term quite appropriate, but perhaps a bit cumbersome to the average reader. By necessity, we use a number of different names in the following chapters — Archaic, Fremont, Ancestral Puebloan, Ancestral Paiute — as literary shorthand for many different groups who occupied the Monument over ten millennia.

Archaeologists still cannot agree, for the most part, who the Ancients were, when and where they came from, and where they went, if they went anywhere at all. In the following chapters, the Hisat'sinom of Grand Staircase-Escalante National Monument are discussed from the perspective of various archaeological and ethnographic perspectives offered by researchers over the past 150 years. In effect, this publication is a history of previous archaeological research. It is also inherently biased. The thoughts, ideas, and theories offered over the years have come from Euro-American researchers, most of whom gave little thought to what the modern descendants might have to say about their conclusions and interpretations. This entrenched ethnocentrism is slowly eroding due to federal laws mandating greater tribal consultation and involvement, as well as a handful of archaeologists who have actively engaged the tribes during the course of their research.

Tribal perspectives are extremely rare in any of the reports synthesized in this overview, and hence they are sorely lacking in the following discussions. But as more archaeologists embrace the wisdom and oral traditions of indigenous groups, chances are that tribal voices will ring more prominently in future publications than they do in this one.

# Table of Contents

**Chapter 1**

Making Sense of the Past: An Overview ................................................... 1
    Location and Setting ................................................... 4
    Environmental Context ................................................... 9
    Archaeologists on the Monument ................................................... 12
        The First Archaeologists ................................................... 14
        The Glen Canyon Project ................................................... 18
        CRM Archaeology ................................................... 22
    Organizational Context ................................................... 23

**Chapter 2**

Ice Age Hunters of the High Plateaus (10,000 to 8000 BC) ................................................... 29
    Paleo-Indian or Paleo-Archaic ................................................... 29
    Climate Change ................................................... 32
    The Paleo Diet ................................................... 35
    Complexes and Categories ................................................... 37
        Clovis Complex ................................................... 37
        Folsom Complex ................................................... 39
        Plano Complex ................................................... 41
        Western Stemmed Tradition ................................................... 42
    Summary ................................................... 46

**Chapter 3**

The Archaic Foragers (8000 to 1000 BC) ................................................... 49
    Theoretical Context ................................................... 52
    Recognizing the Foragers ................................................... 54
    A Time of Plenty: The Early Holocene ................................................... 55
        Regional Perspectives ................................................... 57
        GSENM Perspectives ................................................... 60
        Pinto Series Points ................................................... 64
        The Elko Problem ................................................... 65
        Lanceolate Points ................................................... 67
        Organizing the Evidence ................................................... 69
        Early Holocene Summary ................................................... 69
    Responding to Drought: The Middle Holocene ................................................... 70
        Regional Perspectives ................................................... 74
        GSENM Perspectives ................................................... 75
        Changing Tools, Changing Preferences ................................................... 79
        Organizing the Evidence ................................................... 81
    Better Climates, More People: Transitioning to the Late Holocene ................................................... 84
        Regional Perspectives ................................................... 87
        GSENM Perspectives ................................................... 89
        Late Archaic Points ................................................... 92
        Organizing the Evidence ................................................... 94
        Totems and Iconography ................................................... 96
        Late Archaic Summary ................................................... 98

## Chapter 4

Transitioning to the Formative: 1000 BC to AD 500 ........................................ 101
  What Do We Call Them? ........................................ 104
  The Earliest Farmers ........................................ 107
    Basketmaker II Farmers ........................................ 108
    Grand Staircase Foragers ........................................ 113
    Foraging and Farming Along the Escalante River ........................................ 115
    Foraging on the Kaiparowits Plateau ........................................ 122
  Shelter from the Storms ........................................ 124
    Basketmaker II Pithouses ........................................ 125
    Brush Houses of the Escalante River ........................................ 134
  Buffering Uncertainty: Food Storage Strategies ........................................ 137
    Grand Staircase Storage ........................................ 137
    Escalante River Storage ........................................ 142
  Atlatls and Arrows: Changing Technologies ........................................ 145
  Death in the Grand Staircase ........................................ 148
  Basketmaker II Imagery ........................................ 152
  General Summary ........................................ 155

## Chapter 5

The Fremont Complex: AD 500 to 1300 ........................................ 159
  The Fremont in Historical Context ........................................ 162
  Variants and Phases ........................................ 164
  Pots and Beans: An Overview ........................................ 168
  The Fremont Database ........................................ 172
    Summer Camps ........................................ 172
    Lowland Field Camps ........................................ 176
    Upland Field Camps ........................................ 178
    Foraging Camps ........................................ 181
  Fremont Storage Sites ........................................ 184
    Storage Cists ........................................ 186
    Masonry Granaries ........................................ 190
    On-Site Storage ........................................ 193
  Fremont Residential Architecture ........................................ 195
    Valley Pithouses ........................................ 198
    Seasonal Residences ........................................ 202
  Fremont on the Fiftymile ........................................ 205
    Wide Hollow Phase ........................................ 207
    Fiftymile Mountain Phase ........................................ 210
    Futility of Farming the Fiftymile ........................................ 213
  Fremont Rock Images ........................................ 216
  General Summary ........................................ 219

## Chapter 6

Ancestral Puebloan Farmers: AD 500 to 1300 ........................................ 223
  Similar but Different: A Historical Perspective ........................................ 225
  Ceramics Semantics ........................................ 229
  Basketmaker III: AD 500 to 700 ........................................ 232
    Grand Staircase Basketmaker III ........................................ 233
    Regional Comparisons ........................................ 241
    Basketmaker III Iconography ........................................ 244

Pueblo I: AD 700 to 900 ................................................................ 247
    Grand Staircase Pueblo I ........................................................ 248
    Pueblo I Rock Imagery .......................................................... 256
    Regional Comparisons ........................................................... 257
Early Pueblo II: AD 900 to 1050 .................................................. 262
    Grand Staircase Early Pueblo II ........................................... 262
    Regional Comparisons ........................................................... 268
Late Pueblo II: AD 1050 to 1150 ................................................. 272
    The Chaco Phenomenon ....................................................... 273
    Grand Staircase Late Pueblo II ............................................. 275
    Fiftymile Mountain Phase ..................................................... 282
    Regional Comparisons ........................................................... 285
Pueblo III: AD 1150 to 1300 ....................................................... 289
    Grand Staircase Pueblo III ................................................... 290
    Regional Comparisons ........................................................... 294
General Summary ......................................................................... 301

**Chapter 7**

Ancestral Paiutes and the Late Prehistoric Period (AD 1300 to 1775) ................... 303
    Theoretical Context ............................................................... 305
        Language Indicators .......................................................... 306
        Displacement and Assimilation ....................................... 309
        Environmental Perspectives ............................................. 312
        Summary .......................................................................... 313
    Coexistence of Replacement? The Demise of Farming ................ 315
        Escalante River Basin ....................................................... 317
        Kaiparowits Plateau ......................................................... 319
        Grand Staircase ................................................................ 321
        Regional Comparisons ..................................................... 324
    Obsidian Markers ................................................................... 326
    Summary ................................................................................ 329
    GSENM Site Database .......................................................... 330
    Basketry ................................................................................. 331
    Brownware Ceramics .............................................................. 332
    Projectile Points ..................................................................... 334
    Other Indicators ..................................................................... 335
    Late Prehistoric Foraging Patterns ......................................... 337
    Historic Southern Paiute ........................................................ 341
        The Kaibab Band ............................................................. 341
        Kaiparowits Band ............................................................ 346
        Panguitch Band ............................................................... 349
        General Summary ............................................................ 353

**Chapter 8**

Monument Archaeology Past and Future ........................................ 357
    The Paleo-Archaic ................................................................. 358
    The Archaic ........................................................................... 360
    The Transitional Period ......................................................... 366
    The Fremont Complex ........................................................... 369
    Ancestral Puebloan Farmers ................................................... 371
    The Late Prehistoric .............................................................. 373
    Historical Perspective ............................................................ 376

References                          ....................................................................................  377

# The Chronometric Database

Table 2.1          Paleo-Archaic radiocarbon dates from North Creek Shelter          ..................  36

Table 3.1          Early Holocene radiocarbon dates from sites near GSENM          ..................  61
Table 3.2          Sites with Elko Series indicators within GSENM          ..................  67
Table 3.3          Middle Holocene radiocarbon dates from sites in and near GSENM          ......  77
Table 3.4          Late Archaic radiocarbon dates from sites in and near GSENM          ..................  90
Table 3.5          Relative complexity of hunter-gatherer camps during the Archaic          ......  95

Table 4.1          Basketmaker II radiocarbon dates from sites in or near the Grand Staircase          110
Table 4.2          Basketmaker II-age radiocarbon dates from Arizona Strip          ..................  114
Table 4.3          Early cultigen radiocarbon dates from the Escalante River area          ..................  116
Table 4.4          Early Agricultural-age radiocarbon dates from Escalante River foraging sites          119
Table 4.5          Early Agricultural-age radiocarbon dates from Kaiparowits Plateau sites          123
Table 4.6          Radiocarbon dates from Basketmaker II pithouses          ....................  127
Table 4.7          Radiocarbon dates from possible Basketmaker II residential sites          ..................  130
Table 4.8          Radiocarbon dates from earliest residences in Escalante River area          ......  135
Table 4.9          Basketmaker II radiocarbon dates from Grand Staircase storage features          ......  139
Table 4.10        Radiocarbon dates from earliest storage features in Escalante River area          ......  144

Table 5.1          Early Fremont radiocarbon dates associated with ceramics          ..................  170
Table 5.2          Radiocarbon dates from lower elevation Fremont campsites          ..................  174
Table 5.3          Radiocarbon dates from higher-elevation Fremont camp sites          ..................  179
Table 5.4          Radiocarbon dates from Fremont sites with storage cists          ..................  188
Table 5.5          Radiocarbon dates from Fremont sites with granaries          ..........................  191
Table 5.6          Radiocarbon dates from the Arrowhead Complex of Fremont sites          ......  196
Table 5.7          Radiocarbon dates from Fremont agricultural pithouses          ..........................  199
Table 5.8          Radiocarbon dates from Fremont seasonal pithouses          ..........................  203
Table 5.9          Wide Hollow Phase radiocarbon dates from the Kaiparowits Plateau          ......  208
Table 5.10        Fiftymile Mountain Phase radiocarbon dates from the Kaiparowits Plateau          211
Table 5.11        Tree-ring dates from the Kaiparowits Plateau          .......................................  212

Table 6.1          Early Basketmaker III radiocarbon dates from the Grand Staircase          ......  235
Table 6.2          Late Basketmaker III radiocarbon dates from the Grand Staircase          ......  237
Table 6.3          Basketmaker III radiocarbon dates from the Arizona Strip          ..................  243
Table 6.4          Pueblo I radiocarbon dates from the Grand Staircase area          ..................  250
Table 6.5          Pueblo I radiocarbon dates from the Arizona Strip          ..................  259
Table 6.6          Early Pueblo II radiocarbon dates from the Grand Staircase area          ..................  265
Table 6.7          Early Pueblo II radiocarbon dates from the Arizona Strip area          ..................  269
Table 6.8          Late Pueblo II radiocarbon dates from the Grand Staircase area          ..................  279
Table 6.9          Tree-ring dates from the Grand Staircase area          .......................................  280
Table 6.10        Late Pueblo II radiocarbon dates from the Arizona Strip area          ..................  286
Table 6.11        Pueblo III radiocarbon dates from the Grand Staircase area          ..................  292
Table 6.12        Pueblo III radiocarbon dates from the Arizona Strip area          ..................  296
Table 7.1          Late Prehistoric radiocarbon dates from the Escalante River area          ..................  318
Table 7.2          Late Prehistoric radiocarbon dates from the Kaiparowits Plateau          ..................  320

| Table 7.3 | Late Prehistoric radiocarbon dates from the Grand Staircase | ................. | 322 |
| Table 7.4 | Late Prehistoric radiocarbon dates from the Arizona Strip | ................. | 327 |
| Table 7.5 | Archaic-Late Prehistoric site complexity comparison | ................. | 341 |



**Paria River**



# Chapter 1

Paria River
Photo: Dan Bauer

# Making Sense of the Past:
# An Overview

Grand Staircase-Escalante National Monument (GSENM) is a desert landscape of deep sandstone canyons with ever-changing hues, seemingly limitless rolling hills carpeted with pinyons and junipers, arid badlands ripped and rent by erosion as thunderstorm runoffs work their way south to the Colorado River, and high plateaus standing as sentinels to discourage anything but temporary human trespass. It is a land that is brutally rugged and often impenetrable. It would seem to be both foreboding and forbidding to humans.

But looks can be deceiving. GSENM has actually been home to families for the past 12,000 years. In fact, there has rarely been a time since humans first arrived on the northern Colorado Plateau near the end of the last Ice Age that the region was not occupied. These earliest inhabitants proved remarkably adept at surviving, even thriving, in an inhospitable environment for thousands of years.

The earliest GSENM residents might have been deer hunters who returned time and again to a rockshelter just outside Escalante, beginning about 10,000 BC when local environments were changing rapidly from colder, wet conditions to warmer, drier ones. The last vestiges of the massive glaciers on the Aquarius Plateau were, at that time, sending waters cascading down North Creek to the Escalante River. The lush forests that had once graced the foothills began to give way to junipers and later pinyons, and entire plant and animal communities were reorganizing in response to increased aridity.

By about 8000 BC, the glaciers had vanished, and once-abundant wildlife had dispersed across the snow-free high plateaus. And humans did what humans have always done: They adapted. By necessity, they became more mobile, ranging farther and farther. They became increasingly dependent on wild plants — seeds, tubers, berries, nuts — and they devised stone tools to process them. They became increasingly reliant on small game, especially rabbits. They came to know the landscape intimately, harvesting early maturing grass seeds in the Colorado River lowlands in the late winter or early spring, then moving their camps to the benches as they followed the ripening plants

to ever higher elevations. By summer, they were on the high plateaus, which offered a cornucopia of deer and elk, fish and birds, berries and nuts, seeds and tubers. Autumn would have found them retreating downslope to harvest pinyon nuts and to ambush mule deer making their annual winter migrations. They most likely harvested and stored enough food for the dreary winter months ahead.

Archaeologists call these hunters and gatherers Archaic people, but no one knows what they called themselves. They probably operated as extended family units, although several families might have come together for communal rabbit drives and deer hunts. Some used stone tools identical to contemporaneous groups in the eastern Great Basin. Others used tools more akin to those found on the Great Plains, and a few might have come from south of the Colorado River, although swimming the river with children and elderly family members in tow would have been a daunting undertaking in those days. A continuous sequence of radiocarbon dates suggests the Archaic hunting and gathering way of life continued unabated and with few modifications over seven millennia.

Something happened about 1000 BC. Populations seem to have increased throughout the GSENM region, perhaps due to families fleeing droughts in the Great Basin. Another possibility is that families began to arrive from south of the Colorado — families who brought an entirely new way of life centered on maize (corn) farming. Recent evidence from the Jackson Flat area south of Kanab suggests the first farming might have occurred here between about 1300 and 800 BC, which is roughly a thousand years or so earlier than traditionally thought. By about AD 200, maize farming had become widespread, not only in the Kanab area but along the Escalante River corridor far to the east.

Farming requires a certain commitment to staying put to plant, water, and tend crops. And the earliest farmers of the Grand Staircase region took to a settled way of life early on. They constructed circular residences partially below ground that featured several standardized features: floor pits, central fire pits, robust roof support systems, and in some instances benches encircling the interior. They also constructed very large and elaborate food storage cists in nearby alcoves — pits that were also used to bury the dead. Some families might have coalesced into small hamlets, a harbinger of the larger villages that would come later. Archaeologists see a lot of similarities between these earliest farmers and contemporaneous groups of the Kayenta and San Juan River areas where they are referred to as Basketmaker II peoples.

The increased sedentism evident in the Grand Staircase has not yet been documented in the Escalante River region at such an early date. Maize farming was unquestionably being practiced by AD 200, but these might have been seasonal occupations where the farmers moved into an optimal area along the river in the spring and then returned to a winter residence after the fall harvest. Instead of formal pit houses, they lived the warmer months in the shade of alcoves and rockshelters near their fields, and perhaps temporary brush structures that have not withstood the ravages of time. The large number of granaries and slab-lined cists found along the Escalante River attests to the importance of cultivated foods at this time. Archaeologists believe these earliest farmers were ancestors of later farming groups collectively referred to as the Fremont Complex.

For about 800 years, beginning about AD 200, groups in the Grand Staircase and Escalante River areas maintained separate identities, suggesting well defined cultural boundaries between them. On the west, those of the Grand Staircase became

## Farming arrived in the Kanab area, perhaps introduced by San Pedro immigrants from the south, by around 1000 BC.

increasingly dependent on cultivated foods, with maize representing 80 percent or more of the diet. Pithouses became more formalized, and they were commonly attached to rows of storage cists. Clusters of residences hint at the emergence of village life and increased social complexity. Culture change through this period was marked by accretion of new traits rather than replacement of old patterns. Differences in painted ceramics and the shape of the pottery jar rims are often the only surface clues as to the age of these sites. These locally produced ceramics all have correlates to vessels found in the Kayenta region where they are assigned to the Basketmaker III, Pueblo I, and early Pueblo II periods of Ancestral Puebloan prehistory. They are also quite similar to ceramics found on the Arizona Strip, St. George Basin, and lower Virgin River-Moapa Valley area of southern Nevada.

This same ceramic tradition is largely absent in the Escalante River Basin to the east. Instead, a distinctive grayware with basalt tempering, called Emery Gray, was utilized by about AD 500, which is the defining characteristic of the beginning of the Fremont Complex. The ceramic evidence suggests the Fremont were socially and economically connected to other Fremont groups to the north and northwest. There is minimal evidence they interacted with their Ancestral Puebloan neighbors until sometime around AD 750.

The Fremont are traditionally thought to have been mobile farmers who continued to be proficient hunters and gatherers, although farming increased in importance over time. Pithouse architecture appeared in this region by about AD 750, and the interior features are strikingly similar to Ancestral Puebloan ones to the west with encircling benches, ramped lateral entryways, and various floor pits, some of them quite large. This might be evidence of increased social interaction or intermarriage between the two groups, resulting in more permeable cultural boundaries. As their ancestors had done in the centuries before, Fremont groups farmed along the Escalante River during the warm months and then returned to a winter residence, perhaps in the Wide Hollow area near Escalante. Some Fremont farmers might have moved into the Kaiparowits Plateau at this time, as evidenced by the large number of granaries there.

At about AD 1000 or 1050, the boundary between the two groups seems to have collapsed altogether. Ancestral Puebloan immigrants arrived in the Escalante River country, constructing large pueblos at Coombs Village and Lampstand and occupying former Fremont sites like Arrowhead Hill and Fremont territories like the Kaiparowits Plateau. It is not known whether they absorbed or assimilated the Fremont people already there, or whether the Fremont were pushed out of their homelands that had been theirs for 800 years or more.

Archaeologists continue to debate the source of this Ancestral Puebloan migration, with some arguing it can be found in the Kayenta region of northern Arizona and others arguing it was from the Grand Staircase, which received its own influx of Kayenta immigrants at the same time. It is quite evident that migrations were occurring throughout the region, and these disrupted long-held traditions. In the Grand Staircase, Kayenta immigrants might have remained only about 50 years before they either returned to their homelands or were absorbed by Virgin Branch populations. On the Kaiparowits Plateau, the ceramic evidence suggests a mix of Kayenta and Virgin Branch traits, but this occupation was likewise brief, probably only a hundred years or so. It might have lasted only somewhat longer in the upper Escalante River area.

**Ancestral Puebloan farmers successfully grew maize on Fiftymile Mountain at elevations between 7,000 and 7,500 feet — a remarkable feat not possible with today's arid climates.**

This period of time, referred to as the late Pueblo II-Pueblo III, was remarkable because the immigrants cultivated their crops using only natural rainfall — an extremely risky practice in areas that receive less than 12 inches of rain annually. But they were apparently very successful at it, farming the high Kaiparowits Plateau at elevations well above 7,000 feet. This raises the possibility that climates at this time were wetter and warmer than present.

These Ancestral Puebloans also brought with them an increased social complexity, as evidenced by the appearance of small, aboveground pueblos, some with courtyards or plazas, and by deep subterranean structures used for ceremonial and community purposes, called kivas. Trade networks linked communities to distant regions. This pattern persisted from about AD 1050 to 1150, at which time crippling drought might have depleted their storage capabilities, especially in light of the much larger populations. Some immigrants might have returned south across the Colorado River at this time, while remnant populations remained in optimal environmental niches for another century. Another crippling drought at about AD 1280 proved to be a death knell to the remaining farmers.

The abandonment of farming in the middle AD 1200s is not easily explained. The ancient farmers had survived lengthy droughts before, probably by relying more on wild plants and animals when their crops withered. So why was this event so catastrophic? One answer might be the arrival of hunter-gatherer immigrants from the Great Basin — ancestors of the modern Southern Paiutes.

There is growing evidence that Ancestral Paiutes were present in the region by AD 1250, if not earlier. Some researchers see them as militaristic, forcibly displacing the Ancestral Puebloan farmers (there are also oral histories to that effect). Other researchers see the Ancestral Paiute as extremely efficient foragers who out-competed their farmer rivals. And when farming proved untenable, the farmers found they no longer had access to the wild plants and animals that had provided relief during earlier times. Both groups might have coexisted for 50 years or more before the farmers picked up and left or they were simply absorbed into the Ancestral Paiute way of life.

During this period of coexistence and assimilation, Ancestral Paiutes might have learned the basic principles of agriculture. There is some archaeological evidence, albeit limited, that these foragers also cultivated maize and beans, although never on the scale of their Ancestral Puebloan predecessors. They were still farming along the creeks and rivers when they were encountered by the first Euro-Americans to traverse the area in 1776.

This publication is intentionally "different" from other archaeological overviews, referred to as Class I overviews, because our intended audience extends beyond land managers. Monument officials and the Colorado Plateau Archaeological Alliance (CPAA) have long shared a conviction that preservation of archaeological resources can be fostered only when the public understands and appreciates the scientific value of those resources. In effect, the public cannot fully embrace preservation if they have little or no understanding of the importance of archaeological resources, especially if those resources might lack perceived visual appeal. This monograph, revised from a more technical report (Spangler et al. 2019), is intended to be intelligible, informative, and enjoyable to the general public, while also being useful to land managers in the future.

### Location and Setting

GSENM is located in Kane and Garfield counties in southern Utah. At 1.9 million acres in size, it is also the nation's largest national monument, and it is one of four national monuments, four national parks, and one national recreation area on the northern flanks of the Colorado River subject to enhanced environmental protections. It was the first national monument to fall within BLM's management responsibilities. The Monument is also unique among national monuments because it was created specifically as an outdoor scientific laboratory, with archaeological resources warranting specific acknowledgment in the presidential proclamation establishing it in 1996.

- 4 -



**Figure 1.2: The Monument is divided into three distinct regions, each based on unique topography.**

GSENM is included within the much larger Colorado Plateau physiographic province centered on the Four Corners of Utah, Colorado, New Mexico, and Arizona (Stokes 1986), specifically the northern Colorado Plateau subsection that includes the entire plateau north and west of the Colorado River. The GSENM region consists of mostly north-to-south tilted terrain that includes a variety of topographic settings ranging to about 11,000 feet elevation on the Aquarius Plateau on the north to less than 2,000 feet elevation along the Colorado River within the lower Grand Canyon.

GSENM is comprised of three distinct geographic sections (Figure 1.2):

● The Grand Staircase, the westernmost section, is located just east of Kanab, Mt. Carmel, and Orderville, and just south of Bryce Canyon National Park. It is defined by a series of cliffs and terraces that rise from south to north. It is largely characterized by a pinyon-juniper environment interspersed with colorful sandstone outcrops and escarpments. The Paria River is the primary permanent water

source (Figure 1.3), although permanent water is also found in Johnson Canyon (Figure 1.4) and at scattered springs and seeps. The eastern edge of the Grand Staircase section is the Cockscomb, a prominent geologic feature that spans the entire Monument from north to south. Prehistoric occupations were focused predominantly along permanent water sources, along the base of the Vermilion Cliffs and the terraces above, and the Buckskin Mountain area in the southeast portion. The Kanab Creek drainage, which features prominently in subsequent narrative chapters, is actually outside the Monument boundaries along the western border.

● The Kaiparowits Plateau, the center of the three sections, is a wedge-shaped region characterized by rolling hills and benchlands in the west. These rise gradually toward the east, cresting on Fiftymile Mountain, a north-south trending high plateau rimmed by steep cliffs and with elevations ranging from 7,000 to 8,000 feet. Lower elevations are characterized by pinyon-juniper forests that were heavily utilized by Archaic hunters and gatherers (Figure 1.5). The high plateau is characterized by broad,

- 5 -

## Grand Staircase Environments



Figure 1.3: The Paria River (above) bisects the Grand Staircase from north to south and is the largest source of permanent water in the western portion of the Monument.

Figure 1.4: Johnson Wash (below) was once a meandering creek with wet meadows and lakes. Small lakes are still found at the mouth of the Dairy Canyon tributary.



## Kaiparowits Plateau Environments



Figure 1.5: The lower, western portion of the Kaiparowits Plateau (above) is carpeted by pinyon and juniper forests that were rich in big game throughout prehistory.

Figure 1.6: The upper, eastern portion of the Kaiparowits Plateau (below), also known as Fiftymile Mountain, had unique environments that allowed high-elevation maize farming in prehistoric times.



## Escalante Canyons Environments



Figure 1.7:  The lower Escalante River country (above) is largely inhospitable deserts, but prehistoric farming occurred all along the river corridor.

Figure 1.8:  The upper Escalante River country (below) features an abundance of pinyon and juniper forests, as well as small creeks, that were home to prehistoric groups for thousands of years.





open sagebrush flats interspersed with pinyon-juniper forests (Figure 1.6). This section is bordered by the Cockscomb on the west, the Straight Cliffs on the east, the Colorado River on the south, and the Aquarius Plateau foothills on the north.

● The Escalante River Basin, the easternmost of the three sections, can be described as a series of high plateaus, expansive deserts, and spectacular canyons incised into the uplifted sedimentary strata (mostly sandstone). The lower, southern portion features very sparse vegetation (Figure 1.7), and most prehistoric occupations were focused on the Escalante River corridor. The upper Escalante River country, situated at the foot of Boulder Mountain and the Aquarius Plateau, features comparatively dense patches of pinyon and juniper, which coincide with greater evidence of permanent residences. The upper basin also features numerous Escalante River tributaries such as North Creek, Birch Creek, Deer Creek, and Boulder Creek (Figure 1.8). It is bordered on the east by the imposing Waterpocket Fold and on the west by the 50-mile-long curtain of sandstone known as the Straight Cliffs.

The Monument is bounded to the north by the Dixie National Forest, and on the east by Capitol Reef National Park and Glen Canyon National Recreation Area. The southern boundary skirts the Glen Canyon NRA, a portion of U.S. Highway 89, and the Utah-Arizona border. The western boundary of the monument is generally defined by the Skutumpah Road and Bryce Canyon National Park. The monument consisted of 1.7 million acres at the time it was created by executive order on September 18, 1996. In 1998, the state of Utah traded School Trust inholdings to the federal government, which increased the size of the Monument to about 1.9 million acres representing a full spectrum of environments.

### Environmental Context

A fundamental premise of archaeological studies in modern times has been the relationship between human populations and their natural environment. Variations in size and structure of human populations are generally believed to correspond to variations in the natural setting, and environmental

changes over time are believed to directly influence human behavior (Aikens 1983). Exactly how natural environments influenced early humans has been the subject of considerable debate over the years. Steward (1938, 1940, 1955) maintained that human groups in the American West effectively exploited both vertically and horizontally differentiated environments, arguing "the physical environment exerts but a permissive and limiting effect" on human populations (1955:34).

More recent theoretical approaches have focused on the premise that variations in human behavior are shaped by natural selection. As articulated by O'Connell et al. (1982:233), "all else being equal, more efficient strategies - those that produce greatest return in energy relative to time or effort expended - will be favored over those that are less efficient." Optimal foraging theory has become a standard approach to modern hunter-gatherer research throughout the West, and it has been applied to recent hunter-gatherer studies in the GSENM region.

This overview emphasizes that the relationship between humans and their local environments defies straight forward explanations. Humans certainly responded to the distribution of local resources, but less obvious is whether the distribution of certain resources was a determining (or limiting) factor in human adaptations, and how social factors influenced those decisions. All characteristics of local environments probably influenced human responses to a greater or lesser degree. As summarized by Reed and Chandler (1984:3),

*The influence of the physical environment on site locations is universal, regardless of the level of social organization, time period or region. Simply put, man selects for habitation or use locations perceived as appropriate based on factors such as the gentleness of slope, the distribution of water, food, and fuel resources, and quality of shelter. Site locations are not randomly scattered across the landscape [and] the physical attributes of site locations can be easily defined and measured.*

Geib (1989a) also observed that single environmental factors are rarely sole determinants of land-use patterns. For example, during one study

on the southern Kaiparowits Plateau, Geib examined soil types he considered to be important determinants of plant growth, primarily deep aeolian and alluvial sands that fostered high concentrations of economic grasses (e.g., ricegrass, dropseed) important to human subsistence. However, the pattern of prehistoric exploitation of such resources was not consistent from one area to the next. One sample unit (Romano Bench) featured deep sands and supported high densities of ricegrass and dropseed, but it exhibited a low site density. A nearby sample unit (Grand Bench) with identical soil and vegetation characteristics was heavily utilized. The only obvious difference was that the Grand Bench area afforded immediate access to Kaiparowits Plateau uplands, but the lightly exploited Romano Bench area did not.

We intend to discuss archaeological phenomena of GSENM within the broad context of human responses to spatially and temporally variable environments. This approach is predicated on the assumption, one articulated by Jesse Jennings more than 50 years ago (1966b), that human populations exploited a wide range of ecotones at different times of the year and perhaps year-to-year depending on resource availability. This pattern of resource exploitation would have been both horizontal, which involved moving significant distances between resource patches, and vertical, which mandated movement between lowland and upland resources.

GSENM itself is characterized by a variety of ecological settings ranging from about 4,000 feet elevation in the south to 8,000 feet in the north. Collectively, these environments offered a complex assemblage of relatively barren deserts, riparian valleys, pinyon-juniper foothills, and alpine forests. The gradational elevation of this topography offered human populations a broad spectrum of predictable plant and animal resources that could have been exploited by human populations at different times of the year. As observed by Jennings (1966b:29), the environments found at different elevations offered complementary resources to one another, and "the canyons and the uplands were aboriginally a single ecosystem and ... the aboriginal occupants of the area exploited the resources on this basis." In other

words, it is impossible to consider lowlands adaptations without also considering the interrelatedness of midlands or upland environments.

Jennings (1966b), Ambler et al. (1964), and Long (1966) recognized two basic environmental zones, one a lowland (or canyonlands) zone below about 4,500 feet elevation, and the other a highland environment above about 4,500 feet elevation. More recently, Geib (1996f) argued for three zones, a "lowlands" zone consisting of the arid canyon bottoms below 4,500 feet elevation, a "midlands" zone characterized by benchlands and low plateaus with desert flora, and an "uplands" zone above 5,500 feet elevation that featured pinyon-juniper forests, cooler temperatures, and more precipitation. These three zones are generally consistent with the desert, semi-desert, and upland climatic zones identified in GSENM planning documents (BLM 1998:3.16).

Two other ecozones must also be considered. The high elevations found on the Kaibab, Aquarius, Paunsaugunt, and Markagunt plateaus feature alpine environments quite different from the pinyon-juniper "uplands" zone. For our purposes, the "alpine zone" includes those environments above about 8,000 feet elevation that afforded summer and fall access to abundant, but dispersed faunal resources. This zone also afforded access to fish, berries, roots, and other floral resources that would have ripened much later in the seasonal cycle than resources found at lower elevations.

A fifth ecozone discussed throughout the narrative (one that greatly influenced prehistoric land-use patterns) consists of riparian environments (Figure 1.9). These can be found within all four of the other ecozones. In arid climates they typically feature greater biodiversity, greater abundance of economic plant species, and more numerous faunal resources tethered to a greater or lesser degree to the permanent water. Riparian zones were also manipulated for agricultural purposes.

All five ecozones are represented in the GSENM region, but not necessarily within the monument boundaries. In summary:

- 10 -

● The "lowlands" zone consists of the arid canyon bottoms of the Colorado River and the lower extremes of its northern tributaries (e.g., Escalante River, Paria River, and Kanab Creek) lying below about 4,500 feet elevation. This zone is especially prevalent in the Glen Canyon region. Within GSENM, this zone is limited to a few areas along its southern margin below the Vermilion Cliffs.

● Geib (1996f:6) described the "midlands" zone as arid benchlands and low plateaus lying between the canyon rims and the slopes of higher-elevation



Calf Creek

Photo: Dan Bauer

Figure 1.9: Riparian zones, like this one along the Escalante River, offered critical plant and animal resources in an otherwise arid environment, as well as water for irrigation of crops.

plateaus from about 4,500 to 5,500 feet elevation. These areas feature vast expanses of slickrock, dune fields, shadscale, and blackbrush. Within GSENM, this zone includes almost the entire Escalante River corridor as far north as the town of Escalante (but not the benches above), as well as the first terrace above the Vermilion Cliffs, lower Johnson Canyon, the lower-middle Paria River, and the lower benches of the Kaiparowits Plateau.

● The "uplands" zone is characterized by the abundant pinyon-juniper forests found in the foothills below the high plateaus, as well as throughout most of the Kaiparowits Plateau, all at elevations from 5,500 to 8,000 feet. The vast majority of GSENM is located within this zone, including the Wygaret Terrace and others ascending to the north, the upper Escalante River and its Boulder Creek, Deer Creek, and North Creek tributaries, the Lampstand area, and the Aquarius Plateau-Boulder Mountain foothills.

● The "alpine" zone is characterized by high plateau forests of mixed conifers and aspens, greater precipitation, and greater biodiversity, all found above 8,000 feet. It would have provided nuts, berries, tubers, and plant seeds not found at lower elevations, as well as summer-fall access to faunal resources. This zone is not found within the Monument boundaries, but is prevalent on adjacent high plateaus managed by the U.S. Forest Service.

● The "riparian" zone is limited mostly to narrow canyon corridors with permanent flowing water. These include Kanab Creek, Paria River, Escalante River, and Johnson Wash, as well as some tributaries. There are a few other anomalous riparian areas. There is an isolated bog or "lake" on the Kaiparowits Plateau, as well as numerous springs, especially under the rim of the plateau; there are scattered springs and seeps throughout the Monument; and there

are abundant small lakes in alpine settings. Some drainages also have intermittent water flows that can foster riparian vegetation.

### Archaeologists on the Monument

Archaeological research in the GSENM conducted prior to designation of the monument in 1996 has, for the most part, mirrored theoretical approaches elsewhere in the Southwest as each has emerged, only to be later modified and in some instances discarded. Significant ethnographic research was conducted in the region between about 1870 and the 1930s, but little has been done since that time. These historical trends are discussed in much greater detail in an earlier Class I overview (see Spangler 2001) and the technical version of this monograph (Spangler et al. 2019).

The history of archaeological and ethnographic research in the region can be divided into four periods: (1) A period from 1776 to 1900 when the first archaeological and ethnographic observations were made, often by individuals untrained in this still-emerging science, and archaeology was still viewed as a mere curiosity; (2) A period from about 1900 to 1950 when archaeology emerged as the domain of formally trained archaeologists focused largely on careful descriptions and classifications; (3) A period of regional inventories of massive scale, epitomized by the Glen Canyon Project, from about 1950 to 1963, and (4) Archaeological investigations conducted pursuant to passage of the National Historic Preservation Act in 1966 and other federal laws mandating protection of cultural resources on the public domain, commonly referred to as CRM archaeology.

The earliest ethnographic observations in the GSENM region were those of Catholic friars returning to New Mexico in 1776 after a failed attempt to reach the Spanish garrison in Monterey, California (Warner 1976). And the earliest accounts of archaeological resources of the study area were recorded by members of the Colorado River expeditions of Major John Wesley Powell from 1869 to 1872 (Figure 1.10). While not specifically archaeological in purpose, these expeditions nonetheless provided valuable information on the nature and lo-

cation of certain archaeological sites. The ethnographic observations made by Powell and several members of his expeditions, especially Frederick Dellenbaugh, also contributed immensely to the ethnographic record at a time when indigenous peoples still retained many traditional lifeways.

The earliest accounts of indigenous peoples in the region are found in the journals of Father Silvestre Velez de Escalante, who led a Spanish exploring expedition into Utah and northern Arizona in 1776 along with Father Francisco Atanasio Dominguez. Escalante's journal offers vivid descriptions of Southern Paiute groups in the Cedar City and St. George areas, as well as the scattered bands they encountered on the Arizona Strip. They passed just south of GSENM on their way to Crossing of the Fathers (now under Lake Powell) on their return to New Mexico.

Various travelers and adventurers passed through the region in the decades that followed, and there are a handful of colorful and usually pejorative descriptions of the indigenous groups of southern



**Figure 1.10: John Wesley Powell was a keen observer of Southern Paiute bands in the GSENM region in the 1870s. Photo: J.K. Hillers Collection, Smithsonian Institution.**

Utah, but for the most part, these chroniclers traveled the Old Spanish Trail route that bypassed GSENM to the north and west. The first references specific to the GSENM area occurred in the fall of 1858, when missionaries traveled along the foot of the Vermilion Cliffs to Pipe Springs where they visited a Paiute encampment. They continued southeast across the Kaibab Plateau to House Rock Valley where they met, traded, and dined on rabbits with a band of Southern Paiutes (Little 1909).

At the same time religious colonists were settling southwestern Utah, the U.S. government become obsessed with westward expansion, fueled not only by romanticized accounts of trappers and adventurers but by a growing fascination with scientific discovery. At least 12 major expeditions into the region were conducted during this period, but only John Wesley Powell's Colorado River Exploring Expeditions of 1869-72, George M. Wheeler's 100th Meridian surveys of southern Utah and northern Arizona from 1871 to 1873, and Robert B. Stanton's railroad surveys of the Colorado River in 1889 and 1890 made contributions to an understanding of the archaeology and ethnohistory of the GSENM region. Powell's keen interest in the archaeology and indigenous peoples was unprecedented for that time.

In 1874, renowned ornithologist Spencer Baird, at that time assistant secretary of the Smithsonian Institution, enlisted Powell's support to plan the 1876 Centennial Exposition in Philadelphia. Also prominent in these plans was Frederick Putnam of the Peabody Museum. Their efforts were to include an extensive display of ethnographic and archaeological artifacts from North American Indians that had been, and to some extent were still being, collected by various surveys operating throughout the Western territories (Fowler and Matley 1978:20; McVaugh 1956:68).

Among the emerging scientists recruited to assist with collections for the Centennial Exposition was Edward Palmer, a medical doctor and Civil War veteran. Palmer's interest in archaeology and ethnology first brought him to southwestern Utah in October 1875 where he conducted archaeological excavations and recorded observations of indige-

nous Southern Paiute peoples. His base of operations was the St. George residence of Joseph Ellis Johnson, who had distinguished himself locally as a horticulturalist and whose family afforded Palmer opportunities to explore archaeological sites on various properties along the Santa Clara River. In November 1875, Palmer made a brief excursion to Johnson Canyon east of Kanab, where he excavated a rockshelter (Palmer 1876, 1878). This would have constituted the first formal archaeological excavations of any site within GSENM.

Palmer left the St. George area in early 1876, but returned in December of that year under the auspices of the Peabody Museum. Throughout 1877, he excavated mounds in the Washington City, Paragonah, and Beaver areas, and he might have resumed excavations in Johnson Canyon. It is not clear from Palmer's brief report whether the excavations described occurred during his first visit in 1875 or in 1877 when he returned to the area, or whether the report represents a combination of two field seasons. The artifacts he collected are currently at the Peabody Museum at Harvard University and at the Smithsonian Institution.

Pioneering archaeologist William Henry Holmes (Figure 1.11) also visited the Kanab area in the mid-1870s. He wrote (1886:281),

*The remarkable desert-like plateau lying north of the Grand Canyon of the Colorado contains many house and village sites. At intervals along the very brink of the great chasm we come upon heaps of stones and razed walls of houses about which are countless fragments of this ware. These are identical in nearly every character with the pottery of St. George on the west, of the San Juan on the east, and of the Gila on the south. A few miles south of Kanab stands a little hill — an island in the creek bottom — which is literally covered with the ruins of an ancient village, and the great abundance of pottery fragments indicates that it was, for a long period, the home of cliff-dwelling peoples. In no other case have I found so complete an assortment of all the varieties of coil-ornamentation.*

There are no maps to indicate exactly where Holmes witnessed the "ancient village," but it might well have been the multitude of sites in the



**Figure 1.11: William Henry Holmes was a pioneer in the still-emerging science of archaeology in the late 1800s. He visited the area in the 1880s and described sites south of Kanab. Photo: Smithsonian Institution SIA-MAH-18645.**

Jackson Flat area just south of Kanab that were recently excavated as part of a reservoir project. As we discuss in later chapters, these sites have made enormous contributions to archaeologists understandings of prehistoric peoples in this region (Roberts 2018).

### The First Archaeologists

The origins of archaeological research are often attributed to the pioneering excavations of Edward Palmer from 1875 to 1877. But it was Neil M. Judd, who arrived in the Grand Staircase in 1915, who offered the first substantial descriptions of prehistoric remains in the region and who established its first theoretical framework. He was followed by other early archaeological pioneers: Jesse Nusbaum in 1919 and 1920, Alfred Kidder and Samuel Guernsey in 1920, Henry Roberts and Donald Scott of the Peabody Museum Expedition of 1928, Julian Steward in 1932, and Ben Wetherill

in the mid-1930s. This same period also saw a flourishing of ethnographic studies related to the Southern Paiutes by noted ethnographers Edward Sapir and Isabel Kelly.

Archaeological research elsewhere in southern Utah continued unabated in the 1880s and 1890s and into the early 1900s, usually within an environment of artifact acquisition, but these projects skirted GSENM to the south and east. Byron Cummings, who is often credited as the first true pioneer of Utah archaeology, conducted archaeological surveys in the Natural Bridges, White Canyon, and Armstrong Canyon areas in the early twentieth century. Accompanying Cummings on these expeditions was his nephew, Neil M. Judd, who would later rise to prominence as Curator of American Archaeology at the Smithsonian Institution (Judd 1954:154).

Judd (Figure 1.12) turned his attention to the GSENM region specifically in 1915 (Judd 1920, 1926). He returned again in 1916 under the auspices of the Smithsonian Institution's Bureau of Ethnology, and in 1917 as part of an expedition sponsored jointly by the University of Utah and Smithsonian Institution. He resumed research in southwestern Utah in 1919 and 1920 under the authority of the Smithsonian Institution.

Most of Judd's initial reports of his fieldwork are frustratingly brief, and the only report of substance is his classic *Archaeological Observations North of the Rio Colorado* (1926) that synthesizes his many years of research in the region. His research was based on a hypothesis formulated during his early association with Cummings that the origin of prehistoric Pueblo cultures would be found north and west of the Colorado River, and that Ancestral Puebloans migrated from north to south, becoming more sedentary as they approached the Colorado River (1917:40). Judd (1920:68-69) observed,

*The results of these recent excavations tend to confirm, therefore, the belief that in western Utah there is certain evidence of a prehistoric people which originated some place in the northwest and journeyed southward; that during the course of their long-continued migrations they changed rather rapidly from a semi-nomadic to a sedentary life as they ap-*



**Figure 1.12:  Neil Judd was the first trained archaeologist to investigate sites in the Grand Staircase portion of the Monument, although his research took him throughout southern Utah and northern Arizona. Photo: Smithsonian Institution SIA-SIA2009-4254.**

*proached the Rio Colorado. Having gained the "red rock" country and having found, for the first time, natural caves that increased the protection afforded by their small dwellings, they became more closely related, if not identical, in culture to those people commonly recognized as the ancestors of the modern Pueblo Indians.*

As Judd was concluding his research in the Grand Staircase region, another emerging archaeologist, Jesse Nusbaum, arrived with the stated purpose of "collecting ethnological material from the surviving Paiute Indians in southwestern Utah and eastward, and of investigating such archaeological sites as might be discovered during the reconnaissance" (George G. Heye, in Nusbaum 1922:11). Nusbaum was a long-time colleague of Alfred V. Kidder, working extensively with Kidder at Mesa Verde prior to the latter's investigations at Pecos Pueblo in 1915 (Cordell 1984:52-54; Thomas 1989:39). Under the direction of the Museum of the American Indian, Heye Foundation, Nusbaum first traveled through the area in 1919. While in Kane County, local residents informed him of "caves containing numerous signs of aboriginal occupancy" (Nusbaum 1922:15).

Nusbaum returned to Kane County in 1920, selecting for excavation a cave in Cave Lake Canyon about 8 miles northwest of Kanab, afterwards called Cave du Pont. Nusbaum's descriptions of the excavations (Nusbaum 1922) and the accompanying descriptive report of material culture (Kidder and Guernsey 1922) provided important evidence of a Basketmaker presence considerably removed from the Basketmaker II "heartland" in northeastern Arizona and southeastern Utah where it had been initially defined (Guernsey and Kidder 1921; Kidder and Guernsey 1919).

Deemed among the most significant Basketmaker sites anywhere in the Southwest, Cave du Pont was at that time the only site that had yielded no evidence that could be attributed to later occupations. In fact, aside from minor looting, there was no evidence the cave had been visited after its abandonment. As noted by Kidder and Guernsey (1922:65-66), particularly impressive was the "remarkable similarity, even in apparently unimportant details, between many of these specimens and corresponding Basket-maker objects ... recovered in northern Arizona. It is obvious that at Cave du Pont we are dealing with an integral part of the regular Basket-maker culture, and the inference is strong that the Cave du Pont people were approximately, if not exactly, contemporaneous with the Basket-makers of Marsh Pass and Grand Gulch."

Nusbaum, who went on to become chief archaeologist for the National Park Service, returned to Cave du Pont in 1936 to recover five cached timbers, one of pinyon, one of oak, and three of juniper. The pinyon sample (LA-U20) was examined in 1939 by W.S. Stallings Jr., who found it corresponded to the Central Pueblo Chronology for the period between 150 and 300 AD. It was determined the pinyon sample was cut in AD 217, "the earliest cutting date in the Southwest and the first from a pure Basketmaker II deposit" (Stallings 1941:3). The early tree-ring date provoked considerable discussion and repeated re-examination, but it remains valid to this day.

Shortly after Nusbaum's investigations, the Peabody Museum at Harvard University set its sights on the rugged and forbidding Kaiparowits Plateau and the upper reaches of the Escalante

River. The Kaiparowits Plateau region appears to have attracted its own share of adventurers in the early twentieth century. In 1915, John Wetherill led the "Gregory Expedition" into the Kaiparowits Plateau by fording the Colorado River at Lees Ferry and proceeding east across the mesa to the Escalante River and then north to settlements at the foot of the Aquarius Plateau. Noted author Zane Grey and movie producer Jesse Lasky employed John Wetherill to guide them into the region in 1926, but they were turned back by high water on the Colorado River. When Clyde Kluckhohn conducted his own investigations there in 1928, he encountered historic signatures dated to 1918, 1925 and 1926 (Kluckhohn 1927, 1933).

The Claflin-Emerson Expedition, inspired by Alfred Kidder's keen interest in the Northern Periphery, was to be a four-year reconnaissance of regions north and west of the Colorado River that would effectively define the Fremont Complex (Gunnerson 1969; Morss 1931), and resulted in the first formal investigations of cultural resources in the Waterpocket Fold and Kaiparowits Plateau regions. In 1928, Donald Scott led the expedition into the Kaiparowits Plateau and northern tributaries of the Colorado River between the Escalante River and the Fremont River. In many instances, crew members risked life and limb to reach sites tucked on sheer cliff faces (Figure 1.13).

Twelve sites were described during Scott's brief survey of the Kaiparowits Plateau area, including five rockshelters in the Lake Canyon drainage. Five sites were identified in the Escalante River drainage, including the Coombs Village site near Boulder that was also visited and described by Morss (1931), who was operating independently from the main expedition. Scott also identified two sites in the Alvey Wash tributary and others in Coyote Gulch, and Davis Gulch near the mouth of the Escalante River, the latter of which contained a free-standing circular structure interpreted as a kiva (1969:33-34). The site, later named Davis Kiva, was excavated decades later by James Gunnerson (1959b:117-147).

Concurrent with Scott's investigations in the Kaiparowits Plateau, Escalante River, and Glen



Figure 1.13: Claflin-Emerson Expedition crews used a variety of climbing techniques to gain access to inaccessible sites during their Utah investigations of 1928-1931. Photo: Peabody Museum of Archaeology and Ethnology, Harvard University (2004-24-10208).

Canyon areas, Morss conducted his own reconnaissance in the Temple Creek, Oak Creek, and Waterpocket Fold areas. Using his own funds, Morss in 1931 published a monograph that for the first time defined the Fremont culture as one that was peripherally related to the Basketmaker and Pueblo cultures of the Southwest, recognizing that prehistoric groups north of the Colorado River practiced a mixed subsistence based on agriculture, hunting, and gathering. Much of the data used in forming this hypothesis came from the Fremont River area, although he also incorporated his observations from the Dirty Devil drainage and Boulder Mountain. His broad definition of the Fremont culture is still cited by researchers today.

At the same time the Claflin-Emerson Expedition was exploring Utah's hinterlands, professional archaeology at the University of Utah, which had languished in academic obscurity, achieved renewed respectability with the appointment of Julian

H. Steward as chairman of the Department of Anthropology in 1930 (Figure 1.14). Steward, a rising star in the profession, brought with him a singular focus toward problem-oriented research that rejected traditional descriptive approaches that equated ceramics and architecture to Pecos Classification phase sequences (Steward 1933a). He was probably the first to articulate clear differences between the Fremont culture that occupied most of Utah north of the Colorado River and the contemporaneous occupations of the Kanab area, the Arizona Strip, and St. George basin, which had stronger relationships to major areas of the Southwest, and in fact, "many of the elements which are absent from the remainder of the Northern Periphery are found here" (1933a:19).

Steward conducted two expeditions into the GSENM region in 1932, both under the auspices of the University of Utah but with the financial assistance of several private individuals who accompanied Steward. One involved a trip with pack horses into the Paria River and Johnson Canyon areas. The other trip involved a 23-day float on the Colorado River during which the party explored the Colorado River area from the confluence of the Dirty Devil River to Lees Ferry. Some 130 sites were identified in the Paria River and Johnson Canyon areas, and 28 sites were recorded during Steward's reconnaissance of the Glen Canyon region. The results of the surveys were not published for almost a decade (Steward 1941), and modern archaeologists still haven't re-identified all of his sites.

Steward's survey in the Kanab area marked the most significant attempt to that time to incorporate theoretical questions into a research design. In particular, Steward wanted to "discover the place and manner in which those culture elements which had been chronologically differentiated in the San Juan area had become blended into a single culture and spread northward into the Northern Periphery" (1941:281). Steward's survey in the Kanab area was designed to test his hypothesis that two archaeological manifestations would be identified: (1) a Modified Basketmaker culture lacking any Pueblo influence, and (2) a culture retaining certain Basketmaker-like elements but with the addition of early Puebloan traits (1941:241).

Steward identified a significant Basketmaker III manifestation in the region, based on the prevalence of slab cists, larger slab structures that might have been residential structures, plain gray pottery, and black-on-gray pottery (1941:287). Steward believed the Basketmaker III evidence found throughout the region was evidence of "a Basket Maker II culture [that] lingered somewhere in the southern part of the area, received increments from Basket Maker III, then spread to northeastern Utah" (1933a:6). The idea that Basketmaker III ideas and technologies, if not people, spread north to become the Fremont culture proved remarkably resilient over subsequent decades.

Steward was among the first to address archaeological resources from the perspective of human behavior within environmental contexts. This theoretical approach, which was still evolving in the early 1930s, eventually prompted him to pursue ethnographic studies of indigenous Western Shoshoni and Northern Paiute hunter-gatherers (1938). These studies led to the development of his "cultural ecology" model that attempted to "define the dynamic cause-and-effect relationships that operate in ongoing cultural systems" (Thomas 1989:147).

**Julian Steward of the University of Utah led two expeditions into what are now Monument lands in the 1930s. He later moved on to the Smithsonian Institution where he became one of the most influential scholars in the history of anthropology.**



**Figure 1.14: Julian Steward was a visionary archaeologist and anthropologist who found his way to southern Utah in 1932. This image was taken at North Wash just east of GSENM. Photo: Utah State Historical Society.**

As the Great Depression raged, Benjamin W. Wetherill, with the assistance of Elmer R. Smith of Snow College, directed archaeological surveys in Zion National Park and Kanab areas beginning in December 1933 through funding from the National Park Service through the Civil Works Administration. Called the Zion National Park Archaeological Project, the survey recorded numerous sites within the park, as well as 40 prehistoric sites outside the park boundaries in the Kanab, Kaibab Plateau, Mt. Trumbull, and Beaver Dam areas "in order to gather data from surrounding regions for comparative purposes" (in Schroeder 1955:1). Fieldwork continued through May 26, 1934, and eventually included the Kanab Creek drainage and Johnson Canyon. Very little is known about his observations in Kanab Creek and Johnson Canyon because most of his notes were destroyed in a fire.

At the same time, Ben Wetherill, the son of Richard Wetherill of Mesa Verde fame, was also involved with the Rainbow Bridge-Monument Valley Expedition (Beals et al. 1945), a large-scale survey of the Navajo Mountain area south of the Colorado River. In 1937, he led a Rainbow Bridge-Monument Valley Expedition survey party into the Kaiparowits Plateau. Wetherill's exploration of the Kaiparowits Plateau was not included in the official report other than their cursory mention that he had:

> ... in a short time located nearly one hundred sites, from which sherd collections were taken and descriptive notes made. The study clearly indicated the presence of a large number of small sites, but the sherd collections were mostly too small or too badly weathered to afford a basis for any definitive study, and have not been considered in this report. These collections did indicate, however, marked differences in the ceramic typology of the region from that of any of the other regions studied by the Expedition, and they have all been filed and catalogued for future study in connection with additional data which may be collected in the future [Beals et al. 1945:6].

### The Glen Canyon Project

There were few archaeological projects anywhere in Utah in the 1940s, and no projects of significance were initiated within GSENM. Al-

though some drainages (e.g., Johnson Canyon, Paria River, Cottonwood Canyon) had been earlier investigated, the majority of the GSENM region lacked highly visible architectural sites, and therefore it had been largely ignored. In particular, vast portions of the Kaiparowits Plateau and Escalante River drainage remained largely unknown. This region would become the focus of an unprecedented research project from 1957 to 1963 intended to salvage archaeological data in advance of rising Glen Canyon Dam, a monumental undertaking led by Jesse D. Jennings at the University of Utah.

The Glen Canyon Project was, for all intents and purposes, an outgrowth of Jennings' earlier systematic survey of the entire state to document archaeological resources within a broad range of geographic contexts. Begun in 1949, Utah Statewide Archaeological Survey was intended to be a 10-year study whereby the university could train graduate students in field research while it documented the archaeological resources of the entire state (Gunnerson 1959c). Unfortunately, changing priorities hampered systematic surveys of the entire state, and large portions of the state were never surveyed. Only the eastern and northeastern portions of GSENM were ever addressed in any survey report (Gunnerson 1956, 1957), and those areas were discussed only cursorily.

The relationship between the two projects is important from a historical perspective. Gunnerson's 1957 investigations in the Escalante River drainage were reported in the Glen Canyon Project monographs, but the sites investigated were far removed from the area to be inundated by Lake Powell. Likewise, surveys and excavations on the Kaiparowits Plateau from 1957 to 1961 had little to do with areas to be submerged by Lake Powell. In effect, the Glen Canyon Project became the mechanism by which unrelated projects more consistent with the statewide survey were completed.

The Glen Canyon Project was a massive, federally funded initiative to document the archaeology along the Colorado River that would be lost to the rising waters behind the Glen Canyon Dam. It was initiated in 1957 with the Museum of North-

ern Arizona assigned to investigate sites south of the Colorado River and the University of Utah focused on sites north of the river. The 1957 investigations were focused along the Colorado River itself, but University of Utah crews also conducted a rapid survey of the Escalante River corridor and a short distance up selected tributary canyons (Lister 1958a). A second Utah crew excavated 10 sites, nine of them in the Escalante River drainage as far north as the town of Escalante (Gunnerson 1959b). Several of these sites have since been re-investigated and are discussed in greater detail in later chapters. Arguably, these investigations constituted the first systematic surveys within GSENM inasmuch as they were intended to identify all evidence of prehistoric occupations.

Despite the hurried and superficial nature of the 1957 surveys, Lister (1958a) observed that settlement patterns in the Escalante River drainage were different from those observed in other drainages west of the Escalante River. Sites in the Escalante River area included a wide variety of residential habitations, storage facilities, and campsites that were suggestive of different hunting, gathering, and agricultural activities associated with arable lands and permanent water.

Lister (1958a:20-21) concluded that most sites in the Escalante River area were occupied for short periods, perhaps seasonally, and that the cultural center of the entire region would be found on the Kaiparowits Plateau to the west. The small but numerous pueblos and settlements there exhibited a greater level of permanence than observed elsewhere in the region. The Kaiparowits Plateau, in effect, provided a residential base for populations who supplemented agriculture with hunting and gathering throughout the plateau region. The Escalante River drainages were periodically exploited by different horticultural groups who produced domesticated food resources and then cached surplus foodstuffs for subsequent retrieval during the winter and spring.

Without question, the 1958 field activities constituted the largest undertaking during the course of the Glen Canyon investigations. Several hundred sites were recorded in northern drainages

of the Colorado and San Juan rivers (Fowler 1958; 1959b), whereas other surveys described previously unknown portions of the Escalante Desert (Suhm 1959), the arid drainages east of the Escalante River, and Henry Mountains (Lister 1959b, 1959c). A University of Utah excavation crew also initiated investigations at the Coombs Village site near the town of Boulder. This site, interpreted as a Kayenta outpost, may constitute the largest Formative pueblo in the region (Lipe 1958; Lister 1958b, 1959a).

Perhaps the most significant data resulting from the 1958 field season were the Kaiparowits Plateau surveys where 255 sites were identified, of which almost 200 were surface residential sites consisting of one to 10 rooms, usually situated on knolls, ridges, or eminences overlooking sage flats (Gunnerson 1958, 1959a). Given the rarity of permanent occupations throughout the Glen Canyon region, the concentration of dwellings in such a geographically restricted area with very little permanent water is remarkable. About 84 percent of the permanent structures identified by Glen Canyon surveyors were located within a 25-square-mile area on top of the plateau. This occupation was believed to mark the only time human populations ever reached significant levels in this region.

Most of the Kaiparowits Plateau residential sites were characterized as small pueblos in proximity to arable lands. Site density averaged about 10 per square mile. Population densities were estimated at about 10 to 50 individuals per square mile, based on the assumption that about 10 percent of the residential sites were occupied at the same time. A population that large would have been dependent upon agriculture, although the absence of permanent streams suitable for irrigation would have mandated dry farming. The plateau probably afforded access to upland faunal resources, but chipped-stone tools indicative of hunting and butchering activities were not especially common at residential sites. In fact, cultural refuse of any kind was not abundant at any of these surface sites, even though the plateau, as Gunnerson noted (1959a:361), "was one of the most densely populated areas in the general region in Pueblo II and Pueblo III times."

The 1959 Glen Canyon investigations were extremely limited compared to those the year before. Most of the investigations were focused on the upper portion of the Colorado River to be inundated by the reservoir, and excavations at Coombs Village (42Ga34) continued under the direction of Robert H. Lister and J. Richard Ambler. A much larger portion of the site was cleared in 1959 than had been exposed the year before, and researchers believed that even though the site had not been completely excavated, "we have obtained an adequate sample of its contents and that additional digging would only duplicate the results we have gathered" (Lister et al. 1960:1; see also Ambler 1959).

Lister and Lister (1961:5-10) offered eight hypotheses of local culture history: (1) The village was established by groups of Ancestral Puebloan immigrants who were attracted by the abundant arable lands, permanent water, building materials, wood resources, and wild faunal resources on the adjacent Aquarius Plateau; (2) The ceramic types implied cultural ties to the Kayenta region in northeastern Arizona, although there may have been some fusion of different groups affiliated with the Fremont, Virgin Branch, and Mesa Verde area; (3) The village was first occupied in the latter part of the AD 1000s, reaching its maximum development by AD 1100 due to "an extension northward of Kayenta culture rather than merely a trading relationship"; (4) Because Kayenta-made pottery was found throughout all levels, additional groups from northeastern Arizona may have joined the community from time to time, bringing pottery with them from the Kayenta heartland; (5) The natural resources around the village were equal to or better than those of many areas occupied by Ancestral Puebloans, and resources for containers, tools, buildings, clothing and food were easily obtainable; (6) The maximum population was estimated at about 200 individuals, based on the presumption that 40 of the 50 residential structures were occupied simultaneously; (7) Some 67 structures had been burned, two-thirds believed to have been occupied at the time of the conflagration; and (8) No sites later than Coombs Village were located in the area, making it "logical to surmise that they may

have returned to the Kayenta area from whence they came and with which they had close ties throughout the duration of their tenancy of the Coombs Village."

Investigations in 1960 were extremely limited. Only two small survey crews were dispatched by the University of Utah, each operating only part of the field season. Lister conducted a survey around the community of Escalante, but the survey results were not published in the Glen Canyon Series, and the unpublished report, entitled Site Testing Program, 1960, San Juan Triangle Area and Escalante Utah (Lister 1960), has been lost from the Department of Anthropology files.

In 1961, the University of Utah again refocused its efforts toward the Kaiparowits Plateau and Escalante River areas within GSENM. A series of surveys (Aikens 1963, 1963d) and excavations (Fowler 1963; Fowler and Aikens 1962; Sharrock 1961) were conducted in both regions. University of Utah crews led by Don D. Fowler excavated five sites and conducted additional surveys in the Harris Wash drainage, a western tributary of the Escalante River. The canyon was initially surveyed in 1958, when 27 sites were identified (Suhm 1959), and four sites were subsequently tested in 1960 (Lister 1960). Triangle Cave, Circle Terrace, Pantry Alcove, and Sheep Horn Alcove were excavated in 1961 (Fowler and Aikens 1962; Fowler 1963), and all play prominently in our later chapters. The investigations also included a resurvey of Harris Wash (Aikens 1963b) during which 16 previously unrecorded sites were identified. The Harris Wash sites are also discussed later in greater detail.

University of Utah crews led by C. Melvin Aikens (1963a), meanwhile, returned to the Kaiparowits Plateau in 1961. In July and August, a small crew on horseback surveyed the extreme eastern and western ends of the plateau not previously investigated by Gunnerson (1959a). A total of 50 new sites were identified (Aikens 1963a), and some sites recorded earlier by Gunnerson were revisited.

Eleven sites were subsequently excavated (Fowler and Aikens 1963), mostly in the area east of Basin Canyon near the Straight Cliffs escarpment. These sites were primarily one- and two-room residential structures of coursed masonry with remnants of adobe in the building stone. The sites were located in direct association with sage flats that were assumed to have been prehistoric fields. Most residential sites were also located on knolls and ridges adjacent to the flats, although some small sites were actually located on the flats. Small structures of jacal or brush built in or near the fields were interpreted as temporary shelters occupied during the growing and harvesting seasons. Rockshelter sites were not common, but a cluster of them was noted in the Pleasant Grove area.

> **Jesse Jennings argued that agricultural lifeways diffused from southern New Mexico to resident Archaic foragers. Fifty years later, many scholars believe immigration played a fundamental role in the emergence of Puebloan lifeways in the region.**

The Glen Canyon Project formally concluded its field investigations in 1962 with a flurry of excavations. Plans to continue excavations on the Kaiparowits Plateau were deemed "not worthwhile" (Sharrock 1961, 1962) and were abandoned in favor of surveys in the Paria River and Escalante Desert areas. One University of Utah crew investigated sites in the Johnson Canyon area near Kanab and in the St. George area (Fowler and Aikens 1963a), marking the first time the Glen Canyon Project had ventured into Virgin Branch territories significantly west of the Glen Canyon area.

Although the Glen Canyon Project had, for all intents and purposes, concluded following the 1962 field season, the University of Utah returned to southwestern Utah in 1963 with the support of National Science Foundation grants to complete excavations at Bonanza Dune in Johnson Canyon and seven other sites. It is unclear whether these investigations were officially part of the Glen Canyon Project, or whether they were simply a continuation of investigations conducted as a field school for the Department of Anthropology at the University of Utah. Aikens' investigations in the Kaiparowits Plateau (Aikens 1962, 1963a; Fowler and Aikens 1963) and in southwestern Utah (Aikens 1965a, 1965b) provided the data for his Virgin-Kayenta Cultural Relationships monograph (Aikens 1966c) that greatly influenced the perspectives of subsequent archaeologists working in the GSENM region.

The Glen Canyon project re-defined archaeologists understandings of the GSENM region and set the theoretical foundation for subsequent research over the next four decades. As summarized by Jennings (1966b:53), the florescence of a complex agricultural society in the Glen Canyon region, complete with a developed ceramic complex and large pithouses, "prove once and for all the extreme extent of the Mogollon diffusion in the first stages of Pueblo evolution." He argued the diffusion of Mogollon traits arrived in the Mesa Verde area by AD 200 or 300, then "fanning out westward" as far as southern Nevada and southwestern Utah, and then north into the Fremont and Sevier-Fremont areas. Mogollon diffusion was seen as critical to understanding the development of Virgin, Kayenta, and Fremont groups throughout GSENM from an indigenous population rather than through actual migrations. (This traditionalist view that dominated Utah archaeology has recently been challenged by the Jackson Flat excavations that revealed migrations from the San Pedro culture area in southern Arizona at about 1000 BC).

As adamant as Jennings was that Virgin and Kayenta lifeways had developed from a local base, he also acknowledged "there can be no doubt" that a Kayenta expansion occurred during the AD 1100s and 1200s, and that sites in the upper Escalante River drainage and Kaiparowits Plateau could be attributed to an outright occupation by these immigrants. Based on a critical reexamination of ceramic types (cf. Breternitz 1963), Jennings argued the Kayenta expansion evident at Coombs Village and at sites on the Kaiparowits Plateau might have begun by about AD 1150 to 1175 and persisted to about AD 1200 or 1250, perhaps even later.

These migrants were believed to have occupied the Escalante River area, and to a lesser extent the Kaiparowits Plateau, concurrently with Fremont peoples who practiced a similar lifeway (1966b:55-56). He emphasized the uniformity of lifeways among all groups in the region, contending that efforts by many researchers to "correlate or connect" the culture histories north of the Colorado River with the "high centers" of Ancestral Puebloan culture south and east of the river was a waste of time that obscured interpretive explanations of human adaptations to the canyon environment.

### CRM Archaeology

For all intents and purposes, the Glen Canyon Project marked the genesis of federal policies in the GSENM region to recover archaeological data before development occurred. But the Glen Canyon Project, funded largely by congressional appropriations, was far from standard federal practice, and in some regards it was an exception intended to blunt widespread public concern over environmental resources being lost to reservoir construction. A series of federal laws were subsequently passed in the 1960s and 1970s that would mandate that all future development on the public domain include efforts to, at a minimum, identify cultural resources that would be impacted by development.

The passage of the National Historic Preservation Act (NHPA) of 1966 (U.S. Code 80 Stat 915, 94 Stat 728) marked a watershed in the protection of archaeological resources on public lands. This act created the National Register of Historic Places (NRHP) to list significant historic and archaeological properties, defined as "any prehistoric or historic district, site, building, structure, or object." It also established the Advisory Council on Historic Preservation to advise agen-

cies on preservation matters and set up criteria for assessing NRHP site eligibility. Other federal laws followed, including the National Environmental Policy Act and the Archaeological Resources Protection Act. As summarized by Muhn and Stuart (1988:203),

> By the end of the decade, the BLM had the authority and much of the capability needed to protect its huge reserve of cultural resources from conflicts generated by legitimate land use activities on the one hand, and from illegal depredation on the other. What was lacking was the ability to get out ahead of Section 106 compliance — and artifact hunters — to determine, for the resources' sake, how they should be managed over the long term.

To date, several thousand compliance projects, often referred to as Section 106 projects or Cultural Resource Management (CRM) projects, have been completed in the region. Compliance efforts in the Escalante River Basin have been focused on a variety of activities, including transportation projects, random study tracts in the Boulder Mountain foothills and Escalante Desert related to proposed coal development, and to a lesser extent vegetation projects, recreation development, and livestock improvements.

Projects in the Kaiparowits Plateau region have been mostly small-scale clearance surveys associated with hydrocarbon development. Individually, these reports are rather meaningless, but considered collectively, they demonstrate a complex distribution of hunter-gatherer campsites, hunting locales, and lithic procurement sites in a variety of environmental settings. Based on temporally diagnostic projectile points, the region was occupied throughout Archaic, Formative, and Late Prehistoric times.

Significant CRM investigations have been conducted in the Grand Staircase region, although most of these projects involved areas peripheral to GSENM itself, specifically coal development in the Alton Amphitheater area and related projects in the Mt. Carmel and Long Valley areas. Coal reserves in the Alton Amphitheater and Skutumpah Terrace areas have resulted in numerous significant investi-gations (Christensen et al. 1983; Halbirt and Gualtieri 1981; Hauck 1979b; Keller 1987) that identified lithic scatters and campsites indicative of higher-elevation hunting and gathering through all periods of human prehistory. A variety of vegetation restoration (Fawcett 1994) and coal development projects (Christensen et al. 1983; Hauck 1979b) in the upper Virgin River, Johnson Canyon, and Kitchen Corral Wash areas identified sedentary occupations by Virgin Branch agriculturalists from Basketmaker II to Pueblo III times.

Major CRM investigations are discussed in greater detail in the technical version of this publication (Spangler et al. 2019). Investigations conducted after the monument was created in 1996, conducted mostly under Section 110 of the National Historic Preservation Act, constitute the bulk of our discussions in the following chapters.

### Organizational Context

For more than a century, researchers have been organizing archaeological phenomena into a variety of spatial and temporal categories. These include a litany of phases, periods, horizons, types, and other sub-units intended to make sense of archaeological materials, usually on the basis of distinctive artifacts or architecture with shared characteristics. This exercise has proven frustrating over the years with the emergence of different names for the same materials, depending on where they are found and their suspected temporal ranges. About the only constant is that archaeologists love to quibble with each other over their own preferred nomenclature.

The organization of specific data into categories is nonetheless an important first step in theory building. The real problem as it applies to archaeological research is that the creation of artifact categories (e.g., Emery Gray, Desert Side-notched points) and cultural labels (e.g., Fremont, Virgin Branch) tends to become an end in itself rather than a means of explaining human behavior. The tyranny of categories is accentuated when archaeologists perpetuate the validity of their assumptions through sheer repetition.



Kanab Creek

Photo: Jerry D. Spangler

**Figure 1.14: Kanab Creek cuts through the Vermilion Cliffs on its way to the Colorado River. As a source of permanent water even in the worst drought conditions, it once allowed for intense maize farming for more than 2,000 years. Photo: Jerry D. Spangler.**

Such implications have rarely deterred archaeologists from equating artifacts with particular groups of people. As observed by Jones (1994:71), those items that "serve as markers of culture or ethnicity among living peoples — language, belief, tradition, social views — are not available archaeologically. The prehistoric cultures we identify are not cultures in any complete sense; they are classificatory shorthand for groups of similar kinds of archaeological remains in spatial and temporal proximity."

This was particularly evident in the 1950s and 1960s when Glen Canyon Project researchers convincingly argued, based on ceramic evidence, that the vast majority of human occupations north of the Colorado River could be attributed to Kayenta peoples who migrated north during late Pueblo II and early Pueblo III times. Contrary evidence was often ignored or dismissed. As Geib and Fairley (1998:61) later observed, "It seems that Glen Canyon Project archaeologists had on blinders when it came to recognizing Archaic remains.."

We also recognize that cultural processes were not uniform and any implied uniformity in the archaeological record is likely an intellectual distortion of actual human behavior. As observed by Madsen and Rhode (1994:217-218), "Individuals walk the landscape and individuals interact with each other. Each person faces different social and physical environments and reacts accordingly. If it is possible to define general rules which govern the way people behave, then we must expect different outcomes when those rules are applied in different physical and social settings."

For the purposes of our discussion, we prefer to use broad temporal categories without any implied temporal precision. For example, we recognize a general Archaic period from about 8000 BC to 1000 BC, and then we use lowercase modifiers

- 24 -

such as early, middle, and late to identify points in time within that 7,000-year span. We avoid using such categories whenever possible, although it is not always possible when citing the work of others. As we discuss in subsequent chapters, there are five general periods of time relative to this overview, each defined by distinctive lifeways:

● A Paleo-Archaic and/or Paleo-Indian period at the end of the Pleistocene is characterized by small groups of hunters adapted to terminal Ice Age environments. Evidence of plant processing is currently lacking, but this will probably be found. This period encompasses all adaptations prior to the onset of fully Holocene conditions by about 8000 BC.

● The Archaic period includes hunting and gathering strategies prior to the introduction of maize farming. These highly mobile foragers were adapted to arid Holocene environments, relying heavily on plant resources and small game. Deer and bighorn sheep were important food resources, but might have been a small part of the overall diet. This period extends from about 8000 BC to 1000 BC.

● An Archaic-to-Formative transition period from 1000 BC to AD 500 encompasses that period of time when cultigens were first introduced, but hunting and gathering continued to be important, at least among some groups. This period also marked the introduction of more efficient hunting technologies (the bow and arrow), the presence of elaborate rock art traditions, the emergence of complex storage strategies to ameliorate resource shortfalls, and the use of long-term residences in some areas.

● The beginning of the Formative period is generally defined by the appearance of ceramics, which in GSENM occurred about AD 500. It is also that period of time when populations were heavily reliant on maize, beans, and squash for their dietary needs, resulting in high levels of sedentism, increased need for high-capacity storage, and increased complexity as groups aggregated into larger social units. On the west side of GSENM, this is evident in an abundance of Ancestral Puebloan occupations in most environmental niches. Fremont farmers meanwhile occupied the upper Escalante River. Formative lifeways persisted in both regions until about AD 1250, although a few farming



Escalante River

Photo: Dan Bauer

groups, both Fremont and Ancestral Puebloans, might have persisted another 50 years or so.

● The Late Prehistoric is that period of time after the collapse of agricultural lifeways at about AD 1300 until the time of historic contact in 1776. This period coincides with the arrival of Ancestral Paiute foragers in GSENM with a hunting and gathering lifeway, although they apparently practiced limited agriculture.

The following narrative is organized to discuss prehistoric lifeways as they have been described by various researchers. This report is weighted heavily toward research conducted since the monument was created in 1996. In Chapter 2, we discuss the emerging evidence of Paleo Archaic deer hunting in terminal Ice Age times at North Creek Shelter near Escalante, and in Chapter 3, we describe the Archaic hunter-gatherer adaptations prior to about 1000 BC, including the earliest evidence of plant processing, also at North Creek Shelter. Recent evidence from the Rodent Ridge and Arroyo sites near Kanab suggests some Archaic groups were more sedentary, constructing seasonal residences in optimal environmental niches to exploit predictable plant and animal resources.

We discuss in Chapter 4 the transition from hunter-gatherer lifeways to an agricultural subsistence that would have greatly limited seasonal mobility. Evidence from the Jackson Flat sites south of Kanab suggests maize farming might have appeared in this region several centuries earlier than traditionally thought, perhaps as early as 1000 BC. By about AD 200, agriculture had emerged as the predominant lifeway, with pithouse-dwelling farmers exhibiting Basketmaker II characteristics similar to those described elsewhere in the Southwest. Agriculture also appeared in the Escalante River Basin by about AD 200, although evidence of increased sedentism at this time (e.g., pithouses) remains scant. These farmers are believed to be ancestral to later Fremont groups.

The Fremont Complex, a name applied to Formative farmers in the Escalante River Basin, is the focus of Chapter 5. These farmers had their own distinctive grayware ceramics, perhaps as early as AD 500, and they might have been seasonally mobile farmers, exploiting the river corridor in both lowland and upland settings during the spring and summer before aggregating at winter residences. By about AD 750, the Fremont had embraced permanent pithouse architecture that shared many similarities with that of their Ancestral Puebloan neighbors to the west, suggesting not only increased sedentism but increasingly permeable boundaries. By AD 1050, the Fremont presence here had become nearly invisible due to the arrival of Ancestral Puebloan immigrants, only to re-emerge in the late AD 1200s after the immigrants had left. Fremont studies have benefited greatly from recent research by Brigham Young University in the Wide Hollow, Big Flat, Deer Creek, and Escalante River corridor areas.

In Chapter 6, we discuss Formative farmers of the Grand Staircase region, who were largely indistinguishable from other upland Ancestral Puebloan groups on the Arizona Strip and to a lesser extent the St. George Basin. All periods of Ancestral Puebloan prehistory are represented in the Grand Staircase, from Basketmaker III to Pueblo III times, although changes in site layout and land use changed little from AD 500 to 1050. In fact, the typical pattern of a pithouse with an arc of adjacent storage cists persisted with only minor additions or modifications until late Pueblo II times when some groups constructed aboveground pueblos and alcove residences popularly referred to as cliff dwellings. This might reflect a brief migration of outsiders from the Kayenta region that extended not only into the Kanab area, but into the Kaiparowits Plateau and upper Escalante River Basin.

The abandonment of agriculture as a predominant lifeway by about AD 1250-1280 remains an intriguing and unresolved issue in regional archaeology. In Chapter 7, we look at the collapse of Formative lifeways, the possibility that some farming groups might have persisted in isolated environmental niches, and the concurrent emergence of a hunter-gatherer lifeway with different artifact assemblages considered to be ancestral to Southern Paiutes who occupied the region at the time of historic contact in 1776.

The establishment of GSENM created an optimal environment to address many archaeological research questions, although many questions remain unanswered despite the wealth of research over the past two decades. In Chapter 8, we revisit the archaeological research conducted since 1996 when the Monument was created as an outdoor laboratory. Has this objective been met?

It should also be noted that certain terms used throughout this overview warrant additional explanation. The term "Anasazi" is firmly entrenched in the literature of GSENM and surrounding areas to describe Formative farmers with similarities to those in the Kayenta and Mesa Verde regions. This term is actually a Navajo word that carries a negative connotation for modern Puebloans with deep cultural connections to the entire GSENM region. In subsequent chapters, we use the term "Ancestral Puebloan," as recommended by archaeologists and federal agencies elsewhere in the Southwest. This term is reserved for those Formative groups with pottery and architectural traditions similar to those observed in the Kayenta region south of the Colorado River.

We also retain the term "Fremont Complex" to distinguish Formative agriculturalists of the Escalante River Basin (and perhaps Kaiparowits Plateau) with different ceramic and architectural tra-

ditions, different levels of sedentism and agricultural dependence, and distinctive iconography with pan-regional implications. We acknowledge that modern Puebloan groups make no distinction whatsoever between Ancestral Puebloans of the Grand Staircase and the Fremont of the Escalante River Basin, referring to all prehistoric peoples of GSENM as "ancient ancestors."

We also use the term "northern Colorado Plateau" to describe the region north and west of the Colorado River. Most Colorado Plateau researchers find the Colorado River to be a convenient delineation dividing this massive physiographic province into "north" and "south." Some researchers on the Arizona Strip and lower Virgin River country, however, bristle at the idea that this is "northern" when in fact it is hundreds of miles to the south of other sub-regions on the northern Colorado Plateau. Some have suggested terms like "upper" and "lower" Colorado Plateau, or even an "eastern" and "western" plateau, although these are also problematic for the same reason: There is no consensus as to where the boundaries are. In the absence of a more satisfactory term, we retain northern Colorado Plateau as traditionally used to describe that plateau region north of the Colorado River where all drainages flow to the south and/or east towards the Colorado River.



Short Creek

Photo: Jerry D. Spangler



# Chapter 2

## Ice Age Hunters of the High Plateaus
## (10,000 to 8000 BC)

Circle Cliffs

Photo: Dan Bauer

The first occupations of the high plateaus of southern Utah and northern Arizona are believed to reflect a greater emphasis on hunting large fauna during late Pleistocene times and prior to the onset of hunting and gathering strategies adapted to arid climates of the Holocene. Adaptations to these drier climates are typically described as the Archaic, a period of time characterized by the hunting of smaller modern mammals, increased dependence on small seeds and desert plants, and only minor changes to subsistence patterns and tool kits through time (see Chapter 3).

The following is a brief summary of the archaeological evidence of earliest prehistoric groups who inhabited the GSENM region at the end of the Pleistocene. This time frame has traditionally been organized into a variety of periods, phases, and complexes defined in specific areas of the Great Plains, Colorado Plateau, and Great Basin. These organizational schemes are summarized in greater detail elsewhere (Altschul and Fairley 1989; Berry and Berry 1986; Bond et al. 1992; Geib 1996; Huckell 1996; Irwin-Williams 1979; Jennings 1978; Lipe and Pitblado 1999; Spangler 2001; Simms 2008).

Because direct evidence from GSENM is rather limited, Paleo-Indian and Paleo-Archaic adaptations are herein discussed within a regional context focused primarily on sites north of the Colorado River in similar environments to those found in the Monument. This discussion is directed largely at the fundamental question in Southwestern archaeology of whether or not there is cultural continuity through time. Also relevant to this chapter is whether there were two distinct groups occupying the GSENM region at this time, one with cultural affinities to the Great Plains and the other with similarities to groups in the Great Basin and Rocky Mountains.

### Paleo-Indian or Paleo-Archaic

The arrival of the earliest humans on the northern Colorado Plateau, commonly referred to as Paleo-Indians, has always been a topic of considerable fascination to both professional researchers and casual observers. Until relatively recently, most archaeologists denied the presence of early humans on the Colorado Plateau, citing the rarity of Pleistocene megafauna that could have been exploited by the earliest big game hunters. As late as the 1960s, Jesse Jennings argued that "probably because of aridity and a dearth of the big game animals, the classic big-game hunters of the Plains ... are not found west of the Rockies" (1966a:89).

Since that time, however, archaeologists and paleontologists have documented not only a significant catalog of extinct Pleistocene faunal remains in the region, but distinctive artifacts typically associated with the hunting of extinct and modern fauna present during terminal Ice Age times (Agenbroad 1990a; Frison 1991; Grayson 1993; Janetski

et al. 2012; see also Graf and Schmitt 2007 for a Great Basin perspective).

Evidence of early humans in western North America near the end of the Pleistocene Epoch, or last "Ice Age," has been documented as early as 14,000 years ago in the Pacific Northwest (Gilbert et al. 2008), whereas the earliest evidence in the Southwest has been reported from sites dating from about 11,000 to 12,000 years ago, often in contexts related to the hunting of now-extinct mammoths and bison. A hunting strategy focused to a greater extent on large fauna persisted for several millennia in certain areas of the American West, perhaps as recently as 7,000 years ago on the Great Plains where environments were more conducive to large herds of bison (Frison 1991).

The presence of early big game hunters is now generally accepted, but beyond agreement that people were present in the American West by about 14,000 years ago, there is little consensus among scholars on chronological sequences, definitions, geographic distinctions, settlement patterns, subsistence strategies, or the technological implications of different artifact assemblages. Scholars cannot even agree whether Paleo-Indian, Paleo-Archaic, and early Archaic manifestations are one and the same, or whether they represent distinct adaptations to different environmental variables by groups from different regions.

In recent years, researchers have convincingly argued for the presence of two different big game hunting traditions: Paleo-Indian, which features a lithic tool kit similar or identical to that utilized by big game hunters on the Great Plains and other areas east and south of the Colorado River, and Paleo-Archaic, which is characterized by region-ally distinct tool kits and a broader-based subsistence strategy that is evident in regions west of the Front Range of the Rocky Mountains (Figure 2.2). The GSENM area is located entirely within the spatial range assigned to Paleo-Archaic adaptations in the Intermountain West, although Paleo-Indian artifacts characteristic of the Great Plains complexes have also been found here.

In this chapter, we recognize that two different big game hunting traditions might have utilized the region at the same time and might even have interacted with one another. We also agree with Willey and Phillips (1955), who observed that it is impossible to conceive that early non-agricultural groups would not make best use of whatever plants and animals were available to them within the limits of their technology. In our view, Paleo-Indian and Paleo-Archaic peoples were hunters and gatherers who placed greater emphasis on hunting larger mammals than did subsequent Archaic peoples.

Researchers throughout the region have used the term Paleo-Indian to define both a period of time (prior to 7000 BC) and a lifeway (predominantly focused on hunting large game). In this discussion, we follow the lead of other Great Basin and northern Colorado Plateau researchers who have employed the term "Paleo-Archaic" to emphasize that human adaptations were similar to those in subsequent Archaic times in that a wide array of large and small animals were exploited, as well as plant resources, although convincing evidence of the latter remains quite elusive (Beck and Jones 2009, 2010, 2012; Graf and Schmitt 2007; Haynes 2007; Janetski et al. 2012; Rhode et al. 2006). The term Paleo-Indian is retained here when referencing contemporaneous Great Plains subsistence focused toward large fauna.

**Paleo-Indian complexes of the Plains and Paleo-Archaic traditions of the Intermountain West might represent two different adaptations resulting from at least two different migrations into the American West.**



**Figure 2.2**

**Temporal Ranges of Paleo-Indian, Paleo-Archaic and Overlapping Early Archaic Points**

Sources: Age Ranges calculated from Fenno (1991), Holmer (1978), Hockell (2014), Geib (1996), Geib and Ambler (1991), Juartski et al. (2012), and Beth and Jones (2012).

As discussed hereafter, the Paleo-Indian complexes of the Plains and Paleo-Archaic traditions of the Intermountain West might represent two different adaptations resulting from at least two different migrations into the region, both of which were oriented more toward hunting than the gathering of floral resources. A more generalized hunting and gathering strategy is clearly evident in the archaeological record by about 10,000 to 11,000 years ago at Danger Cave, Smith Creek Cave, and Bonneville Estates in the eastern Great Basin (Rhode et al. 2005; see also Jennings 1957a), and at Joes Valley Alcove, Cowboy Cave, and Joe Walter Cave on the northern Colorado Plateau (Barlow and Metcalfe 1993; Jennings 1980). Similarly, hunter-gatherer deposits have been dated to about 10,000 years ago at Dust Devil Cave in the Navajo Mountain area (Ambler 1996) and from open campsites on the Kaibab Plateau (Schroedl 1988). And recent investigations at North Creek Shelter identified deep stratified cultural deposits dating from about 10,000 to 11,500 years ago. These latter investigations revealed that deer hunting was the primary reason for returning time and again to the shelter, but small animals and birds were also part of the diet (Janetski 2011, Janetski et al. 2012).

Collectively, these data suggest that broad-based subsistence (Paleo-Archaic) was present in the GSENM region at the same time that big game

hunting was predominant on the Great Plains. At about 7000 BC, high plateau groups adapted to more-arid Holocene environments began to exploit small seeds, tubers, and other desert plants with lower return rates, which marks the beginning the Archaic period. Evidence of Paleo-Archaic and/or Paleo-Indian occupation and exploitation of northern Colorado Plateau environmental niches is comparatively rare (Copeland and Fike 1988; Schroedl 1977, 1992), particularly when considered alongside the scores of Paleo-Indian sites documented on the northwestern Plains and southern Colorado Plateau, and the comparative abundance of early Archaic sites now reported throughout the Great Basin and Colorado Plateau.

> **The Monument region was once home to an array of now-extinct Ice Age mammals: mammoths, mastodons, sloths, camels, horses, bison, mountain goats, and even giant marmots.**

Any attempt to reconstruct Paleo-Archaic lifeways, therefore, requires the discussion of archaeological evidence from much broader geographic contexts. For more comprehensive reviews, see Bond et al. (1992), Irwin-Williams (1979), Irwin-Williams and Haynes (1970), Lipe and Pitblado (1999), Pitblado (2003), Schroedl (1992), and Stiger (2006). See Beck and Jones (2009); Graf and Schmitt (2007), Grayson (1993), Madsen et al. (2005), Rhode et al. (2005), and Willig and Aikens (1988) for Great Basin perspectives.

### Climate Change

The advance and retreat of continental glaciers have characterized Pleistocene environments in North America for much of the past 2.6 million years, referred to as the Quaternary period, and these have been well articulated elsewhere (see Grayson 1993 and Pielou 1991 for summaries). The arrival of humans in Pleistocene North America appears to have occurred during the final period of glaciation, commonly referred to as the Wisconsin Glaciation, which began about 110,000 years ago,

reached its maximum by about 25,000 years ago, and concluded by 11,000 years ago when North American climates approached modern conditions. The glacial advance resulted in a lowering of world-wide sea levels by as much as 300 feet. Researchers generally agree that this glaciation resulted in the establishment of a land bridge as wide as 1,200 miles (north to south) connecting Siberia to Alaska, and it functioned as a drawbridge, of sorts, that allowed animals to migrate back and forth between the Old World and the New World (Agenbroad 1990a).

The extent of glaciation in the high plateaus of southern Utah and northern Arizona remains poorly understood, but the higher elevations most certainly experienced periods of expanding and retreating glaciers with high water run-off that fed river systems and lakes. The largest of these lakes, Lake Bonneville, was located only a short distance to the northwest of GSENM (Figure 2.3), and those living around the lake could easily have discovered and explored the high plateaus to the east.

The end of the Pleistocene in western North America was a period of remarkable environmental change. Entire plant communities were reorganized and huge glacial lakes common throughout the Great Basin shriveled and evaporated. Some 35 genera of mammals and 19 genera of birds became extinct, and the lack of these animal remains in deposits dating to the last 10,000 years suggests that the extinctions had concluded prior to that time, or that the animals had dwindled to the point they had become archaeologically and paleontologically inconsequential (Grayson 1993:68). Huckell (2014) has argued most of the extinctions had been completed by 13,000 years ago, or about the same time the first humans arrived in the West.



Figure 2.3: Lake Bonneville was the largest paleolake in the American West during Pleistocene times, stretching from southern Oregon on the northwest to southern California on the southwest. Hemmed by the Wasatch Mountains on the east, the ancient shoreline was 300 to 400 feet above the modern valley floor. At about 14,500 BC, a natural dam breached at Red Pass, Idaho, causing the lake level to drop dramatically and resulting in a multitude of smaller remnant lakes and lush marsh environments. Humans probably arrived shortly after the ancient lake breached and the remnant lakes in the eastern Great Basin looked something like this.

The effects of deglaciation in southern Utah were undoubtedly profound. At North Creek Shelter, located at the upper edge of the pinyon-juniper zone today, the local environments were considerably wetter during Paleo-Archaic times, supporting mixed forests of aspen, spruce, and firs, as well as subalpine grasslands and wet meadows – environmental characteristics found today at much higher elevations (Janetski et al. 2012:151; see also Newbold 2009). This wetter regime was probably due to the final retreat of glaciers on the Aquarius Plateau immediately north of North Creek Shelter. The eastern portion of the Aquarius Plateau was at one time covered by ice sheets as much as 200 meters thick that featured glacial tongues that spilled from the summit (Flint and Denny 1958; Morris et al. 2013; Osborn and Bevis 2001).

According to paleoenvironmental data from regional alcove sites, the northern Colorado Plateau was, during late Pleistocene times, a sage-brush steppe with a lush riparian community near the streams and rivers. This botanical community was virtually the same as what is found today in the higher elevations of the Henry Mountains, Kaibab Plateau, Aquarius Plateau, and Markagunt Plateau. The upward migration (increased elevation) of plant communities can be roughly correlated with warming and seasonal precipitation changes during the past 11,000 years (Agenbroad and Mead 1990a).

Research in southern Utah over the past two decades has clearly demonstrated that late Pleistocene mammals were indeed present in the region. In the Glen Canyon area, mammoth dung from Bechan Cave was dated between 11,600 and 13,400 years ago, and the evidence suggested the presence of lush vegetation adapted to wet environments where only arid deserts exist today (Agenbroad et al. 1989). In the same area, investigations at Grobot Grotto, Mammoth Alcove, Hoopers Hollow, and BF Alcove revealed considerable animal dung from

now-extinct Ice Age mammals, including mammoth, mountain goat, marmot, camel, horse, and bison (Agenbroad and Mead 1990b). In south-central Utah, dung from mammoths, bison, horses, camels, and sloths was observed at Cowboy Cave (Jennings 1980). More recently, remains of a mastodon (*Mammut americanus*) were recovered in the Skutumpah Terrace area in the Grand Staircase in contexts dated to 11,250 to 11,390 years ago (Museum of Northern Arizona 2004).

No evidence of human activity in direct association with Pleistocene mammals was noted at any of these sites, although one bison bone at Cowboy Cave exhibited faint traces of polish "as if its broken end had been used as a scraper or as a polishing device against some soft material" (Jennings 1980:14-15). There is, as yet, no persuasive evidence that humans were exploiting now-extinct Pleistocene mammals in GSENM, although Newbold (2009) has suggested the mule deer bones at North Creek Shelter might represent a much larger, now-extinct ancestor of modern mule deer.

The subject of continent-wide extinctions has generated considerable debate over the decades with scholars attributing them to an inability of Pleistocene fauna to adapt to changing environmental conditions, to an "overkill" by Paleo-Indian hunters, or to some combination of climatic stress and human over-hunting. The wealth of data related to climatic changes at the end of the Pleistocene and corresponding restructuring of plant and animal communities in early Holocene times offer persuasive evidence that a rapidly changing environment contributed significantly to extinctions of certain species.

In northern Colorado Plateau contexts, preserved dung of Pleistocene mammals reflected

**The eastern portion of the Aquarius Plateau was once covered by ice sheets as much as 200 meters thick with glacial tongues that spilled from the high plateau towards the valleys below.**

a diet rich in water plants, willows, rose, oak, birch, spruce, and other wetlands species. With the exception of cacti and sagebrush, most plant species that formed the diet of Pleistocene herbivores no longer exist in those areas or they now found at elevations up to 4,000 feet higher (Agenbroad 1990a:11).

The relatively rapid extinction of large mammals between 13,000 and 11,000 years ago and the simultaneous appearance of the distinctive, continent-wide Clovis hunting technology is viewed by many as more than coincidental. The Pleistocene overkill hypothesis presumes that waves of highly efficient Paleo-Indian hunters exploited large herbivores to extinction (Martin 1984, 1990; Pielou 1991). This might have been facilitated by drought conditions south of the ice sheets that forced larger mammals to congregate at shrinking water sources and along river corridors where they became easy prey for Paleo-Indian hunters (Agenbroad 1990a; Haynes 1991; Huckell 2014).

The best argument for Pleistocene overkill is the inability of climatic models to explain extinctions of certain species. Camels and horses, for example, became extinct in North America between 12,000 and 10,000 years ago, but they continued to thrive in the Old World where climates were virtually identical to those in the New World. Horses again thrived in the New World when reintroduced by Europeans. As observed by Grayson (1993:73), if climatic changes provided the cause of extinctions, there should have been comparable extinctions in the Old World. In the case of horses and camels, no such extinctions occurred.

Most researchers seem to prefer various climatic models for the extinction of certain Pleistocene animals, although human predation might

have accelerated the extinctions and ensured the extinction of those few species that could have survived the massive environmental changes. Now-extinct Pleistocene animals present on the northern Colorado Plateau included mammoths, mastodons, camels, short-faced bears, horses, tapirs, peccary, bison, dire wolves, saber-toothed cats, mountain goats, and various sloths.

The distribution of projectile points and mammoth remains indicates that "both mammoths and mammoth hunters frequented the well-watered portions of the Colorado Plateau, such as the Little Colorado, Colorado, San Juan, and Green Rivers, as well as their major tributaries" (Agenbroad 1990a:21). In other words, some areas of GSENM, perhaps along the Paria River and Escalante River, as well as other minor tributaries like Johnson Wash and Kanab Creek, might have been suitable environments for late Pleistocene animals and the humans who preyed on them.

### The Paleo Diet

Most traditional explanations have emphasized the role of big-game hunting to the near exclusion of smaller fauna or more abundant flora. As a general characterization, the earliest arrivals "were hunters and gatherers, exercising highly mobile strategies and manufacturing sophisticated hunting tools and a diversity of items appropriate for butchering game and processing hides, wood, and bone" (Cordell 1984:142). Because most Paleo-Indian sites feature items found in hunting tool kits, it has been assumed that they were following and hunting now-extinct "big game" such as mammoths, camels, bison, and horses (but see Beck and Jones 1997 and Lipe and Pitblado 1999).

Most scholars now agree that the earliest arrivals in North America probably exploited environmental niches that included both modern and now-extinct mammals, and that adaptive strategies were similar to those of the subsequent Archaic pe-



North Creek Shelter
Photo: Jerry D. Spangler

**Figure 2.4:  View of North Creek Shelter at the confluence of North Creek and the Escalante River. This area is now a high desert, but it was a lush riparian area in late Pleistocene times. When the first deer hunters arrived here 10,000 to 11,000 years ago, North Creek would have been swollen from the final retreat of the glaciers on the Aquarius Plateau above.**

## Table 2.1

| Sample Material | Conventional Age BP | δ13C ‰ | 95 Percent Probability | Median Probability | Lab No. | Provenience | Citations |
|---|---|---|---|---|---|---|---|
| Salicaceae | 9960 ±30 | AMS | BC 9635-9322 | BC 9403 | UCIAMS 44188 | Stratum IIa, F190 | Janetski et al. 2012:133 |
| Salicaceae | 9800 ±50 | -23.4 AMS | BC 9336-9206 | BC 9270 | Beta-239022 | Stratum IIa, F190 | Janetski et al. 2012:133 |
| Odocoileus Collagen | 9739 ±81 | AMS | BC 9337-8860 | BC 9196 | AA-89645 | Stratum IIe, F261 | J. Janetski, personal communication 2019 |
| Dentin | 9736 ±95 | AMS | BC 9384-8831 | BC 9176 | AA-89639 | Stratum Ii, F263 | J. Janetski, personal communication 2019 |
| Odocoileus Collagen | 9733 ±84 | AMS | BC 9333-8847 | BC 9185 | AA-89643 | Stratum IIg, F259 | J. Janetski, personal communication 2019 |
| Juniperus-Pinus | 9690 ±60 | -23.7 AMS | BC 9262-8856 | BC 9160 | Beta-221415 | Stratum IIIa, F156C | Janetski et al. 2012:133 |
| Odocoileus Collagen | 9642 ±84 | AMS | BC 9249-8784 | BC 9026 | AA-89642 | Stratum IIIf, F144b | J. Janetski, personal communication 2019 |
| Collagen | 9556 ±84 | AMS | BC 9205-8668 | BC 8964 | AA-89633 | Stratum IIIb, F150 | J. Janetski, personal communication 2019 |
| Pooled Pinus | 9510 ±80 | -22.6 | BC 9170-8639 | BC 8890 | Beta-207168 | Level IVa, F81 | Janetski et al. 2012:133 |
| Collagen | 9490 ±92 | AMS | BC 9169-8583 | BC 8851 | AA-89640 | Level IVa, F81 | J. Janetski, personal communication 2019 |
| Dentin | 9406 ±96 | AMS | BC 9110-8379 | BC 8698 | AA-89637 | Level IIIe, F252 | J. Janetski, personal communication 2019 |
| Collagen Dentin | 9401 ±82 | AMS | BC 9094-8438 | BC 8686 | AA-89635 | Level Ii, F156B | J. Janetski, personal communication 2019 |
| Collagen-Dentin | 9384 ±91 | AMS | BC 9093-8375 | BC 8664 | AA-89638 | Level IIIe, F252 | J. Janetski, personal communication 2019 |
| Collagen | 9237 ±83 | AMS | BC 8685-8301 | BC 8463 | AA-89641 | Level IIIe, F252 | J. Janetski, personal communication 2019 |

Table 2.1: Paleo-Archaic radiocarbon dates from North Creek Shelter. The 95 percent probability ranges were obtained using the Bchron library (Parnell 2016) in the R environment (R Core Team 2017) following the IntCal13 calibration curve (Reimer et al. 2013).

riod in that a broad range of plant and animal resources were exploited. The best evidence of this comes from North Creek Shelter (Figure 2.4) where excavations revealed three Paleo-Archaic levels below well-defined early Archaic levels. These Paleo-Archaic deposits, which yielded 14 radiocarbon dates between 9400 and 8500 BC (Table 2.1), revealed a heavy reliance on mule deer. But humans also exploited a broad array of other, smaller prey, including beaver, porcupine, rabbits, squirrels, gophers, woodrats, mice, voles, turkeys, grouse, and ducks (Janetski et al. 2012:150).

Evidence of Paleo-Archaic plant procurement at North Creek Shelter was ambiguous, consisting of charred seeds representing the Chenopodiaceae, Asteraceae, and Poaceae families.

But no formal ground stone tools were identified; rather they were only found in the subsequent Archaic deposits. Researchers suggested that Paleo-Archaic women had an abundance of small game to exploit, and hence there was less need to exploit small seeds. But as climates became increasingly arid, the availability of small animals adapted to wetter environments around North Creek Shelter diminished. As summarized by Janetski et al. (2012:153), in early Archaic times, "women shifted focus to grasses and other small seeded plants for the contribution to family provisioning, although use of smaller animals continued." In other words, plants were probably exploited during Paleo-Archaic times, but large-scale plant procurement and processing did not emerge until early Archaic times in response to increasingly arid conditions.

### Complexes and Categories

Paleo-Indian complexes on the Plains and southern Southwest are distinguished primarily on the basis of distinctive projectile points. Sites containing remains of now-extinct Pleistocene mammals are sometimes associated with fluted points (Clovis and Folsom) and non-fluted points. And Paleo-Archaic assemblages are characterized by large stemmed points of the Western Stemmed Tradition, as well as a variety of fluted and unfluted types that may or may not be related to the Plains complexes (Beck and Jones 1997; Davis et al. 2012; Stiger 2001).

The Paleo-Indian period on the Great Plains is traditionally divided into three sequential complexes, each defined on the basis of changes in projectile point types and differences in the availability of certain animals as the Pleistocene environment changed from cooler, wetter regimes to warmer, drier modern conditions (cf. Frison 1991; Jennings 1974; Schroedl 1976, 1977). Although temporal overlapping occurs, it is generally possible to place the complexes into chronological order beginning with the Clovis Complex (sometimes called Llano), followed by the Folsom Complex, and culminating with the Plano Complex. All three are represented in southern Utah, although such evidence is rare and widely dispersed.

A fourth lithic tradition consisting of large stemmed points (Western Stemmed Tradition) temporally overlaps all Paleo-Indian complexes defined on the Great Plains, and this is discussed separately below. In some areas (e.g., southern Arizona) large stemmed points are considered Early Archaic indicators, whereas Beck and Jones (2010, 2012) make a persuasive argument that stemmed points actually predate the fluted point complexes and are diagnostic of the earliest occupations of the Intermountain West (see Goebel and Keene 2014 for a counter-argument).

### Clovis Complex

The Clovis Complex is characterized by the manufacture and use of the Clovis point, a distinctively fluted, lanceolate point averaging 8 to 15 centimeters in length (Figure 2.5). Throughout the Great Plains and Southwest, such points have been found in association with now-extinct Pleistocene fauna, in particular mammoth (*Mammuthus sp.*), which has led to the perception they were first and foremost mammoth hunters. As a result of several radiocarbon dates, the Clovis Complex has been firmly dated between about 9200 and 8900 BC on the northern Plains and 9600 to 9000 BC on the southern Plains (see Frison 1991 and Huckell 2014 for summaries of these data).

Clovis kill sites and campsites were generally located at or near water sources, suggesting that animals were ambushed at these sources. Late Pleistocene mammals might have been retreating to water sources due to warming climates and dropping groundwater tables that restricted the availability of water-adapted plants. Studies at the Lehner Ranch and Murray Springs sites in Arizona and the Blackwater Draw Site in New Mexico suggest that these Pleistocene mammals were not abundant during Clovis times and were possibly on the verge of extinction before they were targeted by Clovis hunters (Agenbroad 1990a:19).

Although it is widely assumed that Clovis peoples were specialized big-game hunters, Grayson (1993:71) cautions that the mere fact that Clovis

**The fact that Clovis peoples were capable of harvesting large mammals does not mean that big game hunting provided a critical part of their diet or that mammoth hunting was even an important part of their lifeway.**



Figure 2.5: Sketch drawings of various Paleo-Indian point types found in or near the Monument. The shape and size of the points, as well as the grinding techniques used to create the points, are all sensitive indicators of when the point was made. Almost all Paleo-Indian points found in Utah have been surface finds without associated cultural deposits, but points similar to James Allen and Eden-Scottsbluff were recovered at North Creek Shelter.

peoples were capable of harvesting large mammals does not mean that big game hunting provided a critical part of their diet or that mammoth hunting was even an important part of their lifeway. The "apparent importance of mammoths to Clovis people may result instead from the very biased way in which our sample of Clovis sites has accumulated."

Most examples of Clovis points in the GSENM region have been isolated finds, or at best are associated with a minor amount of lithic debitage. The best example of a Clovis occupation in southern Utah is the Lime Ridge Clovis Site located near the San Juan River and southeast of GSENM. Some 294 artifacts were recovered, including one lanceolate biface fragment, two Clovis points, and nine end scrapers. This site is thought to represent a hunting camp overlooking a riparian corridor likely used by large animals as they moved from an upland foraging zones to the riverine environment below (Davis 1989).

Other evidence is less conclusive. Two rock art panels in the lower Escalante River area might be attributed to mammoth hunters (Figure 2.6). As noted by Hauck (1979b:320), both panels "have been well weathered but are still fairly well discernible. In each case, the tusks, knob on the top of the head, and tail are well defined and identifiable." These images are similar in execution to two other "mammoth" representations in the Moab and Indian Creek areas, both in southeastern Utah. All four of these rock art sites are associated with the Colorado River or its tributaries that featured peren-



**Figure 2.6: Sketch drawings of two possible mammoth petroglyphs discovered in the lower Escalante River country. Similar "mammoth' petroglyphs have been reported along the San Juan River near Bluff, in Indian Creek near the Needles District of Canyonlands, and along the Colorado River near Moab. Images used here were modified from drawings in Hauck (1979b:321-322).**

nial water and wetter environments during deglaciation of the high plateaus and mountains.

Clovis points have been observed at seven localities in or near GSENM. Most of this evidence is problematic for one or more reasons. A Clovis point found in Bear Valley on a pass between the Markagunt Plateau and Tusher Mountains was photographed, but then could not be relocated for a more detailed examination to ascertain its authenticity. It was associated with an abundance of early-to-late Archaic artifacts, and the Clovis point might have been kept as a curiosity or totem by later groups. But a single Western Stemmed Tradition point of an age similar to Clovis points was also found here (Miller et al. 1995). A Clovis point found in the northern Henry Mountains was identified by a local informant, but it was never examined by archaeologists and attempts to relocate it were unsuccessful. A point found on the western Arizona Strip consisted only of a base fragment, and its identification as a Clovis point was considered tenuous, or simply "Clovis like" (Miller 1978). A point associated with a lithic scatter in the Clearwater Canyon area was described as a Clovis "mistake," but not a classic Clovis point (Bremer and Geib 1987).

Within GSENM, a Clovis point found by a private individual in Johnson Canyon was not associated with any other artifacts, whereas one found near Boulder (Figure 2.7) was found by a private individual within the context of a large lithic scatter. Subsequent test excavations at the site did not reveal additional Paleo-Archaic materials or deposits, although a Pinto Series point (early Archaic) and an Elko Series point were observed (Zweifel 2010).

Beck and Jones cautioned that many fluted points identified as Clovis points in the Intermountain West, which includes GSENM, do not exhibit the morphological or statistical traits assigned to traditional Clovis points. Of 17 fluted points at the Sunshine Locality in eastern Nevada, only two "could possibly be identified with Clovis" (Beck and Jones 2009:163; see also Beck and Jones 2010:95-96). When the sample was expanded to include other sites in the Intermountain West, they observed (2012:39) "at least a third, if not more, do not conform to Clovis morphology but, rather, are smaller, thinner forms that represent a regional development."

The seven Clovis sites in GSENM and contiguous areas are insufficient to allow us to predict where such sites might be located. It is probable that highly mobile, dispersed bands of hunters using Clovis-like points occupied GSENM where they exploited both extinct and modern fauna, but evidence for longer-term hunting forays, repeated occupations of favored locales, and organized hunts is currently lacking. Such sites would likely be associated with water sources swollen with runoff from melting glaciers, such as the Escalante River, Johnson Wash, Kanab Creek, and the Paria River.

### Folsom Complex

Folsom sites elsewhere in the West typically date from about 8200 to 8900 BC on the northern Plains and 8900 to 8100 BC on the southern Plains (see Frison 1991 and Huckell 2014 for overviews), and these are identified on the basis of a fluted point smaller than the Clovis point. The flutes on Folsom points are typically longer and deeper than Clovis specimens, often running almost to the tip of the point. Folsom points are commonly found

in association with burins, end scrapers, bifacially prepared cores, denticulates, gravers, bifacial knives, and bone and antler tools. Because Folsom points seem to be smaller, more stylized versions of the Clovis point, it might reflect adaptation to smaller, fleeter prey (Agenbroad 1990a:22; see also Frison 1991 and Irwin-Williams and Haynes 1970).

Animal remains commonly found in association with Folsom points include now-extinct bison (*Bison antiquus*) and many modern species. It is assumed that the shift from hunting larger Pleistocene mammals (e.g., mammoths) to bison reflected not only diminished numbers of mammoths, but changing environments from high-grass plains characteristic of the Pleistocene to shorter-grass prairies of Holocene times, which favored bison and smaller ungulates (Frison 1991).

Folsom hunting strategies might also have been focused on animals tethered to a greater or lesser degree to river corridors and springs. This is evident at two major Folsom sites along the Green River northeast of GSENM. The Montgomery Site, located on a terrace above the river, yielded 188 tools, including two Folsom point fragments, spurred transverse end scrapers, borers or gravers, and numerous flakes with bifacial retouching with distinctive Folsom attributes. As discussed by Davis (1985:12), "The large amount of debitage, stone tools, and weaponry implies a relatively large concentration of several families, possibly a band, who engaged in tool production and maintenance, faunal procurement and processing." The location of the site in proximity to the Green River might indicate large mammals were concentrating along river corridors in an otherwise increasingly arid landscape (Bond et al. 1992; Davis 1985).

The Dawson Site, also located near the Green River, is a large, dense lithic scatter in dune



Photo: GSENM

**Figure 2.7: Clovis point found near Boulder, Utah. Clovis points are synonymous with mammoth hunters, but they were likely functional tools for all sorts of large game.**

deposits around a now-desiccated spring. More than 200 surface artifacts were collected, including the largest Paleo-Indian point assemblage yet documented in Utah. Point types included two Cody Complex points, 14 Folsom points and preforms, six Clovis points and preforms, two Midland points, three lanceolate points, nine Western Stemmed Tradition points, and a single Elko Series dart point (Smith et al. 2007). Researchers believed the campsite had been a repeatedly occupied over thousands of years (Byers et al. 2008).

Folsom points are quite rare in GSENM and contiguous areas north and west of the Colorado River. Seven examples have been reported, all but one of which were documented during the course of archaeological investigations (see Table 2.2 above). These are typically associated with small- to medium-sized lithic scatters, sometimes with biface tools. One site featured a slab-lined hearth of unknown temporal affinity.

As with Clovis sites, if Folsom hunters were following game tethered to water resources,

> **Folsom hunting strategies might have been focused on animals tethered to river corridors and springs as local environments became increasingly arid.**

then Folsom sites would be expected along those drainages still swollen with ongoing deglaciation. Because certain Pleistocene fauna had become extinct (or they were exceedingly rare), Folsom hunting camps would have been focused mostly toward hunting of modern fauna. Evidence of larger-scale band activities and/or repeated occupations of favored locales, as evidenced by the Montgomery Site and the Dawson Site, have not been reported anywhere near GSENM, but there is potential such sites will be found, probably in association with permanent water systems. A Folsom point found along the Vermilion Cliffs east of Kanab suggests that even minor canyons peripheral to the larger drainages might have featured wetter conditions suitable to hunting forays by Folsom groups.

### Plano Complex

A third Paleo-Indian manifestation is collectively referred to as the Plano Complex, which is identified by a number of projectile point types that have considerable variation in form, geographic distribution, and temporal ranges. Plano points are generally lanceolate in shape, are not fluted, and exhibit fine pressure-flaking. Plano points are commonly associated with early postglacial fauna such as modern bison or antelope. The temporal sequences for some Plano points, all defined by excavations at kill sites on the Great Plains, overlap the temporal sequences for some early Archaic points as traditionally defined in the Great Basin and northern Colorado Plateau. The Plano Complex is commonly seen as a persistence of big game hunting strategies of earlier times, but adapted to Holocene environments and modern fauna (Frison 1991; Irwin-Williams and Haynes 1970).

In southern Utah and the adjacent Arizona Strip region, Plano points are commonly described within the context of projectile point types defined at sites on the Great Plains. These identifications typically include qualifiers like "similar to" and "Plano-like," raising the possibility they represent local or regional stylistic variations that might have different temporal ranges.

Researchers have often noted that evidence of Plano peoples is virtually nonexistent in many areas of the Southwest, perhaps indicating abandonment of entire regions. Irwin-Williams and Haynes (1970:67) suggested that "in marginal areas the human population became increasingly concentrated around the principal remaining resources, leaving large areas subject to only marginal or temporary occupation." It is certainly possible that Plano hunters withdrew to areas such as the northwestern Plains where large faunal resources, in particular bison, were more abundant. It is also possible that large fauna on the Colorado Plateau was always limited, and human populations had already shifted adaptive strategies toward smaller fauna and plant resources by at least 9,000 years ago, if not a millennium earlier (Jennings 1978, 1980).

Plano point types defined in Great Plains contexts include Agate Basin, Hell Gap, Cody Complex, Alberta, Angostura, Plainview, Firstview, Frederick, Lovell Constricted, Pryor Stemmed, James Allen, Frederick, and Lusk points, among others. All of these projectile point types have been identified at sites on the northern Colorado Plateau, but not all have been found within or near GSENM.

Hell Gap Complex is a series named for a site in north-central Wyoming. It has been tenuously assigned a chronological range of 8000 to 7500 BC on the northern Plains. (Frison 1991;). One isolated Hell Gap-like point was recovered in the southern Henry Basin but "the artifact is more likely a knife

> The Plano Complex is commonly seen as a persistence of big game hunting of earlier times, but hunting strategies were adapted to drier environments and modern large game.

fragment" (Nickens 1981:35-36). Another point at a site in the Henry Mountains was described as similar to those at the James Allen and Hell Gap sites, although a variety of points were reported from both sites and they might have been referring to Frederick-Lusk points (Geib and Bremer 1988:67-68).

Alberta points were the first to feature large stems and abrupt shoulders. They are common throughout the Plains and are similar to and often associated with Cody Complex artifacts. In some contexts, the points are referred to as Alberta-Cody. This point style has an accepted temporal range of about 7500 to 7000 BC (Frison 1991), although more recent revisions place it between 8200 and 7400 BC (Huckell 2014). One heavily patinated point recovered in isolated context in the Skutumpah Terrace area was considered similar to Alberta, but also akin to Eden, Agate Basin, and Hell Gap types (Keller 1987).

The Cody Complex is characterized by two diagnostic points, Eden and Scottsbluff, as well as the distinctive Cody knife. These are common throughout the Plains, but they are only occasionally found on the northern Colorado Plateau. The temporal range of the Cody Complex ranges from about 7400 to 6400 BC (Frison 1991). A stemmed point with a ground base from North Creek Shelter (Stratum IV) was described as similar to Scottsbluff and Eden points (Janetski et al. 2012:145). And Keller (1987) mentioned an Eden point was found at a site in the Alton Amphitheater area, but he did not describe it and it is not mentioned on the state site form.

Plainview points were defined in southern Plains contexts, although this point type has a broad geographic distribution. It is a lanceolate point with a concave base, and it has a generally accepted temporal range of about 7000 to 8000 BC (Hranicky 2011). One possible example was reported from a site in the Waterpocket Fold area that was deemed "within the range of Plainview," although other chipped-stone and ground stone artifacts at the site were not of similar antiquity (Suhm 1959:213). Two other examples were recently reported just south of GSENM (Bryce and Terlep 2017).

Frederick, Lusk, and James Allen points are quite similar to one another and have similar temporal ranges, prompting some researchers to refer to them collectively as Frederick-Lusk or Allen-Fredrick points. They have tenuous temporal ranges of about 7000 to 6000 BC (Frison 1991) or 7400 to 5800 BC (Huckell 2014) (see Figure 2.5 above). One point similar to a Frederick-Lusk point was recovered at a site in the Orange Cliffs area, and another point in the same area was described as similar to Frederick points from the James Allen and Hell Gap sites (Geib and Bremer 1988:67-68). And at North Creek Shelter, a James Allen point reworked into a drill was found in early Archaic deposits dated to about 7000 BC (Janetski 2012:145).

Several sites have yielded points with distinctive Paleo-Indian construction techniques, such as precise flaking, basal and lateral grinding, but where the point type could not be determined. One such point fragment was observed at a site in the upper Virgin River country (Fawcett 1994:39). And south of Fredonia, a large camp site situated among active sand dunes had two artifacts that were tentatively identified as Plano bifaces, although no diagnostic points were identified. And at a multicomponent artifact scatter on the Kaibab Paiute lands, one artifact was interpreted as a Plano preform (Bryce and Terlep 2017).

The number of sites within and adjacent to GSENM with Plano points and suspected Plano artifacts is not significant (n=14), and it is insufficient to allow us to predict where such sites might be located. The identifications of these artifacts as Plano

**Western Stemmed Tradition points were present in the Intermountain West before Clovis technology was present anywhere.**



**Figure 2.8:  Sketch drawing of Lake Mohave and Silver Lake points common in the Monument and surrounding areas.**

artifacts is also problematic in that most are fragmentary and most were described as similar but not identical to points defined in Plains contexts. It is just as likely these points represent local variations attributable to Paleo-Archaic groups who maintained periodic interaction with Plains groups.

### Western Stemmed Tradition

Researchers have long recognized that large, stemmed points are commonly found in association with the earliest fluted point complexes (Clovis and Folsom), although most of this evidence was limited to surface discoveries where temporal associations were questionable. These stemmed points persisted with subtle variations from region to region. This variability led to a proliferation of named point types reflecting unique local characteristics, such as Lake Mojave, Silver Lake, Jay, Bajada, Windust, Haskett, Cougar Mountain, Parman, and Lind Coulee (see Beck and Jones 2010 for an overview). In some Southwestern contexts, early stemmed points are associated with ground stone tools and are considered to be early Archaic points.

The co-occurrence of Western Stemmed Tradition points and fluted types initially prompted some researchers to speculate that fluted points were specialized tools for the procurement of large Pleistocene fauna, whereas the stemmed points reflected exploitation of smaller mammals associated with lakeshore environments (Holmer 1986:94). Research over the past two decades has largely discredited those assumptions. Charlotte Beck and George T. Jones, prolific skeptics of the "Clovis first" explanation for the first colonization of North America, have argued that the Western Stemmed Tradition predates Clovis technology on the Columbia Plateau and Great Basin, and that "people were in the Intermountain West before Clovis was present *anywhere*" (2010:106, their emphasis).

The Beck and Jones hypothesis challenges orthodox theories that the earliest immigrants traveled south through central North America through an ice-free corridor into the Great Plains, bringing with them the distinctive Clovis technology before spreading west into the Rocky Mountains, Southwest, and Great Basin. Instead, they argue a separate migration originating in the Pacific Northwest spread east and south into the Great Basin and Rocky Mountains. These immigrants brought with them a stone tool technology characterized by large stemmed points.



**Figure 2.9:  These Western Stemmed Tradition points, called North Creek Stemmed, were a defining characteristic of the earliest deposits at North Creek Shelter near Escalante. They might have been used to hunt larger-sized late Pleistocene mule deer. Photo: Brigham Young University**

Their hypothesis is based on three factors: (1) The earliest radiocarbon dates in this region are associated with stemmed points, (2) The stemmed and fluted point technologies are so fundamentally different that one could not have been derived from the other, and (3) There is no antecedent stemmed point tradition on the Plains. The fact that fluted points and stemmed points co-occur "suggests that the two populations utilizing them eventually encountered one another" (Beck and Jones 2012:24).

The name Western Stemmed Tradition has been employed as an umbrella term for all early stemmed points regardless of local or regional type names. These points have been found in abundance everywhere from Alberta, Canada, to Southern California, and from Oregon to Colorado, in effect the entire Intermountain West. Two point types most relevant to this chapter are Lake Mohave points and Silver Lake points (Figure 2.8). One additional point (discussed below) was identified as a Jay point, but this type, defined in southern Arizona as part of the Oshara Tradition, is quite similar to Lake Mohave points in the Great Basin. The temporal range for large stemmed points ranges from about 11,000 to 7000 BC (Beck and Jones 2012:39).

Western Stemmed Tradition points have been reported throughout the GSENM region, although no spatial patterns have yet emerged. One Lake Mohave point was reported at a site in the Orange Cliffs, although it was found with more recent features (Geib and Bremer 1988:67-68). Points identified as Lake Mohave, Silver Lake, and Bajada/Jay types have been reported in the Grand Canyon area on the Kanab Plateau and Tuckup Canyon (Huffman et al. 1990), and elsewhere in the park (Hollenshead 2007). One Lake Mohave point was recovered near the Paria River (Sagebrush Consultants 2013), and two Lake Mohave points were found in isolated contexts near Kanab Creek on the Arizona Strip

(Bryce and Terlep (2017). A possible Jay point was reported from a complex lithic scatter with Elko Series points on the Kaiparowits Plateau (Kearns et al. 1982), but a review of the field sketch reveals it could be a Lake Mohave point. Another point was identified in isolated context in the Circle Cliffs (Baker et al. 2001).

One complete Silver Lake point made from an unknown source of gray chert was found with a small lithic scatter near Finn Little Wash. At another site near Moonshine Ridge, a complete Silver Lake point was noted in association with eight bifaces, as well as eight additional points diagnostic of the Archaic to Pueblo II times. A third Silver Lake point, constructed of local Kaibab chert, was observed at another site nearby (Bryce and Terlep 2017).

**North Creek Shelter is not only the oldest site anywhere near the Monument, but it is one of the oldest anywhere on the Colorado Plateau.**

Also relevant to this discussion are the nine stemmed points attributed to Paleo-Archaic deposits at North Creek Shelter (discussed above). These points are shouldered with short, parallel-sided stems and a rounded base, and with the exception of one obsidian point and a greenish rhyolite point, all were constructed of locally available cherts. Researchers noted the point style was different from previously described Western Stemmed Tradition points. Instead, the points were most similar to Ventana-Armagosa points at Ventana Cave in southern Arizona, but still dissimilar enough to warrant a new designation, North Creek Stemmed (Janetski et al. 2012:145; see Figure 2.9 above).

At least two sites, both on the Kaiparowits Plateau in GSENM, had stemmed points of suspected Paleo-Archaic age, but the points could not be assigned to existing types. A large shouldered point with fine pressure flaking was described as not typical of either Hell Gap or Lake Mohave points, although it shared certain charac-



Figure 2.10

● Western Stemmed Tradition Points

● Plains Tradition Paleo-Indian Points

teristics with both. And a heavily patinated, concave-based point exhibited basal and margin grinding, but it could not be assigned to any known point types (Geib et al. 1999). This is not all that unusual. Paleo-Indian points rarely conform to classic "types" and in many instances they exhibit characteristics of multiple styles.

### Summary

Human adaptations to late Pleistocene and early Holocene environments at about 7000 BC have been well established at numerous sites in the Great Basin (Madsen et al. 2005; Rhode et al. 2005), northern Colorado Plateau (Barlow and Metcalfe 1993; Janetski et al. 2012; Jennings 1980), and southern Rocky Mountains (Pitblado 2003; Stanford 2005; Stiger 2006). These adaptations, regardless of where they are found, have traditionally been referred to as Paleo-Indian, a de facto recognition that different groups shared projectile point technologies defined in Great Plains contexts where such groups are labeled Paleo-Indian. This orthodoxy has been challenged in recent years by scholars who argue for separate Paleo-Indian and Paleo-Archaic traditions, each defined by different tool kits, different origins, and different lifeways (Beck and Jones 2010, 2012; Janetski et al. 2012; Madsen 2007).

In brief, Paleo-Indian groups with distinctive lithic technologies might have moved west from the Plains into the Rocky Mountains and northern Southwest, exploiting herds of late Pleistocene mammals who might have been tethered to river ecosystems. Paleo-Archaic groups in the Columbia Basin, meanwhile, migrated southeast into the Great Basin where they exploited environments around what was left of Lake Bonneville, adopting a broader-based subsistence strategy that included large and small mammals, birds, and plants. Some researchers (Madsen 2007; Rhode and Louderback 2007) see continuity between Paleo-Archaic and early Archaic adaptations in the region.

Both traditions might have interacted in the Intermountain West, as evidenced by the co-occurrence of Plains-style points and large stemmed points at various sites in the West. There is limited evidence of this at North Creek Shelter, where two

Plano points were identified, one from a level with Paleo-Archaic stemmed points. Possible interaction is more convincing at the Dawson Site along the Green River, a site with Clovis, Folsom, Plano, and Western Stemmed Tradition points.

Both traditions are evident in GSENM (see Figure 2.10) but only the Paleo-Archaic tradition has been convincingly documented in stratified, dated archaeological deposits. The radiocarbon dates from the lowest levels at North Creek Shelter constitute the earliest evidence of human occupancy yet documented on the northern Colorado Plateau (Janetski 2011; Janetski et al. 2006, 2012).

A growing body of circumstantial evidence from southern Utah and the Arizona Strip suggests this region was exploited by sparse and dispersed populations of hunters from about 10,000 to 8000 BC. This is based on the recovery of Paleo-Indian points (Plains types) and Paleo-Archaic points (Western Stemmed Tradition varieties). The earliest North Creek Shelter deposits were dominated by large stemmed points of the Paleo-Archaic tradition. But two specimens were similar to Plains types (James Allen and Eden-Scottsbluff), suggesting possible interaction or contact.

Aside from North Creek Shelter, sites in and adjacent to GSENM shed little light on Paleo-Indian or Paleo-Archaic lifeways. As is the case in other areas of southern Utah, rivers could have served as a vital resource base during late Pleistocene and early Holocene times. If large fauna survived in the Colorado River drainages during terminal Pleistocene times (cf. Agenbroad and Mead 1990a, 1990b), then relic populations of these animals might have eventually retreated to higher elevations as local climates transitioned toward modern Holocene conditions. In central Utah, late Paleo-Indian point types (Medicine Lodge Creek points) were recovered from a high-elevation site with nearby mammoth remains that dated to between 9500 and 7500 BC (Gillette and Madsen 1992, 1993), or about the same time as the first occupation of North Creek Shelter.

Paleo-Indian groups of the Great Plains are thought to have oriented their subsistence pat-

terns toward the larger, migratory animals, whereas Paleo-Archaic groups of the Intermountain West employed a broader-based subsistent pattern that suggests at least partial dependence on smaller animal species and edible plants in a variety of environmental settings (Beck and Jones 1997, 2009; Janetski et al. 2012; Lipe and Pitblado 1999). Unequivocal evidence of Paleo-Archaic plant processing is currently lacking, and it might be difficult to identify due to problems of poor preservation of plant remains at open sites and the high mobility of the Paleo-Archaic groups that undoubtedly masked the overall importance of plants.

Paleo-Archaic land-use patterns in GSENM cannot be hypothesized based on the limited evidence reported to date. Geib (1996a:28-29) has argued the region had a low-level occupation until about 7000 BC, after which "Archaic hunter-gatherers soon resettled the abandoned rugged canyon landscape;" whereas contemporaneous Paleo-Indian hunters "simply moved on rather than alter their lifestyle, leaving open a vast chunk of territory for populations already employing a generalist subsistence strategy — foragers spreading out of the eastern Great Basin."

Paleo-Indian hunters and gatherers might have been comparatively rare in this region, but we suspect that the Paleo-Archaic presence here was more robust and probably peripheral to late Pleistocene and early Holocene adaptations along remnants of nearby Lake Bonneville. It is not possible with the current dataset to speculate on how Paleo-Indian and Paleo-Archaic adaptations in GSENM differed from one another, if there were any differences at all.

It is not known with any certainty when the last Paleo-Archaic hunters walked the high plateaus of southern Utah, but evidence from North Creek Shelter suggests their stemmed point tradition had been replaced by Pinto Series dart points and ground stone tools by about 8000 BC. An Archaic lifeway characterized by diet expanded to include plants, seeds, nuts, and tubers was evident throughout the region by this time, and a full-fledged hunting and gathering lifeway had become predominant by 6000 BC across the northern Colorado Plateau. The earliest Archaic hunters and gatherers might have coexisted with Paleo-Archaic hunters before the latter moved on, as suggested by Geib (1996a), or the last of the Paleo-Archaic hunters might simply have adapted their subsistence patterns to drier Holocene environments, relying more on hunting, trapping, and snaring small game and gathering more predictable plant foods, including small seeds, as suggested by Madsen (2007).





# Chapter 3

## The Archaic Foragers
## (8000 to 1000 BC)

Long Canyon

Photo: Dan Bauer

By about 8000 BC, the high plateaus of southern Utah and northern Arizona were coming to look pretty much like they do today. The glaciers had long since melted and water tables were dropping, and most of the minor drainages were bone dry. Climates were hot in the summer and cold in the winter, and rainfall was unpredictable, at best.

And there might not have been as many large game animals as before. It is probably not happenstance that the onset of aridity across the Colorado Plateau coincides with abundant evidence that humans were responding by hunting a variety of smaller mammals *and* collecting small seeds and desert plants – a lifeway that changed little over

thousands of years. Archaeologists refer to this as the Archaic period, and groups at this time are collectively referred to as Archaic peoples.

Following is a brief summary of the archaeological evidence of Archaic groups that inhabited the GSENM region prior to the advent of agricultural lifeways at about 1000 BC. This period of time encompasses human adaptations oriented toward the acquisition of locally available flora and/or fauna (food procurement), in contrast to subsequent lifeways focused on agriculture (food production). This time frame has traditionally been organized into a variety of periods, phases, and complexes defined in specific areas of the Colorado Plateau and Great Basin (see Figure 3.2).

Because direct evidence from GSENM is rather limited, Archaic hunter-gatherer adaptations are herein discussed within a regional context focused primarily on sites north of the Colorado River in similar environments as those found in the Monument. This discussion is directed largely at the fundamental question in Southwestern archaeology of whether or not there is cultural continuity through time. For example, did Archaic hunting and gathering evolve out of an earlier big-game hunting tradition, or does it represent a displacement of big game hunting groups by foragers better adapted to desert environments? Later in the Archaic period, the question of continuity is relevant to the appearance of agriculture and by extension the origins of farming. Researchers debate whether agriculture developed from an Archaic base or whether there were periods of occupation, abandonment, and reoccupation by immigrants with new technologies and different lifeways.

As discussed in Chapter 2, the earliest evidence of Paleo-Archaic hunting in southern Utah

dates to between 9400 and 8500 BC at North Creek Shelter, or near the beginning of the Holocene when climates and vegetation regimes were transitioning to modern conditions. Ground stone tools indicating small seed processing, however, do not appear there until about a thousand years later, and these were associated with a different chipped-stone tool tradition: Pinto Series atlatl dart points. This site marks the earliest appearance of ground stone tools anywhere in the GSENM region.

By 6000 BC, there is abundant evidence of Archaic hunting and gathering throughout the northern Colorado Plateau, much of it derived from deposits in alcoves and rockshelters. Hunting and gathering remained the predominant subsistence strategy, although with periods of greater and lesser intensity, until 3,000 years ago when limited agriculture was first added to a foraging lifeway in some, but not all areas. Based on a growing catalog of radiocarbon dates from the region, there is no convincing evidence of long abandonments during the Archaic, nor is their persuasive evidence of major changes in hunting and gathering strategies through time. In fact, site types, site complexity, and spatial patterning were remarkably uniform throughout the Archaic.

The transition from wet Pleistocene conditions to arid Holocene ones was marked by the disappearance of large Pleistocene fauna, the appearance of vegetation communities more adapted to widespread aridity, and human exploitation of a wider range of plant and animal resources (Cassells 1997; Jones and Beck 2014). Environmental changes inevitably resulted in adaptive responses, and in some instances "the correlation between climatic change and cultural change at this time is stark" (Grayson 1993:244).

> **Conditions after 6000 BC were considerably dryer than those of the preceding four thousand years, and this drying trend corresponds to an increase in the frequency of ground stone implements used to process plants.**



**Figure 3.2: Various researchers have organized the Archaic into various sub-periods and phases based mostly on changing preferences in projectile points. The reality is that hunting and gathering strategies in the Intermountain West remained remarkably similar across 7,000 years of human prehistory with only minor changes or additions to local toolkits.**

Conditions after 6000 BC were considerably drier than those of the preceding four thousand years, and this drying trend corresponds to an increase in the frequency of ground stone implements used to process plants (manos and metates), as well as a greater frequency of birds, fish, and small mammal bones that reflect a broader diet and a greater reliance on resources that have less caloric return on investment (Beck and Jones 1997; Jones and Beck 2014). This is clearly evident at North

Creek Shelter where ground stone tools first appear in early Holocene deposits dated between 8200 and 5000 BC (Janetski et al. 2012).

It is generally accepted that Archaic populations practiced a highly mobile hunter-gatherer lifeway, following the seasonal availability of plant and animal foods for subsistence and with assigned gender roles (women gathered and men hunted). They probably traveled in small groups and were

able to cover large amounts of territory in a relatively short amount of time (Cassells 1997; Grayson 1993). Occupations at any single location were probably brief, perhaps only as long as necessary to deplete the locally available resources. It is possible that Archaic groups utilized alcoves at a higher rate relative to open sites, although these data might be biased in that sheltered localities offer better preservation of cultural remains (Madsen et al. 1976).

Traditional definitions of Archaic hunter-gatherers have emphasized the "broad spectrum" of resources being exploited. And although many different plant and animal species were exploited by Archaic hunter-gatherers, data from a growing number of sites on the Colorado Plateau, eastern Great Basin, and northwestern Plains suggest a more restricted subsistence strategy where organizational responses were structured around intense procurement of primary resources and opportunistic exploitation of lesser-ranked resources.

### Theoretical Context

Archaic lifeways changed little in GSENM between 8000 and 1000 BC. something that is in agreement with observations elsewhere in the Intermountain West that support the idea that foraging strategies remained remarkably consistent over thousands of years and that subtle changes evident in the archaeological record reflect human responses to greater or lesser availability of preferred plant and animal resources.

Jesse Jennings' classic Desert Archaic or Desert Culture concept (Jennings 1956, 1957a; Jennings and Norbeck 1955) was rooted in the idea that Archaic peoples of the entire western United States were seasonal hunters and gatherers who employed common strategies to exploit a variety of

**Hunters and gatherers throughout the Archaic saw only minor shifts in resource availability and, in response, they made only minor adjustments.**

desert ecosystems. Persuaded that desert environments presented an insurmountable obstacle to evolutionary progress, Jennings believed a generalized hunter-gatherer adaptation prevailed from about 10,000 years ago to the ethnographic present (see Bettinger 1991:46).

The Desert Archaic was characterized by hunting, trapping, snaring, birds, harvesting insects, hunting deer, antelope, mountain sheep, rabbits and other animals, and collecting grasses, seeds, bulbs, nuts, roots, berries, and other exploitable plants. Among the traits assigned to the Desert Archaic were sparse populations and small sociopolitical groups; settlement locations in shelters and overhangs; highly mobile seasonal gathering; and intensive but non-specialized exploitation of food resources. Tools included basketry, cordage, netting, matting, fur cloth, grass or bark beds, tumplines as carrying devices, sandals, atlatl darts, flat milling stones with cobble manos, specialized stone tools, digging sticks, fire drills, wooden clubs, horn-shaft wrenches, tubular pipes, *Olivella* shells, and domesticated canines (Jennings 1956, 1957a, 1978).

The Desert Archaic concept has been often criticized for underemphasizing the role of climatic fluctuations and differences in regional environments (Baumhoff and Heizer 1965; Davis 1966; Heizer 1956). And Irwin-Williams (1967, 1973, 1979), while acknowledging cultural continuity throughout the Archaic, argued that Jennings failed to recognize important differences between Archaic groups adapted to Great Basin environments and those of the Southwest.

Aside from typological differences in artifacts between the two regions, the only significant difference between Irwin-Williams' Oshara Tradition and Jennings' Desert Archaic was the presence

of domesticated plants perhaps as early as 2000 BC in some areas of the Southwest that would have restricted seasonal movement and encouraged sedentism. Jennings (1974, 1978) and others (Aikens 1970; O'Connell 1975) have argued that adaptive diversity to regional environments is entirely consistent with the Desert Archaic concept.

Generally, exploiting a wide variety of economic plants and animals was the dominant lifeway throughout the Intermountain West, with similarities and differences from one region to another. As summarized by Berry and Berry (1986:320), hunters and gatherers throughout the Archaic "saw only minor shifts in resource availability and, in response, made minor adjustments in exploitative range. In the process, they sometimes encountered new classes of resources that required modifications in extractive technology or a reorientation of relative resource dependency. None of these constituted major evolutionary developments."

Modern foraging theory is firmly rooted in principles of human behavioral ecology (see Winterhalder and Smith 1981, 2000), which has proven to be a productive theoretical framework for addressing changes in human subsistence. Foraging theory focuses on trade-offs in behavioral options available to hunter-gatherers (Kelly 2001), and diet breadth models assume that foragers seek to maximize their net intake of energy with calories serving as a standard unit of measure or currency (Smith and Winterhalder 1992). The highest ranked resources are usually large-bodied animals that provide a relatively high return rate per unit (Broughton 1994; Ugan 2005), whereas the lowest-ranked and most-costly resources are plants and seeds (O'Connell and Hawkes 1984). The relative abundance of higher-ranked resources (big game) determines to what extent lower-ranked resources (small game and plants) will be added to the diet.

Widening diet breadth usually indicates a shift toward more frequent use of lower-ranked resources because no higher-ranked resources are available or those resources have higher handling costs than do lower-ranked resources (Broughton and Grayson 1993). A basic assumption is that procurement of lower-ranked resources (e.g., small animals, plants, and seeds) is economically viable only when higher-ranked resources (e.g., deer and bighorn sheep) are not available or acquisition success rates are costly and unpredictable.



Circle Cliffs

Photo: Dan Bauer

Fisher and others caution that diet-based foraging models do not adequately consider economic values or benefits beyond nutrition. For example, their research at Antelope Cave on the Arizona Strip demonstrated considerable investment in large-scale, energy-expensive, communal rabbit drives. But rabbits have much lower caloric return rates compared to larger game even when the higher acquisition costs are factored. But rabbits also provide non-dietary benefits in terms of furs and skins preferred for robes, blankets, clothing, and cordage, and rabbit fur might have "acted as a currency other than calories" that made rabbit procurement a higher-return activity (Fisher et al. 2013:155). Other non-dietary currencies might also apply to procurement of other resources that otherwise have low caloric return rates (or none at all).

### *Recognizing the Foragers*

Two basic Archaic site types are evident in GSENM: Longer-term occupations characterized by exploitation of a broad range of plant and animal species and evidence of multiple household activities, and shorter-term occupations indicative of single-event activities such seed gathering or animal butchering. Longer-term Archaic occupations, sometimes referred to as residential bases, have been well documented in regional alcoves and rockshelters, such as North Creek Shelter (Janetski et al. 2012), Dust Devil Cave (Ambler 1996), Sand Dune Cave (Lindsay et al. 1968), and Broken Arrow Cave (Talbot et al. 1999).

There is some evidence that Archaic groups also constructed formal residences in open settings (McFadden 2012; Roberts 2018), a residential pattern consistent with Archaic residences reported for the Great Basin (see Grayson 1993), Colorado Rockies and Yampa River Basin (see Spangler 2002), and southern Colorado Plateau (see Huckell 1996). The longer-term occupations typically have middens that exhibit greater diversity of faunal remains and multiple household activities (Reitz and Wing 1999), as well as increased sedentism, as was evident at North Creek Shelter (Janetski et al. 2012) and the Arroyo Site (McFadden 2012).

Short-term occupations are by far the most common Archaic sites in GSENM. These sites typically contain few artifacts, although many appear to have been reoccupied repeatedly throughout prehistory, which has resulted in the accumulation of large artifact assemblages (>1,000). These temporary sites can be organized into two basic types: (1) Hunting and butchering sites characterized by bifaces and scrapers, as well as stone tool maintenance debris discarded during male hunting forays; and (2) bi-gender foraging camps where floral resources and game were both processed, as evidenced by the co-occurrence of ground stone tools and butchering tools.

For the purposes of this chapter, we discuss Archaic hunting and gathering from 8000 to 1000 BC as a single adaptive strategy without explicitly defined sub-periods (cf. Jennings 1978), although we hereafter refer to early, middle, and late Archaic to facilitate comparisons to traditional nomenclature found in the archaeological literature. Use of the terms, early, middle, and late does not imply cultural progression from simple to more complex; rather, it is intended to reference whether a site or artifact can be assigned early in the 7,000-year period or later.

We also recognize environmental changes through time were probably the single most important factor influencing the availability of plant and animal resources, and consequently human responses to those changes. Major changes in Holocene environments through time are well defined, and human responses to those changes, as expressed by changes in artifact forms, site locations, and other factors, are evident throughout the Intermountain West. In the following discussion, we address human responses to those environmental changes within the context of the early Holocene (8000 to 5500 BC), middle Holocene (5500 to 2500 BC), and the middle-late Holocene transition (2500 to 1000 BC). This approach, patterned loosely on Grayson (1993), is justified based on the following:

●    The temporal ranges for the early Holocene, middle Holocene, and late Holocene have been established through hundreds of regional paleoenvironmental studies, and these ranges are

- 54 -

generally accepted by Quaternary scientists, although there might be disagreements as to the nature of environmental changes within these periods.

● The Archaic record of GSENM is based almost entirely on diagnostic projectile points. The temporal ranges of these points, when plotted against the temporal ranges of the Holocene periods, suggest that changes in artifact types correspond nicely to different environmental sequences.

● Orthodox taxonomies and classification schemes are irrelevant when discussing how humans responded to changing environments given that subsistence strategies were similar (or identical) over 7,000 years.

### A Time of Plenty: The Early Holocene

The early Holocene is viewed as a period when climates were warmer and drier than the preceding late Pleistocene, but cooler and wetter than the following middle Holocene. This overarching characterization is generally accurate, but it also under-emphasizes the fact that climate change was incremental, occurring over thousands of years. Groups adapted to late Pleistocene environments might not have noticed subtle warming from one generation to the next. In effect, environmental changes were probably imperceptible on a 50-year or even 100-year scale. But on a broader scale, early Holocene conditions would have been unrecognizable to those living a thousand years before. Lakes were gradually retreating, bogs and marshes were drying out, vegetation was changing, and the amount of water flowing in rivers and streams was declining as the last remnants of the glaciers disappeared.

Conditions between about 8000 and 5500 BC were not bad, they were just different. Biotic communities reorganized over time and in response to increasingly warmer conditions, and humans responded accordingly. And it was a time of resource abundance. As Grayson observed (1993:244), "From the point of view of its human occupants, the Great Basin may never have been more productive than it was during the early Holocene."

The same is probably true of the northern Colorado Plateau. Melting glaciers and ice sheets on the Markagunt and Aquarius plateaus undoubtedly resulted in expanded riparian and lacustrine environments rich in fish, fowl, and small mammals, and expanded grasslands that were optimal for large herds of bison, antelope, and deer. It is not surprising that human adaptations at this time were focused on lakeshore environments, riparian corridors, and lush prairie-like grasslands.

The temporal boundary between the Pleistocene and the Holocene has been placed at 10,000 years ago by the Holocene Commission of the International Quaternary Association, a date chosen because it was a "nice round number." The fact that the boundary is arbitrary, as Grayson (1993:193) noted, "does not mean that the date chosen was a bad one." It coincided with the end of the Younger Dryas cold event, the disappearance of late Pleistocene mammals, the retreat and subsequent desiccation of Lake Bonneville, and the end of glaciation across most of North America.

**The glaciers and ice sheets that blanketed the Markagunt and Aquarius plateaus had probably disappeared or were only small remnants of their former size by the time humans arrived in the region, perhaps as early as 12,000 years ago.**

As we discussed in Chapter 2, humans arrived in the Pacific Northwest as early as 14,000 years ago, and over the subsequent 2,000 years they expanded south and east into the Great Basin and Rocky Mountains. These earliest arrivals would

have encountered environments already assuming post-Pleistocene conditions: Lake Bonneville had breached at Red Pass by about 14,500 years ago, lowering the lake level by 340 feet and leaving remnant lakes scattered across the eastern Great Basin; the massive glaciers of earlier millennia were in full retreat and many, if not most, had disappeared; and Pleistocene mammoths, mastodons, camels, and other large animals were rapidly dwindling in numbers and perhaps on the verge of extinction. The first arrivals would have encountered mixed conifer forests at lower elevations that are dominated by pinyons and junipers today.

The earliest Holocene environments were probably not substantially different than those of the last millennium or two of Pleistocene times in that climates continued to trend warmer and drier. The cumulative paleoenvironmental record indicates a brief but intense period of increased effective precipitation occurred between 9000 and 7000 BC, although there may have been significant regional variability. In the Southwest, climatic warming resulted in strengthened monsoonal flows that yielded moist conditions (Beiswenger 1991; Carrara 2011; Carrara et al. 1991; Whitlock and Bartlein 1993). In fact, Carrara (2011), Friedman et al. (1988), and others argue the early Holocene summer monsoons were more intense than they are today, and this intensification corresponded with the shift from cool and moist conditions before 10,000 years ago to warm and moist conditions after that time (see also Markgraf and Scott 1980).

This is supported by other studies in the Southwest. In the San Juan Basin, sagebrush grassland was present in lowland areas that are now desert scrub (Hall 1990), and packrat midden analysis from the Colorado Plateau suggested an increase in subtropical moisture between 8000 and 4000 BC (Betancourt (1990). And in southeastern Utah, forest communities changed in response to warmer conditions. Engelmann spruce, subalpine fire, limber pine, and Douglas fir that dominated vegetation regimes before about 11,000 BC gave way to blue spruce, ponderosa pine, and Gambel oak. And by 6000 BC, the region was dominated by Utah juniper, ponderosa pine, and squawbush (Anderson et al. 2000).

Late Pleistocene and early Holocene paleoenvironmental evidence from the GSENM region is quite limited, but it is consistent with that reported elsewhere in the Southwest that suggest late Pleistocene deglaciation was followed by warmer, wetter conditions. Glaciers blanketed the Markagunt Plateau to the east of GSENM during terminal Pleistocene times (Anderson et al. 1999), and the Aquarius, Fish Lake, and Thousand Lake plateaus to the north of GSENM were ice-covered during much of that same time (Flint and Denny 1958; Morris et al. 2013; Stokes 1986). The Boulder Mountain ice cap did not begin its final retreat until after 13,000 BC (Marchetti et al. 2005), and "the flow from the recently melted glaciers and their remains would have been substantial at the Terminal Pleistocene/Early Holocene transition" (Janetski et al. 2012:151).

In the GSENM area, the glaciers and ice sheets that blanketed the Markagunt and Aquarius plateaus had probably disappeared or were only small remnants of their former size by the time humans arrived in the region, perhaps as early as 12,000 years ago. The rapid melt of the glaciers probably resulted in expanded riparian communities along certain drainages as the ice melt made its way south toward the Colorado River. These communities would have been rich in water fowl, fish, and small mammals adapted to wetter environments.

The foothills now covered in pinyons and junipers were at that time mixed conifer forests similar to those now found much higher in elevation. The emergence of a strong summer monsoonal climatic pattern would have fostered expansion of grasslands in certain areas (e.g., the Arizona Strip), which could have been conducive to larger herbivores. In effect, the local environment during earliest Holocene times probably offered an abundance and variety of food sources, perhaps more so than at any time before or since.

Most of the glacier-fed drainages had dried up by 7000 BC, resulting in the loss of entire local ecotones, tethering human populations to the few remaining permanent water sources, such as Kanab Creek, the Virgin River, Johnson Canyon, the Paria River, and Escalante River, as well as remnant Pleis-



Fiftymile Mountain

Photo: Jerry D. Spangler

**Figure 3.4: The appearance of stone tools designed to process plants and seeds at about 8000 BC is a hallmark of the beginning of the Archaic period when plant foraging assumed greater importance in the wake of increasingly arid climates.**

tween 7000 and 6000 BC, the local environment had dried considerably, the water-adapted plants and animals had retreated to higher elevations, and the deer-hunting groups who occupied the shelter reverted to collecting and processing plants in proximity to the shelter. This was manifest by the appearance of thin slab metates that had been pecked and ground and one-hand cobble manos (Janetski et al. 2012).

tocene lakes such as Panguitch Lake and the myriad small lakes on Boulder Mountain. The fact that seed processing was added to human resource procurement strategies by at least 7000 BC might indicate that high-return mule deer and bighorn sheep were not as abundant, that they were less predictable as a food source, or the procurement costs had increased substantially to warrant the addition of low-return seeds to the diet.

Perhaps the most important trait that distinguishes early Holocene adaptations in the GSENM region from earlier ones was the appearance and subsequent proliferation of ground stone tools for processing seeds, nuts, and tubers. As we discussed above, hunter-gatherers preferred higher-return game animals, but in an increasingly arid environment these resources were not as predictable, requiring use of lower-return, high-cost plant resources for their necessary calories.

This is quite evident at North Creek Shelter. From 8000 to 7000 BC, the local environment was rich in water-loving small animals, which appear in abundance in the faunal record. But there was minimal evidence of plant processing. Be-

The North Creek Shelter investigations augment early Archaic data derived from nearly a dozen sites on the northern Colorado Plateau, mostly rockshelters and alcove sites. At least 48 radiocarbon dates consistent with this period of time have been reported from the region, with almost half of those dates reported from sites in very close proximity to GSENM. The regional data are briefly summarized to provide context for our discussion of early Holocene adaptations in GSENM. The general location of sites discussed hereafter is indicated in Figure 3.5.

### Regional Perspectives

Two sites in the Navajo Mountain area contained important early Archaic deposits that led researchers to suggest the term Desha Complex to define early Archaic peoples on the basis of unique artifact attributes (Lindsay et al. 1968). The Desha Complex has typically been assigned a temporal range of 6000 to 5000 BC, and researchers originally described it has having close affinities to early Archaic hunter-gather adaptations in the Great Basin, although this association was admittedly tenuous. The Desha Complex was originally described as an artifact inventory that included open-twined sandals,

warp-faced sandals, elongated and shallowly notched dart points (now called Sand Dune Side-notched), one-rod basketry, twined grass matting, worked bobcat scapulae, worked mountain sheep hyoids, and shallow-basin grinding slabs. Subsistence patterns were focused toward exploitation of wild plants and small mammals (Lindsay et al. 1968:120-121; see also Amber 1996:40).

Investigations at Dust Devil Cave, located near the summit of Navajo Mountain overlooking the Desha Creek drainage, identified an early Archaic occupation somewhat similar to that at Cowboy Cave in the San Rafael Desert. Subsistence strategies appear to have been focused toward the procurement of plant resources, in particular prickly pear cactus. The early Archaic occupations were followed by a long period of abandonment in middle Holocene times during which earlier deposits were overlaid by a thick layer of sterile sand.

Also in the Navajo Mountain area, excavations at Sand Dune Cave identified six different occupations with Desha Complex materials, as well as another occupation deemed to have been even earlier than the Desha materials. A variety of cists, caches, and hearths were excavated, as were two burials, and a remarkable wealth of lithic and perishable artifacts were recovered. Lindsay et al. (1968) determined Sand Dune Cave was utilized primarily for habitation and storage. A number of open-twined sandals, Sand Dune Side-notched points, and bison bones were recovered in early Archaic contexts. Archaic subsistence was focused toward grass seeds and yucca, and the faunal materials included cottontail rabbit, ground squirrel (or rock squirrel), packrat, and mountain sheep.

In the San Rafael Desert, Cowboy Cave contained five major strata, the earliest of which (11,000 to 9000 BC) revealed evidence of extinct Pleistocene fauna but no coexistent human occupation. Early Archaic deposits at Cowboy Cave exhibited lengthy and frequent abandonments of more than 1,000 years, and a wealth of floral macrofossil evidence suggested the site was primarily a seasonal camp for gathering seeds (e.g., Indian rice grass, goosefoot, pigweed, and dropseed) during spring, summer, and early fall. Hunting was an insignificant part of the Cowboy Cave subsistence strategy. The small amount of animal remains from early Archaic Unit II and Unit III consisted primarily of jackrabbits and cottontail rabbits, suggesting very little access to larger fauna. During later Archaic times and immediately thereafter (Unit IV and Unit V), elk, deer, and mountain sheep were added to the diet of Cowboy Cave inhabitants (Jennings 1980).

Jennings (1980:147) believed the artifact assemblage found in earliest Archaic levels bear "close and clear artifactual similarities between the so-called Desha Complex of northern Arizona near Navajo Mountain. On several counts, including the characteristic sandal, the basketry manufacturing techniques and certain other classes of artifacts, the Cowboy Cave material extends and lends credence to the Desha material." Early Archaic radiocarbon dates have also been reported from open-twined sandals at Jim Walters Cave and Rock Bar Alcove in the same general area (Geib 1996a).

To the north of GSENM, excavations at Sudden Shelter, a large rockshelter at the south end of the Wasatch Plateau, revealed 22 distinct strata. The earliest component, assigned a temporal range of about 6400 to 4300 BC, contained an abundance of projectile points, bone and stone tools, and faunal remains. Several artifact types were associated exclusively with this component, while others were shared with later components. Pinto Series points dominated the earliest three strata (6400 to 5300

**Perhaps the most important trait that distinguishes early Holocene adaptations was the appearance and subsequent proliferation of ground stone tools for processing seeds, nuts, and tubers.**



**Figure 3.5: Significant regional Archaic sites occupied during the early Holocene.**

BC), although the density of points was relatively low (Jennings et al. 1980:29).

A dramatic increase in point densities corresponded with the replacement of Pinto Series points with Elko Series points as the dominant type at about 5300 BC. The diversity of domestic tools suggested Sudden Shelter was a base camp or seasonal habitation, that the occupants were engaged in a variety of activities, and that the diversity of the archaeological record cannot be explained by a short-term hunting or seed-gathering camp. The seasonality of the plant remains and animal bones indicated the site was occupied during the summer months (Jennings et al. 1980).

In general, researchers suggested that the occupants during earliest and latest Archaic times had a preference for hunting, whereas those occupations in the middle range relied more on seed gathering. They concluded (1) relatively few plant species were heavily used; (2) these species included weeds encouraged by human disturbance, as well as plants from natural plant communities; and (3) grass seeds were an important dietary element for an extended period on the Colorado Plateau.

Among the earliest radiocarbon dates in the region are from a high-elevation base camp on the Kaibab Plateau to the south of GSENM that appears to have been repeatedly occupied throughout the Archaic (Schroedl 1988). The camp, situated around an alpine meadow, was apparently the focus of deer hunting, plant procurement and processing activities, and tool manufacturing and/or maintenance. Twelve atlatl dart points were recovered, but no arrow points were identified. Among the features were hearths, burned-rock middens, and subsurface pits. One hearth returned two radiocarbon dates, both at about 8000 BC.

### GSENM Perspectives

No sites within the political boundaries of GSENM have yet produced early Archaic radiocarbon dates, but six sites in close proximity to the Monument have produced 22 dates, most of them coming from North Creek Shelter, an upland residential base camp at the foot of the Aquarius Plateau that was focused predominantly on mule deer hunting (see Table 3.1). Other sites include a small open camp in the Wide Hollow area, one sheltered temporary camp along the Colorado River at the base of the Kaiparowits Plateau and another along the Colorado River east of GSENM, a long-term alcove occupation in the Wahweap area, and a long-term sheltered camp in the lower Escalante River country.

At North Creek Shelter, there is no evidence of reduced reliance on deer in early Holocene times, although bighorn sheep assumed greater importance. These resources were apparently abundant in the immediate vicinity as entire carcasses were brought to the shelter for processing. A broadening of the diet to include smaller animals, as would be expected with the addition of low-return seed processing to the foraging lifeway, was not evident. And the presence of on-site pits, perhaps storage facilities, suggested early Archaic groups "were using the site more intensively and for longer periods of time than Paleo-Archaic groups" (Janetski et al. 2012:154).

The Spillway Site, located a short distance from North Creek Shelter in the Wide Hollow area, is primarily a Fremont residential site, but charcoal from an aceramic, basin-shaped fire pit returned a radiocarbon date of 8220 $\pm$ 30 BP (7241 BC median probability). The pit actually represents an initial small pit that was modified, expanded, and re-used over many years (Bond et al. 2014).

And at Broken Arrow Cave, a long-term residential base camp located in a large alcove overlooking Lake Powell, excavations yielded five coarse warp-faced, plain-weave sandals constructed of yucca leaves, and a single fragment from an open-twined sandal that were consistent with early Archaic sandals reported from Cowboy Cave, Dust Devil Cave, and Sand Dune Cave (Talbot et al. 1999). Based on four radiocarbon dates, this site was first occupied at the end of the early Holocene from about 6000 to 5600 BC as local environments were becoming fully arid.

An analysis of 3,738 bone fragments revealed heavy reliance on a variety of small mam-

Table 3.1

| Site No | Site Name | General Location | Sample Material | Conventional Age BP | δ13C ‰ | 95 Percent Probability | Median Probability | Lab No. | Provenience | Citations |
|---|---|---|---|---|---|---|---|---|---|---|
| 42Ga58863 | North Creek Shelter | Upper Escalante River | Pinus | 9510 ±80 | -22.6 | BC 9168-8641 | BC 8891 | Beta-207168 | Level IVa | Janetski et al. 2012:133 |
| 42Ga58863 | North Creek Shelter | Upper Escalante River | Pinus | 9020 ±70 | -23.2 | BC 8382-7977 | BC 8239 | Beta-194030 | Level Vc | Janetski et al. 2012:133 |
| 42Ga58863 | North Creek Shelter | Upper Escalante River | Juniperus | 8860 ±25 | AMS | BC 8195-7878 | BC 8084 | UCAIMS 44189 | Level Vh | Janetski et al. 2012:133 |
| 42Ga58863 | North Creek Shelter | Upper Escalante River | Collagen | 8816 ±78 | AMS | BC 8209-7653 | BC7928 | AA-89636 | Stratum Va, F221 in F22 | J. Janetski, personal communication 2019 |
| 42Ka2661 | Rock Creek Alcove | Glen Canyon | Charcoal | 8660 ±80 | -25 | BC 7958-7577 | BC 7694 | Beta-8623 | Composite | Nickens et al. 1988:250 |
| 42Ga58863 | North Creek Shelter | Upper Escalante River | Juniperus-Pinus | 8320 ±120 | -21.4 | BC 7560-7078 | BC 7349 | Beta-210253 | Level Vf | Janetski et al. 2012:133 |
| 42Ga58863 | North Creek Shelter | Upper Escalante River | Juniperus | 8310 ±40 | -20.9 AMS | BC 7482-7207 | BC 7392 | Beta-239023 | Level Vh | Janetski et al. 2012:133 |
| 42Ga58863 | North Creek Shelter | Upper Escalante River | Pinus | 8310 ±70 | -22.8 | BC 7514-7137 | BC 7369 | Beta-197359 | Level Vq | Janetski et al. 2012:133 |
| 42Ga6264 | Spillway Site | Wide Hollow | Charcoal | 8220 ±30 | -24 | BC 7328-7107 | BC 7241 | Beta-379138 | NS 7, F14 Fire Pit | Bond et al. 2014:115 |
| 42Ga58863 | North Creek Shelter | Upper Escalante River | Juniperus | 7990 ±30 | AMS | BC 7040-6781 | BC 6928 | UCAIMS 44190 | Level Va | Janetski et al. 2012:133 |
| 42Ga58863 | North Creek Shelter | Upper Escalante River | Juniperus | 7970 ±80 | -20.9 | BC 7068-6662 | BC 6879 | Beta-207167 | Level Vf | Janetski et al. 2012:133 |
| 42Ka2546 | Bechan Cave | Lower Escalante River | Charcoal | 7795 ±230 | -25 | BC 7309-6218 | BC 6713 | GX-10500 | Charcoal Lens | Agenbroad et al. 1989:338 |
| 42Ga58863 | North Creek Shelter | Upper Escalante River | Juniperus | 7700 ±50 | -21.9 AMS | BC 6629-6460 | BC 6535 | Beta-239024 | Level Va | Janetski et al. 2012:133 |
| 42Ga58863 | North Creek Shelter | Upper Escalante River | Various | 7670 ±80 | -20.2 | BC 6651-6401 | BC 6522 | Beta-221412 | Level Vu | Janetski et al. 2012:133 |

Table 3.1 (continued)

| Site No | Site Name | General Location | Sample Material | Conventional Age BP | δ¹³C ‰ | 95 Percent Probability | Median Probability | Lab No. | Provenience | Citations |
|---------|-----------|------------------|-----------------|---------------------|--------|------------------------|--------------------|---------|-------------|-----------|
| 42Ga3411 | Good Hope Alcove | Glen Canyon | Yucca | 7560 ±130 | -21.4 | BC 6649-6129 | BC 6414 | Beta-31191 | Buried Sandal | Geib 1996a:20 |
| 42Ga5863 | North Creek Shelter | Upper Escalante River | Dentin | 7526 ±70 | AMS | BC 6492-6246 | BC 6388 | AA-89632 | Level Vid. F18 | J. Janetski, personal communication 2019 |
| 42Ka2546 | Bechan Cave | Lower Escalante River | Charcoal | 7525 ±220 | -25 | BC 6976-5981 | BC 6386 | GX-10502 | Lower Level | Agenbroad et al. 1989:338 |
| 42Ka4356 | Broken Arrow Cave | Wahweap Creek | Charcoal | 7290 ±70 | -31.1 | BC 6333-6032 | BC 6151 | Beta-111637 | F62 in F15 | Talbot et al. 1999:18 |
| 42Ka2546 | Bechan Cave | Lower Escalante River | Yucca | 6750 ±120 | -25 | BC 5899-5487 | BC 5664 | Beta-16025 | E-W Trench | Agenbroad et al. 1989:338 |
| 42Ka4356 | Broken Arrow Cave | Wahweap Creek | Plant Material | 6700 ±80 | -13 | BC 5731-5496 | BC 5619 | Beta-111638 | F16 in F9 | Talbot et al. 1999:12 |
| 42Ka4356 | Broken Arrow Cave | Wahweap Creek | Charcoal | 6660 ±80 | -11.9 | BC 5705-5483 | BC 5585 | Beta-111636 | F53 in F50 | Talbot et al. 1999:24-25 |
| 42Ka4356 | Broken Arrow Cave | Wahweap Creek | Charcoal | 6640 ±80 | -22.5 | BC 5697-5463 | BC 5574 | Beta-111635 | F55 in F50 | Talbot et al. 1999:24-25 |

Table 3.1: Early Holocene radiocarbon dates from sites in close proximity to GSENM. None of these sites are actually within the Monument boundaries. The 95 percent probability ranges were obtained using the Bchron library (Parnell 2016) in the R environment (R Core Team 2017) following the IntCal13 calibration curve (Reimer et al. 2013).

mals, reptiles, and birds, including jackrabbit, cottontail rabbit, marmot, gopher, kangaroo rat, wood rat, mouse, and shrew. Large mammals accounted for only 6 percent of the total bone assemblage. The importance of plant resources was evidenced by the abundance of ground stone tools. Collectively, the evidence suggests the site was utilized during early Archaic times primarily as a plant procurement and processing site, and small animals, also with low return rates, were incorporated into the local diet. Because plant seeds at lower elevations ripen early, a spring occupation was considered likely (Talbot et al. 1999).

The remaining early Archaic radiocarbon evidence from the GSENM area is equivocal. At Bechan Cave in the lower Escalante River area, researchers excavated a 2-square-meter test pit that identified two distinct cultural units with abundant artifacts (Agenbroad et al. 1989). The lower unit (early Archaic) consisted of an occupational surface with concentrations of charcoal, matted grass and reeds, and a squash/gourd container that was probably intrusive. Charcoal from this level yielded a radiocarbon date of 7525 ±220 BP (6386 BC median probability), and a thin charcoal lens on the west side of a test trench produced a radiocarbon date of 7795 ±230 (6713 BC median probability). Both dates probably represented short-term camps.

Another early radiocarbon date was obtained from deposits at Rock Creek Alcove just above the Colorado River in what might have been a transportation corridor providing access to the Kaiparowits Plateau. A charcoal sample from the shelter fill yielded a radiocarbon date of 8660 ±80 BP (7694 BC median probability). No cultural materials were directly associated with the charcoal (Nickens et al. 1988). Given the absence of cultural materials from this level, the sample might not be of human origin. At most, it could be argued that an individual or small group camped briefly in the rockshelter during early Archaic times, but left little trace beyond charcoal from a campfire.

In summary, the chronometric data suggest the earliest Archaic groups on the northern Colorado Plateau were highly mobile, moving between high elevation and low elevation environments. Ex-

tended occupations of favored locations were evident at Sand Dune Cave, Cowboy Cave, North Creek Shelter, and Sudden Shelter, and repeated occupations were noted at Dust Devil Cave, Broken Arrow Cave, and sites on the Kaibab Plateau. Higher elevations richer in biotic resources afforded access to higher-ranked resources (e.g., mule deer), whereas lower elevations along the Colorado River were exploited primarily for lower-ranked plant resources (e.g., seeds).

The seasonality of this subsistence pattern is not entirely clear. Ambler (1996) suggested higher-elevation Dust Devil Cave was a temporary camp used during warmer months, whereas lower-elevation Sand Dune Cave was a preferred residential base during colder months. This is consistent with traditional mobility models in the Intermountain West where seasonal movement between higher and lower ecotones was a defining characteristic of Archaic adaptations. But Sudden Shelter, a higher elevation occupation focused on deer hunting, and Cowboy Cave, primarily a plant-processing locale in an arid setting, were both occupied during the summer months. In other words, two completely different strategies with much different return rates were employed simultaneously.

The regional data have also established that certain artifacts are unique to this period of time, and when found in undated contexts can be used as temporal indicators. Plain-weave sandals consistently date to early Archaic times, and Pinto Series atlatl dart points are considered by most to be diagnostic of early Archaic occupations throughout the region (these are the most common indicator of early Archaic hunting in GSENM). And unfired clay figurines reminiscent of Barrier Canyon rock art images were found in early Archaic levels at Cowboy Cave (Hull and White 1980; Schaafsma 1986; Schroedl 1989), although these have yet to be reported from a site anywhere close to GSENM.

Although the data are limited, there is some evidence to suggest at least some interaction between groups living north and south of the Colorado River, and that the river was not an absolute barrier to social interaction and exchange. The sandal technology at Sand Dune Cave and Dust Devil

Figure 3.6



Cave south of the river was indistinguishable from that observed at Cowboy Cave, Jim Walters Cave, and other sites north of the river. And the Kaibab Plateau sites suggest that groups used obsidian from sources in Arizona south of the river and from western Utah north of the river.

### Pinto Series Points

A variety of distinctive atlatl dart points are considered diagnostic of early Holocene times, al-though all continued to be used in middle Holocene times (see Figure 3.6). Most researchers agree Pinto Series points are good temporal indicators of early Archaic times on the northern Colorado Plateau, based primarily on stratified deposits at Sudden Shelter, as well as at Hogup Cave and Danger Cave in the Great Basin. Holmer (1978, 1986) assigned a temporal range of 6300 to 4300 BC to this series, which includes Pinto Shoulderless, Pinto Shoul-dered, and Pinto Single-shouldered subtypes (Figure 3.7). Holmer's spatial range for Pinto points in-

cluded portions of eastern Nevada, western Colorado, southeastern Idaho, and virtually all of Utah with the exception of the extreme southwestern part of the state. An even earlier Archaic affinity for Pinto Series points was demonstrated at North Creek Shelter near Escalante where they were recovered in deposits dated as early as 7000 BC (Janetski et al. 2012).

But the archaeological literature offers a wealth of contradictory information about Pinto-looking points with different temporal ranges, some in early Archaic times and others in late Archaic times (see Holmer 1986 for a review of the Pinto Problem). He argued that sites with Pinto points in the eastern Great Basin directly adjacent to Lake Bonneville shorelines (e.g., Danger and Hogup caves) have the same temporal span as sites on the northern Colorado Plateau (e.g., Sudden Shelter, Joes Valley Alcove). At Sudden Shelter, some 30 Pinto points were found in the oldest seven strata. The oldest stratum was not radiocarbon dated, suggesting even greater antiquity for this point type.

Because of the proximity of Sudden Shelter to GSENM, we consider Holmer's temporal range to be most applicable to our discussion, but with the following caveats: (1) Pinto and Gatecliff points look very similar and many, if not most, archaeologists cannot distinguish between them during the course of brief field inspections, and (2) if socioeconomic interaction occurred between groups north and south of the Colorado River, then Pinto points might have been brought into the GSENM region from the south during middle or late Archaic times. Pinto Series points are found throughout GSENM, but mostly in middle-range, pinyon-juniper environments.

Based on a review of relevant site forms, Pinto Series points were identified at 25 sites, about half of them in the Kaiparowits Plateau (n=12). Sites with Pinto Series points occur with almost equal distribution in the Escalante River (n=6) and Grand Staircase (n=7) geographic sub-regions. Intense utilization of upland environments (e.g., summer mule deer range) is poorly represented (n=4), although this might be a function that most



Figure 3.7: Sketch drawing of Pinto Series points considered to be diagnostic of early Holocene times in the eastern Great Basin and northern Colorado Plateau. Image modified from Holmer (1978).

mule deer summer range (e.g., the Kaibab Plateau, Markagunt Plateau, Aquarius Plateau, and Paunsaugunt Plateau) is outside the boundaries of GSENM and therefore those sites were not considered in our analysis.

### The Elko Problem

Clearly, the most common Archaic projectile points found in GSENM belong to the Elko Series (Elko Corner-notched, Elko Side-notched, and Elk Eared) with 309 sites yielding one or more of this type. These points might have been used as



**Figure 3.8: Sketch drawing of Elko Series points, which appeared in early Holocene times and continued to be used throughout the Archaic, Formative, and Late Prehistoric periods. Image modified from Holmer (1978).**

early as 7000 BC, but at most sites in the Intermountain West they become commonplace after 6000 BC. Holmer (1978, 1986) articulated the difficulty in assigning temporal ranges to Elko Series points, noting they have a 7,000-year temporal span, they have different temporal ranges in different areas, they are easily confused with other point types, and there is tremendous variability in what can be labeled as Elko points (see Figure 3.8). Adding to the confusion, there is little or no consistency among researchers as to what constitutes a corner-notched versus side-notched point.

Archaeologists working in the GSENM region have long subscribed to the concept that Elko Series points are not diagnostic of specific sub-periods of time, but they are probably indicative of occupations sometime during the Archaic. This orthodox view was upended by Phil Geib, who argued the Elko Corner-notched and Elko Side-notched types appeared in the Glen Canyon region by 6000 BC, and that Elko Eared points were a late addition to the Archaic tool kit, appearing about 500 BC (Geib 1996a:37; see also Geib et al. 1999). GSENM site forms recorded after 1996 almost routinely assign a Late Archaic temporal affiliation to sites with Elko Eared points.

Perhaps most relevant to this discussion are the Pinto Series points recovered from North Creek Shelter near Escalante. The points were characterized by shallow, broad notches and deeply concave bases, often with serrations. Janetski et al. (2012) had difficulty deciding whether they were morphologically Pinto Series points or Elko Eared points, but eventually they settled on the Pinto nomenclature because the radiocarbon dates were consistent with those from Sudden Shelter (Jennings et al. 1980) and Joes Valley Alcove (Barlow and Metcalfe 1993) where they were labeled as Pinto Series. In other words, the earliest Archaic points in the region could just as easily have been labeled Elko Eared. The early appearance of Elko Eared points is supported by data from Hogup Cave and Danger Cave in the eastern Great Basin and at Sudden Shelter on the northern Colorado Plateau, where they co-occur with Elko Corner-notched sometime before 5865 BC (Holmer 1986).

## Table 3.2

### Elko Series Sites with Other Indicators

| Elko Side-Notched | | Elko Corner-Notched | | Elko Eared | |
|---|---|---|---|---|---|
| Early Archaic | 10 | Early Archaic | 12 | Early Archaic | 7 |
| Middle Archaic | 4 | Middle Archaic | 12 | Middle Archaic | 5 |
| Late Archaic | 20 | Late Archaic | 23 | Late Archaic | 8 |
| Formative | 18 | Formative | 38 | Formative | 14 |
| Late Prehistoric | 8 | Late Prehistoric | 5 | Late Prehistoric | 2 |

### Elko Series Sites Without Other Indicators

| | Elko SN Only | Elko CN Only | Elko Eared Only | Elko SN and CN | Elko SN and Eared | Elko CN and Eared | Elko SN, CN, and Eared |
|---|---|---|---|---|---|---|---|
| Total Sites | 83 | 136 | 40 | 19 | 8 | 21 | 2 |

**Table 3.2: Sites with Elko Series points *and* other temporally sensitive projectile points (top box) and sites with Elko Series points but no other temporally sensitive projectile points.**

Because of the large sample size of GSENM sites with Elko Series points, we wanted to examine Geib's assumption that Elko Eared points are late Archaic indicators. If Elko Eared points appeared late in the Archaic sequence, then they should co-occur more often with other late Archaic indicators, such as Gypsum and Cortaro points. And they should occur less frequently with earlier Archaic indicators, such as Pinto Series and Northern Side-notched points. We found there is no convincing patterns that support the idea that Elko Eared points are late Archaic indicators.

Elko Eared points seem to co-occur in almost equal proportion with early, middle, and late Archaic point types. The number of sites with Elko Corner-notched or Elko Side-notched points that were also found with other Archaic point types suggest both corner-notched and side-notched types occur in almost equal proportion at early and middle Archaic sites. But by late Archaic times, the totals had increased by more than 100 percent over earlier times (Table 3.2). In other words, the Elko Side-notched and Elko Corner-notched types are more frequently associated with late Archaic hunting and gathering than were Elko Eared points.

In summary, Elko Series points appeared in the GSENM region by at least 6000 BC (Geib 1996a), and they comprise the most common chipped-stone tool over the next six millennia, even as other point types were introduced and then fell out of favor. In fact, they co-occur with all major Archaic points, although they are rarely associated with large lanceolate points. Pinto Series points, which predate the introduction of Elko Series by as much as a thousand years, were utilized along with Elko Series points until about 4800 BC, or well into middle Holocene times.

### Lanceolate Points

Lanceolate projectile points were added to the GSENM tool kit at about the same time early Holocene environments were becoming increasingly arid. It is not known, based on current data, whether these new types represented a shift in subsistence toward different high-return mammals that had become more prevalent in very arid conditions (e.g., fewer deer and more bighorn sheep) for which the new points were better suited, or if they represent shifting preferences influenced by interaction with other groups. One lanceolate point style that appeared toward the end of the early



Humboldt Concave-base

McKean Lanceolate

**Figure 3.9: Sketch drawing of Humboldt and McKean lanceolate points. Image modified from Holmer (1978).**

Holocene was the Humboldt Concave-base (Figure 3.9). Humboldt points are not especially common in GSENM (n=5 sites).

As discussed by Holmer (1978, 1986), concave-base lanceolate points have been invariably identified as Pinto Shoulderless, Humboldt Concave-base, and McKean Lanceolate points, each with subtle differences that are difficult to discern without expertise in identifying certain lithic characteristics. In fact, there is little morphological difference between Pinto Shoulderless and Humboldt Concave-base points. And the fact that Humboldt and McKean points appear quite similar to one another can result in erroneous field identifications (the only visual difference between the two is the basal notch is deeper on McKean points). Also, re-sharpening and reworking points throughout their use life can greatly alter the point from its original form.

Any discussion of the spatial and temporal ranges of Humboldt points found in GSENM are hampered by the rarity of corroborative radiocarbon data from the northern Colorado Plateau and by the morphological similarities between Humboldt and McKean points. No Humboldt points were observed at Cowboy Cave, and only small numbers of Humboldt points were recovered at Sudden Shelter. The only chronometric data relevant to this discus-

sion comes from Sudden Shelter where this type appeared about 4700 BC and disappeared sometime before 3000 BC, making it a middle Holocene indicator. Holmer's broader age range of 6000 to 4000 BC is based mostly on evidence from eastern Great Basin sites where Humboldt points are almost always associated with Pinto Series points.

Whereas Humboldt points were defined in the eastern Great Basin (Holmer 1978), the McKean Series of lanceolate points was originally defined on the basis of excavations on the northwestern Plains. These points are actually rare in the Great Basin, and only somewhat more common on the northern Colorado Plateau (the exception being the Uinta Basin in northeastern Utah). Holmer noted (1978:69) "their occurrence at Sudden Shelter supports the suggestion ... of a possible Plains association for the northern Colorado Plateau." Several different point types comprise the McKean Series, but only the McKean Lanceolate point has been found in the GSENM area.

On the northwestern Plains, this type has been found in contexts dating from about 3000 to 500 BC, whereas Holmer (1978) assigned a temporal range of about 2800 to 1700 BC on the northern Colorado Plateau based entirely on the Sudden Shelter data. As is the case with Humboldt points, McKean Lanceolate points are not common in GSENM (n=5).

Perhaps more relevant to this discussion is why lanceolate points are comparatively rare in GSENM. There are several possibilities, although these are speculative: (1) Lanceolate points were specialty points that were rarely used, but were necessary in certain circumstances when rare resources were encountered and opportunistically procured (e.g., elk or bison). (2) Lanceolate points were all-purpose cutting and perforation tools, but were not a preferred hunting implement. (3) Lanceolate points represent brief hunting forays into the region by groups living in the eastern Great Basin (early) or northwest Plains (late), but the technology behind the points was never embraced by local Archaic groups. And (4) lanceolate points represent exotic items collected and curated by much later groups.

### *Organizing the Evidence*

The existing GSENM site database contains 36 sites that might be attributed to the earliest part of the Holocene based on the presence of certain point types. Pinto Series, Humboldt, and Sand Dune Side-Notched points were utilized in early Holocene times through the middle Holocene, and they are herein referred to as "early" points and sites with these points are referred to as "early sites." These sites are all open artifact scatters of varying complexity.

To better understand the nature and complexity of these sites, as well as the land-use patterns associated with them, the sites were organized by size and suspected site function. The dataset was then organized into two general categories: sites that reflected occupations during multiple periods of prehistory and consequently any inferences about early Archaic lifeways would be tenuous, and those with exclusively early Archaic indicators where the artifact assemblages could more accurately reflect site complexity during early Archaic times.

A review of the dataset revealed that a high number of these sites had temporally diagnostic artifacts suggesting repeated occupations throughout the Archaic and Formative. Although the sample is small, it would appear that a good hunting and/or foraging base camp in early Archaic times remained a good base camp during later Archaic times and even into the Formative. On the other hand, 21 sites had only early Archaic diagnostics. These were predominantly kill-butchering locations (n=15), with most of those (n=11) reflecting small, single-event activities.

It also appears that plant procurement was a relatively unimportant activity. At those sites with only early Archaic indicators, ground stone tools were observed at only six sites (29 percent). Larger base camps used for hunting and/or foraging were also rare (24 percent). The prevalence of smaller hunting sites without ground stone tools (67 percent) suggests that hunting was the primary focus of early Archaic subsistence in GSENM, and hunting strategies were probably structured around one or two individuals, probably males, who might have been associated with base camps elsewhere.

The rarity of ground stone tools, at least compared to middle and late Holocene times, might indicate that high-return large game animals were relatively plentiful during early Archaic times, diminishing the need for intense plant procurement. But as Holocene environments became increasingly arid, plant procurement and processing assumed greater importance later in the Archaic. In effect, the earliest Archaic groups mostly hunted and they gathered what little was necessary, whereas later Archaic groups relied much more heavily on plant resources to supplement hunting.

### *Early Holocene Summary*

Humans were clearly in the GSENM region during early Holocene times, as evidenced by the North Creek Shelter and Broken Arrow Cave data, but their numbers might have been sparse, they might have been widely dispersed, and their distinctive signature on the landscape might be indistinguishable from later occupations. Based on the extremely limited dataset, it appears the earliest hunters and gatherers in the region returned repeatedly to favored localities like Sudden Shelter, Cowboy Cave, and North Creek Shelter, and the nature of these occupations suggests longer-term, multi-seasonal occupations with group sizes somewhat greater than the nuclear family. Some of these base camps were oriented toward procurement of high-return large game animals and

> **A good hunting or foraging base camp in early Archaic times remained a good base camp during later Archaic times and even into the Formative.**

- 69 -

others were focused toward procurement of low-return plant seeds and cacti.

Longer-term base camps appear to be quite rare in GSENM, although this is probably a sampling bias in that very few early Archaic sites have been systematically investigated. Evidence from surface sites is more indicative of small hunting forays by one or two individuals. These surface sites are found in all three sub-regions of GSENM, but are clearly more common on the Kaiparowits Plateau. It is assumed that more favorable climatic regimes during the early Holocene would have resulted in robust vegetation communities that contributed to abundant faunal resources, and that humans would have had access to this abundance.

Evidence from North Creek Shelter suggests the early Holocene from about 8000 to 7000 BC was characterized by wetter conditions and vegetation communities that were depressed hundreds of meters below their current range. Initial utilization of the shelter during Paleo-Archaic times was focused on mule deer procurement, although exploitation of abundant smaller animals was also evident. But climates had become significantly more arid by 7000 to 6000 BC, and even though subsistence remained focused on mule deer, the earlier reliance on small animals adapted to wetter environments was replaced by procurement of plant resources, something not clearly evident prior to that time. In effect, this site remained a seasonal base camp for hunting larger, high-return game as it had been for generations, but supplemental foods changed.

At Broken Arrow Cave near Lake Powell, subsistence was focused predominantly on plant procurement and processing, and prehistoric diets were supplemented by smaller animals. But evidence of higher-return larger mammals was minimal, at best. When the Broken Arrow Cave and North Creek Shelter data are considered collectively, it is easy to imagine Archaic hunter-gatherers moving between resource patches, gathering grass seeds in the spring at lower elevations and hunting large mammals in the summer and fall at higher elevations.

This simplistic characterization might be accurate to a point, but evidence from open sites in GSENM suggests a more complex adaptation wherein the earliest Archaic residents were more often hunters than they were gatherers. Based on those sites with possible early Archaic indicators only, ground stone tools are actually quite rare early in the Archaic period, but they become increasingly common as the regional environment became more arid. Collectively, this suggests that increasingly arid conditions resulted in vegetation changes that subsequently impacted the density and distribution of larger fauna in the region. Game resources that might have been commonplace, or at least predictable, in early Holocene times became increasingly rare and unpredictable, forcing Archaic groups to turn to lower-return resources such as seeds and tubers. The increased reliance on plant resources probably occurred over many centuries, beginning in early Holocene times and intensifying during middle Holocene times.

### Responding to Drought: The Middle Holocene

The middle Holocene period from about 5500 to 2500 BC was characterized by episodes of much warmer temperatures and punishing droughts that, according to some researchers, created a hostile environment unsuitable for human survival. Some have argued for complete abandon-

**"Not only would high winds adversely affect plant life, but animal populations in turn would have been affected. Indeed, it is a wonder that any humans even lived in the region during the Altithermal" — Richard Ambler**

ment of the GSENM region (and most of the northern Colorado Plateau) at this time, although this idea is no longer supported by a growing radiocarbon database and a wealth of sites with distinctive artifacts used by Archaic peoples during the middle Holocene.

Hunter-gatherer populations likely employed several adaptive responses to increasingly arid climates. The most extreme response would have been wholesale population movement over long distances to more favorable environments found in adjacent regions. These refuges might have been in the Colorado Rockies (Benedict 1978, 1992) and lakeshore environments of the eastern Great Basin (Berry and Berry 1986). Geib (1996a:33) has argued that, given the recent accumulation of middle Archaic radiocarbon dates from the Glen Canyon region,

> ...total emigration of hunter-gatherers is not credible. Without completely discounting long-distance movement of some of the populace, it is more likely that hunter-gatherers made more localized adjustments in settlement-subsistence strategies in response to increasing aridity. One likely adjustment could have been relocation of base camps to secure water sources.... Settlement patterns may have shifted as sites situated at a distance from reliable (i.e., drought-resistant) water sources became less desirable for residential bases.

Even in the worst drought conditions, major river systems, as well as lesser tributaries, would have provided human populations with a reliable water supply. Middle Holocene hunter-gatherers, however, would likely have been tethered to these permanent water sources more so than in the past. Another adaptive strategy, one that might have functioned concurrently with the lowland river adaptation, could have involved shifting base camps to higher elevations in the Henry Mountains, Aquar-

ius Plateau, Kaibab Plateau, and other upland locales. These higher elevations would have provided access to greater biodiversity than what was available at the lower elevations during drought conditions (Geib 1996a).

As we discuss later, human adaptations to harsher middle Holocene environments were similar to those of earlier times: People hunted and people gathered. But there are subtle differences in how they hunted and how they gathered, with increasing dependence on the latter as climates deteriorated. This period of time is characterized by the introduction of new a chipped-stone tool technology, specifically large side-notched atlatl dart points, and by an increased frequency of ground stone tools at open camps, which suggests plant foods were increasingly important. Sandal preferences also changed at this time. The location of the major middle Holocene sites discussed in this section is indicated in Figure 3.10.

**People hunted and people gathered. But there were subtle differences in how they hunted and how they gathered, with increasing dependence over time on small seed gathering as climates deteriorated.**

Most researchers agree the middle Holocene was a period of unprecedented heat and aridity (Baumhoff and Heizer 1965), although there is little consensus today on the extent of these climate changes from region to region, and how humans responded to restructuring of plant and animal communities in response to persistent droughts. Some have suggested abandonment of entire regions, and it is probably not coincidence that large alcoves like Cowboy Cave and Dust Devil Cave, both favored foraging camps during earlier times, were abandoned as drought conditions worsened (Geib 1996a).

The concept that middle Holocene conditions were much hotter and drier has a long history in paleoenvironmental studies. Pioneering geomorphologist Ernest Antevs (1948, 1955) believed major



**Figure 3.10: Significant regional Archaic sites occupied during the middle Holocene.**

temperature changes were simultaneous over the entire Northern Hemisphere, and he assigned the name Altithermal to this period of unprecedented climate change. As Aikens (1983) observed, the accumulated paleoenvironmental data now make the general sequence of climatic shifts outlined by Antevs "uncontestable."

What is debatable is the severity of this climatic episode, its spatial extent, and the nature of regional climatic variations through time. Reexaminations of middle Holocene paleoenvironmental records suggest the severity of the Altithermal has been greatly overstated. As articulated by Grayson (1993:216), "Dates for the onset of increased aridity vary from place to place; dates for the onset of less arid conditions likewise vary. Detailed studies of this interval do not show unrelenting aridity across 3,000 years, but instead suggest high variability within a more arid period of time."

Paleoenvironmental data have mostly corroborated episodes of warming toward the end of the early Holocene, and these warmer conditions might have resulted in changing biotic communities, including the encroachment of pinyon pine, an immensely important economic resource, sometime after about 6000 BC. The warmer climatic conditions also had dramatic effects on mammal populations early in the middle Holocene, which in turn would have prompted adaptive responses by the hunters who preyed on them. These data also suggest that the climatic changes that ushered in the middle Holocene were considerably greater than those evident at the end of the interval. As a result, changes in the ranges and populations of mammals that occurred at the end of the middle Holocene were far less pronounced than those at the beginning of the middle Holocene (Grayson 1993:220-221).

There is general agreement that desert conditions much like those of today prevailed at about 5500 BC, and that a drying trend evident in the latter part of the early Holocene continued unabated and might have increased in some areas. Paleoenvironmental evidence suggests that effective moisture in the Great Basin and Colorado Plateau reached its lowest level between about 5500 and 2500 BC (Aikens 1983; Thompson et al. 1993), or that it was significantly reduced (Hall 1985, Spaulding 1991).

Evidence from the Southwest supports the idea of regional variability. In the southern Colorado Plateau, Hall (1990) suggested the Gallo alluvium (4700 to 400 BC) formed under arid conditions conducive to flash flooding. Karlstrom (1988), on the other hand, identified the Tsegi alluvium (3800 BC to AD 1450) in Black Mesa area, but suggested it formed under relatively warm, moist conditions, although drought conditions generally prevailed from about 4000 to 1500 BC.

Closer to GSENM, Withers (1989) and Withers and Mead (1993) argued that warmer, dryer conditions began about 8000 BC, culminating in very hot, arid conditions by 5000 BC. She believed the increasing aridity was due to a northward shift in the summer monsoons and polar jet stream. And at Dust Devil Cave, early Archaic deposits were overlaid by a thick layer of wind-blown sands, suggesting extreme aridity (Ambler 1996).

Somewhat warmer conditions prevailed on the Wasatch Plateau (Morris et al. 2015) and the Aquarius Plateau (Morris et al. 2013), based on pollen records indicating changing vegetative regimes from forests dominated by Engelmann spruce to subalpine fir forests by 4000 BC. Temperatures on the high plateaus were warmer in the summer and colder in the winter than at present, and precipitation might have been greater due to enhanced onshore flow of moisture from the eastern Pacific. Morris et al. (2013:119) suggested the possibility that summer precipitation events continued at upper elevations while lower elevations experienced increased aridity at this time.

Within GSENM, pollen research at Lake Pasture on the Kaiparowits Plateau indicates that an open juniper forest had become established by 5200 BC and that it remained intact through middle Holocene times, although it retracted somewhat at about 4600 BC at the same time sagebrush, ragweed, and drought-adapted herbs and flowers increased (D'Andrea 2015:84). And along Kanab

Creek, cooler and wetter conditions prevailed from about 4800 to 3800 BC, as evidenced by aggradation of the creek (Summa 2009), which stands in contrast to heightened flood events elsewhere in the region (Ely 1997).

Taken collectively, these data from locations across the Intermountain West suggest that severe drought conditions prevailed over much of the West during middle Holocene times, but that certain areas experienced periodic episodes of increased moisture. The arid conditions probably affected the distribution of certain mammals, allowed shadscale communities to replace sagebrush ecotones, and permitted the proliferation of pinyon trees. The return to wetter and/or cooler late Holocene conditions was not characterized by a resurgence of mammal populations or a replacement of shadscale vegetation with sagebrush (Grayson 1993:220-221). In other words, the biotic communities that characterized the early part of the late Holocene looked pretty much the same as they had the previous 3,000 years.

### Regional Perspectives

Researchers on the northern Colorado Plateau have repeatedly emphasized that drought conditions of middle Holocene times resulted in reduced populations throughout the region, and many sites favored in earlier times were apparently abandoned. In fact, there are very few sites anywhere in the region that have yielded stratified deposits with middle Archaic components. Ambler (1996:49-50) noted that, "Sites of any type are scarce, and the few cave sites thought to have been occupied during that time (e.g., Armijo Shelter) did not have perishable artifacts preserved for that period." There are, however, a growing number of radiocarbon dates from individual features in both open and sheltered settings that suggest low intensity utilization of the region.

We emphasize that human responses to increasingly arid environments occurred over a long period of time, probably millennia, and there is little evidence of abrupt environmental changes that prompted immediate reactions or implementation of new tool kits. The placement of the beginning of the middle Holocene at 5500 BC (cf. Grayson 1993) is simply an organizational convenience, and hunting and gathering strategies immediately before and after that point were probably not noticeably different. Most of the major early Holocene sites discussed above continued to be occupied during the earliest centuries of the middle Holocene, and Archaic groups continued to use Pinto Series and Elko Series points, as well as open-twined sandals, as their ancestors had done. The introduction of large side-notched dart points at this time (discussed later) is viewed as an important technological milestone, but not an evolutionary one.

> The introduction of large side-notched dart points at this time is an important technological milestone, but it is not an evolutionary one.

Perhaps the most convincing evidence of changes to seasonal hunting and gathering is the negative data from Dust Devil Cave, Sand Dune Cave, and Cowboy Cave, all of which featured a thick layer of wind-blown sand over the top of earlier Archaic deposits, but with very little evidence of subsequent Archaic occupations. The sandy deposition prompted Ambler (1996:44) to suggest that middle Holocene times were most certainly hot and dry, "but winds may have been at least as important in limiting vegetative growth in the desert West. Even with a precipitation regime similar to that of today, excessive winds would have dried soil rapidly, causing increased desertification…. Not only would high winds adversely affect plant life, but animal populations in turn would have been affected. Indeed, it is a wonder that any humans even lived in the region during the Altithermal."

- 74 -

The "absence" of middle Archaic deposits at Cowboy Cave have probably been overstated, or at the very least it is biased by the organization of data. In fact, this site was used repeatedly during the first thousand years of the middle Holocene (Unit III), although these occupations were less intense compared earlier times. The most common diagnostic projectile point found in these deposits was the Northern Side-notched point, which had a temporal range of 5200 to 4400 BC at Cowboy Cave. The absence of large faunal remains suggested that Northern Side-notched and Elko Series points might actually have been general-purpose knives (Jennings 1980).

Good evidence of middle Holocene occupations was also identified at Sudden Shelter, a large rockshelter at the south end of the Wasatch Plateau where the earliest component was assigned a temporal range of about 6400 to 4300 BC, which includes the first 1,200 years of the middle Holocene. A dramatic increase in point densities corresponded with the replacement of Pinto Series points with Elko Series points at about 5300 BC (Pinto points continued, but with less frequency). At about 4500 BC, Humboldt Concave-base and Northern Side-notched points appeared, followed by Sudden Side-notched, Rocker Side-notched, McKean, and Hawken Side-notched points (Jennings et al. 1980:77). As discussed above, the McKean and Hawken points were defined in northwest Plains contexts, and their appearance here was seen as possible evidence that Plains-influenced groups were venturing into the region during middle Holocene times.

While Cowboy Cave was not occupied after about 4400 BC, Sudden Shelter continued to be utilized, although the intensity of these occupations declined between 4300 and 3300 BC, followed by a rapid increase in the utilization of the shelter over the next 500 years until 2800 BC. This might reflect improving environmental conditions near the end of the middle Holocene. More important, animal bone analyses at Sudden Shelter demonstrated more significant reliance on mule deer and porcupine in early Holocene times. This pattern changed in middle Holocene times when there was greater reliance

on plant gathering, bighorn sheep, and small mammals (Jennings et al. 1980).

A shift from mule deer to mountain sheep has interesting implications inasmuch as the habitats and ranges of the two species are quite different. The shift might indicate that drier climatic conditions affected the distribution of mule deer resources, but did not affect mountain sheep better adapted to drier conditions (bighorn sheep absorb much of their daily water needs from plants and are less tethered to permanent water). The shifting preferences toward bighorn sheep and greater reliance on plants occurred at about the same time that Cowboy Cave was abandoned.

The diminished use of Sudden Shelter in middle Holocene times probably reflected a significant decline in population size or in the level of seasonal use of the site. This limited use was more focused on plant resources, as well as higher-return bighorn sheep, than earlier times. In general, the evidence from both Cowboy Cave and Sudden Shelter support the idea of decreased populations and decreased utilization of alcoves and rockshelters that had been preferred before. And both settings offer support for the appearance of large side-notched dart points at this time, as we discuss later in this chapter.

On the Kaibab Plateau, Archaic groups continued to hunt mule deer through middle Holocene times in much the same way they had in earlier times, and they shared the same tool kit as groups exploiting other ecotones farther north on the Colorado Plateau. These sites also suggest that higher-elevation environments might have been less affected by the extreme aridity that characterized lower canyon environments at this time.

### GSENM Perspectives

Little is known about middle Holocene adaptations in GSENM specifically, although 19 radiocarbon dates have been reported from 15 sites within or in close proximity to GSENM (Table 3.3). These include three dates associated with sandals found in rockshelter contexts in the Glen Canyon

area, and five dates from four sites in the Jackson Flat area south of Kanab. The remaining dates were obtained from features in both open and sheltered settings representing temporary or seasonal use.

When considered as a whole, most of the radiocarbon data were obtained from sites in close proximity to permanent water sources, either the Colorado River or its tributaries. Recent middle Holocene radiocarbon dates were reported from sites along Kanab Creek that lend support to the idea Archaic groups were shifting to open base camps along permanent water sources, and the same sites might have been repeatedly reoccupied during the course of seasonal foraging activities (Roberts 2018).



Figure 3.11:  Rabbits were an important part of the Archaic diet. The area south of Kanab and shelters in the Uinkaret Plateau were Likely used repeatedly for communal rabbit drives.

At the Rodent Ridge Site, located along Kanab Creek, researchers identified four middle Holocene residential structures, the earliest evidence yet reported for Archaic house structures anywhere in the upland plateaus north of the Colorado River. The oldest structure (Feature 7/8) was an oval, shallow pit house measuring 3 by 3.8 meters and 10 to 15 centimeters deep. It featured a central fire hearth, a ramp entryway on the north, and postholes around the perimeter. Organic sediments returned a radiocarbon date of 6000 $\pm$40 BP (4890 BC median probability). Feature 6, located above and slightly offset from Feature 7/8, was a surface residential structure, one of two oval residences 5 to 6 meters by 3 to 4 meters in size. Charcoal from this feature returned a radiocarbon date of 5840 $\pm$40 BP (4709 BC median probability). Given the stratigraphy and dates, the occupations might have been sequential (Roberts 2018).

Numerous features at Rodent Ridge were identified, including hearths and roasting pits, one of which returned a date of 5650 $\pm$35 BP (4482 BC median probability). Manos and slab metates were identified, but chipped stone artifacts and mammal remains were rare. Another middle Holocene date of 5140 $\pm$55 BP (3940 BC median probability) was obtained from a nearby site that might have been a burned residential structure or open activity area (Roberts 2018). Neither site yielded corroborative diagnostic artifacts.

Dense middens at Jackrabbit Roast, also in the Jackson Flat area, offered evidence of repeated processing and procurement activities possibly related to communal jackrabbit hunts. One roasting pit (Feature 20) returned a date of 4740 $\pm$30 BP (3565 BC median probability), but the midden itself returned a date of 3350 $\pm$45 BP (1639 BC median probability), or late Archaic times. Taken together, these dates suggest that communal rabbit hunts might have emerged in middle Holocene times and they continued unabated through the late Archaic. The site itself "may represent hundreds, if not thousands of years of repeated short-term use" (Roberts 2018:4.10).

Two middle Holocene radiocarbon dates have also been reported from the Circle Cliffs area

Table 3.3

| Site No | Site Name | General Location | Sample Material | Conventional Age BP | δ13C ‰ | 95 Percent Probability | Median Probability | Lab No. | Provenience | Citations |
|---|---|---|---|---|---|---|---|---|---|---|
| 42Ka2687 | Perfect Ruin | Lower Escalante River | Charcoal | 6500 ±80 | 25 | BC 5604-5322 | BC 5459 | Beta-19919 | Hearth | Eininger 1987:33 |
| 42Ka2687 | Perfect Ruin | Lower Escalante River | Charcoal | 6480 ±70 | 25 | BC 5572-5324 | BC 5435 | Beta-19920 | Hearth | Eininger 1987:33 |
| 42Ga5863 | North Creek Shelter | Upper Escalante River | Juniper | 6020 ±60 | 22.2 | BC 5125-4775 | BC 4913 | Beta-221414 | Stratum VId | Janetski et al. 2012:133 |
| 42Ka6164 | Rodent Ridge | Vermilion Cliffs | Organic Sediment | 6000 ±40 | 22.17 | BC 4988-4798 | BC 4890 | OS-67102 | F7/8 Pithouse | Roberts 2018: V2:1,10 |
| 42Ka443 | The Hermitage | Glen Canyon | Grass Padding | 5890 ±55 | 25 | BC 4901-4622 | BC 4763 | AA-10371 | Midden | Geib 1996a:21 |
| 42Ga3132 | Casa del Fuego | Upper Escalante River | Charcoal | 5880 ±90 | 25 | BC 4975-4535 | BC 4750 | Beta-35359 | Pit 5 | Brown and Tipps 1987; Tipps 1992; Geib 1996a:18 |
| 42Ka6164 | Rodent Ridge | Vermilion Cliffs | Charcoal | 5840 ±30 | 21.5 | BC 4779-4618 | BC 4709 | Beta-390951 | F6 Surface Residence | Roberts 2018: V2:1,10 |
| 42Ka433 | Benchmark Cave | Glen Canyon | Yucca | 5810 ±70 | 23.5 | BC 4825-4505 | BC 4662 | AA-13003 | Stratum 5 | Geib 1996a:18; Sharrock 1964 |
| 42Ka443 | The Hermitage | Glen Canyon | Yucca | 5665 ±60 | 25 | BC 4670-4373 | BC 4500 | AA-10372 | Midden | Geib 1996a:21 |
| 42Ka6166 | Preservation Knoll | Vermilion Cliffs | Charcoal | 5650 ±35 | n/a | BC 4545-4382 | BC 4482 | OS-68437 | F3 Thermal Feature | In Roberts 2018: Vol. 1: Appendix A:95 |
| 42Ga2546 | Bechan Cave | Lower Escalante River | Charcoal | 5500 ±80 | 25 | BC 4502-4105 | BC 4352 | A-3513 | Auger Test | Agenbroad et al. 1989:337 |
| 42Ka2771 | | Lower Escalante River | Charcoal | 5300 ±235 | 23.7 | BC 4644-3653 | BC 4123 | GX-11146 | Soil Stain | Geib 1996a:25; Geib and Fairley 1986:143 |
| 42Ka6167 | Black Stain Midden | Vermilion Cliffs | Charcoal | 5140 ±55 | n/a | BC 4044-3800 | BC 3940 | OS-68423 | F2 Ash Stain | In Roberts 2018: Vol. 1: Appendix A:103 |
| 42Ga3133 | Durfeys Kitchen | Upper Escalante River | Charcoal | 4980 ±130 | 25 | BC 4046-3486 | BC 3784 | Beta-35561 | Pit 7 | Brown and Tipps 1987:62; Tipps 1992; Geib 1996a:20 |
| 42Ka6163 | Jackrabbit Roast | Vermilion Cliffs | Charcoal | 4740 ±30 | 23.8 | BC 3629-3387 | BC 3565 | Beta-390950 | F20 Roasting Pit | Roberts 2018: Vol. 2: Chapter4:7 |
| 42Ka2756 | Co-op Site | Lower Escalante River | Charcoal | 4330 ±80 | 25 | BC 3301-2718 | BC 2980 | Beta-16276 | Hearth 3 | Bungart and Geib 1987:78 |
| 42Ka3711 | Vandals Hearth | Glen Canyon | Charcoal | 4250 ±50 | 25 | BC 2989-2676 | BC 2871 | Beta-78337 | Hearth | Geib 1996a:24 |
| 42Ga3800 | | Upper Sevier River | Charcoal | 4150 ±60 | 25 | BC 2878-2553 | BC 2735 | Beta-125908 | Hearth in Profile | State IMACS Form |
| 42Ka3711 | Vandals Hearth | Glen Canyon | Charcoal | 4070 ±50 | 25 | BC 2831-2489 | BC 2621 | Beta-78338 | Hearth | Geib 1996a:24 |

Table 3.3: Middle Holocene radiocarbon dates from sites within and in close proximity to GSENM. The dates from Casa del Fuego and Durfleys Kitchen are the earliest dates so far reported from sites within the Monument. The 95 percent probability ranges were obtained using the Behron library (Parnell 2016) in the R environment (R Core Team 2017) following the IntCal13 calibration curve (Reimer et al. 2013).

within GSENM, the earliest dates so far reported within the Monument. At Casa del Fuego, charcoal from an unlined pit feature returned a radiocarbon date of 5880 ±90 BP (4750 BC median probability). Excavations yielded abundant evidence of unlined pits, storage pits, a plant processing area, and well-worn ground stone tools, suggesting significant reliance on plant resources (Tipps 1992).

At nearby Durffeys Kitchen, a backhoe trench revealed a small pit feature and an intact midden. Subsequent investigations identified basin-shaped, straight-sided, and jar-shaped storage and food processing pits. Charcoal from one returned a radiocarbon date of 4980 ±130 BP (3784 BC median probability). The site yielded a wide range of tools reflective of plant processing, tool manufacturing and maintenance, and domestic activities, including storage. No evidence of shelters or architecture was identified (Tipps 1992).

In summary, the regional radiocarbon database, when considered collectively, suggests that Archaic lifeways from about 5500 to 4500 BC were not substantially different from earlier times, even if climates were progressively more arid. Groups continued to use Pinto Series and Humboldt points, they preferred open-twined sandals, and they might have relied more on gathering desert seeds, cacti, and tubers, as evidenced by the large number of ground stone tools at some sites. The increased aridity might have reached a tipping point at about 4500 BC when longer-term base camps at lower elevations and those not in close proximity to permanent water were abandoned.

Hunter-gatherers at this time might have responded by exploiting higher elevations with greater biodiversity, as is evidenced at Sudden Shelter and the Kaibab Plateau sites. At lower elevations, they might have been more tethered to permanent water sources. Most of the radiocarbon dates between about 4500 and 2500 BC were derived from sites in close proximity to permanent water.

Vast regions in between the optimal higher elevations with greater biodiversity and lower elevations with permanent water continued to be exploited at this time, although the radiocarbon database offers minimal insights. As we discussed above, there are several sites in the Circle Cliffs and lower Escalante River regions where temporary foraging camps suggest limited hunting and gathering forays by small groups. It seems likely that all elevations were exploited during the latter part of the middle Holocene, but that some areas were exploited more so than others.

It is also possible that increased aridity resulted in expanded environments suitable to seed gathering, specifically the emergence of dune fields and sand sheets that would, in some circumstances, have fostered the proliferation of ricegrass and small mammals. This is particularly evident in the St. George Basin where at least 18 middle Holocene radiocarbon dates have been reported, almost all of them associated with dunes. And many of these sites featured pit houses and brush structures indicative of longer-term household activities (Gourley and Nash 2013; Landon and Roberts 2018; Roberts and Eskenazi 2006; Roberts et al. 2018; Talbot and Richens 2009). In effect, the sand sheets resulted in more abundant lower-ranked resources and, consequently, more intense human procurement of those resources. Populations might have been high

**Increased aridity could have resulted in expanded environments suitable to seed gathering, specifically the emergence of dune fields and sand sheets that would, in some circumstances, have fostered the proliferation of ricegrass and small mammals that fed on them.**

enough to allow communal procurement strategies, such as rabbit drives (Heidi Roberts, personal communication 2018).

The increased aridity might also have resulted in changing subsistence patterns during the middle Holocene, although the empirical data remain quite limited. Deer hunting on the high plateaus, as evidenced by the Kaibab Plateau sites, seems to have continued unchanged from earlier times. In other areas, there was increased reliance on bighorn sheep, as evidenced by the Sudden Shelter data. In both instances, this evidence is consistent with hunter-gatherer theory that high-return larger prey will be preferred over lower-return plants and small game if they are available. The predominance of ground stone tools at lower elevation sites, such as Broken Arrow Cave, suggests that larger mammals were not abundant there, requiring greater utilization of lower-return resources. The quality of these plant resources might have been poor, as evidenced by the abundance of prickly pear remains at Dust Devil Cave.

Middle Holocene occupations might have been characterized by abandonment of or a reduction in the utilization of certain sites, but abandonment of the entire region cannot be demonstrated. Apparent abandonment of long-term base camps such as Cowboy Cave and Dust Devil Cave suggest certain areas were avoided, perhaps in response to deteriorating climatic conditions. Archaeological evidence at Danger Cave and Hogup Cave in the eastern Great Basin, and at Sudden Shelter on the northern Colorado Plateau, indicate reduced utilization of these sites.

### Changing Tools, Changing Preferences

Diagnostic artifacts found within GSENM that are characteristic of middle Holocene times are limited primarily distinctive projectile points, in particular the appearance of large side-notched dart points. But elsewhere in the region, other artifact types are considered to be temporal indicators of this period of time.

Open-twined sandals gave way to plain-weave sandals at about 5200 BC. Plain-weave san-dals were used throughout the middle Archaic, but are found mostly in cave sites along the Colorado River and in the San Rafael Desert; none have been reported from GSENM (see Ambler 1996 for a detailed discussion of changes in sandal preferences through time). Basketry weaving techniques, which had their origins in the Great Basin and spread into the Colorado Plateau, underwent changes at this same time (Adovasio 1970b:11).

Northern Side-notched points (Figure 3.12) appeared late in early Holocene times and persisted into the earliest part of the middle Holocene on the northern Colorado Plateau, and they have a comparatively narrow temporal range of about 600 to 1,000 years (Holmer 1978, 1986). Under some organizational schemes, they are considered to be early Archaic points. They are relatively common on the northern Colorado Plateau. The Northern Side-notched point first appeared in Sudden Shelter deposits dating to about 5600 BC, and they were also present in two subsequent deposits that were not radiocarbon dated (Jennings et al. 1980). Corroborative dates were reported from Cowboy Cave (Jennings 1980). Based on radiocarbon dates from both sites, it can be conservatively estimated that Northern Side-notched points were utilized from about 6000 to 5000 BC (see also Figure 3.6 above).

Northern Side-notched points are found in all three sub-regions of GSENM, although they are much more common on the Kaiparowits Plateau (n=15) than either the Grand Staircase (n=6) or Escalante River (n=2) regions. The 23 sites with Northern Side-notched points have a median elevation of 6170 feet, or considerably higher than Sand Dune Side-notched points (5523 feet) and somewhat lower than Humboldt points (6440 feet). Ground stone tools occurred at only two of the 13 sites with exclusively Northern Side-notched points.

The Hawken Side-notched point was defined in northwestern Plains contexts that have been radiocarbon dated from about 4400 to 4000 BC that were clearly associated with bison hunting (Frison 1991). As described by Agenbroad and Mead (1990a, 1990b), bison were certainly present in the lower Escalante River area during terminal Pleis-



**Figure 3.12:** Large side-notched points appeared at the end of the early Holocene and continued to be used throughout middle Holocene times. Image modified from Holmer (1978).

tocene times, and it is certainly possible that remnant populations of modern bison survived into Archaic times and even later (a bison population, albeit one reintroduced in modern times, currently thrives in the Henry Mountains). Hawken points (see Figure 3.12) are found in all three GSENM subregions where evidence of bison hunting has not yet been documented. This suggests the Hawken point, while ideal for bison hunting, was also suitable for procurement of other types of large fauna.

The temporal range of Hawken points on the northern Colorado Plateau is based entirely on excavations at Sudden Shelter, although the stratigraphic record there is murky. Holmer (1978:68) assigned a temporal range of 4500 to 2600 BC for Hawken points at Sudden Shelter, which remains the only site with stratified deposits on the northern Colorado Plateau that has so far yielded Hawken points. He argued the point was absent in the Great Basin and extremely rare on the northern Colorado Plateau.

Hawken points appear to represent a relatively minor part of the middle Holocene tool kit in GSENM. Only seven sites have yielded Hawken points, three in the Escalante River basin and four on the Kaiparowits Plateau. At four of these sites, Hawken points co-occur with artifacts from later periods (late Archaic to Formative), three of which have ground stone tools. Ground stone tools are not found at any site with exclusively Hawken points.

Sudden Side-notched points were also defined by excavations at Sudden Shelter (Jennings et al. 1980). Holmer originally divided the Sudden Side-notched series into two types, Rocker Side-notched and Sudden Side-notched (see Figure 3.12 above). His subsequent reanalysis (1986:104) led him to conclude "it no longer seems necessary to maintain the distinction [between Sudden and Rocker] since there is no chronological distinction." This recommendation has been routinely ignored by those working in GSENM and contiguous areas. Unlike Northern Side-notched points that decrease in frequency from north to south, Sudden Side-notched points occur only in the southern half of the Great Basin and on the northern Colorado Plateau (Holmer 1986).

Sudden and Rocker Side-notched points are found in all three GSENM sub-regions, and collectively they constitute the most frequently documented point attributed to middle Holocene times (n=42 sites). Rocker Side-notched points, however, are few in number (n=6), although this might be a function of some researchers adhering to Holmer's advice to combine the two series into one, while others did not. These point types co-occur with earlier and later artifacts at 16 of the 42 sites, and these might reflect favored camps occupied repeatedly through time. Unlike earlier side-notched point types already discussed, these favored camps were less frequently associated with evidence of plant processing (44 percent). But overall, ground stone is more common at sites with Sudden or Rocker Side-notched points. Of the 29 sites with only Sudden or Rocker points, 13 had evidence of ground stone tools (45 percent). By comparison, ground stone tools were observed at only 15 percent of sites with the earlier Northern Side-notched type.

Another point type that warrants a brief mention is the Sand Dune Side-notched point, which is commonly found in the Glen Canyon and Canyonlands areas. These have been described as having shallow side notches, a general lack of symmetry, and unpatterned flaking, and generally they feature poor workmanship (Geib and Ambler 1991). These might have appeared as early as 6000 BC and were utilized alongside Pinto Series points (Geib 1996a), but this early date remains tenuous. In fact, very few radiocarbon dates have been reported from deposits with Sand Dune Side-notched points. This point type is quite rare in GSENM (n=4 sites;).

### Organizing the Evidence

The existing GSENM site database contains 72 sites that might be attributed to middle Holocene occupations in the region based on the presence of large side-notched projectile points. This is more than double the number of sites attributed to early Holocene times. All of these are open artifact scatters of varying complexity, and there are subtle differences in the nature of these sites compared to earlier times. For example, there is a much greater frequency of short-term foraging camps, and perhaps a greater utilization of base camps used repeatedly throughout prehistory.

In general, the nature of sites with large side-notched points suggests that hunting and gathering groups were incorporating plant procurement and processing into their annual round to a much greater degree, and they were staying longer at single locations, perhaps to accommodate the greater energy expenditure required to gather plants over a period of several days. By inference, these would have been bi-gender groups engaged in multiple activities. And given the annual cycle of when seed plants mature, these camps might represent occupations in the spring at lower elevations and early summer at higher elevations.

**Land use patterns during middle Holocene times were largely indistinguishable from those of earlier Holocene times.**



Figure 3.13: Permanent water in the form of seeps, springs, and small streams like this one near the foot of the Vermilion Cliffs were critical to humans and animals alike, especially during periods of increased aridity.

To better determine if these sites were indicative of increased plant procurement, rather than the result of multiple occupations where the ground stone tools could have been left by earlier or later groups, we organized the site data to exclude all sites with multiple temporal indicators other than large side-notched points discussed above. These sites (n=50 sites) seem to support the idea of increased reliance on plant resources in middle Holocene times. At least 19 sites with large side-notched points also had ground stone tools, compared to only three sites with early Archaic indicators that had ground stone tools.

We also examined what appears to be preferred locations occupied repeatedly through prehistory (n=22). Of note, four of 16 sites occupied during early Holocene times continued to be used in middle Holocene times.

**The relationship between improved climatic conditions and expanding human populations in later Archaic times is probably not coincidental.**

By comparison, 18 sites first occupied during middle Holocene times continued to be used during late Archaic and Formative times, and in three instances into Late Prehistoric times. Although the sample size is small, this pattern suggests that a preferred location for hunting and gathering in middle Holocene times remained a good location for hunting and gathering in later times, as well, and that basic patterns of resource exploitation remained largely unchanged.

We also wanted to determine if any spatial patterns are evident between early and middle Holocene sites. If earlier Holocene conditions were optimal for large mammals and the humans who preyed on them, sites would be more dispersed. In effect, good hunting areas would be found throughout GSENM. In contrast, more arid conditions might prompt a redistribution of high-return resources in response to the droughts, tethering them to a greater degree to permanent water sources. Middle Holocene sites therefore might be concentrated more near permanent water sources. We did

not find this to be the case. Instead, the same spatial distribution is evident during both wetter and drier climatic regimes, the only significant difference being there are a lot more sites with large side-notched points characteristic of drier middle Holocene times than there are sites with Pinto or Humboldt points.

In summary, hunting and gathering continued unabated in GSENM during middle Holocene times when climatic conditions were at their worst. These conditions might have prompted shifts in adaptive strategies in some areas of the northern Colorado Plateau, but this is not obvious in GSENM where the chronometric data, combined with the large number of sites yielding large side-notched projectile points, suggest an increased utilization of mid-elevation landscapes. Based on the clustering of sites with specific temporal indicators, land-use patterns during early Holocene times were largely indistinguishable from those of middle Holocene times. This suggests the possibility that GSENM environments were not severely impacted by the regional aridity, or that large game hunting strategies were focused on the predictable migratory patterns of deer, which remained the same during wetter and drier climate regimes.

The increasingly arid conditions might have affected the overall density of high-return game resources, as evidenced by the increasing frequency of ground stone tools at sites with large side-notched points. This suggests that plant processing assumed a much greater importance, probably because higher-return resources were not as abundant or the hunting of those resources became unpredictable and incurred higher procurement costs. There is no evidence of repeated or lengthy hiatuses, and even Schroedl's argument that "population density may have been very low" (1992:9) seems tenuous in light of the current evidence.

We emphasize our tentative conclusions are based in large part on surface evidence, which might not be an accurate reflection of how, when, and why certain sites were utilized. Any discussion of how hunter-gatherers adapted to arid environments, or even whether the environment was substantially different in this area during middle Holocene times, requires an untenable amount of speculation.

### Better Climates, More People: Transitioning to the Late Holocene

The late Holocene is generally characterized as a period when climates approached modern conditions, becoming somewhat cooler and moister than the preceding middle Holocene, but not as cool and moist as the early Holocene. The increasing effective moisture corresponded with apparent human population increases associated with the florescence of Silver Lake, Pinto Basin, and Little Lake complexes in the Great Basin; the San Jose, Picosa, and Chiricahua complexes of the Southwest; and the McKean Complex of the Great Plains. All of these reflected a hunting and gathering economy adapted to fully desert conditions, although agriculture might have appeared as early as 2000 BC on the southern Colorado Plateau and by 1000 BC on the northern Colorado Plateau (discussed in Chapter 4).

For our purposes, hunter-gatherer adaptations before 1000 BC are discussed within the context of Archaic lifeways, but with the acknowledgment that Archaic foraging did not disappear with the advent of agriculture. In fact, hunting and gathering might have been the dominant lifeway until about 200 BC-AD 200 when a Basketmaker II-like farming strategy was flourishing in the Grand Staircase region and a Fremont farmer-forager strategy had emerged in the Escalante River Basin. Simply put, some groups engaged in agriculture as early as 1000 BC, but most groups were engaged in the time-proven quest to procure necessary food resources through hunting and gathering. It might have taken many centuries before agriculture replaced hunting and gathering as the predominant subsistence strategy in the region.

The relationship between improved climatic conditions and expanding human populations in late Archaic times is probably not coincidental. However, explanations that human populations increased in direct proportion to increases in effective moisture fail to adequately accommodate paleoenvironmental data that indicate the transitional period into the late Holocene was, in fact, characterized by significant climatic fluctuations. Periods of increased effective moisture were often punctuated by alternating periods of drought and cold. The effect of short-term fluctuations on human population dynamics was likely significant.

Collectively, the climatic changes that ushered in the middle Holocene at 5500 BC were much more pronounced than those evident at the end of the interval at 2500 BC. Grayson (1993:222) summarized the late Holocene as a period of time when the Great Basin region came to look as it does today, although there were considerable spatial and temporal climatic variability from region to region. Some areas would have been better than others for foraging, and human groups would have shifted their procurement strategies in response to greater or lesser resource availability, although the types of resources being exploited remained the same.

Most of what is known about late Archaic adaptations in the GSENM region comes from investigations in the Glen Canyon and lower Es-

**Some were practicing agriculture as early as 1000 BC, but most groups were engaged in the time-proven quest to procure necessary food resources through hunting and gathering.**



**Figure 3.14: Significant regional Archaic sites occupied during the early part of the late Holocene.**

calante River areas, and from excavations at the Arroyo Site and Jackrabbit Roast in the Grand Staircase area. The location of major sites discussed in this section is indicated in Figure 3.14. As we discuss below, the late Archaic is characterized by several trends that foreshadow the transition to agricultural lifeways:

● The abundance of regional radiocarbon dates attributed to this period of time, as well as the abundance of sites with distinctive dart points, has been interpreted by some as evidence of population increases that might have accelerated competition for limited wild plant and animal resources. If populations exceeded the carrying capacity of local environments, some groups might have sought alternatives to food procurement through higher or lesser mobility.

● Increased sedentism (perhaps year-round sedentism) is evident at the Arroyo Site where an Archaic pit house demonstrated that some late Archaic groups remained at preferred locations for much longer periods of time.

● Projectile point styles share close affinities to point types defined in Great Plains contexts (Mallory, McKean points) and to types defined in southern Great Basin contexts (Gypsum Series points). Some have argued that population increases at this time might be attributed, at least in part, to the migration of new groups into the region, first from the Plains and later from the Great Basin.

● Population pressures at this time appear to coincide with the florescence of at least two different rock art traditions, as well as the appearance of split-twig figurines. Barrier Canyon imagery is generally viewed as antecedent to Fremont styles and Glen Canyon Linear as antecedent to Ancestral Puebloan styles. The two different styles could be expressions of different cultural identities used to delineate groups already in competition with one another, a pattern that becomes more pronounced during the Archaic-to-Formative transition after 1000 BC.

Environmental conditions during the late Holocene reflect highly variable climatic patterns similar to today: Periods of increased effective moisture were punctuated by droughts, periods of strong monsoonal flows were followed by weak ones, shifts between summer-dominate rainfall and winter-dominant snowfall were common, and periods of intense erosion were followed by soil stability. Some regions experienced optimal conditions at the same time other regions were marginal, at best. This variability might have prompted some hunter-gatherer groups to seek out better foraging opportunities elsewhere.

Pollen analyses of high-elevation lake sediments on the Wasatch and Aquarius plateaus to the north of GSENM suggest that spruce forests decreased at about 2400 BC when there was an increase in Douglas fir and aspen. Forests moved upslope, suggesting warmer temperatures. By 1000 BC, warmer and wetter winters prevailed with a greater abundance of snow relative to rain (Morris et al. 2013; see also Morris et al. 2015).

Paleoenvironmental studies specific to GSENM are few in number. Sediment core research on the Kaiparowits Plateau at about 7200 feet elevation demonstrated the juniper woodland that had dominated the area since about 5500 BC came to be co-dominated by pinyons by about 1500 BC. The increased density of the pinyon-juniper forests at the expensive of understory shrubs supports the idea the late Holocene was a time of increased effective moisture (D'Andrea 2015:85). Similar observations were made on the Kaibab Plateau (Weng and Jackson 1999), Markagunt Plateau (Anderson et al. 1999; Morris et al. 2013), and Aquarius Plateau (Morris et al. 2013).

In Meadow Canyon, a small tributary to Johnson Canyon in the Grand Staircase, D'Andrea's sediment core research (2015:90) suggests the period from about 2100 to 500 BC was characterized by increasing water tables and by periodic erosion from the side-slopes that resulted in sand sheets on the valley floor. The climates were highly variable, as evidenced by alternative layers of sand, peat, and clay that "suggests the persistence of intervals of cooler and wetter climate."

In the GSENM region, perhaps the most significant change that would have influenced

hunter-gatherer adaptations was the expansion of pinyon forests into their current mid-elevation ranges (ca. 5000 to 7000 feet). As summarized by Bungart (1996:134), cooler climatic conditions after 1500 BC might have led to greater pinyon productivity at lower elevations, where it was "more predictable than at higher elevations where spring frost was more likely to endanger the development of seed cones."

It is not known exactly when pinyon resources expanded into the region, and whether this expansion occurred simultaneously throughout the northern Colorado Plateau or only in selected ecotones. It would not be unreasonable to suggest that a dramatic increase in radiocarbon dates attributed to the late Archaic period reflects increased human exploitation of the region, and this increased intensity might have been in response to improved climatic conditions that resulted in resource abundance.

How aridity in one region might have led to population shifts to other regions with more favorable climates is poorly understood. For example, the extreme aridity of the middle Holocene on the northwestern Plains seems to have continued unabated to about 1600 BC. And the period from about 2500 to 1000 BC coincides with the appearance of Plains-like points (McKean, San Rafael Side-notched) on the northern Colorado Plateau. Does this represent an actual movement of Plains groups into the Colorado Plateau or simply a shared technology that resulted from socioeconomic interaction between the two areas? The same question can be asked relative to the appearance of Cortaro points at the same time, which were defined in southern Arizona contexts, and Gypsum points, which were defined in southern Great Basin contexts.

## Regional Perspectives

Excavations at cave and alcove sites throughout the Intermountain West have repeatedly demonstrated that hunter-gatherer lifeways changed little throughout the latter part of the Archaic, even as populations appear to have expanded into new environmental niches and reoccupied long-abandoned ones. In the eastern Great Basin, Layer IV at Danger Cave (3150 to 900 BC) was characterized by a variety of artifacts indistinguishable from those in earlier deposits (Jennings 1978). Likewise, Hogup Cave yielded consistently similar artifacts over thousands of years, suggesting a broadly adapted lifeway based on seed-gathering and diversified small- and large-game hunting, which Aikens (1970:190) argued, "attests to the lack of any major shift in type of economic adaptation." Investigations on the northern Colorado Plateau have noted similar uniformity in artifact assemblages through time, but with subtle changes in procurement strategies that probably reflected greater or lesser available of certain preferred resources.

Two lines of evidence suggest increased populations at this time: A comparative abundance of late Archaic radiocarbon dates reported from the northern Colorado Plateau in both upland and lowland settings, and an abundance of sites with distinctive projectile points that are confidently dated to late Archaic times. Much of the relevant data come from investigations in the San Rafael Desert, Capitol Reef, Wasatch Plateau, and Arizona Strip regions surrounding GSENM. The sample of 55 regional late Archaic radiocarbon dates is probably biased by the abundance of dates on split-twig figurines, mostly from the Grand Canyon area.

> The presence of walnut pollen during all Down Wash occupations was unexpected. Walnuts are not native to Utah, and the nearest walnut trees are found in southern Arizona hundreds of miles to the south.

As discussed above, extreme aridity might have prompted the abandonment of Cowboy Cave (and neighboring Jim Walters Cave) during middle Holocene times. Ameliorating climates at about 2000 BC, however, prompted not only a re-occupation of Cowboy Cave, but also occupation of several other sites in the same general area. A suite of at least 11 late Archaic radiocarbon dates have now been reported from five different sites in the San Rafael Desert and neighboring Orange Cliffs areas.

At Cowboy Cave, Unit IV, which dated from about 1650 to 1100 BC, featured abundant evidence of seed-gathering activities, as was the case in earlier times, but this was supplemented by procurement of elk, deer, and mountain sheep, which were largely absent from earlier deposits. This could reflect the improving environmental conditions that expanded the range of larger fauna and made them accessible to Cowboy Cave seed gatherers, or it could indicate more efficient hunting technologies, shifts in adaptive strategies to reflect longer-range forays, and occupations of the shelter at different times of the year more conducive to seasonal game migrations (Jennings 1980). The late Archaic deposits were associated with Gypsum dart points and split-twig figurines.

At the nearby Down Wash Site, excavations revealed a fairly continuous (but not intensive) occupation of the shallow alcove from about 3000 to 1100 BC. Pollen evidence indicated a relatively stable local environment, and human groups relied heavily on wild plants typically found in floodplain environments in juniper woodlands. The presence of walnut pollen during all periods of occupation was unexpected. Walnuts are not native to Utah, and the nearest walnut trees are found in southern Arizona. Researchers speculated that "one of the reasons for the long use of the site might have been the close proximity of walnut trees" (Alpine Archaeological Consultants 1990).

Two sites in the southern Wasatch Plateau area, Sudden Shelter and Aspen Shelter, have contributed important evidence of higher-elevation hunting and gathering at the same time. Both were oriented toward procurement of large mammals, both were summer or fall occupations of short duration, and both featured an abundance of diagnostic artifacts that were consistent with at least 15 radiocarbon dates.

At Sudden Shelter, the late Archaic was assigned a temporal range of about 2600 to 1300 BC. The earlier late Archaic deposits featured McKean Lanceolate points and San Rafael Side-notched points, the latter of which were stylistically the same as Mallory points on the Plains. The more recent deposits featured an abundance of Gypsum points (Jennings et al. 1980). The late Archaic deposits were characterized by a slight increase in hunting activities, although the relative distribution of artifact categories suggested a balance between plant and animal procurement. Emphasis on mule deer hunting that was characteristic of earlier occupations was not evident. Instead, there was greater exploitation of bighorn sheep (Jennings et al. 1980). As summarized by Schroedl (1979:350), the Sudden Shelter data demonstrate "the Archaic mode of adaptation was totally flexible and dynamic, continually adjusting and responding to various cultural, demographic, and environmental fluctuations. Adjustments to these factors are evident in the shifting use of plant and animal resources and by the changing of artifact types over time."

Aspen Shelter, located near Sudden Shelter but at a higher elevation, was utilized from about 2000 BC through Formative times. What made this site unusual was the presence of at least two house floors with associated pits, central fire hearths with deflector stones, and a massive midden. Both were probably lightly constructed brush structures (Janetski et al. 1991; Janetski and Wilde 2012). Subsistence patterns at Aspen Shelter were somewhat different from those at Sudden Shelter in that there was a much greater reliance on mule deer (85 percent of the faunal remains), with only limited evidence of elk and bighorn sheep. Plant procurement occurred here, but foraging was of secondary importance to deer hunting. The abundance of Gypsum points in late Archaic deposits supported the radiocarbon data from Sudden Shelter that this point type had appeared by 2000 BC, and at Aspen Shelter Gypsum points might have been used well into Formative times (Janetski and Wilde 2012).

To the south and west of GSENM, there is growing evidence that late Archaic hunters and gatherers continued to practice the same highland-lowland strategies of earlier times. High-elevation faunal resources (deer) on the Kaibab Plateau continued to attract hunters (Schroedl 1988). And foragers also ventured into the Grand Canyon where they cached split-twig figurines in the caves and alcoves (Coulam and Schroedl 2004; Horn 2001).

Two sites on the northern end of the Uinkaret Plateau just west of GSENM have also produced intriguing late Archaic data. The lowest levels at Rock Canyon Shelter, located at the confluence of Short Creek and Clayhole Wash, produced radiocarbon dates of 4130 $\pm$70 BP (2713 BC median probability) and 3310 $\pm$60 BP (1590 BC median probability). Two Gypsum points and a San Rafael Side-notched point support a late Archaic presence here, and a single Rocker Side-notched point suggested an even earlier occupation during middle Archaic times. Rock Canyon Shelter faunal remains indicated large game animals were exploited, but that smaller mammals (jackrabbits, cottontail rabbits, and rodents) and plant resources (prickly pear and grass seeds) might have comprised a much more important part of the diet (Janetski 2017; Janetski et al. 2013).

The lowest levels at nearby Antelope Cave produced three late Archaic radiocarbon dates between 3590 $\pm$50 BP (1947 BC median probability) and 3290 $\pm$60 BP (1569 BC median probability). These dates are consistent with two Gypsum points, whereas a single Hawken Side-notched point suggested an earlier occupation during middle Archaic times (Janetski et al. 2013).

Pollen and macrofloral analyses indicated a significance reliance on a wide variety of plant species during late Archaic times. But the primary focus at this site appears to have been large-scale rabbit hunting. The exceptional abundance of rabbit remains was consistent with the idea of communal rabbit drives by a family group repeatedly returning to the same location where they had cached their nets for future rabbit drives. This idea is supported by the recovery of numerous net fragments (Fisher et al 2013; Janetski et al. 2013)

**"The Arroyo Site could have provided Archaic inhabitants a relatively sedentary base for year-round foraging, or a temporary camp used to exploit seasonally available resources" — Doug McFadden**

Especially intriguing was the presence of upland plant remains such as pinyon nut hulls, hackberry seeds, and juniper parts, even though these plants are not found anywhere close to the shelter today (Janetski et al. 2013:157). Researchers suggested that Rock Canyon Shelter and Antelope Cave were part of a highly mobile strategy that involved movement of residential bases between upland and lowland environments.

### GSENM Perspectives

At least 12 radiocarbon dates have been reported from the Escalante River, Kaiparowits Plateau, and Grand Staircase regions, although only three dates from two sites are actually within the Monument itself (see Table 3.4). These dates were derived from sites in a wide range of environments, including the Colorado River corridor, the Aquarius Plateau foothills, the lower Escalante River country, and the Pink Cliffs area near the headwaters of the Sevier River.

Most relevant sites in the lower Escalante River Basin were short-term hunting and gathering camps that were probably part of seasonal exploitation of lower elevations near or along the Colorado River. In the Browns Canyon area, investigations at the Co-op Site resulted in two late Archaic radiocarbon dates, one of 3000 $\pm$145 BP (1218 BC median probability) and one of 4330 $\pm$80 BP (2980 BC me-

Table 3.4

| Site No | Site Name | General Location | Sample Material | Conventional Age BP | δ¹³C ‰ | 95 Percent Probability | Median Probability | Lab No. | Provenience | Citations |
|---|---|---|---|---|---|---|---|---|---|---|
| 42Ka4552 | | Kaiparowits Plateau | Twigs | 3930 ±30 | 22.2 | BC 2541-2316 | BC 2418 | Beta-144229 | Lower Fill Feature 1 Midden | Geib et al. 2001:100 |
| 42Ka2753 | Beaucoup Alcove | Lower Escalante River | Human Feces | 3900 ±60 | -20.7 | BC 2549-2206 | BC 2379 | Beta-38342 | Site Surface | Geib and Fairley 1986:121; Geib 1996a:17 |
| 42Ka265 | Captain Alcove | Glen Canyon | Charcoal | 3760 ±75 | -25 | BC 2433-1970 | BC 2182 | Beta-1232 | Hearth 1, Occupation A | Tipps 1983:157 |
| 42Ka3976 | The Arroyo Site | Kitchen Corral Canyon | Charcoal | 3420 ±90 | -25 | BC 1950-1520 | BC 1750 | Beta-77118 | F21 Pit House Hearth | McFadden 2012:77 |
| 42Ka3976 | The Arroyo Site | Kitchen Corral Canyon | Charcoal | 3370 ±80 | -25 | BC 1877-1487 | BC 1666 | Beta-77109 | F54 Pit House Surface | McFadden 2012:77 |
| 42Ka433 | Benchmark Cave | Glen Canyon | Yucca | 3355 ±50 | -25 | BC 1764-1525 | BC 1644 | AA 10376 | F17, Stratum 12 | Geib 1996a:18; Sharrock 1964 |
| 42Ka6163 | Jackrabbit Roost | Vermilion Cliffs | Charcoal | 3350 ±45 | -20.4 | BC 1739-1527 | BC 1639 | OS-68414 | F3 Midden | Roberts 2018: Vol. 2: Chapter 4? |
| 42Ka433 | Benchmark Cave | Glen Canyon | Yucca | 3210 ±55 | -23.3 | BC 1609-1352 | BC 1483 | AA-13904 | F33, Stratum 10 | Geib 1996a:18; Sharrock 1964 |
| 42Ga5171 | Backyard Alcove | Upper Escalante River | Charcoal | 3180 ±40 | -23 | BC 1530-1331 | BC 1456 | Beta-189342 | F594 | R. Talbot, personal communication 2018 |
| 42Ka265 | Captains Alcove | Glen Canyon | Wood | 3145 ±105 | -25 | BC 1642-1119 | BC 1405 | Ugo-3254 | Test Pit 8, Occ. A | Tipps 1983:157 |
| 42Ka2756 | Co-op Site | Lower Escalante River | Charcoal | 3000 ±145 | -22.6 | BC 1564-882 | BC 1218 | GX-11339 | Hearth 2, Locus B | Bungart and Geib 1987:73 |
| 42Ka6165 | Eagles Watch | Vermilion Cliffs | Zea Mays | 2980 ±30 | -10.4 AMS | BC 1291-1116 | BC 1203 | Beta-360453 | F30.4 Bell Shaped Pit | Roberts 2018: Vol. 2: Chapter 6:9 |

Table 3.4: Late Archaic radiocarbon dates from sites within and immediately adjacent to GSENM. The 95 percent probability ranges were obtained using the Bchron library (Parnell 2016) in the R environment (R Core Team 2017) following the IntCal13 calibration curve (Reimer et al. 2013).

dian probability). Excavations identified at least five different occupations, each separated by culturally sterile alluvium. The Archaic occupations were associated with ground stone and chipped-stone tools indicative of a mixed hunting and gathering subsistence (Bungart and Geib 1987:91).

At nearby Beaucoup Alcove, researchers investigated several "jar-shaped hardpan cists" they assumed had been constructed by Basketmaker II peoples (Geib and Fairley 1986:166). One of five human feces recovered from the surface of the shelter returned a radiocarbon date of 3900 ±60 BP (2379 BC median probability), or well before the first Basketmakers arrived in the area. At a minimum, this early date indicates the shelter was being used as a temporary camp during late Archaic times. But there is also the potential that late Archaic groups were also constructing storage cists to ameliorate resource shortfalls and that robust storage strategies evident in Basketmaker and Formative times had their origins in earlier Archaic practices.

Collectively, these radiocarbon dates from Bowns Canyon suggest a greater utilization of environments near the Colorado River by small groups engaged in foraging activities. By comparison, only one late Archaic date has been reported from upland settings in the Escalante River Basin, at a site near Escalante. The alcove was believed to have been repeatedly occupied in Archaic and Formative times (Richard Talbot, personal communication 2018).

Although the sample size is small, the same pattern of greater utilization of lowland environments might also be evident in the Kaiparowits Plateau region. Captains Alcove, located in Rock Creek Canyon on the southern periphery of the plateau, had evidence of multiple occupations, including two during the late Archaic. Tipps (1983:163-164) interpreted the Archaic occupations as evidence of a "field camp" where, "Archaic hunter-gatherers would have hunted small game, and collected cactus, yucca fruit, and seeds in the lowlands during late summer and fall. They may have also been in the canyons in the winter or spring gathering cactus pads, or in the early spring collecting yucca blossoms and early greens, partic-

ularly in sparse years, or when stored foods had been depleted."

Six late Archaic dates from three sites along the Colorado River corridor have now been reported, compared to only a single date from a Kaiparowits Plateau upland site, an aceramic midden at an open campsite in the Paradise Canyon area that produced a radiocarbon date of 3930 ±30 BP (2418 BC median probability). Burned bone was present, but only one jackrabbit bone was identifiable as to species (Geib et al. 2001).

The number of late Archaic radiocarbon dates from the Grand Staircase sub-region is minimal (four dates from three sites). Perhaps the most important late Archaic data in the region were derived from the Arroyo Site, located in Kitchen Corral Wash within GSENM. Excavations of a typical Ancestral Puebloan farmstead also revealed an underlying late Archaic component that featured a shallow pit house that produced radiocarbon dates of 3420 ±90 BP (1730 BC median probability) and 3370 ±80 BP (1666 BC median probability).

The pit house was dish-shaped, had a central depression that was probably a hearth, and it featured a light superstructure of brush and clay. The only artifact associated with the pit house was a portable slab metate. Pollen analyses from soil samples taken below the metate revealed that sagebrush seeds, grass seeds, cheno-ams, and a member of the Solanaceae family of plants (potato/tomato) might have been processed on the grinding slab (McFadden 2012).

McFadden (2012:78) argued the site might have provided access to different resources throughout the year and therefore could have functioned as a multi-seasonal residential base. Not only were plant resources available on the valley floor,

… *the modern Paunsaugunt mule deer herd migrates down Kitchen Corral Wash from the high plateaus to their winter range – and probably did so in the past; open range occurs adjacent to the site that was suitable for pronghorn; and sheep habitat occurs in the rugged cliffs above the*



Figure 3.15:  Temporal ranges of middle-late Holocene dart points by point type.

site. Taking into account resources such as pinyon and other upland species available from the surrounding slopes, the Arroyo Site could have provided Archaic inhabitants a relatively sedentary base for year-round foraging, or a temporary camp used to exploit seasonally available resources.

The Arroyo Site also serves as a reminder of what archaeologists working in GSENM have long suspected, that Archaic habitations are buried below more visible Formative occupations and are not conspicuous during surface inspection alone. As discussed above, the Jackrabbit Roast site near Kanab continued to be occupied at this time (Roberts 2018).

### Late Archaic Points

As much as middle Holocene times are defined by the prevalence of large side-notched dart points, the late Archaic has traditionally been characterized by the proliferation of smaller, more-fragile side-notched points (San Rafael), lanceolate points (McKean), and stemmed points (Gypsum). These all have overlapping temporal ranges, although they can generally be divided into Plains-like points common from about 2500 to 1500 BC (San Rafael, McKean) and Great Basin-like points common from 2500 to 1000 BC, and perhaps as late as AD 500 (Gypsum points) (see Figure 3.15).



**Figure 3.16: Sketch drawing of San Rafael Side-notched points characteristic of late Archaic times. Image modified from Holmer (1978).**

Changes from sturdy side-notched points of earlier times to fragile side-notched points at about 2500 BC cannot be readily explained in terms of tool function. Larger side-notched points are generally seen as better suited for penetrating the thick hides of larger prey (Frison 1991), in which case, the lighter, more fragile points might have been designed to procure smaller, faster animals. But there is no evidence of this in the GSENM region. In fact, subsistence strategies during late Archaic times apparently remained the same as before with groups relying on a balanced mix of high-return resources (mule deer and bighorn sheep) and low-return resources (small mammals and plants).

The number of sites in GSENM yielding San Rafael Side-notched points is not significantly different than earlier sites yielding side-notched points (n=21 sites). Gypsum points, on the other hand, are especially abundant throughout the entire region (n=77 sites). From the limited data available, this comparison may be statistically invalid given the temporal range of Gypsum points, which might have been used during the entire Archaic-to-Formative transition from 1000 BC to AD 500. Consequently, the greater number of sites attributed to the late Archaic (2500 to 1000 BC) might instead reflect later population growth from about 1000 BC to AD 500 when maize agriculture was becoming firmly established as the predominant subsistence strategy.

At least 100 sites have projectile points commonly attributed to late Archaic times, and by far most of those are Gypsum points. Although the actual number of late Archaic sites is justifiably debatable, it can be hypothesized, based on the combined projectile point and radiocarbon data, that human exploitation of the GSENM region increased significantly at this time.

San Rafael Side-notched points are thin and fragile compared to older side-notched types (Figure 3.16). San Rafael Side-notched points were initially assigned a temporal range of about 2600 to 1700 BC on the northern Colorado Plateau, and from about 2600 to 1600 BC on the northwestern Plains where they are called Mallory points, something that Holmer (1978:69) believed, "again supports a possible Plains association with the northern Colorado Plateau." Holmer (1986:104) later modified his temporal range of San Rafael points to 2400 to 1600 BC. These points are rare in the Great Basin, but they are commonplace on the northern Colorado Plateau and throughout GSENM.

San Rafael Side-notched points are relatively common in the Grand Staircase and Kaiparowits Plateau sub-regions, but they are rare in the Escalante River drainage. They co-occur with earlier Archaic points at two sites, with later Formative artifacts at four sites, and with both earlier and later artifacts at one site. This suggests favored base camps were occasionally reoccupied. They are found without other temporal indicators at 62 percent of the sites where they have been observed. They are found at sites with a mean elevation of 6,009 feet



**Figure 3.17: Sketch drawing of Gypsum points characteristic of late Archaic times. Image modified from Holmer (1978).**

and a median elevation of 6,043 feet, which is only slightly lower than sites with Gypsum points.

The Gypsum point has long been considered a temporal marker of late Archaic throughout the region. Holmer (1978:49) described Gypsum points as triangular in shape with convex edges, wide corner notches forming roughly square shoulders and a contracting, convex-based stem (see Figure 3.17). Gypsum points are rare or absent in the northern Great Basin, and decrease in frequency to the south. Holmer (1986:105) noted that "wherever they occur their temporal placement is remarkably consistent - always between 2500 B.C. to A.D. 500."

In GSENM, sites with Gypsum points only rarely co-occur with earlier Archaic point types (n=8 sites), but they are relatively common at sites with later Formative and Late Prehistoric temporal indicators (n=21 sites). Gypsum points are found at sites without any other temporally diagnostic artifacts about 60 percent of the time, which is about the same frequency as sites with exclusively San Rafael Side-notched points.

One other late Archaic point type warrants a brief mention here. Roth and Huckell (1992) have defined Cortaro points in southern Arizona, which feature a leaf-shaped body and concave-base without a stem, or a triangular body without a stem. They are believed to be contemporaneous with San Pedro points, but might date somewhat earlier. They have an assigned a tenuous age range of 2000 to 800 BC. Cortaro points have been noted at five sites in the Kaiparowits Plateau, and all identifications were made by researchers familiar with southern Arizona lithic assemblages. This type could be more common in GSENM, but it might have gone unrecognized by archaeologists more experienced with northern Colorado Plateau types. The presence of Cortaro points, if accurately identified, demonstrates the Colorado River, was not an absolute cultural barrier in late Archaic times.

### Organizing the Evidence

The existing GSENM site database contains 101 sites with distinctive projectile points that might be attributed to late Archaic occupations in the region. This compares to 29 sites in early Holocene times and 72 sites in middle Holocene times. All of these are open artifact scatters of varying complexity. In light of changing climates that might have influenced the density and distribution of floral and faunal resources, we wanted to see if the existing database could shed light on the following questions:

● If the larger number of sites attributed to the earliest part of the late Holocene indeed reflect population increases, are there changes in the complexity of the sites. For example, are the sites larger and therefore possibly indicative of more individuals (e.g., extended families) engaged in hunting and gathering activities at a single site? Or are there simply more short-term hunting and gathering camps in the same area?

● If mule deer and bighorn sheep herds expanded in response to improving climates, is there any evidence that plant procurement becomes less significant to foraging lifeways, as was the case in early Holocene times when climates were also more favorable? This might be reflected in increases in hunting sites without ground stone tools. Or does the ratio of sites with and without ground stone tools remain relatively balanced, as was the case in middle Holocene times?

● If the earliest part of the late Holocene featured greater effective moisture, did this result in higher groundwater and therefore more permanent water sources on the landscape (e.g., more springs and seasonal springs) that would have allowed larger prey to disperse rather than remain tethered to major water sources? This might be reflected in a greater spatial diversity of site locations than was evident in middle Holocene times.

When site complexity is considered in total, the data seem to support the idea that hunting and gathering strategies at this time were essentially the same as those in middle Holocene times, reflecting a relative balance between hunting camps (58 percent) and hunting and plant processing camps (42 percent). The exact same ratio is evident at middle Archaic sites, suggesting that the relative importance

- 94 -

Table 3.5

| | Late Archaic | Middle Archaic | Early Archaic |
|---|---|---|---|
| Single Episode Tool Maintenance <100 flakes, no tools | 6 | 5 | 0 |
| Single-Episode Hunting Camp <100 flakes, fauna processing tools | 15 | 12 | 8 |
| Single-Episode Foraging Camp <100 flakes, minimal ground stone | 2 | 5 | 0 |
| Short-Term Hunting Camp 100-500 flakes, no ground stone | 14 | 11 | 1 |
| Short-Term Foraging Camp 100-500 flakes, ground stone | 11 | 10 | 0 |
| Longer-Term Hunting Camp 500+ flakes, no ground stone | 9 | 6 | 1 |
| Longer-Term Foraging Camp 500+ flakes, ground stone | 8 | 4 | 3 |

Table 3.5: Relative complexity of hunter-gatherer camps through the Archaic. Temporal affiliation based on diagnostic projectile points.

of plant resources remained unchanged from earlier times, and that any increased exploitation of larger, high-return mammals, if this actually occurred, did not result in less utilization of lower-return plant resources. By inference, these would have been bi-gender groups more often than male individuals engaged in hunting activities. And given the annual cycle of when seed plants mature, these camps might represent occupations in the spring at lower elevations and early summer at higher elevations.

Thirty-five sites with late Archaic indicators also contain evidence of earlier or later occupations. About a third of these sites have projectile points indicative of earlier Archaic groups and about two-thirds had artifacts attributable to later Formative and/or Late Prehistoric groups. In other words, some camps preferred in earlier Archaic times continued to be favored in late Archaic times. And camps preferred in late Archaic times were especially popular among later groups.

To better determine the nature of late Archaic occupations specifically, we organized the site data to exclude those sites with multiple temporal indicators and include only those with exclusively San Rafael, McKean, Gypsum, and/or Cortaro points (n=66 sites). This revealed a substantial reduction in single-episode hunting and foraging camps, and a notable increase in longer-term hunting and foraging base camps. When all three periods are compared, there appears to be a shift toward increasing site complexity through time (see Table 3.5).

We also wanted to ascertain whether or not any spatial patterns are evident between middle and late Archaic sites. If middle Holocene conditions were extremely arid, then sites might be concentrated in those areas with permanent water. If late Holocene conditions were wetter, then animal populations might have dispersed. The spatial distribution of procurement sites would also be more dispersed. We did not find this to be the case. Instead, the same spatial distribution is evident during

both wetter and drier climatic regimes, the only significant difference being there are a lot more sites in late Archaic times.

Based on the clustering of sites with specific temporal indicators, land-use patterns during early Holocene times might have been indistinguishable from those of middle Holocene times, which in turn are indistinguishable from late Holocene times. In short, projectile point preferences changed through time, but the artifact assemblages and relative size and complexity of the sites, and by inference the hunting and gathering strategies employed, remained remarkably consistent over 7,000 years of prehistory. The only significant difference is that there are a lot more middle Archaic sites than earlier ones, and there are a lot more late Archaic sites than middle ones. The ratio of hunting camps to hunter-gatherer camps remains rather uniform, the relative complexity of the camps is about the same, and the spatial distribution does not change through time.

### Totems and Iconography

The late Archaic is also noteworthy for the appearance of distinct iconography that is reflected in the rock imagery and totems found in the region. These are manifest in the Barrier Canyon Style rock art style, the Glen Canyon Linear rock art style, and in the appearance of the split-twig figurine complex common along the Colorado River corridor and in the San Rafael Desert (figurines have not yet been reported in GSENM specifically).



The Barrier Canyon Style of rock art has traditionally been described as an indigenous development of pre-agricultural peoples of the northern Colorado Plateau. It is common along the northern tributaries of the Colorado River, but is actually quite rare south of the river. This style is believed to be of Archaic origin, perhaps many thousands of years old (Castleton and Madsen 1981; Manning 1990; Schaafsma 1971), although this assumption has recently been called into question (Mozdy 2016; Pederson et al. 2014).

Coulam and Schroedl (1996) have noted the striking similarities between Barrier Canyon images and unfired clay figurines at Cowboy Cave (the figurines there are called Horseshoe Shouldered), suggesting the rock art style appeared about 5600 to 5000 BC. Tipps (1995), however, used excavation data and radiocarbon dates from associated materials to propose an age range of 1900 BC to AD 300. And Cole (2009:60) argues the temporal range is from about 2000 BC to AD 400, "overlapping the rise of Ancestral Pueblo (Basketmaker II) and early Fremont cultures."

**Figure 3.18: Barrier Canyon Style images are found along the Green and Colorado rivers and their northern tributaries, from lower Glen Canyon on the west to the Uinta Basin on the north.**



**Figure 3.19: Glen Canyon Linear images are characterized by animals pecked in outline, sometimes with interior cross-hatching. They are found throughout GSENM and even as far north as the Uinta Basin, but they are more common in the Grand Staircase west of the Paria River.**

The dominant motif of the Barrier Canyon Style is the long, dark form of the human torso that can range from very small to more than 2 meters in height. The figures are typically elongated and tapered, usually without arms or legs (Figure 3.18). There is no indication that Barrier Canyon panels depict hunting activities, but rather, as Schaafsma observed, "If the seed-beater, sickle, and burden baskets portrayed in connection with wild plants are correctly interpreted, then it is possible that the paintings were in part related to the ritual surrounding food-gathering practices" (1971:149). Barrier Canyon Style sites have been reported at two sites in the Glen Canyon area just outside GSENM. Four sites have been documented in the Escalante River drainage. This rock art style might be antecedent to Fremont rock art north of the Colorado River (Tokioka 1992).

Perhaps related to the Barrier Canyon Style is the Grand Canyon Polychrome Style that includes anthropomorphs with life-like details such as eyelashes, toes, and pupils. Sometimes figures are portrayed with facial expressions. In addition to anthropomorphs, the panels display birds, bighorn sheep, deer, pelt-like objects, and abstract symbols. The quadrupeds, like the anthropomorphs, are frequently painted with outlined bodies, subdivided inside into geometric shapes similar to the Glen Canyon Linear Style. The style is assumed to be Archaic based on superimposed images dating to later times (Christensen et al. 2013). This style is found throughout the Arizona Strip and south to the Grand Canyon, and it would not be surprising if such sites were identified in GSENM.

The Glen Canyon Linear petroglyphs, also called Glen Canyon Style 5 (Turner 1963), are characterized by pecked images of ovoid human shapes and ovoid-to-rectangular zoomorphic figures, some with little to no interior decorations and others with interior lines or cross-hatching. Abstract designs are

usually not as common, but can include rakes, star-bursts, and zigzags. Because of the stylistic similarities to split-twig figurines, this rock art style is often attributed to late Archaic peoples. It is especially common along the Colorado River and its major tributaries, but is occasionally found as far north as the Uinta Basin and south into central Arizona. It is also common in the Paria River and Escalante River areas within GSENM. The style is often considered antecedent to later Ancestral Puebloan styles (Tokioka 1992).

At least 13 sites in GSENM have images identified as Glen Canyon Linear (Figure 3.19), almost all of them in the Escalante River drainage. The rarity of such images in the Grand Staircase database is probably a bias because many researchers are reluctant to assign an estimated age to rock art images, and therefore the sites with Glen Canyon Linear images in our database are not coded as Archaic. A good example of this is a site in the middle Paria River, where Glen Canyon Linear images are abundant, but where the site form lists the cultural affiliation as general Puebloan.

Split-twig figurines (Figure 3.20) are a hallmark of the late Archaic on the Colorado Plateau. Geib (1996a) places the advent of the complex at about 3000 BC, and numerous samples collected in the Grand Canyon have produced radiocarbon

dates between 2600 and 1300 BC. Based on an abundance of radiocarbon dates, these figurines or associated objects have an established age range of 2900 to 1250 BC for this complex, and as such they represent the one of the best-dated artifact types of the Archaic (Coulam and Schroedl 2004).

The figurine was constructed by weaving willows or other woody materials into the shape of animals, which are usually recovered from dry cave contexts. The figurines appear to represent two different functions, either "increase totemism" associated with magic and ritual, and "social totemism" associated with group identity (Coulam and Schroedl 2004), perhaps as children's toys (Jett 1991). The figurines are particularly common in the Grand Canyon area to the southwest of GSENM and the San Rafael Desert to the east. They have not yet been identified at any site in GSENM, but they would be expected here due to the geographic location of GSENM between those other two localities.

### Late Archaic Summary

Current evidence suggests that Archaic lifeways characterized by an expanded diet and greater subsistence flexibility continued in late Archaic times in the same general pattern as earlier generations. The biggest difference might have been increased populations, something hinted at by the much larger




Photo: Al Schroedl

Figure 3.20: Split-twig figurines have been discovered at late Archaic sites along the Colorado and Green Rivers, as well as some tributaries, but not yet within GSENM. Some researchers see a shared similarity to Glen Canyon Linear images that are abundant in the Monument.

catalog of radiocarbon dates and more than a hundred sites with distinctive San Rafael Side-notched, McKean, Cortaro, and Gypsum points. There is also intriguing evidence that late Archaic hunters and gatherers might have aggregated into larger social units, perhaps for deer hunts on the Kaiparowits Plateau and communal rabbit hunts at lower elevations near the base of the Vermilion Cliffs.

The limited excavation data suggests all Archaic groups were highly mobile, moving between lowland and upland areas, and this is certainly evident in late Archaic times.

● In upland settings, such as those found at Sudden Shelter, Aspen Shelter, and the Kaibab Plateau, subsistence strategies were focused on high-return large game, probably in the summer or fall (Janetski and Wilde 2012; Janetski et al. 2012; Jennings et al. 1980; Schroedl 1988).

● Mid-range elevations, such as those found at Antelope Cave, Rock Canyon Shelter, and Jackrabbit Roast, might have been occupied in the late summer or fall by groups engaged in communal rabbit drives who returned to the same locations year after year for that purpose (Fisher et al. 2013; Janetski et al. 2013; Roberts 2018). Other sites, such as Cowboy Cave, reflect seed procurement and processing (Jennings 1980). And yet others, like the Arroyo Site, were situated to take advantage of migrating deer herds (McFadden 2012).

● And in lowland areas, such as those along the Colorado River, groups intensively exploited plant resources and small game, probably in the early spring (Geib 1996a; Talbot et al. 1999).

The beginning of the late Holocene might have been characterized by a dramatic increase in effective moisture, perhaps the result of a stronger Arizona monsoon and greater winter snowpack at higher elevations. This appears to coincide with the proliferation of pinyon at lower elevations after about 3000 BC and with a dramatic increase in a large number of GSENM sites with distinctive late Archaic points (mostly Gypsum points). Collectively, the regional data suggest larger populations and/or more intensive exploitation of the region after about 2000 BC, although hunting and gathering strategies were, for the most part, indistinguishable from those of earlier periods. The Rodent Ridge and Arroyo sites (McFadden 2012; Roberts 2018) offer evidence that some Archaic groups were building residential structures in optimal locations to exploit the migration patterns of larger fauna and locally available plants and small animals.

The prevalence of Gypsum, San Rafael Side-notched (Mallory) and McKean Lanceolate points at this time has been interpreted by some as evidence of possible immigrations from the southern Great Basin and northwestern Great Plains. A migration from southern Arizona into GSENM might also have occurred at this time, as evidenced by the appearance of Cortaro points. These events occurred after the hot, dry climates that characterized middle Holocene times had ameliorated and biotic resources might have expanded in response to cooler and wetter weather patterns. Particularly relevant is the expansion of pinyon forests into the region, perhaps as early as 6000 BC but certainly by about 3000 BC (Madsen and Rhode 1990).

Perhaps related to the question of regional migrations, the presence of two or three distinct rock art traditions in the GSENM region suggest that different late Archaic groups were expressing their cultural identities through different iconography. The Barrier Canyon and Glen Canyon Linear styles are seen as antecedent to the more conspicuous rock art traditions of later Fremont and Ancestral Puebloan groups, respectively. And as we discuss in later chapters, rock art is one mechanism that might have reinforced cultural boundaries and defined separate cultural identities.





# Chapter 4

Cave Lakes

Photo: Dan Bauer

## Transitioning to the Formative: 1000 BC to AD 500

Whereas previous Archaic periods were distinguished primarily by shifting projectile point preferences, this transitional period on the northern Colorado Plateau is characterized by distinctive shifts in subsistence strategies and settlement patterns prior to the introduction of ceramics at about AD 500. Among these changes:

● The cultivation of maize and squash (and perhaps beans) would have required at least some level of reduced seasonal mobility.

● Increased sedentism is reflected in the proliferation of permanent or semi-permanent houses, including population aggregations into small hamlets.

● The emergence of complex storage strategies suggests farming was quite successful and that resource surpluses were "stored away" for future use.

● The emergence of elaborate burial practices in the Grand Staircase region suggests increased social complexity that foreshadows later Formative occupations.

In the GSENM region, these changes appear to have been incremental and farming was initially supplemental to traditional hunting and gathering, although increased sedentism likely required reduction in foraging territories (McFadden 2012). This period of time, therefore, can be characterized by the appearance of subsistence strategies and settlement patterns that were not purely Archaic, nor did they exhibit all the trappings typically assigned to the Formative.

Until recent decades, evidence was scant that local populations of Archaic hunter-gatherers embraced new lifeways (e.g., sedentism and agriculture) and new technologies (e.g., bow-and-arrow and ceramics) typically associated with later Formative peoples. The rapid appearance of Formative lifeways was seen by many as evidence of an abandonment of the northern Colorado Plateau at the end of the Archaic followed by a reoccupation of the region by immigrant farmers from the south (Berry 1982; Madsen and Berry 1975). This hypothesis was based on two factors: The rarity of radiocarbon dates reported at that time for the period

from 1500 BC to AD 500, and artifact assemblages found in Archaic cave contexts were decidedly different from those found at energy-expensive architectural sites with well-developed ceramic and farming traditions.

As Janetski noted (1990:5), this hypothesis is based on the idea of "a fairly rapid migration of Fremont folks into the region, people with new ideas, a new tool kit, and a different livelihood," and that the migration "was a major one with few precedents." A growing body of evidence reported from the northern Colorado Plateau over the past three decades, however, suggests that most of traits once thought to have appeared suddenly were actually present much earlier during Archaic times.

The rarity of radiocarbon dates that plagued early researchers has since been replaced by a robust catalog of more than 160 radiocarbon dates (and a few tree-ring dates) from within GSENM and contiguous areas of the Arizona Strip, Glen Canyon, and Waterpocket Fold. These demonstrate a significant increase in the intensity of human occupations beginning about 1000 BC. These data convincingly demonstrate there was no a b a n d o n m e n t prior to the advent of Formative lifeways, and that at least three different subsistence strategies are evident in the archaeological record at this time:

● Foraging groups continued to rely on hunting and gathering in the traditional Archaic pattern that required far-ranging seasonal mobility. This evidence is especially common in deep canyon environments along the Colorado River, the Waterpocket Fold, and high elevation settings such as the Kaibab Plateau and Kaiparowits Plateau.

● Farmer-forager groups practiced a mixed subsistence strategy involving some level of maize cultivation and complex storage strategies, but they also relied heavily on foraging for wild resources within the context of reduced mobility. This strategy, considered antecedent to the Fremont Complex, is particularly evident in the Escalante River and Fremont River drainages.

● Other agricultural groups were largely dependent upon domesticated cultigens, they built permanent or semi-permanent residences, and they constructed elaborate storage facilities. This strategy is typically described within the context of Basketmaker II adaptations that were antecedent to later Ancestral Puebloan occupations. This adaptation is commonplace in the northern Grand Staircase, as well as the St. George Basin farther to the west.

By AD 200, maize agriculture was being practiced throughout the entire northern Colorado Plateau. The addition of the bow-and-arrow into hunting strategies at about that same time probably combined to have profound impacts on local subsistence strategies, mobility, and settlement patterns. Greater hunting and farming efficiencies might have led to improved mortality rates, larger population aggregations into small villages, reduced mobility, and increased social complexity among some groups. The impetus for these fundamental changes appears to have come from two different regions: Maize agriculture had its origins to the south in the southern

**The impetus for fundamental changes appears to have come from two different regions: Maize agriculture had its origins to the south in the southern Colorado Plateau and the Basin and Range country of southern Arizona, whereas bow-and-arrow technology arrived from the north and west by way of the Great Basin.**

Colorado Plateau and the Basin and Range country of southern Arizona, whereas bow-and-arrow technology arrived from the north and west by way of the Great Basin.

Early farming in the Escalante River Basin appears to have been a local development wherein Archaic foragers adopted maize agriculture to a greater or lesser degree. There is considerably less consensus that local foragers adopted farming in the Grand Staircase region, but rather the evidence hints that farmers migrated into the region. Richard Talbot (1998) believed Grand Staircase foragers probably adopted farming, but he didn't rule out the possibility of an influx of immigrants into the area. In other words, the debate over local development versus migration is not a question of "either-or,"

but how to recognize impetus for change arising from multiple sources at different times and in different locations.

Sites in the Escalante River drainage offer intriguing evidence of Ancestral Fremont occupations where the incorporation of agriculture, residential architecture, and bow-and-arrow technology appears to have been a process of accretion over a long period of time. In the Grand Staircase area, there is evidence suggesting a "classic Basketmaker" manifestation involving complex storage strategies, heavy reliance on cultivated resources, elaborate burial practices, and a long tradition of pithouse architecture, all of which seem to have appeared rather suddenly and would appear to support a migration hypothesis.



**Figure 4.2: General location of sites discussed in this chapter.**

In this chapter, we discuss the culture history of GSENM within the context of farmers who cultivated plant foods as their predominant subsistence strategy (Basketmaker II), farmers who grew maize but also foraged extensively for wild plants and animals (Ancestral Fremont), and those who continued to forage in the seasonal lowlands-to-uplands pattern that characterized the Archaic. We liberally discuss proxy data from contiguous non-Monument areas such as the Waterpocket Fold, Glen Canyon, and the Arizona Strip. These sites are discussed within the context of important changes in lifeways, specifically the advent of maize agriculture, increased sedentism evidenced by residential architecture, storage strategies, changes in hunting technologies, mortuary practices, and rock art. The general location of major sites discussed in this section is indicated in Figure 4.2 above.

### What Do We Call Them?

*I*n this chapter, we use label Early Agricultural period as an umbrella term to reference all groups living in GSENM from about 1000 BC to AD 500 when agriculture was first practiced, but before the introduction of ceramics into local lifeways. The term Early Agricultural, as used here, is not intended to suggest that all groups were agricultural at this time. In other words, it reflects a period of time and not a way of life. We also use the term Ancestral Fremont to reference early farmer-foragers in the Escalante River Basin and Basketmaker II when discussing predominantly farming groups in the Grand Staircase.

Other terms have been applied to this period of time, including Terminal Archaic, Proto-Formative, Pre-Formative, and more recently Archaic-to-Formative Transition, an accurate but cumbersome descriptor. The Early Agricultural term, as used here, is not coequal with the same term used by Roberts (2018) to describe San Pedro farmers of the Jackson Flat area at about 1000 BC. Additionally, some researchers have organized the Early Agricultural data into "phases" with regional and sub-regional implications (see Figure 4.3).

A common temporal sequence applied to the Escalante River region is that offered by

Schroedl (1992), who recognized a Dirty Devil Phase from about 1500 to 300 BC and an Escalante Phase from about 300 BC to AD 700. The Dirty Devil Phase is generally characterized by a replacement of the Gypsum point type with side-notched types identified by some as Elko Series and by others as Basketmaker points. Hunter-gatherer lifeways did not change significantly during this period. The Escalante Phase, as defined by Schroedl (1992), began about 300 BC with the introduction of maize into the region, and it terminated with the introduction of ceramics, which he placed at AD 700. Other diagnostic traits of the Escalante Phase include the introduction of the bow-and-arrow at AD 100 to 200, and the appearance of pit structures.

Long-time GSENM archaeologist Doug McFadden observed that Schroedl's timeline was a poor fit for the Escalante River region. McFadden (2016) subsequently defined the beginning of the Escalante Phase as the appearance of maize farming, possibly as early as AD 100, and the end of the phase was defined by the appearance of ceramics at about AD 500.

McFadden (2016) retained the term Basketmaker II to describe early farming adaptations in the Grand Staircase region. Researchers there have consistently applied the Basketmaker II term to suggest both a period of time when agriculture was first practiced and before the advent of ceramics, and a catalog of material culture and architectural traits. The Basketmaker label has proven remarkably resilient despite repeated scholarly criticisms of the term, and it remains engrained in the archaeological literature, especially in the Grand Staircase region.

Formal definition of a Basketmaker cultural stage was the result of the 1927 Pecos Conference, a gathering of preeminent Southwestern archaeologists to discuss fundamental problems and "lay the foundation for a unified system of nomenclature" (Kidder 1927:489). The Pecos Classification specified that Basketmaker II, a period typified by the absence of pottery, the utilization of the atlatl, the proliferation of a remarkable basketry technology, the lack of cranial deformation, and the presence of agriculture. The list of defining traits has undergone considerable revision and augmentation since 1927.



**Figure 4.3  Organization schemes proposed by different researchers for the transitional period between foraging and farming in southern Utah.**

rived domesticated plants, using dry caves and rockshelters as storage facilities and marking their stewardship of such facilities by placing their dead within them in comparatively rich funerary context."

The earliest detailed descriptions of the archaeological remains of the Basketmaker culture were derived from sites in northeastern Arizona where there were lesser-disturbed alcove and cave sites (Guernsey 1931; Guernsey and Kidder 1921; Kidder and Guernsey 1919), and from Cave du Pont near Kanab (Nusbaum 1922). These investigations provided the foundation for the orthodox perspective that Basketmaker II peoples were farmers who constructed bell-shaped and slab-lined storage cists in caves and rockshelters, were highly mobile in search of wild food resources, utilized atlatls with side-notched dart points, and constructed remarkable basketry, but who had no pottery in the traditional sense.

The variability in the archaeological record throughout the Southwest has prompted researchers to suggest regional variants, including the White Dog Phase in the lower San Juan River and Marsh Pass areas (Lipe 1967, 1970; Matson et al. 1990), The term White Dog Phase or White Dog Basketmaker (prior to AD 200) is commonly applied to Basketmaker II sites in the Grand Staircase region, due in large part to the remarkable similarities between the Cave du Pont materials recovered near Kanab (Nusbaum 1922) and those found at White Dog Cave and other sites in northeastern Arizona (Guernsey and Kidder 1921). More recently, Talbot

As suggested by Hurst (1992), the Basketmaker II period commenced with the widespread adoption of substantial structures for surplus food crops and ended with the introduction of ceramics, and it was marked by the transition to largely sedentary lifeways focused around households. This is consistent with Smiley (1985:10), who succinctly defined Basketmakers as "peoples of the northern Southwest, organized in small groups, cultivating Mexican-de-

(1998) has suggested phase sequences that better represent local developments specific to the Grand Staircase, Arizona Strip, and St. George Basin. These phases include:

- The Vermilion Phase, which encompassed early Basketmaker II expressions from 300 BC to AD 1 and is considered coequal to the White Dog Phase in northern Arizona. Artifacts were indistinguishable between the two regions and local populations were probably dependent on maize agriculture at this time.

- The Moapa Phase encompassed the period from AD 1 to 400 when there was a rather sudden shift to village life characterized by clusters of shallow pithouses with internal storage features. It was considered coequal to the Lolomai and Grand Gulch phases to the east.

- The Mount Trumbull Phase from AD 400 to 600 was defined as a transitional period between Basketmaker II and Basketmaker III when groups shifted to upland settings and practiced dry farming, and they might have utilized pottery to a minor extent, something that becomes much more common by about AD 500.

The origins of Basketmaker II agricultural lifeways are typically discussed within the context of three hypothesized models. Irwin-Williams' Oshara Tradition suggested that the interval between 2500 and 300 BC was characterized by greater effective moisture than at present, with the exception of a drought at about 500 BC. If Archaic populations expanded in response to increased carrying capacity of local environments, then a drought would have prompted some groups to intensify agricultural production and implement storage strategies, thus



Circle Cliffs

Photo: Dan Bauer

initiating a transition to Basketmaker lifeways now recognized in the archaeological record (Irwin-Williams 1973; see also Wills 1988).

Other researchers have advanced the idea that climatic changes resulted in large-scale migrations leading to depopulation of some areas and population aggregation in others, and that the origins of the Basketmaker II manifestation on the Colorado Plateau could be found in the San Pedro culture of southern Arizona (Berry 1982; Berry and Berry 1986; Morris and Burgh 1954; see also Irwin-Williams 1967 and Matson 1999, 2003).

Matson (1991), drawing from his research on Cedar Mesa, has also proposed an "evolutionary model of maize horticulture" independent of local development and migration scenarios, suggesting the introduction of agriculture across the Southwest was related to a series of three climate-linked stages: (1) floodwater farming in the southern deserts by 850 BC, (2) floodwater farming of low-lying areas of the Colorado Plateau by 500 BC, and (3) dry farming of the Colorado Plateau mesa tops by about AD 200. As each new farming strategy appeared, it was first as an adjunct to an earlier form and later became the dominant form, but with the earlier forms not entirely disappearing. Hence, by AD 200, a diversity of farming strategies was present, each resulting in a different settlement pattern and each characterized by pithouse residences oriented toward the primary farming strategies.

### The Earliest Farmers

Fundamental to this discussion are assumptions about food production, either as a supplement to wild plants and animals or as a predominant lifeway. Agriculture would have resulted in profound changes to human behavior that distinguishes this period of time from earlier lifeways. These changes, whether labeled Basketmaker II in the Grand Staircase or Ancestral Fremont in the Escalante River Basin, are abundantly evident in the archaeological record in both sub-regions, but they are absent from the Kaiparowits Plateau area.

There is growing evidence that the spread of agriculture was relatively rapid across significant distances, and that it occurred much earlier than previously hypothesized. In his overview of the antiquity of maize, Geib (1996c:54) argued the "picture now emerging is one of widespread and relatively early (ca. 1200 BC) use of domesticates across much of the Southwest."

Evidence of maize agriculture at such an early date has proven elusive north of the Colorado River, although recent research from the Jackson Flat area south of Kanab has upended traditional assumptions that maize agriculture first appeared here about 200 BC. At the Eagles Watch, maize from a bell-shaped pit inside a pithouse returned a radiocarbon date of 2980 $\pm$30 BP (1203 BC median probability), and another sample from a pithouse hearth returned a date of 2730 $\pm$30 BP (870 BC median probability). The pithouse was also associated with San Pedro Corner-notched points, bell-shaped pits, and shell and turquoise ornaments (Landon and Roberts 2010; Roberts 2018).

**The earliest Eagles Watch dates are almost a thousand years earlier than any other previously reported maize date north of the Colorado River.**

Maize farming at such an early date would not be unusual in southern Arizona, but the earliest Eagles Watch date is almost a thousand years earlier than any other previously reported maize date north of the Colorado River. Even in southeastern Utah, where Basketmaker II research has been ongoing for more than a hundred years, the earliest evidence of maize farming comes from Six-Toe Shelter in Butler Wash, which produced a radiocarbon date of about 550 BC (Charles and Cole 2006).

The early Eagles Watch maize dates stand in stark contrast to the growing body of evidence that maize farming became established north of the Colorado River by about BC 200 and that farming had become entrenched throughout the entire northern Colorado Plateau by AD 200. Roberts (2018) believes that Eagles Watch might represent a migration of San Pedro farmers much earlier than traditionally thought (cf. Berry 1982; Matson 1991). She suggested the San Pedro farmers perhaps traveled up the Colorado River from southern Arizona into southern Nevada and southern Utah. The site itself was abandoned at about 900 BC, and it was not reoccupied until about 100 BC when Basketmaker II farmers arrived and remained there for the next seven centuries. In other words, the early dates could represent an unrelated migration centuries before the Basketmaker II farmers moved to Kanab Creek and elsewhere along the Vermilion Cliffs.

The earliest dates at Eagles Watch raise an important question: If the San Pedro farmers left by 900 BC, where did they go? One possibility is they migrated elsewhere, taking their agricultural technologies with them. If this was the case, then the reoccupations at about 100 BC could reflect a subsequent wave of Basketmaker II immigrants at that time. Another possibility is the San Pedro simply shifted to another as-yet-unidentified farming locale in the same general area. If this was the case, then farming was being practiced in the Grand Staircase area for a thousand years before the Basketmaker II florescence, and the emergence of farming would have been a long process wherein local foragers learned agriculture from their San Pedro neighbors and eventually embraced the practice as their own, an expression now labeled Basketmaker II.

### Basketmaker II Farmers

Aside from those two earliest dates, most Basketmaker II evidence at Eagles Watch and other adjacent sites at Jackson Flat are consistent with multiple radiocarbon dates reported from early maize at other sites north of the Colorado River (Jennings 1980; Wilde and Newman 1989; Zweifel et al. 2006). The Jackson Flat investigations resulted in 14 maize radiocarbon dates, as well as one squash date, between about 100 BC and AD 500 (Roberts

2018), which is more than the rest of the northern Grand Staircase region combined (see Table 4.1).

Based on the cumulative evidence, it appears that agricultural technologies became commonplace by about 100 BC, and, as Geib observed (1996c:55), "the changes it wrought appeared even more revolutionary, more in line with agriculturalist colonization of the plateau." Farming rapidly became the dominant lifeway among Ancestral Puebloan groups, and by AD 200 it was entrenched among Ancestral Fremont groups as far north as the Uinta Basin (Talbot and Richens 1996) and among Basketmaker II groups as far west as the St. George Basin (Landon and Roberts 2018; Winslow 2011).



Figure 4.5: Numerous springs feed into upper Short Creek at the base of the Vermilion Cliffs, creating a reliable water source ideal for stream diversion onto agricultural fields.

Table 4.1

| Site No | Site Name | General Site Location | Conventional Age BP | δ13C‰ | 95 Percent Probability | Median Probability | Lab No. | Provenience | Dated Feature | Citations |
|---|---|---|---|---|---|---|---|---|---|---|
| 42Ka0165 | Eagles Watch | Jackson Flat | 2980 ±30 | -10.4 | BC 1291-1116 | BC 1203 | Beta-360453 | F30.4 Bell-Shaped Pit | Pithouse | Roberts 2018: Vol. 2: Chapter 6:9 |
| 42Ka0165 | Eagles Watch | Jackson Flat | 2730 ±30 | -11.6 | BC 928-821 | BC 870 | Beta-360452 | F30.1 Pithouse Hearth | Pithouse | Roberts 2018: Vol. 2: Chapter 6:9 |
| 42Ka0165 | Eagles Watch | Jackson Flat | 2080 ±50 | -10.2 | BC 175-23 | BC 100 | Beta-360448 | F92 Pithouse Hearth | Pithouse | Roberts 2018: Vol. 3: Chapter 4:9 |
| 42Ka0165 | Eagles Watch | Jackson Flat | 2000 ±50 | -11.2 | BC 67-59 AD | AD 2 | Beta-417361 | F94 Bell-Shaped Pit | Storage | Roberts 2018: Vol. 3: Chapter 4:9 |
| AZ A:3:020 BLM | Rock Canyon Shelter | Uinkarets Plateau | 1980 ±30 | AMS | BC 40-73 AD | AD 21 | Beta-373436 | Stratum IVa | Cultural Fill | Janetski 2017:214 |
| 42Ka0165 | Eagles Watch | Jackson Flat | 1970 ±30 | -10.8 | BC 37-87 AD | AD 32 | Beta-360447 | F18.1 Pithouse Floor Pit | Pithouse | Roberts 2018: Vol. 3: Chapter 4:9 |
| 42Ka0043 | | Kanab Creek | 1960 ±50 | -9.1 | BC 79-151 AD | AD 39 | Beta-202621 | FS-1 | Site Surface | State IMACS Form; McFadden 2016:33, 297 |
| 42Ka0165 | Eagles Watch | Jackson Flat | 1950 ±50 | -11.2 | BC 24-118 AD | AD 51 | Beta-360446 | 2022 Midden Lower Level | Midden | Roberts 2018: Vol. 3: Chapter 4:9 |
| 42Ka0165 | Eagles Watch | Jackson Flat | 1920 ±50 | -10.6 | AD 23-140 | AD 83 | Beta-360444 | P1.19 Pithouse Floor | Pithouse | Roberts 2018: Vol. 3: Chapter 4:9 |
| 42Ka0165 | Eagles Watch | Jackson Flat | 1880 ±30 | -24 | AD 69-217 | AD 121 | Beta-360443 | F38.1 Pithouse Hearth | Pithouse | Roberts 2018: Vol. 3: Chapter 4:9 |
| AZ A:3:020 BLM | Rock Canyon Shelter | Uinkarets Plateau | 1860 ±30 | AMS | AD 83-228 | AD 155 | Beta-373435 | Stratum IVa | Cultural Fill | Janetski 2017:214 |
| AR-03-0703-462 | Pack Rat Cave | Snake Gulch | 1810 ±70 | -11.4 | AD 64-375 | AD 212 | Beta-52397 | n/a | Granary | Kaibab National Forest |
| 42Ws3105 | | Short Creek | 1810 ±80 | -13.4 AMS | AD 40-387 | AD 211 | Beta-94775 | Pithouse | Pithouse | James Allison, personal communication 2018 |
| 42Ka3575 | | Dairy Canyon Cave Lakes Canyon | 1790 ±70 | -9 | AD 81-390 | AD 236 | Beta-140952 | Cist 2 | Cist | Edgar 1994; McFadden 2016:292 |
| 42Ka1168 | Cave du Pont | Cave Lakes Canyon | 1770 ±40 | -9.4 | AD 143-371 | AD 272 | Beta-104597 | Cist 30 | Cist | Smiley and Robins 1997:169 |
| 42Ka1168 | Cave du Pont | Cave Lakes Canyon | 1740 ±40 | -9.7 | AD 184-385 | AD 299 | Beta-104596 | Cist 30 | Cist | Smiley and Robins 1997:169 |

Table 4.1 (continued)

| Site No | Site Name | General Site Location | Conventional Age BP | δ¹³C ‰ | 95 Percent Probability | Median Probability | Lab. No. | Provenience | Dated Feature | Citations |
|---|---|---|---|---|---|---|---|---|---|---|
| 42Ka6163 | Antechamber Site | Jackson Flat | 1740 ±30 | -11 | AD 239-379 | AD 298 | Beta-417357 | F17.1 Pithouse Hearth | Pithouse | Roberts 2018 Vol. 4: Chapter 1.13 |
| 42Ka5684 | | Flood Canyon | 1690 ±80 | n/a | AD 149-535 | AD 550 | Beta-149953 | Mixed Surface | Site Surface | McFadden 2016:293 |
| 42Ka6164 | Paint Pot Village | Jackson Flat | 1660 ±30 | -8 | AD 277-487 | AD 388 | Beta-368070 | F25.1 Pithouse Hearth | Pithouse | Roberts 2018 Vol. 3: Chapter 3.9 |
| 42Ka6164 | Paint Pot Village | Jackson Flat | 1650 ±30 | -10 | AD 334-518 | AD 398 | Beta-368069 | F46 Pithouse Floor | Pithouse | Roberts 2018 Vol. 3: Chapter 3.9 |
| 42Ka6160 | Raven Roost | Jackson Flat | 1610 ±30 | 8.2 | AD 393-533 | AD 463 | Beta-368071 | F21 Hearth | Pithouse | Roberts 2018 Vol. 3: Chapter 2.7 |
| 42Ka6165 | Eagles Watch | Jackson Flat | 1580 ±30 | 10.3 | AD 415-545 | AD 483 | Beta-360454 | 2006.2 Pithouse Floor Pit | Pithouse | Roberts 2018 Vol. 3: Chapter 4.9 |
| 42Ka1576 | Indian Canyon Pictographs | Indian Canyon | 1570 ±70 | -9.3 AMS | AD 340-620 | AD 486 | Beta-128986 | Disturbed Fill | Site Surface | McFadden 2016:288 |
| 42Ka6165 | Eagles Watch | Jackson Flat | 1570 ±30 | -9.6 | AD 421-553 | AD 483 | Beta-362337 | F1000 Hearth | Pithouse | Roberts 2018 Vol. 4: Chapter 4.16 |
| 42Ka6164 | Paint Pot Village | Jackson Flat | 1550 ±30 | -10.7 | AD 428-574 | AD 486 | Beta-368068 | F39 Cist | Slab-Lined Cist | Roberts 2018 Vol. 3: Chapter 3.9 |
| 42Ka6163 | Antechamber Site | Jackson Flat | 1550 ±30 | -9.2 | AD 429-574 | AD 487 | Beta-362329 | F39.1 Pithouse Hearth | Pithouse | Roberts 2018 Vol. 4, Chapter 1.13 |
| 42Ka6165 | Eagles Watch | Jackson Flat | 1550 ±30 | 8.6 | AD 426-573 | AD 485 | Beta-399952 | F1400 Hearth | Pithouse | Roberts 2018 Vol. 4: Chapter 4.16 |

Table 4.1: Basketmaker II-age radiocarbon dates from cultigens recovered from sites in the Grand Staircase and Arizona Strip regions. All dates derived from maize except Beta-360446 (maize and squash) and Beta-360443 (squash). The 95 percent probability ranges were obtained using the Bchron library (Parnell 2016) in the R environment (R Core Team 2017) following the IntCal13 calibration curve (Reimer et al. 2013).

It is increasingly clear that once Basketmaker groups embraced farming they became highly dependent on agricultural foods. In fact, "the idea that the Basketmaker II were modified hunters and gatherers, not dependent on maize, can no longer be maintained as true for all Basketmakers" or even for most of them (Matson and Chisholm 1991:456; see also Coltrain et al. 2007).

Matson (2006b) has cautioned that the mere presence of domesticated foods is not enough to label a site as Basketmaker II. Rather, there should be other corroborating evidence, such as increased sedentism, complex storage strategies, and increased dependence on cultivated resources. Archaic groups might have cultivated a small amount of maize over a long period of time, but it would have been a minor part of the overall diet. As such, the real question is not when maize was introduced, but when it became the primary food in the diet (see also Matson 1991). In the Grand Staircase region, all of Matson's criteria are well satisfied, and most of the sites discussed in this chapter are consistent with data reported from Basketmaker II sites elsewhere in the Southwest.

Maize appears to have become a primary food staple perhaps as early as BC 200, based on non-cultigen dates, and certainly by 100 BC, based on dates from cultigens. But pine nuts, rice grass, and other wild plants supplemented the diet, probably serving as a buffer against crop failure (Talbot 1998). Evidence of a mixed farming and foraging strategy is especially striking at Cave du Pont, a Basketmaker II storage site near Kanab that was excavated in 1920. Storage cists revealed a wealth of maize and squash remains, as well as acorns, grass seeds, sunflower seeds, yucca fruits, and Ephedra seeds. Recovered materials also included a wide variety of animal snares, meat processing tools, and remains of deer,

jackrabbit, cottontail rabbit, beaver, and birds, suggesting that hunting was also an important component of Basketmaker II subsistence (Kidder and Guernsey 1922:70-72).

A mixed farming and foraging strategy was also evident at Basketmaker II residential sites in the Short Creek area (Berg et al. 2003; Nielson 1998), and at Rock Canyon Shelter, a complex foraging base camp in the lower Short Creek area (Janetski et al. 2013). Other sites dated to the same period, although uncommon, are focused entirely toward wild food resources (Reid and Betenson 2013; Talbot et al. 1999). In short, foraging appears to have been significant part of local subsistence, even if maize farming was of greater importance to some groups.

Wills (1988) and Talbot and Richens (1996) have argued that maize cultivation consisted of two critical periods, once in the spring during planting and once during the fall harvest. Group size would have been greatest during the field preparation and planting season, after which some in the group stayed behind to tend crops while others hunted and gathered. It would be expected, therefore, that sites in the Grand Staircase region exhibit evidence of sedentary residences oriented toward fields and logistical foraging camps located within a reasonable distance of the permanent residences. But that might not have been the case. No hunting and gathering sites have yet been dated to the Early Agricultural period in the northern Grand Staircase, although a few have been reported on the Arizona Strip to the south.

The assumption that foraging played a significant and dynamic roll in subsistence is also at odds with dietary evidence from the Virgin Branch region, where analysis of human remains (Martin

> **The idea that Basketmaker II people were modified hunters and gatherers not dependent on maize is certainly not true for all Basketmakers, perhaps not even for most of them.**



Cave du Pont

(Photo: Valerie Russell)

**Figure 4.6: When it was first investigated in 1920, Cave du Pont was the first site anywhere in the Southwest that did not have more recent occupations built over the top of the Basketmaker II features. These cists contained maize at the time they were excavated. One of the cists was probably built in AD 217.**

1998, 1999) demonstrated that maize dependence during Basketmaker II-III times was essentially the same as during later Pueblo times, or about 75 percent of the total caloric intake. Meat consumption was estimated at only 10 percent of the diet. Martin's conclusions are consistent with recent studies of human remains from the Tommy Turf Site near Kanab that found a maize dependency nearly identical to Basketmaker II diets elsewhere in the Southwest and that local populations were already heavily dependent on maize as a primary food source by about 50 BC (Zweifel et al. 2006). In other words, wild resources contributed little to the diet once farmers began tilling fields.

At least 93 radiocarbon dates have now been reported from the Grand Staircase and contiguous Arizona Strip that are attributed to Early Agricultural times. The majority are indirectly associated with corncobs, maize pollen, and occasionally kernels. Representative examples of Basketmaker II farming sites, are briefly summarized below (directly dated cultigens are summarized in Table 4.1 above):

● Hog Canyon Dune is a large pithouse located at the confluence of Hog Canyon and Kanab Creek. This site offers the earliest evidence that maize agriculture was practiced in the area after San Pedro farmers had abandoned Eagles Watch (see discussion above). A date of 2530 $\pm$110 BP (637 BC median probability) was reported from a burial associated with maize kernels (Schleisman and Nielson 1987). The earliest radiocarbon date seemed at the time of the excavations to be anomalous when compared to the other dates and other nearby sites with maize, but in light of the two earlier maize dates from Jackson Flats, there is certainly the possibility that maize was being grown in the area in the centuries after the San Pedro farmers abandoned Eagles Watch.

● Cave du Pont yielded large quantities of maize in large slab-lined storage features (Figure 4.6). Cist 7, the only undisturbed cist, yielded 3.5 bushels of maize; Cist 4 yielded 16 ears of maize; and Cist 30 yielded a cache of seed corn. Also present was a large squash with a light grayish-green rind streaked with irregular markings of dark, brownish-green.

The corncobs all had from 10 to 18 rows. Stallings (1941) reported a tree-ring date of AD 217(rb), and a later re-examination confirmed the date, as well as a second date of AD 220(b) (McFadden 2016:29). These dates are also consistent with two subsequent radiocarbon dates from maize remains recovered from Cist 30 (Smiley and Robins 1997).

● Dairy Canyon Alcove features several bell-shaped hardpan storage cists in the floor of a shelter, one of which contained burials. Another contained about a bushel of maize and a mass of juniper bark. All of the cobs were 10-row to 16-row types similar to those found at Cave du Pont (Edgar 1994). One 12-row cob returned a radiocarbon date of 1790 ±70 BP (AD 236 median probability). The site was ideally situated to exploit either the spring-fed bottomlands or the extensive tablelands above (McFadden 2016).

● Although badly looted at the time of investigations, the South Fork Indian Canyon Pictograph Site once contained multiple slab-lined cists and corncobs that featured 10 to 16 rows of kernels similar to those at Cave du Pont and the Dairy Canyon burial sites. Shavings from a structural timber returned a radiocarbon date of 1670 ±110 BP (AD 369 median probability) and a corncob returned a date of 1570 ±70 BP (AD 486 median probability), both consistent with the latter part of the Basketmaker II period. Three much earlier tree-ring dates were also obtained: 81 BC (++vv), 3 BC (++rGB), and AD 5 (++GB). The disparity between the tree-ring and radiocarbon dates led McFadden (2016) to suggest the site had been utilized over a period of several centuries.

● Several sites in the Snake Gulch area on the Arizona Strip feature storage structures with maize remains. One corncob from a site with abundant rock art, returned a radiocarbon date of 1810 ±70 BP (AD 212 median probability), the earliest maize date yet reported from a granary on the Arizona Strip (Connie Reid, personal communication 2018).

### Grand Staircase Foragers

Radiocarbon data related to concurrent hunting and gathering in the region is comparatively rare, and all reported evidence was derived from a handful of sites on the Arizona Strip to the south and west of the Vermilion Cliffs. Rock Canyon Shelter, located in the lower Short Creek area, is important because it demonstrates that maize was transported long distances to supplement diets during foraging activities. Maize remains were clearly associated with a level that produced radiocarbon dates of 2030 ±70 years BP (44 BC median probability) and 2020 ±60 BP (29 BC median probability). These deposits also indicated a heavy reliance on wild plants, including pinyon nuts, cacti, yucca, grasses, and wild gourds, as well as cottontail rabbits and bighorn sheep (Janetski et al. 2013).

Roberts (2018) believes the earliest Basketmaker II occupants of Jackson Flats were much more mobile than were later generations, and this could reflect seasonal movement between summer field houses next to maize fields to upland base camps to exploit wild resources (Roberts 2018). Wild resources were also abundant at several other open residential sites in the area where maize pollen was also present (Berg et al. 2003). And there are a handful of sites in the Grand Canyon and Kaibab Plateau areas that appear to be hunting and gathering camps, but without maize (Fairley et al. 1994; Jones 1986b; Reid and Betenson 2013; Schroedl 1988).

> **The earliest Basketmaker II occupants of Jackson Flats might have been much more mobile than later generations, reflecting seasonal movement between summer field houses next to maize fields to upland base camps to exploit wild resources.**

Table 4.2

| Site No | Site Name | General Location | Sample Material | Conventional Age BP | δ13C ‰ | 95 Percent Probability | Median Probability | Lab. No. | Provenance | Dated Feature | Citations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AR-03-07-03-2942 | | Snake Gulch | Charred Material | 2030 ±30 | -21.3 | BC 142-43 AD | BC 29 | Beta-322437 | F1, Unit 5, 17cm Depth | Roasting Pit | Reid and Betenson 2013:29 |
| AZ A:13:20 BLM | Rock Canyon Shelter | Uinkarets Plateau | Pooled Charcoal | 2030 ±70 | n/a | BC 264-109 AD | BC 44 | Beta-14604 | Stratum IV | Gray-Brown Sediments | Janetski et al. 2013:126 |
| AZ A:3:20 BLM | Rock Canyon Shelter | Uinkarets Plateau | Pooled Charcoal | 2020 ±60 | n/a | BC 179-97 AD | BC 29 | Beta-14603 | Stratum IV | Gray-Brown Sediments | Janetski et al. 2013:126 |
| AZ A:3:51 ASM | Antelope Cave | Uinkarets Plateau | Wood | 1859 ±60 | n/a | AD 39-324 | AD 170 | Beta-8394 | Rear Midden | Midden | Janetski et al 2013:24 |
| AZ B:11:44 | | Grand Canyon | Charred Material | 1820 ±40 | -26.9 | AD 78-267 | AD 167 | Beta-147222 | Feature 1 Roasting Pit | Roasting Pit | Grand Canyon-NPS Files |
| AR-030703-1042 | Indian Hollow | Lower Kanab Creek | Matting | 1675 ±49 | -9.5 | AD 254-520 | AD 367 | AA-66724 | n/a | n/a | Kaibab National Forest |
| AZ B:8:7 | Crane Lake | Kaibab Plateau | Charcoal | 1640 ±70 | n/a | AD 246-561 | AD 413 | Beta-24071 | Locus F, Strata IIIa-Iva. Hearth | Hearth | Schroedl 1988:57 |
| AZ A:12:148 BLM | | Tuweep Valley | Charcoal | 1640 ±90 | Corrected | AD 190-588 | AD 408 | Beta (?) | Hearth | Hearth | AZ Site Form |
| AZ B:15:7 | Tuna Creek Site | Grand Canyon | Charcoal | 1595 ±65 | Corrected | AD 311-592 | AD 469 | WSU-3045 | Aceramic Level III | Roasting Pit | Jones 1986:105 |

Table 4.2: Basketmaker II-age radiocarbon dates from foraging sites in the Arizona Strip region. Foraging sites attributed to this period of time have not yet been documented in the northern Grand Staircase. The 95 percent probability ranges were obtained using the Bchron library (Parnell 2016) in the R environment (R Core Team 2017) following the IntCal13 calibration curve (Reimer et al. 2013).

The nine Arizona Strip radiocarbon dates associated with foraging or hunting activities are all contemporaneous with the advent of Basketmaker II farming along the base of the Vermilion Cliffs. In fact, no foraging dates of any kind have been reported in the northern Grand Staircase between about 1000 and 100 BC, unlike most of the northern Colorado Plateau where the number of reported dates increased dramatically at this time. The foraging sites attributable to this period of time are summarized in Table 4.2.

The absence of foraging sites in the northern Grand Staircase at this time is perplexing. Abundant Basketmaker II farming sites are found in an arc along the base of the Vermilion Cliffs, from St. George on the west to Johnson Canyon on the east. If those farmers, as Roberts (2018) suggested, were making seasonal forays into high elevations to gather wild plants and hunt mule deer, then there should be an abundance of contemporaneous forager-hunting camps in the uplands of the Paunsaugunt and Markagunt plateaus and Little Creek Mountain. But these have not yet been identified. In contrast, dozens of radiocarbon dates have been reported from foraging and hunting sites in the Escalante River Basin to the east and in the St. George Basin to the west at this same time. In both regions, the coexistence of farming and foraging at this time is unmistakable.

### Foraging and Farming Along the Escalante River

The advent of agricultural lifeways in the Escalante River Basin appears to have lagged two or three centuries behind the Basketmaker II florescence in the Grand Staircase. At least 17 radiocarbon dates have now been reported from corncobs or maize kernels collected from sites along the Escalante River or its lower tributaries, and another three dates have been reported from sites in the Waterpocket Fold (Table 4.3). For the most part, these dates suggest a rather sudden appearance of maize farming at about AD 200 among groups considered to be antecedent to Fremont farmers.

Researchers north of the Colorado River have taken great care to avoid using the Basketmaker label when describing farming adaptations in the Escalante River Basin (cf. Geib 1996c), although there is no consensus as to what to call them. Among the distinctions:

- Ancestral Fremont groups (and even later Fremont groups) were more mobile, relying on hunting and gathering to a much greater degree.

- Ancestral Fremont architecture was less formalized, storage structures were smaller, and there is little evidence of social complexity beyond the nuclear or extended family.

**Agriculture was slower to arrive in the Fremont world, but once it did the shift from foraging to agricultural lifeways was almost immediate.**

- Basketry and other material culture traits suggest Ancestral Fremont groups were modifying and expanding on Archaic technologies originating on the northern Colorado Plateau and eastern Great Basin that were decidedly different from those south of the river.

- Farming in the Escalante River area appears to have been a local development with Archaic groups adding farming to their otherwise mobile lifeways to a greater or lesser degree, with some groups never fully embracing agriculture or sedentary lifeways.

The timing of agriculture in the Escalante River Basin is consistent with the appearance of farming sites throughout the northern Colorado Plateau. Talbot and Richens (1996) have observed that farming spread rapidly into every suitable agricultural niche north of the Colorado Plateau by

Table 4.3

| Site No | Site Name | General Location | Conventional Age BP | $\delta^{13}C$ ‰ | 95 Percent Probability | Median Probability | Lab No. | Provenience | Dated Feature | Citations |
|---|---|---|---|---|---|---|---|---|---|---|
| 42Ka0172 | Alvey Site | Escalante River | 2260 ±90 | -10.8 | BC 673-82 | BC 303 | Beta-34944 | Aceramic Level 1, Feature 47 | Cultural Fill; Date Rejected | Geib 1996c:58 |
| 42Ka0172 | Alvey Site | Escalante River | 1830 ±50 | -10 | AD 81-322 | AD 186 | AA 10375 | Aceramic Level 1, Feature 56 | Cultural Fill | Geib 1996c:58 |
| 42Ga0288 | Triangle Cave | Escalante River | 1770 ±90 | -11.2 | AD 69-484 | AD 260 | Beta-34941 | Structure 2 | Unknown Structure | Geib 1996c:58 |
| 42Wn2234 | | Waterpocket Fold | 1770 ±50 | -9.2 AMS | AD 135-379 | AD 265 | Beta-161592 | Test Pit Below Alcove | Midden | Janetski et al. 2005:230 |
| 42Ga4536 | Bent Tracks | Escalante River | 1760 ±80 | -19 | AD 90-462 | AD 272 | Beta-134612 | Surface | Site Surface | McFadden 2016:302 |
| 42Ka0172 | Alvey Site | Escalante River | 1755 ±50 | -10 | AD 141-387 | AD 285 | AA 10374 | Aceramic Level 1, Feature 47 | Cultural Fill | Geib 1996c:58 |
| 42Ka0172 | Alvey Site | Escalante River | 1735 ±50 | -10 | AD 157-401 | AD 302 | AA 10373 | Aceramic Level 1, Feature 47 | Cultural Fill | Geib 1996c:58 |
| 42Ga0105 | Dry Laid Heaven | Escalante River | 1720 ±60 | -12 | AD 156-475 | AD 318 | Beta-67495 | Surface | Site Surface | Geib 1996a:20 |
| 42Wn0181 | | Waterpocket Fold | 1700 ±50 | 11.3 AMS | AD 226-490 | AD 343 | Beta-124182 | Alcove Surface | Charcoal Staining | Janetski et al. 2005:230 |
| 42Ka0172 | Alvey Site | Escalante River | 1690 ±80 | -11.1 | AD 148-536 | AD 348 | Beta-34942 | Level II, Feature 31 | Cultural Fill | Geib 1996c:58 |
| 42Ga4542 | | Escalante River | 1650 ±70 | -10.4 | AD 238-557 | AD 396 | Beta-134615 | Locus A | Site Surface | McFadden 2016:302 |
| 42Ga0103 | Pantry Alcove | Escalante River | 1640 ±80 | -12 | AD 224-578 | AD 412 | Beta-34936 | Cist 7 | Storage Cist | Geib 1996d:87 |
| 42Wn1897 | | Waterpocket Fold | 1620 ±50 | AMS | AD 298-547 | AD 444 | CAMS 76738 | Packrat Midden | Packrat Midden | Janetski et al. 2005:230 |
| 42Ga4521 | | Escalante River | 1610 ±120 | -10.1 | AD 146-637 | AD 436 | Beta-134611 | Site Surface | Site Surface | McFadden 2016:302 |
| 42Ga4540 | Little Cathedral | Escalante River | 1610 ±40 | -10.6 | AD 360-539 | AD 462 | Beta-134614 | Site Surface | Site Surface | McFadden 2016:302 |

## Table 4.3 (continued)

| Site No | Site Name | General Location | Conventional Age BP | δ13C ‰ | 95 Percent Probability | Median Probability | Lab No. | Provenience | Dated Feature | Citations |
|---|---|---|---|---|---|---|---|---|---|---|
| 42Ga0288 | Triangle Cave | Escalante River | 1600±50 | -10.3 | AD 350-567 | AD 469 | AA-5234 | Stratum 1 Maize Cache | Cultural Fill | Geib 1996d:58 |
| 42Ga4543 | | Escalante River | 1590±80 | -9.8 | AD 271-613 | AD 472 | Beta-134616 | Site Surface | Site Surface | McFadden 2016c:302 |
| 42Ga4655 | | Escalante River | 1580±40 | -9.6 | AD 404-562 | AD 482 | Beta-140954 | Surface | Site Surface | McFadden 2016c:302 |
| 42Ga0103 | Pantry Alcove | Escalante River | 1570±70 | -12.1 | AD 339-621 | AD 487 | Beta-34937 | Between Cists 7-8 | Cultural Fill | Geib 1996d:87 |
| 42Ga0288 | Triangle Cave | Escalante River | 1570±80 | -10.1 | AD 295-628 | AD 486 | Beta-34938 | FS27.1 Stratum 2 | Cultural Fill | Geib 1996c:58 |

Table 4.3: Early Agricultural-age radiocarbon dates from cultigens recovered from sites in the Escalante River and Waterpocket Fold regions. All dates derived from maize. The 95 percent probability ranges were obtained using the Bchron library (Parnell 2016) in the R environment (R Core Team 2017) following the IntCal13 calibration curve (Reimer et al. 2013).

about AD 200 to 300, and that domesticated foods quickly became the staple around which all other resource procurement activities were scheduled. In other words, agriculture was slower to arrive in the Fremont world, but once it did, the shift to agricultural lifeways was almost immediate, something that stands in stark contrast to the southern Colorado Plateau where the shift to agriculture occurred over thousands of years (cf. Minnis 1985, 1992; Wills 1988).

A suite of maize radiocarbon dates suggests maize agriculture first became established in the Escalante River Basin by about AD 200 and farming along the Escalante River was continuous over the subsequent centuries. This does not preclude the likelihood that maize farming was present earlier (e.g., Wilde and Newman 1989), only that farming had become commonplace by this time. All but one of the 20 maize radiocarbon dates are remarkably consistent (see Table 4.3). Representative examples of sites producing radiocarbon dates from maize include:

**Maize agriculture had become established in the Escalante River Basin by about AD 200, and farming along the Escalante River continued unabated over the next thousand years or more.**

● The Alvey Site is an alcove residential site or long-term camp in Coyote Gulch that was occupied repeatedly throughout prehistory. Three occupation levels were identified, the lowest of which (Level II) did not have ceramics, was 2 meters deep, and contained abundant maize and squash remains, as well as atlatl dart points and an atlatl fragment constructed of Gambel oak. Geib (1996c) later obtained five radiocarbon dates from corncobs, with four of the dates ranging from 1830 ±50 BP (AD 186 median probability) to 1690 ±80 BP (348 BC median probability). The fifth date of was statistically inconsistent with other dated corncobs from the same context, and it was rejected.

● Triangle Cave, an alcove residential site or long term camp in Harris Wash, featured five occupation levels, the lowest of which had no ceramics but featured abundant maize and squash remains, as well as basketry exhibiting Fremont weaving techniques (Fowler 1963). One corncob skewered on a stick, initially recovered from the floor of a structure returned a radiocarbon date of 1770 ±90 BP (AD 260 median probability), and loose maize kernels recovered adjacent to Cist 6 in the same level returned a date of 1600 ±50 BP (AD 469 median probability) (Geib 1996c).

● Pantry Alcove, an alcove storage site also in Harris Wash, had abundant maize and squash remains, as well as 13 slab-lined storage cists of varying sizes. One corncob from a cist later returned a radiocarbon date of 1640 ±80 BP (AD 412 median probability), and another recovered between two other cists returned a date of 1570 ±70 BP (AD 487 median probability) (Geib 1996c).

These early maize dates from the lower Escalante River country were obtained from museum collections, mostly from corncobs recovered by University of Utah researchers during the course of the Glen Canyon Project in the late 1950s. There was no reason to doubt the authenticity of the dates, but they were admittedly earlier than most had expected. Any doubts about their validity was erased a few years later when Don Keller, conducting inventories in the middle Escalante River region on behalf of the newly created Monument, reported a series of additional maize dates that fell neatly within the same age ranges. These samples also came from alcove sites, some of which were used for storage and others that appear to have been residential camps (Keller 2000).

Table 4.4

| Site No | Site Name | General Location | Sample Material | Conventional Age BP | δ13C ‰ | 95 Percent Probability | Median Probability | Lab No. | Provenience | Dated Feature | Citations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42Ga3138 | Horse Canyon Rockshelter | Horse Canyon | Charcoal | 2760 ±100 | -25 | BC 1198-766 | BC 933 | Beta-35319 | Ash Basin 2 | Hearth | Brown and Tipps 1987-33;Tipps 1992 |
| 42Ka2546 | Bechan Cave | Bowns Canyon | Charcoal | 2640 ±50 | -25 | BC 899-637 | BC 815 | A-3516 | Auger Test | Charcoal Horizon | Agenbroad et al. 1989-337 |
| 42Ga5076 | | Big Flat | Charcoal | 2520 ±80 | -25 | BC 805-423 | BC 633 | Beta-178857 | FS27 | Slab-Lined Roasting Pit | Schaub 2003-97 |
| 42Wn2357 | | Waterpocket Fold | Saccobatus | 2460 ±40 | -23.7 AMS | BC 767-432 | BC 628 | Beta-161595 | Shallow Midden Fill | Thermal Feature | Jauretski et al. 2005-168, 230 |
| 42Ga5095 | | Big Flat | Charcoal | 2430 ±70 | -25 | BC 765-403 | BC 564 | Beta-178858 | FS27 | Slab-Lined Roasting Pit | Schaub 2003-97 |
| 42Wn2377 | | Boulder Mountain | Charcoal Soils | 2360 ±100 | -25 | BC 759-206 | BC 480 | Beta-133977 | Feature 3 Hearth | Hearth | Boomgarden 2009-45; Wintch and Spangler 2001-21 |
| 42Ga3138 | Horse Canyon Rockshelter | Horse Canyon | Charcoal | 2320 ±60 | -25 | BC 710-217 | BC 392 | Beta-39256 | Firepit 4, Stratum 2 | Hearth | Brown and Tipps 1987-33;Tipps 1992 |
| 42Wn2180 | Junkyard Lounge | Boulder Mountain | Probably Charcoal | 2320 ±70 | n/a | BC 723-210 | BC 394 | Beta-144289 | Hearth | Hearth | Boomgarden 2009-45 |
| 42Ka2730 | Sifford Shelter | Bowns Canyon | Charcoal | 2310 ±90 | -25 | BC 732-156 | BC 387 | Beta-19514 | Orgone Layer | Use Surface | Geib and Fairley 1986-97; Geib 1996a-23 |
| 42Wn0174 | | Waterpocket Fold | Pine Charcoal | 2290 ±60 | -20.1 | BC 524-206 | BC 341 | Beta-124191 | Hearth Fill | Hearth | Jauretski et al. 2005-116, 230 |
| 42Ka2751 | Sunny Beaches | Bowns Canyon | Charcoal | 2260 ±230 | n/a | BC 848-212 AD | BC 339 | Beta-21235 | Hearth 2, Locus A | Hearth | Geib and Bungart 1989-38; Bungart and Geib 1987-60 |
| 42Wn2377 | | Boulder Mountain | Charcoal | 2260 ±70 | -19.6 | BC 495-132 | BC 293 | Beta-144291 | Feature 3 Hearth | Hearth | Wintch and Spangler 2001-21 |
| 42Ga3122 | Long Canyon Dune | The Gulch | Charcoal | 2250 ±70 | -25 | BC 457-120 | BC 288 | Beta-20669 | Hearth 1 | Hearth | Brown and Tipps 1987-27; Tipps 1992 |
| 42Wn2221 | | Waterpocket Fold | Juniper Artemesia | 2230 ±100 | -20.5 | BC 637-43 | BC 273 | Beta-161591 | Pit Fill | Hearth | Jauretski et al. 2005-153, 230 |
| 42Wn2221 | | Waterpocket Fold | Juniper | 2230 ±70 | -20 | BC 400-101 | BC 277 | Beta-161590 | Pit Fill | Pit Feature | Jauretski et al. 2005-153, 230 |
| 42Wn2180 | Junkyard Lounge | Boulder Mountain | Probably Charcoal | 2220 ±50 | n/a | BC 384-165 | BC 280 | Beta-142657 | Hearth | Hearth | Boomgarden 2009-45 |
| 42Ga3987 | | Circle Cliffs | Charcoal | 2180 ±80 | -22.7 | BC 386-35 | BC 236 | Beta-101267 | Test Pit | Charcoal Staining | Jauretski and Talbot 1998; Reeleus et al. 1997-221 |
| 42Ga3119 | Friendship Cove | Calf Creek | Charcoal | 2160 ±90 | n/a | BC 385-12 AD | BC 208 | Missing | Midden | Midden | Spangler 2001-978 |

Table 4.4 (continued)

| Site No | Site Name | General Location | Sample Material | Conventional Age BP | δ13C ‰ | 95 Percent Probability | Median Probability | Lab No. | Provenience | Dated Feature | Citations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42Wn2150 | Junkyard Lounge | Boulder Mountain | Charcoal | 2150±60 | n/a | BC 360-41 | BC 196 | Beta-142656 | Earthen Oven | Earthen Oven | Boomgarden 2009:45; |
| 42Ka2546 | Bechan Cave | Bowns Canyon | Charcoal | 2080±140 | 25 | BC 415-223 AD | BC 113 | GX-10501 | Slab-Lined Hearth | Hearth | Agenbroad et al. 1989:343 |
| 42Wn2150 | Junkyard Lounge | Boulder Mountain | Charcoal | 2080±40 | n/a | BC 195-1 | BC 102 | Beta-144290 | Earthen Oven | Earthen Oven | Boomgarden 2009:45 |
| 42Ga3591 | | Boulder Creek | Charcoal | 2040±50 | Corrected | BC 178-55 AD | BC 51 | Beta-54183 | Looted Cist | Slab-Lined Feature | McFadden 2016:189, 300 |
| 42Ga0456 | | Waterpocket Fold | Pooled Charcoal | 2030±120 | -22 | BC 349-233 AD | BC 52 | Beta-128681 | Stratum 1 Lower Test Trench | Midden | Janetski et al. 2005:55 |
| 42Wn2250 | | Waterpocket Fold | Juniper | 2020±70 | -21 | BC 206-120 AD | BC 32 | Beta-161593 | Rock-Lined Feature | Pit Feature | Janetski et al. 2005:157, 230 |
| 42Ga3743 | Haymaker Bench | Haymaker Bench | Charcoal | 1910±160 | Corrected | BC 323-471 AD | AD 99 | Beta-23057 | F2 Slab-Lined Hearth | Hearth | McFadden 2016:180, 301 |
| 42Ka2751 | Sunny Beaches | Bowns Canyon | Charcoal | 1800±100 | -25 | AD 3-461 | AD 224 | Beta-16272 | Hearth 1 | Hearth | Bungart and Geib 1987:60 |
| 42Wn2046 | | Waterpocket Fold | Cercocarpus | 1770±80 | -23.2 | AD 80-426 | AD 257 | Beta-108501 | Lower Fill, Possible Structure | Cultural Fill | Janetski et al. 2005:134, 230 |
| 42Wn2234 | | Waterpocket Fold | Zea Mays | 1770±50 | -9.2 AMS | AD 135-379 | AD 265 | Beta-161592 | Test Pit Below Alcove | Midden | Janetski et al. 2005:230 |
| 42Wn2062 | | Fremont River Valley | Pine Charcoal | 1760±50 | -22.3 | AD 140-383 | AD 279 | Beta-108499 | Midden Below Alcove | Midden | Janetski et al. 2005:230 |
| 42Ka2731 | | Bowns Canyon | Ash-Organics | 1750±90 | -25 | AD 80-510 | AD 279 | Beta-16587 | Exposed Charcoal in Arroyo Cut | Charcoal Lens | Geib and Fairley 1986 |
| 42Wn2400 | | Boulder Mountain | Charcoal | 1750±70 | -21 | AD 115-422 | AD 284 | Beta-154657 | Hearth | Hearth | Winvich and Springer 2001:21 |
| 42Ka2773 | | Bowns Canyon | Charcoal | 1730±70 | -25 | AD 136-493 | AD 304 | Beta-16277 | Slab-Lined Hearth | Hearth | Bungart and Geib 1987:98 |
| 42Ga3303 | Data Bank | Twentyfive Mile Wash | Charcoal | 1690±50 | -25 | AD 241-501 | AD 350 | Beta-67497 | Hearth | Hearth | Geib 1996a:19 |
| 42Ga3303 | Data Bank | Twentyfive Mile Wash | Charcoal | 1690±90 | -25 | AD 136-544 | AD 346 | Beta-67498 | Hearth | Hearth | Geib 1996a:19 |
| 42Ka2745 | Meister Knapper | Bowns Canyon | Charcoal | 1670±70 | -25 | AD 195-537 | AD 372 | Beta-16271 | Hearth Locus B | Hearth | Bungart and Geib 1987:98; |
| 42Ka5153 | Sooner Water | Sooner Bench | Charcoal | 1590±40 | -12.1 | AD 395-554 | AD 478 | Beta-146080 | Hearth | Hearth | McFadden 2016:181 |
| 42Wn2047 | | Waterpocket Fold | Pine Charcoal | 1590±50 | -20.9 | AD 361-574 | AD 475 | Beta-108502 | Test Pit-Fill in Alcove | Cultural Fill | Janetski et al. 2005:136, 230 |

Table 4.4: Early Agricultural-age radiocarbon dates from forager sites in the Escalante River Basin, Waterpocket Fold, and Fremont River areas. The 95 percent probability ranges were obtained using the Bchron library (Parnell 2016) in the R environment (R Core Team 2017) following the IntCal13 calibration curve (Reimer et al. 2013).

In summary, the maize dates from sites in the Escalante River region are associated with three types of sites: (1) Alcove sites with abundant evidence of longer-term occupations during Early Agricultural and later times, perhaps as summer field camps (2) Alcove and rockshelter sites with small cists and granaries, and (3) Alcove and rockshelter sites that appear to have been temporary camps with minimal artifact assemblages. Several of the later dates were associated with Emery Gray ceramics, which could reflect the appearance of grayware by about AD 500.

Significant occupational deposition was observed in the lowest levels at the Alvey Site and Triangle Cave, but preservation of wild plant remains in those deposits was poor or they were not described in detail, making it difficult to ascertain the importance of wild resources in relation to domesticated ones. It appears that alcoves and rockshelters that produced maize radiocarbon dates were used primarily to store maize and perhaps as temporary shelters.

Evidence of foraging lifeways is nonetheless substantial in the Escalante River Basin. This evidence comes not from the seasonal farming camps, but from hunter-gatherer encampments and special-use sites, mostly in the Bowns Canyon and Waterpocket Fold areas (see Table 4.4). Only rarely are these sites associated with any maize remnants or maize pollen, suggesting that maize was not a significant food resource when people were out hunting and gathering. As yet, there are no sites where it appears maize was transported long distances, as was the case at Rock Canyon Shelter on the Arizona Strip. There is some evidence that Escalante River forager camps had become more complex and of longer duration at this time, as evidenced by the appearance of lightly constructed houses and an abundance of food processing pits.

Analyses of wild plant materials from cave and rockshelter sites in the lower Escalante River region have revealed that important wild resources at this time included serviceberry, hackberry, prickly pear, the fleshy cones of juniper, goosefoot, native grasses, and onion bulbs. The importance of these plant foods appears to have decreased through time, particularly after cultigens appeared in the archaeological record, a trend "that may be more apparent than real since it could be a reflection of differences in site utilization, plant disposal patterns, and differential preservation" (Judges-Edwards and Hevly 1990:37).

At least 37 radiocarbon dates from forager sites in the Escalante River Basin and Waterpocket Fold areas are consistent with hunting and gathering lifeways between 1000 BC and AD 500 (Table 4.4). These include large alcove sites with deep deposits, open base camps occupied repeatedly throughout prehistory, and yet others that represent short-term, single-event activities. A representative sample of significant forager sites in the Escalante River Basin include:

- Brigham Young University investigated 131 slab-lined pit features on the Big Flat area above the Escalante River. These included forager camps with evidence of bi-gender activities, hunting camps, and hearths. The tested hearth features contained mostly fuel wood with very few remains of economic plants. None of the tested features had evidence of maize (Schaub 2003). One feature returned a radiocarbon date of 2520 $\pm$80 BP (633 BC median probability) and another at a different site returned a date of 2430 $\pm$70 BP (564 BC median probability).

- Two Early Agricultural-age radiocarbon dates were reported from Bechan Cave in the Bowns Canyon area that was repeatedly occupied in earlier Archaic times. An auger test hole produced charcoal that returned a radiocarbon date of 2640 $\pm$50 BP (BC 815 median probability) and a slab-lined cist returned a date of 2080 $\pm$140 BP (BC 113 median probability). These were assigned to a cultural period characterized by the presence of lithic flakes, a rabbit-bone bead, reeds, yucca quids, cordage fragments, a basket, and scissor-snares similar to snares recovered from Cowboy Cave (Agenbroad et al. 1989:343).

- Excavations at Horse Canyon Rockshelter, located in the Circle Cliffs, revealed abundant ground stone, lithic debitage, fragments of unburned mam-

mal bone, and burned rock. Five cultural strata were identified with 21 features, including 10 slab-lined hearths, four ash pits, five hearths, one fire pit, and one other pit. Artifacts included bone fragments and charred plant remains, although not in significant quantities. Two Early Agricultural dates were reported, one of 2760 ±100 BP (BC 933 median probability), and the other of 2320 ±60 BP (392 BC median probability). The large amount of ground stone suggested the site was a residential base camp (Tipps 1992).

● Long Canyon Dune was located in a large sand dune and adjacent rockshelter overlooking Long Canyon Wash. Excavations revealed a circular slab-lined hearth, as well as a two-hand mano. Charcoal from a slab-lined hearth produced a radiocarbon date of 2250 ±70 BP (288 BC median probability). Primary emphasis was on wild plant foods and secondary use of animal resources (Tipps 1992).

> **A robust hunting and gathering subsistence strategy was being practiced in the centuries before agriculture appeared and it continued in tandem with agriculture after about AD 200.**

When all of the foraging sites are considered collectively, there is convincing evidence that a robust hunting and gathering subsistence strategy was being practiced in the centuries before agriculture appeared and that it continued in tandem with agriculture after about AD 200. The foraging sites discussed here are in relative close proximity to permanent water sources, and some might have been favored camps used before and after Early Agricultural times. Most of the sites considered in this dataset were bi-gender camps where both plants and animals were collected and processed.

It should be noted there is also a forager presence in the rugged Orange Cliffs country east of the Waterpocket Fold at this same time, but these sites are markedly different. They are generally small sites with minimal artifacts and one or two hearth features. They are mostly hunting camps without

evidence of plant or seed processing (Bungart 1996). This region was certainly within the spatial range of Escalante River Basin foragers.

### Foraging on the Kaiparowits Plateau

There is no evidence that maize was being cultivated in the Kaiparowits Plateau region during Early Agricultural times. Based on current evidence, the Kaiparowits Plateau was utilized by people who foraged, although they themselves might have been involved in farming elsewhere. Geib et al. (2001:374) observed that Early Agricultural foraging groups in the Kaiparowits Plateau were likely in contact with farmers and perhaps experiencing changes in land-use patterns resulting from farming activities elsewhere. But actual farming of the plateau itself has not been demonstrated at this time. They observed, "One of the largest problems is that no preceramic farming sites have been excavated on the plateau so we do not know what they actually might look like."

Ten Early Agricultural-age radiocarbon dates have been reported from the Kaiparowits Plateau region, most of which are associated with foraging camps (see Table 4.5). Six of these dates were obtained from four sheltered sites along the Colorado River where the archaeological materials were described as Basketmaker II, an assignation based on the nature of certain artifacts, burials, and rock art. On the higher plateaus, sites were rarely assigned cultural affinity due to the absence of diagnostic indicators and the inability to distinguish them from earlier Archaic sites (Geib et al. 2001).

Evidence from alcove sites along the Colorado River and upland open camps suggests a foraging strategy indistinguishable from earlier

Table 4.5

| Site No | Site Name | General Site Location | Sample Material | Conventional Age BP | δ13C ‰ | 95 Percent Probability | Median Probability | Lab No. | Provenience | Site Type | Citations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42Ka265 | Captains Alcove | Rock Creek | Charcoal | 2735 ±115 | -25 | BC 1207-583 | BC 917 | Beta-1748 | Hearth 2; Occupation B | Foraging Camp | Tipps 1983:157 |
| 42Ka265 | Captains Alcove | Rock Creek | Charcoal | 2720 ±205 | -25' | BC 1388-401 | BC 896 | Beta-1750 | Hearth 2; Occupation B | Foraging Camp | Tipps 1983:157 |
| 42Ka265 | Captains Alcove | Rock Creek | Charcoal | 2445 ±85 | -25 | BC 778-396 | BC 581 | Beta-1749 | Hearth 3; Occupation B | Foraging Camp | Tipps 1983:157 |
| 42Ka2661 | Rock Creek Alcove | Rock Creek | Human Tissue | 2420 ±100 | n/a | BC 780-265 | BC 557 | Beta-8264 | Disturbed Fill | Burial Location | Nickens et al. 1988:240 |
| 42Ka4116 | | Navajo Point | Charcoal | 2400 ±50 | -25 | BC 742-401 | BC 498 | Beta-78339 | Hearth | Hunting Camp | IMACS Form; Geib 1996a:25 |
| 42Ka3384 | Doughnut Alcove | Lone Rock Canyon | Grass | 2320 ±80 | -24.5 | BC 730-200 | BC 398 | Beta-30568 | Pit Feature | Artifact Cache | Geib 1990:268 |
| 42Ka4547 | | Paradise Canyon | Charcoal | 2200 ±40 | -21.2 | BC 370-168 | BC 280 | Beta-144228 | F1 Basin Hearth | Foraging Camp | Geib et al. 2001:93 |
| 42Ka4356 | Broken Arrow Cave | Wahweap Creek | Charcoal | 2000 ±70 | -25.7 | BC 184-148 AD | BC 11 | Beta-111634 | F23 in F15 Test Trench | Foraging Camp | Talbot et al. 1999:18 |
| 42Ka4552 | | Paradise Canyon | Charcoal | 1730 ±50 | -25 | AD 163-404 | AD 307 | Beta-144230 | F4 Slab-Lined Hearth | Foraging Camp | Geib et al. 2001:100 |
| 42Ka4749 | | Paradise Bench | Juniper Berries | 1680 ±40 | -21 AMS | AD 259-476 | AD 363 | Beta-144226 | F1 Upper Fill, F6 Hearth | Foraging Camp | Geib et al. 2001:104 |

Table 4.5: Early Agricultural-age radiocarbon dates from forager sites in the Kaiparowits Plateau region. No evidence of early agriculture has yet been documented in this area. The 95 percent probability ranges were obtained using the Bchron library (Parnell 2016) in the R environment (R Core Team 2017) following the IntCal13 calibration curve (Reimer et al. 2013).

Archaic times. Some artifacts recovered from the alcove sites were consistent with Basketmaker II materials recovered elsewhere in the region, whereas the materials observed at the higher-elevation camps were not diagnostic or the evidence was considered ambiguous. The evidence also suggests that Ancestral Fremont and Basketmaker II foragers might have been utilizing the Kaiparowits Plateau at the same time.

### *Shelter from the Storms*

Archaeologists traditionally assumed that formal houses came as a byproduct of farming, that the restraints of planting, tending, and harvesting crops would have required them to build shelter rather than seek it out. Even the first farmers in the northern Southwest were initially defined as mobile foragers who added some degree of maize farming nto their hunting and gathering lifestyle, building large cists to store maize for subsequent retrieval, but retaining their mobile lifeway. This interpretation was perpetuated by a near absence of evidence at that time for permanent or semi-permanent residences indicative of greater sedentism.

That idea has now been largely discarded. In fact, Archaic and Basketmaker II houses have now been documented throughout the northern Colorado Plateau, including the Grand Staircase region (Berg et al. 2003; Nielson 1998; Roberts 2018; Schleisman and Nielson 1988). On the other hand, residential architecture oriented toward agriculture has not yet been described for Ancestral Fremont farmers in the Escalante River Basin, even though light brush house structures have been documented at sites where they hunted and gathered wild resources.



Ravens Roost, Jackson Flat

Photo: Brigham Young University

Figure 4.7: Pithouse 3 at Ravens Roost is typical late Basketmaker II pithouses in the region that have interior benches, central hearths, and floor pits.

As we discussed in Chapter 3, the earliest evidence of residential architecture on the northern Colorado Plateau was associated with hunting and gathering activities, not agricultural endeavors. For example, Aspen Shelter, a high-elevation camp on the Wasatch Plateau, activities were focused toward the procurement of deer beginning about 2000 BC (Janetski and Wilde 2012). The Arroyo Site in GSENM, which dated to about 1700 BC, was associated with the procurement of wild plant resources and was ideally situated to exploit the migratory patterns of mule deer (McFadden 2012). Other forager "house" sites near Richfield were dated to 2000 to 600 BC (Talbot and Richens 1993), and yet others in the Fremont River Valley (Patterson and Thornton 2010) and Salina area (Patterson et al. 2003) demonstrated that foragers were "settling down" in preferred areas for longer periods of time by about 3000 BC. In the St. George Basin, formal and informal residences had been in use since 5000 BC (Talbot and Richens 2009).

This pattern of increased sedentism became much more pronounced during Early Agricultural times. In the Grand Staircase region, this took for the form of formal pithouses with prepared floors and walls, central clay-rimmed hearths, an interior bench, and either roof or lateral entries – all architectural traits that are consistent with Basketmaker II pithouses elsewhere. In the Fremont River, Waterpocket Fold, and Circle Cliffs areas, the houses were more informal and were probably foraging base camps used between about 150 BC and AD 500 (Boomgarden 2009; Janetski et al. 2005; Janetski and Talbot 1998; Lupo and Winch 1998; Tipps 1992). These were not pithouses in the Basketmaker sense, but they were temporary residences that exhibited shallow-basin floors, light brush superstructures, and no interior features other than informal fire pits.

## Basketmaker II pithouses are well documented in the Grand Staircase region, especially along the base of the Vermilion Cliffs between Kanab Creek and Short Creek.

In other words, increased sedentism represented by residential architecture has two different expressions in GSENM: (1) formal pithouses with well-defined interior and exterior features that were oriented toward farming, which are common in the Grand Staircase region (Figure 4.7), and (2) temporary shelters oriented toward hunting and gathering, which are common in the Escalante River Basin. Both are referred to in the archaeological literature as pithouses, but their form and function were entirely different.

### Basketmaker II Pithouses

Pithouses in the Grand Staircase region are quite variable in terms of size and interior features, but they are generally consistent with those observed elsewhere in the northern Southwest. As Whalen (1981:86) observed, early pithouse sites in the Southwest "are invariably small, scattered, nearly identical residences, which probably accommodated nuclear families." Gilman (1987), citing ethnographic evidence, argued that pithouses were used during cold seasons, usually winter months; that groups utilizing pithouses were engaged in at least a minimal biseasonal settlement pattern; and that these groups relied on stored food while the pit structure was inhabited. Kohler (1992:620), meanwhile, believed that "maize was already such a substantial portion of the diet that the welfare of the maturing plants in the area in which the principal strategy was prosecuted could not be left to chance, but had to be monitored closely," and hence residential structures would be located next to the fields. By inference, these represent both warm and cold weather occupations.

Berry (1982:59) recognized that pithouses prior to AD 200 were lightly constructed, and they exhibited poorly defined floor areas with minimal

evidence of cists, deflectors, entryways, or substantial superstructures. They were circular to oval in shape and 4 to 5 meters in diameter. By AD 200, formal pithouses with predictable interior features, including interior pits, deflector stones, roof support beams, ramp entryways, and benches had become commonplace. Matson et al. (1990) considered the florescence of Basketmaker II pithouses on the mesa tops beginning about AD 200 to be a defining characteristic of the Grand Gulch Phase of the Basketmaker II period.

Although most Basketmaker II sites feature a single pithouse, Dohm (1994) has argued that pithouses are often found in "clustered neighborhoods" or "hamlets" of 14 to 20 pithouses in relative close proximity to one another, a pattern that is more characteristic of aggregated settlements as opposed to isolated residences. These clusters are identical in that they feature a dwelling with storage to the northwest or northeast. Residential clustering suggests a much greater level of social complexity and community organization than offered by traditional models of isolated, individual households. This aggregation foreshadowed later Basketmaker III occupations in the Southwest (Chisholm and Matson 1994; Dohm 1994; Matson 1991).

Basketmaker II pithouses are now well documented in the Grand Staircase region, especially along the base of the Vermilion Cliffs between Kanab Creek and Short Creek, although a few have been documented in the upper Kanab Creek drainage. The classic Grand Gulch Phase pithouses found on the mesa tops of southeastern Utah at this time have not yet been documented as such in the Grand Staircase region. But pithouse clusters described by Dohm (1994) have been identified, especially in the Jackson Flat and Short Creek areas where the clusters range in size from three to 11 pithouses (see Berg et al. 2003; Naylor 1996; Nielson 1998; Roberts 2018).

Evidence for dry farming of mesa tops during Basketmaker II times is limited to the Little Jug Site near Mount Trumbull (Thompson and Thompson 1974, 1978), to one site on the canyon rim above Parunuweap Canyon, and another above the Shinarump Cliffs overlooking Seaman Wash (McFadden 2016), although all three sites might actually have been early Basketmaker III occupations.

Convincing evidence of Basketmaker II dry farming within GSENM remains elusive, but it is probably present. A recent survey on the mesa top above Meadow Canyon, a Johnson Canyon tributary, recently identified large sites with significant amounts of fire-cracked rock and lithic flakes, but only very minimal ground stone. Residential structures were not identified as such, but rubble mounds and disarticulated slab-lined cists were noted at several sites. The nature of the sites overlooking sandy swales was considered to be ideal for dry farming, and the sites were considered "probably Basketmaker" (Spangler and Zweifel 2016b).

At least 45 radiocarbon dates between 1000 BC and AD 500 have now been reported from actual pithouses (Table 4.6) and another 14 dates were from features in close proximity to the residential structures, mostly from exterior hearths, shade structures, or storage features (Table 4.7). Most of these dates were obtained from sites in the Jackson Flat and Short Creek areas. Considered collectively, the repetitive and predictable nature of the Basketmaker II pithouses elsewhere in the Puebloan world is largely absent in the Grand Staircase region. In fact, the only consistent pattern is that they tend to be circular or slightly oval and they usually have a central fire pit.

In the Grand Staircase region, pithouses vary greatly in size, the nature of interior features, and the location of associated storage features. In some instances, residential sites had large, formal exterior storage features. Yet other pithouses featured a multitude of small subfloor pits on the house interior, others had large interior bell-shaped pits, and yet others have no storage at all. Some pithouses were shallow (only a few centimeters) and others were moderately deep (more than a meter deep). Some pithouses had prepared clay floors and clay-collared fire pits, but others had earthen floors and informal fire pits. Some had walls where the base was constructed of vertical stone slabs, but more often the wall bases were constructed of com-

## Table 4.6

| Site No | Site Name | General Location | Sample Material | Conventional Age BP | δ13C ‰ | 95 Percent Probability | Median Probability | Lab No. | Provenience | Citations |
|---|---|---|---|---|---|---|---|---|---|---|
| 42Ka6165 | Eagles Watch | Kanab Creek | Zea Mays | 2980 ±50 | -10.4 | BC 1291-1116 | BC 1203 | Beta-360453 | F36.4 Bell Shaped Pit | Roberts 2018: Vol. 2: Chapter 6.9 |
| 42Ka6165 | Eagles Watch | Kanab Creek | Maize and Fabaceae | 2730 ±30 | -11.6 | BC 928-821 | BC 870 | Beta-360452 | F30.1 Pithouse Hearth | Roberts 2018: Vol. 2: Chapter 6.9 |
| 42Ka6165 | Eagles Watch | Kanab Creek | Zea Mays | 2080 ±30 | -10.2 | BC 175-23 | BC 100 | Beta-360448 | F92 Pithouse Hearth | Roberts 2018: Vol. 3: Chapter 4.9 |
| 42Ka6158 | Toad Hollow | Kanab Creek | Charred Sagebrush | 2050 ±50 | -26.2 | BC 157-17 AD | BC 62 | Beta-390954 | F1 Pithouse | Roberts 2018: Vol. 3: Chapter 1.7 |
| 42Wx3105 | | Cataan Wash | Charcoal | 2030 ±100 | -25.0 | BC 340-199 AD | BC 54 | Beta 94774 | Pithouse | J. Allison, personal communication 2018 |
| 42Ka6165 | Eagles Watch | Kanab Creek | Zea Mays | 1970 ±30 | -10.8 | BC 37-87 AD | AD 32 | Beta-360447 | F18.1 Pithouse Floor Pit | Roberts 2018: Vol. 3: Chapter 4.9 |
| AZ A:4:0027 BLM | Coral PH4 | Short Creek | Wood Beans | 1950 ±100 | n/a | BC 207-306 | AD 51 | Beta 92485 | Pithouse 4 | Naylor 1996:58 |
| 42Wx2195 | | Short Creek | Charcoal/Sand | 1930 ±80 | n/a | BC 131-280 AD | AD 73 | Beta 28336 | Feature 17 | Nielson 1998:7.2 |
| 42Ka6165 | Eagles Watch | Kanab Creek | Zea Mays | 1920 ±30 | -10.6 | AD 23-140 | AD 83 | Beta 360444 | PL10 Pithouse Floor | Roberts 2018: Vol. 3: Chapter 4.9 |
| 42Ka6165 | Eagles Watch | Kanab Creek | Squash Seeds | 1880 ±50 | -24 | AD 69-217 | AD 121 | Beta-360443 | F38.1 Pithouse Hearth | Roberts 2018: Vol. 3: Chapter 4.9 |
| AZ B:1:35 | Cading Reservoir | Short Creek | Charcoal | 1860 ±50 | n/a | AD 27-248 | AD 129 | Beta 33816 | Pit Structure 8, Hearth Fill | Nielson 1998:7.1 |
| GC-663 | Little Jug | Mt. Trumbull | Unknown | 1850 ±90 | n/a | BC 30-373 AD | AD 171 | RL 339 | F73 Fill | Thompson and Thompson 1974:54 |
| 42Ka6160 | Ravens Roost | Kanab Creek | Charcoal | 1840 ±35 | -19.57 | AD 89-257 | AD 175 | OS 68435 | F15 Hearth | Roberts 2018: Vol. 3: Chapter 2.7 |
| AZ B:1:35 | Cading Reservoir | Short Creek | Wood | 1820 ±60 | n/a | AD 72-350 | AD 196 | Beta 33813 | Pit Structure 5 Above Floor | Nielson 1998:7.1 |
| 42Wx3105 | | Short Creek | Maize | 1810 ±80 | -13.4 (AMS) | AD 40-387 | AD 211 | Beta 94775 | Pithouse | J. Allison, personal communication 2018 |
| GC-663 | Little Jug | Mt. Trumbull | Unknown | 1810 ±100 | n/a | BC 13-427 AD | AD 214 | RL 338 | F73 Floor | Thompson and Thompson 1974:54 |

Table 4.6 (continued)

| Site No | Site Name | General Location | Sample Material | Conventional Age BP | δ13C ‰ | 95 Percent Probability | Median Probability | Lab No. | Provenience | Citations |
|---|---|---|---|---|---|---|---|---|---|---|
| 42Wc3105 | | Short Creek | Charcoal | 1780 ±60 | -25 | AD 99-384 | AD 249 | Beta-94776 | Pithouse | J. Allison, personal communication 2018 |
| 42Ka7715 | | Kanab Creek | Charcoal | 1770 ±30 | -24.9 AMS | AD 159-342 | AD 280 | Beta-413698 | 10.12cm above Feature A House Floor | J. Patterson, personal communication 2018 |
| 42Wc4240 | | Short Creek | Charcoal | 1760 ±40 | -20.1 | AD 130-378 | AD 284 | Beta-169736 | Subfloor Fire Pit, Pit House 2 | Berg et al. 2003:136 |
| GC-663 | Little Jug | Mt. Trumbull | Unknown | 1750 ±100 | n/a | AD 65-518 | AD 282 | RL-337 | F56 Fill | Thompson and Thompson 1974:34 |
| 42Wc4268 | | Short Creek | Charcoal | 1740 ±50 | -25 | AD 154-397 | AD 298 | Beta-169738 | F12 Fire Pit | Berg et al. 2003:178 |
| 42Wc3108 | | Short Creek | Charcoal | 1740 ±50 | -25 | AD 154-396 | AD 298 | Beta-94777 | Pithouse | J. Allison, personal communication 2018 |
| 42Ka6063 | Antechamber Site | Kanab Creek | Zea Mays | 1740 ±30 | -11 | AD 239-379 | AD 298 | Beta-417357 | F17.1 Pithouse Hearth | Roberts 2018: Vol. 4: Chapter 1:13 |
| 42Ka7715 | | Kanab Creek | Charcoal | 1740 ±30 | -23.6 AMS | AD 239-378 | AD 299 | Beta-380907 | Feature A House Fill 74cm below datum | Patterson et al. 2016:44 |
| 42Ka6897 | Road Grade Site | Kanab Creek | Charred Material | 1730 ±30 | -16 | AD 245-383 | AD 307 | Beta-399944 | F62.2 Pithouse Hearth | Roberts 2018: Vol. 3: Chapter 6:37 |
| AZ A:40032 BLM | Corral PH 5 | Short Creek | Charcoal | 1730 ±60 | n/a | AD 148-422 | AD 306 | Beta-92484 | Pit House 5 | Naylor 1996:58 |
| AZ A:40136 BLM | Corral PH 2 | Short Creek | Charcoal | 1730 ±70 | n/a | AD 133-496 | AD 303 | Beta-96907 | Pit House 2 | Naylor 1996:58 |
| AZ B:L35 | Catling Reservoir | Short Creek | Wood | 1730 ±60 | n/a | AD 146-423 | AD 305 | Beta-33811 | Pit Structure 11, above floor | Nielson 1998:7.1 |
| GC-663 | Little Jug | Mt. Trumbull | Unknown | 1720 ±100 | n/a | AD 89-537 | AD 315 | RL-355 | Outside F22 | Thompson and Thompson 1974:34 |
| 42Wc4238 | | Short Creek | Charcoal | 1690 ±50 | -25 | AD 242-505 | AD 352 | Beta-169734 | F1.01 Fire Pit in Pit Structure | Berg et al. 2003:113 |
| GC-663 | Little Jug | Mt. Trumbull | Unknown | 1690 ±100 | n/a | AD 114-565 | AD 349 | RL-336 | F79 | Thompson and Thompson 1974:34 |
| 42Ka2574 | Hog Canyon Dune | Kanab Creek | Charcoal | 1680 ±130 | n/a | AD 75-608 | AD 354 | Beta-8781 | Pit House Hearth 1 | Schleisman and Nielson 1987 |

Table 4.6 (continued)

| Site No | Site Name | General Location | Sample Material | Conventional Age BP | δ14C‰ | 95 Percent Probability | Median Probability | Lab No. | Provenience | Citations |
|---|---|---|---|---|---|---|---|---|---|---|
| 42Ka6160 | Raven Roost | Kanab Creek | Bone Awl | 1680±30 | 17.8 | AD 265-415 | AD 366 | Beta-417358 | F34 Floor Zone | Roberts 2018: Vol. 3: Chapter 2:7 |
| 42Ka6164 | Paint Pot Village | Kanab Creek | Zea Mays | 1660±30 | 8 | AD 277-487 | AD 388 | Beta-368070 | F25.1 Pithouse Hearth | Roberts 2018: Vol. 3: Chapter 3:9 |
| 42Ka2780 | | Seaman Wash | Wood | 1660±90 | n/a | AD 156-581 | AD 386 | Beta-16080 | FS37 Structural Timber | McFadden 2016:35 |
| 42Ka6164 | Paint Pot Village | Kanab Creek | Zea Mays | 1650±30 | -10 | AD 334-518 | AD 398 | Beta-368069 | F46 Pithouse Floor | Roberts 2018: Vol. 3: Chapter 3:9 |
| GC-663 | Little Jug | Mt. Trumbull | Unknown | 1630±90 | n/a | AD 203-598 | AD 425 | RL-340 | F78 Floor | Thompson and Thompson 1974:34 |
| 42Ws4268 | | Short Creek | Charcoal | 1620±50 | -25 | AD 312-548 | AD 444 | Beta-169741 | Central Fire Pit in F19 Pit Structure | Berg et al. 2003:189 |
| 42Ka2780 | | Seaman Wash | Wood | 1610±60 | n/a | AD 292-572 | AD 456 | Beta-16079 | FS7 Structural Timber | McFadden 2016:35 |
| 42Ka6160 | Raven Roost | Kanab Creek | Zea Mays | 1610±30 | -8.2 | AD 393-533 | AD 463 | Beta-368071 | F21 Hearth | Roberts 2018: Vol. 3: Chapter 2:7 |
| 42Ka6165 | Eagles Watch | Kanab Creek | Zea Mays | 1580±30 | -10.3 | AD 415-545 | AD 483 | Beta-360454 | 2006.2 Pithouse Floor Pit | Roberts 2018: Vol. 4: Chapter 4:9 |
| 42Ka6165 | Eagles Watch | Kanab Creek | Zea Mays | 1570±30 | 9.6 | AD 421-555 | AD 483 | Beta-362337 | F1000 Hearth | Roberts 2018: Vol. 4: Chapter 4:16 |
| 42Ka7715 | | Kanab Creek | Charcoal | 1570±30 | -23.5 AMS | AD 421-553 | AD 483 | Beta-413697 | Feature A House Floor | Patterson et al. 2016:44 |
| 42Ka6163 | Antechamber Site | Kanab Creek | Zea Mays | 1550±30 | -9.2 | AD 429-574 | AD 487 | Beta-362329 | F39.1 Pithouse Hearth | Roberts 2018: Vol. 4, Chapter 1:13 |
| 42Ka6165 | Eagles Watch | Kanab Creek | Zea Mays | 1550±30 | 8.6 | AD 428-573 | AD 485 | Beta-390952 | F1400 Hearth | Roberts 2018: Vol. 4: Chapter 4:16 |

Table 4.6: Basketmaker II radiocarbon dates from house features in the Grand Staircase region, mostly Kanab Creek and Short Creek. The 95 percent probability ranges were obtained using the Bchron library (Parnell 2016) in the R environment (R Core Team 2017) following the IntCal13 calibration curve (Reimer et al. 2013).

Table 4.7

| Site No | Site Name | General Location | Sample Material | Conventional Age BP | δ13C‰ | 95 Percent Probability | Median Probability | Lab No. | Provenience | Dated Feature | Citations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42Wc2743 | | Canaan Wash | Charcoal | 2240±90 | -23.0 | BC 567-68 | BC 286 | Beta 94773 | Ramada-Like Structure | Ramada | J. Allison, personal communication 2018 |
| 42Ka4715 | | Kanab Creek | Charcoal | 2190±30 | -21.9 | BC 356-182 | BC 290 | Beta 413699 | Feature C Roasting Pit | Roasting Pit | Patterson et al. 2016:47 |
| 42Wc2743 | | Canaan Wash | Charcoal | 2090±60 | -25.0 | BC 338-25 AD | BC 115 | Beta 94772 | Ramada-Like Structure | Ramada | J. Allison, personal communication 2018 |
| AZ A:4:34 ASM | | Short Creek | Charcoal | 2070±40 | -12.2 | BC 185-10 AD | BC 89 | Beta 169745 | F1 Pit Structure | Rectangular Pit | Berg et al. 2003:198 |
| 42Ka4715 | | Kanab Creek | Charred Material | 2020±30 | -21.5 | BC 110-48 AD | BC 18 | Beta 413696 | Feature B Hearth | Basin Hearth | Patterson et al. 2016:45 |
| 42Ka6165 | Eagles Watch | Kanab Creek | Zea Mays | 2000±30 | -11.2 | BC 67-59 AD | AD 2 | Beta 417361 | F94 Bell-Shaped Pit | Storage | Roberts 2018: Vol. 3: Chapter 4:9 |
| 42Ka6165 | Eagles Watch | Kanab Creek | Squash and Maize | 1950±30 | -11.2 | BC 24-118 AD | AD 51 | Beta 360446 | 2022 Midden Lower Level | Midden | Roberts 2018: Vol. 3: Chapter 4:9 |
| 42Ks2610 | Kanab Bullpuck | Kanab Creek | Charcoal | 1940±70 | n/a | BC 115-228 | AD 62 | Beta 10844 | F86 Test Trench | Not Specified | McFadden 2016:27 |
| 42Ks2574 | Hog Canyon Dune | Kanab Creek | Charcoal | 1780±60 | n/a | AD 100-381 | AD 348 | Beta 8785 | Aceramic Midden | Midden | Schleisman and Nielson 1987:48 |
| 42Ka4478 | | Kanab Creek | Charcoal | 1670±40 | -22.1 | AD 263-509 | AD 373 | Beta 252928 | F8 Cist | Cist | Nisfi 2013:23 |
| 42Ks6163 | Antechamber Site | Kanab Creek | Charcoal | 1640±30 | -12.3 | AD 346-525 | AD 407 | Beta 399947 | F12 Surface Structure | Ramada | Roberts 2018: Vol 4: Chapter 1:13 |
| 42Wc2195 | | Short Creek | Charcoal | 1610±110 | n/a | AD 170-630 | AD 436 | Beta 28334 | Slab-Lined Feature 14 | Not Specified | Nielson 1998:7.2 |
| 42Ka4478 | | Kanab Creek | Charcoal | 1570±40 | -23.5 | AD 411-573 | AD 486 | Beta 252929 | F9 Hearth | Hearth | Nisfi 2013:33 |
| 42Ka6164 | Paint Pot Village | Kanab Creek | Zea Mays | 1580±30 | -10.7 | AD 428-574 | AD 486 | Beta 368068 | F39 Cist | Slab-Lined Cist | Roberts 2018: Vol. 3: Chapter 3:9 |

Table 4.7: Radiocarbon dates from features that are probably associated with Basketmaker II pithouses in the Grand Staircase region. The 95 percent probability ranges were obtained using the Bchron library (Parnell 2016) in the R environment (R Core Team 2017) following the IntCal13 calibration curve (Reimer et al. 2013).

pacted earth. There was no predictable pattern to the location of the roof support posts, and in some instances there appears to have been no internal roof support at all, suggesting the use of cribbed log roofs (Nielson 1998) or conical brush structures (Roberts 2018).

A representative sample of pithouse sites in the northern Grand Staircase region are briefly summarized here:

- Toad Hollow, located in the Jackson Flat area, featured an unusual oval-shaped, shallow pithouse with central support posts, a compacted clay floor, a central hearth, interior floor pits, and a light brush superstructure probably covered with clay. It might also have been conical in shape. The site was interpreted as summer field house even though maize was actually quite rare in the deposits. The presence of rabbit bones and wild plants suggested the occupants were focused mostly on wild resources, and that large on-site roasting pits were used to process rabbits and larger game animals (Roberts 2018). Sagebrush charcoal from the pithouse returned a date of 2050 $\pm$30 BP (62 BC median probability).

- The Basketmaker II components at Paint Pot included one cluster of three pithouses, a large storage cist, and exterior hearths, and another location with one pithouse, a large roasting pit, and a midden. Various pithouse features dated to the latter half of the Basketmaker II period after about AD 250. Residential features were similar to earlier residences in that they had clay-lined or compacted-soil floors, two-to-four central roof support posts, conical brush roofs, and central fire pits. In some instances, the walls were lined with vertical slabs that were later removed and used elsewhere. (Roberts 2018). Pithouse features returned four radiocarbon dates between 1660 $\pm$30 BP (AD 388 median probability) and 1510 $\pm$30 BP (AD 560 median probability).

- Ravens Roost also featured three tightly clustered pithouses and a fourth nearby. The radiocarbon dates suggested initial occupations between AD 100 and 200, and these continued through the entire Basketmaker II period. The pithouses reflected dif-

ferent levels of investment. One was small, deep, and had few associated features. One was large, shallow, and had a low interior bench. And another was deep with well-defined vertical walls, interior roof support posts, and a formal central hearth. Bone, shell, and stone beads were common, as were pendant fragments (Roberts 2018). The site returned three radiocarbon dates between 1840 $\pm$35 BP (AD 175 median probability) and 1610 $\pm$30 BP (AD 463 median probability).

- The Little Jug Site, located in a highland setting near Mount Trumbull, consisted of at least six Basketmaker pithouses that were circular or slightly oval and measured 3 to 4 meters in diameter. Considerable remodeling and subsequent modifications were evident, suggesting re-use through time. Some pithouses had earthen floors and others had clay floors; some had one or two small interior pits; and some had roof support posts around the outer edge of the floors. One or two might have had a bench feature, and one had a possible ramp entryway. Formal storage structures and two bell-shaped cists were identified outside the structures. Six radiocarbon dates ranged from 1850 $\pm$90 BP (AD 171 median probability) to 1630 $\pm$90 BP (AD 423 median probability) (Thompson and Thompson 1974, 1978).

- Hog Canyon Dune located on a sand dune at the confluence of Hog Canyon and Kanab Creek, featured a preceramic pithouse below a later Basketmaker III occupation. Radiocarbon dates associated with associated with the Basketmaker II pithouse ranged from 1780 $\pm$60 BP (AD 248 median probability) to 1500 $\pm$60 BP (AD 556 median probability). The house was a slab-lined structure with an unprepared earthen floor, interior post supports, and an interior slab-lined bin. (Schleisman and Nielson 1988). The site was likely occupied from about AD 300 to 630.

- The Carling Reservoir Site, located in the Short Creek area, featured 11 Basketmaker II pithouses with three or more occupational episodes. They exhibited considerable variety in form, size, and construction detail, and they were associated with eight storage features, four of them small, shallow slab-lined storage pits and four of them large, deep slab-lined cists. Associated artifacts included Gyp-



**Figure 4.8: This small residence excavated along Kanab Creek was probably a temporary field house. It lacked the interior features common in pithouses used at the same time. Photo: Jody Patterson**

sum, Elko Side-notched, and Basketmaker points. Three radiocarbon dates from two pithouses ranged from 1880 $\pm$50 BP (AD 129 median probability) to 1730 $\pm$60 BP (AD 305 median probability) (Nielson 1998).

● Naylor (1996) also identified six Basketmaker II pithouses in the Corral Canyon area along Short Creek. Three pithouse features returned three radiocarbon dates between 1950 $\pm$100 BP (AD 51 median probability) and 1730 $\pm$60 BP (AD 306 median probability). The pithouses were circular and ranged from 3 to 5 meters in diameter, one of which featured a prepared clay floor and possible bench. No ceramics were observed at any of the pithouses, and there was no evidence they were modified or reused in later Basketmaker III times. At least six individual pithouses were loosely clustered within about 150 meters of one another.

All of the sites discussed above appear to have been formal residences located in proximity to agricultural fields, either occurring as a single pithouse or part of a cluster of pithouses, and the pithouses exhibited some effort and energy in their construction of a relatively permanent dwelling. But other sites in this same region might represent light brush structures or seasonal residences.

At Eagles Watch, three of the four Basketmaker II residences were shallow brush structures, probably conical in shape but without evidence of a roof support system. These were interpreted as summer field houses used between 200 BC and AD 200. The fourth structure was a true pithouse with interior support posts, a bench, and rock-lined hearth, which was occupied roughly at the same time as the brush houses. Six large bell-shaped pits indicated agriculture was successful (Roberts 2018). Ten Basketmaker II dates ranged from 2080 $\pm$30 BP (100 BC median probability) to 1530 $\pm$30 BP (AD 533 median probability).

Another site located at the foot of the Vermilion Cliffs in the Canaan Wash area consisted of a ramada-like structure dated to 2240 $\pm$90 BP (286 BC median probability) and 2090 $\pm$60 BP (115 BC median probability). It is unknown if this feature was associated with a pithouse or maize cultivation, but this was likely the case (James Allison, personal communication 2018).

And another site in the Short Creek area featured a shallow pit structure that was probably too small to have been a formal pithouse. It returned a date of 2070 ±40 BP (89 BC median probability). No maize remains were identified, but a turkey bone was found (Berg et al. 2003); this radiocarbon date is the earliest reported anywhere in the region associated with turkeys. Turkeys had been domesticated in the Cedar Mesa area of southeastern Utah during Basketmaker II times (Matson 2018), but there is not yet any evidence of this in the Grand Staircase region until eight or nine centuries later. The Short Creek turkey bone could be evidence that turkeys were domesticated much earlier than traditionally thought, or it might represent the hunting of wild turkeys.

Another site in the Kanab Creek area featured a shallow oval depression that might have been a lightly constructed field house (Figure 4.8). There was no central fire pit, suggesting it was occupied during warmer seasons (Patterson et al. 2016). The site yielded five radiocarbon dates between 2190 ±30 BP (290 BC median probability) and 1570 ±30 BP (AD 483 median probability). The house structure was probably associated with a neighboring site with a two-tiered or "benched" storage cist with an estimated capacity of 90 bushels of unshelled maize. This cist produced a radiocarbon dates of 1670 ±40 (AD 373 median probability), and a nearby hearth returned a date of 1570 ±40 (AD 486 median probability) (Nash 2013). Benched storage cists were also described at Jackson Flat (Roberts 2018).

Considered together, these sites could represent summer residential activities peripheral to more permanent residences elsewhere, but where maize cultivation along Kanab Creek was



Fremont River Country

Photo: Dan Bauer

still the primary focus of these occupations. The size of the cist hints at the acreage that would have required maintenance, and the site settings along Kanab Creek suggest Basketmaker II farmers employed floodwater irrigation at this time. The lightly constructed residential structure lacks all of the interior features evident at Basketmaker II pithouses elsewhere in this region. Also perplexing is the size of the storage cist that suggests longer-term, perhaps year-round occupation, whereas the residential structure implies very temporary, seasonal use.

In summary, Basketmaker II pithouse architecture indicative of increased sedentism might have appeared in this region about 100 BC, first in the Jackson Flat area. By AD 1, small hamlets had been established in the Jackson Flat and upper Short Creek areas. By AD 200, formal pithouses were commonplace all along the foot of the Vermilion Cliffs from the St. George Basin on the west to Johnson Canyon on the east. At this same time, some groups might have expanded into upland settings that would have required dry farming.

Pithouses might have become more formalized through time with the addition of benches, antechambers, tunnel vents, clay-lined floors and fire pits, and subfloor pits. But there is extreme variability from one Basketmaker II pithouse to the next. It appears that pithouses with formal features were contemporaneous with those with earthen floors, informal fire pits, and minimal (if any) storage. This perception could change once the radiocarbon database is enhanced to include not only different types of pithouses, but different types of features found within and outside the pithouses themselves.

The current database is insufficient to speculate as to whether different house forms represent different seasonal uses, whether different residences represent different subsistence activities, or if the differences might reflect increased complexity and permanence through time. What is clear is that formal residences are a defining characteristic of Basketmaker II groups after about 100 BC, all of whom cultivated or had access to maize.

The pithouse tradition evident in multiple Basketmaker II contexts in the Grand Staircase region might have had its roots in the earlier San Pedro occupation at Eagles Watch a thousand years before. Future research might well demonstrate that these farmers, who first occupied the Jackson Flat area from about 1200 to 900 BC, never left the area, and that their descendants continued to construct pithouses over the next 800 years. In other words, there could be a continuous pithouse tradition that has yet to be identified.

### Sticks and Stones:
### Brush Houses of the Escalante River

The prevalence of a formal pithouse tradition is simply not found in the Escalante River Basin, or at least it has not yet been identified as such, during Early Agricultural times. There is likewise no early formal pithouse tradition in the Fremont River Valley farther to the north. Most of the 17 radiocarbon dates associated with residential architecture (see Table 4.8) are problematic: (1) The houses are not agricultural pithouses, but rather are light brush structures associated with foraging; (2) the dates are clearly erroneous; or (3) the dates are so close to the transition to the Formative that the pithouses are just as likely to be later occupations.

> **Formal pithouses with interior features such as benches, ventilator-tunnel entryways, prepared clay floors and fire pits, and subfloor storage pits have yet to be documented in the Escalante River region prior to about AD 750.**

Table 4.8

| Site No | Site Name | General Location | Conventional Age BP | Sample Material | δ13C ‰ | 95 Percent Probability | Median Probability | Lab No. | Provenience | Dated Feature | Citations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42Wn1975 | Carcass Corners | Fremont River Valley | 2310 ±70 | Charcoal | Corrected | BC 711 205 | BC 379 | Beta 91330 | Feature 14A Basalt-Lined Storage Pit | Cist | Lupo and Wunch 1998:39 |
| 42Wn1975 | Carcass Corners | Fremont River Valley | 2160 ±100 | Charcoal | Corrected | BC 395-28 AD | BC204 | Beta 91331 | Feature 8 Structure Floor | Residence | Lupo and Wunch 1998:39 |
| 42Ga4001 | | Waterpocket Fold | 2120 ±60 | Charcoal | 22.9 | BC 348 5 | BC 135 | Beta 101268 | Pithouse 1 Floor | Pithouse | Janetski and Talbot 1998; Richens et al. 1997:221 |
| 42Ga4418 | | Waterpocket Fold | 2110 ±70 | Vitreous Charcoal | 22.1 | BC 349-24 AD | BC 142 | Beta 128679 | Pit 1 Fill | Ramada | Janetski et al. 2005:89 |
| 42Ga4431 | | Waterpocket Fold | 2040 ±50 | Charred Material | 21.7 | BC 178 56 AD | BC 51 | Beta 128674 | Pit 2 Floor | Slab-Lined Hearth | Janetski et al. 2005:93 |
| 42Ga3102 | Aprills Bench | Boulder Creek | 2020 ±160 | Charcoal | n/a | BC 394 331 AD | BC 44 | Beta 26062 | Below Rock Alignment | Charcoal Staining | Jardin 1988:23 |
| 42Ga6264 | Spillway Site | Wide Hollow | 1880 ±50 | Charcoal | 22 | AD 69 216 | AD 129 | Beta 379139 | NST 7 Feature 10 Bell Shaped Pit | Storage Pit | Boyd et al. 2014:114 |
| 42Wn2401 | | Fremont River Valley | 1820 ±80 | Wood | n/a | AD 26 381 | AD 202 | Beta 160651 | Structural Timber | Brush Structure | Boongarden 2009:45 |
| 42Ga4086 | Dos Casas | Big Flat | 1780 ±60 | Charcoal | 21.2 | AD 99 383 | AD 248 | Beta 159903 | Activity Area 2 Hearth | Extramural Feature | Jordan and Talbot 2002:43 |
| 42Wn2378 | Steve Allen Site | Waterpocket Fold | 1760 ±60 | Pine Charcoal | 20.8 | AD 126 397 | AD 275 | Beta 161599 | Test Pit/Ash Stain | Charcoal Lens | Janetski et al. 2005:250 |
| 42Ga2557 | | Waterpocket Fold | 1700 ±60 | Charcoal | Corrected | AD 182 509 | AD 339 | Beta 7705 | Pithouse | Pithouse | Tipps 1988:73 |
| 42Ga4086 | Dos Casas | Big Flat | 1630 ±80 | Charcoal | 21.5 | AD 231 583 | AD 422 | Beta 159902 | Structure 1 Hearth | Pithouse | Jordan and Talbot 2002:35 |
| 42Ga3132 | Casa del Fuego | Deer Creek | 1580 ±60 | Burned Pole | Corrected | AD 353 597 | AD 480 | Beta 35560 | Pithouse Floor | Pithouse | Brown and Tipps 1987:55; Tipps 1992 |
| 42Ga4418 | | Waterpocket Fold | 1580 ±80 | Pine Charcoal | 22.6 | AD 275 620 | AD 477 | Beta 128680 | Structure Fill | Ramada | Janetski et al. 2005:89 |
| 42Ga4437 | | Waterpocket Fold | 1570 ±70 | Charcoal | 22.8 | AD 341 619 | AD 488 | Beta 128675 | Test Trench | Oval Alignment | Janetski et al. 2005:99 |
| 42Ga5167 | Calf Creek Camp | Calf Creek | 1550 ±40 | Charcoal | 23.3 | AD 421 593 | AD 495 | Beta 255667 | Structure Fill | Residence | McFadden 2016:192 |
| 42Ga3132 | Casa del Fuego | Deer Creek | 1550 ±60 | Charcoal | Corrected | AD 393 621 | AD 501 | Beta 20671 | Pit House Post Hole | Pithouse | Brown and Tipps 1987:55; Geib 1996a:18; Tipps 1992 |

Table 4.8: Early Agricultural-age radiocarbon dates associated with residential structures in the Escalante River Basin and Fremont River Valley. These are likely antecedent to the Fremont Complex or were early Fremont residences based on the presence of grayware ceramics. The 95 percent probability ranges were obtained using the Bchron library (Parnell 2016) in the R environment (R Core Team 2017) following the IntCal13 calibration curve (Reimer et al. 2013).

Furthermore, most of the house structures that have been identified lack formal features such as interior pits, prepared clay floors, and clay-rimmed fire-pits, and none are true pithouses in that they generally feature simple saucer-shaped floors only a few centimeters deep. Generally, they are consistent with observations by Janetski (1993:236) that preceramic pithouses north of the Colorado River tend to be "shallow, basin-shaped, oval-to-circular structures containing central, un-prepared hearths, and roofs constructed using lean-ers placed over the house depression rather than within it. House size seems to be quite small, as all are under 4 meters in diameter," and they reflect expediency rather than durability.

The absence of evidence for substantial pithouses in the Escalante River Basin is perplexing. As we discussed above, maize farming proliferated in this region within a couple of centuries of when it became entrenched in the neighboring Grand Staircase, and if maize farming requires some level of sedentism to facilitate planting, field mainte-nance, and harvesting then there should be evidence of residences situated in close proximity to the fields. This has not yet been demonstrated. Instead, lightly constructed houses in this region seem to be oriented toward procurement of wild plants and an-imals. In fact, formal pithouses with interior features such as benches, vent-tunnel entryways, prepared clay floors and fire pits, and subfloor storage pits have yet to be documented in this region prior to about AD 750.

This raises several possibilities. One is that Ancestral Fremont farmers of the Escalante River Basin constructed pithouses in much the same manner as early farmers in the Grand Staircase and elsewhere in the Southwest, but these have not yet been identified or they are obscured by later Fre-mont pithouses built over the top of them. This might be the case at the Spillway Site, located in the Wide Hollow area, which is a Fremont residential site occupied repeatedly during Formative times. But one bell-shaped pit here returned an earlier-than-expected date of 1880 $\pm$30 BP (AD 120 me-dian probability), although an associated pithouse was not identified (Bond et al. 2014). Given that bell-shaped storage pits were directly associated with later pithouses (some are even in the floors of the pithouses themselves), it is reasonable to spec-ulate that Early Agricultural pithouses were also as-sociated with bell-shaped pits and that the earlier residences went undetected.

Another scenario is that Ancestral Fremont farmers were tethered to a greater or lesser degree to the Escalante River where there is an abundance of rockshelters and alcoves that could have afforded long-term or seasonal shelter, and therefore the construction of permanent or semi-permanent res-idences would have been redundant. Evidence of longer-term or repeated use of natural shelters dur-ing Early Agricultural times was noted at Triangle Cave and the Alvey Site, but evidence of permanent residential architecture was generally absent at such sites. It is also possible that the people who farmed fields along the river bottoms lived in temporary brush structures that would have quickly deterio-rated and disappeared, leaving little evidence of the residences themselves beyond artifact scatters and cooking hearths. Evidence of ephemeral brush structures was found at Calf Creek Camp in the middle Escalante River area (Harris 2005).

Yet another possibility is that maize farm-ing was merely a contingency strategy that supple-mented more successful hunting and gathering, and that Early Agricultural groups were never sedentary long enough to require permanent or semi-perma-nent residences. In other words, maize fields were left unattended during foraging forays, but farming was nonetheless successful, as evidenced by the large numbers of granaries in the area. The over-whelming number of forager sites in the Escalante River Basin, especially compared to the Grand Stair-case, could reflect subsistence focused predomi-nantly on wild resources at this time. This was certainly evident at a site in the Waterpocket Fold and Circle Cliffs area where radiocarbon dates and the presence of distinctive artifacts suggested re-peated occupations of the site from middle Archaic times through late Formative times, probably by groups exploiting chert outcrops in the area (Janet-ski et al. 2005; Janetski and Talbot 1998; Richens et al. 1997; Tipps 1992).

An example of these light brush residences is Casa del Fuego, a large foraging base camp located on a sand dune in the Deer Creek drainage. Investigations revealed a total of 36 features, including unlined pits, storage pits, a plant processing area, and a lightly constructed pithouse measuring 3.8 by 2.9 meters that was encircled by a series of support posts covered with sticks and daub. The abundance of well-worn ground stone tools, as well as storage and food processing pits, suggesting significant reliance on plant resources. Two radiocarbon dates were obtained, one of 1550 ±60 BP (AD 501 median probability) from a pithouse hearth or posthole and another of 1580 ±60 BP (AD 480 median probability) from remnants of a pole. These dates suggest some level of sedentism at forager encampments at the transition to Formative times (Tipps 1992).

In summary, very few of the Early Agricultural radiocarbon dates associated with residential architecture in this region can be considered evidence of increased sedentism, either by foragers or farmers. Many of the dates were clearly erroneous, they reflected the burning of wood much older than the feature itself, or they dated to early Fremont times sometime after the introduction of ceramics at about AD 500. Only three sites offer convincing evidence of pre-ceramic residential structures, and all are forager camps with minimal evidence that maize was cultivated, transported, or consumed in the area. This stands in decided contrast to evidence from the Escalante River corridor that maize had become an important part of the local diet by AD 200.

### Buffering Uncertainty: Food Storage Strategies

Storage facilities have traditionally been interpreted as evidence of a commitment to agriculture, an assumption reinforced by the fact few storage facilities have produced radiocarbon or tree-ring dates consistent with hunting and gathering. And hence the timing and nature of the appearance of storage structures bears directly on the timing and nature of the transition from a foraging to a farming economy. There are also inherent assumptions that storage strategies were employed to sustain populations through non-growing seasons, and that the size, nature, and distribution of these structures would reflect increased or decreased mobility (Gilman 1987; Smiley 1993).

In the region generally, storage facilities take many forms, including pits, rooms, pots, and baskets (see Gozdzik 1985). In the Escalante River drainage, large numbers of stone-and-adobe masonry granaries were constructed in alcoves, shelters, and within protective cliff overhangs during the Early Agricultural period. These are traditionally viewed as antecedent to granaries that characterize the Fremont Complex. In the Grand Staircase region, the appearance of storage cists, often elaborately constructed slab-lined subterranean structures, is considered a hallmark of the Basketmaker II period.

Smiley (1993:248) has noted that sites with storage facilities implied a planned reuse of a location as opposed to one-time use and abandonment, and that foragers "determine only how much effort they are willing to expend in harvesting a particular resource. Farming populations have an entirely different strategy in that they determine, within their technological limits, where, when, and how much of the given types of resources will be available. They decide not only future resource availability in terms of the time of harvest, but also in terms of a supply for the most distant future through storage."

In this context, the large slab-lined storage cists located in open settings and alcoves, caves, and rockshelters are likely storage facilities for agricultural products consumed during non-growing seasons, and it can be assumed that residential sites are located in close enough proximity that food resources could be effectively retrieved as needed and that there was minimal threat of human predation. The significant number of these storage facilities suggests that agricultural production was largely a successful endeavor, producing surpluses that mandated effective storage for later consumption. The size of some structures is such that the amount of stored food could have accommodated relatively large groups for significant periods of time.

***Grand Staircase Storage***

At least two distinct storage strategies are evident in the Grand Staircase region during Basketmaker II times. One involved storage cists in large rockshelters or alcoves where there is minimal evidence of residential activities. This has been interpreted as "off-site" storage by groups living elsewhere who might not have monitored the stored resources at all times and who retrieved foods as needed (Figure 4.10). There is some evidence that large storage chambers were also constructed in open settings without associated residences, although this might be biased by the limited scope of the excavations undertaken at those specific sites.

Another strategy involved on-site storage where stored resources could be monitored and protected from predators, including other humans. This strategy was expressed in two forms. One involved small subsurface pits in the floors of Basketmaker II pithouses, often in considerable numbers. The small size of the facilities suggests that stored foods would need to be replenished regularly. The second form involved large cists or pits, usually located 8 to 10 meters from a pithouse in a pattern that foreshadows the large contiguous storage cists of Basketmaker III and Pueblo I times (cf. Dohm 1988), but occasionally these are found within the pithouse.



Cave du Pont

Photo: Valerie Russell

**Figure 4.10: This slab-lined cist at Cave du Pont is a good example of off-site storage where there is no evidence that Basketmaker II people lived nearby to monitor their storage. This suggests loss of stored foods to raiders or thieves was not a serious concern.**

Table 4.9

| Site No | Site Name | General Location | Sample Material | Conventional Age BP | δ13C ‰ | 95 Percent Probability | Median Probability | Lab No. | Provenience | Storage Type | Citations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42Ka6165 | Eagles Watch | Kanab Creek | Zea Mays | 2080 ±30 | -10.4 | BC 1291-1116 | BC 1203 | Beta 360453 | F30.4 Bell Shaped Pit | On Site Bell Shaped Pit | Roberts 2018: Vol. 2: Chapter 6.9 |
| 42Ka6165 | Eagles Watch | Kanab Creek | Zea Mays | 2000 ±30 | -11.2 | BC 67-59 AD | AD 2 | Beta 417361 | F94 Bell Shaped Pit | On Site Bell Shaped Pit | Roberts 2018: Vol. 3: Chapters 4.9 |
| AR-03/703-1085 |  | Snake Gulch | Wood | 1980 ±80 | n/a | BC 186-213 AD | AD 14 | Beta 51396 | n/a | Off Site Granary | Kaibab NF Files |
| AR-03/703-462 | Pack Rat Cave | Southern Grand Staircase | Zea Mays | 1810 ±70 | -11.4 | AD 64-375 | AD 212 | Beta 52397 | n/a | Off Site Granary | Kaibab National Forest |
| 42Ka1168 | Cave du Pont | Cave Lakes Canyon | Zea Mays | 1770 ±40 | n/a | AD 143-371 | AD 272 | Beta 104597 | Cist 30 | Off Site Cist | Smiley and Robins 1997:169 |
| 42Ka1168 | Cave du Pont | Cave Lakes Canyon | Zea Mays | 1740 ±40 | n/a | AD 184-385 | AD 299 | Beta 104596 | Cist 30 | Off Site Cist | Smiley and Robins 1997:169 |
| 42Ka3684 |  | Johnson Canyon | Zea Mays | 1690 ±80 | n/a | AD 149-535 | AD 350 | Beta 140953 | Mixed Surface | Off Site Cist | McFadden 2016:293 |
| AR-03/703-1042 (?) | Indian Hollow Shelter | Lower Kanab Creek | Matting | 1675 ±40 | -9.5 AMS | AD 254-520 | AD 367 | AA 66724 | n/a | Not Specified | Kaibab National Forest Files |
| 42Ka1576 | Indian Canyon Pictographs | Indian Canyon | Wood | 1670 ±110 | n/a | AD 108-598 | AD 369 | RL 3086 | Timber Outer Range | Off Site Cist | McFadden 2016:288 |
| 42Ka4478 |  | Kanab Creek | Charcoal | 1670 ±40 | -22.1 | AD 263-599 | AD 373 | Beta 252928 | F8 Cist | On Site Cist | Nash 2013:23 |
| 42Ka1576 | Indian Canyon Pictographs | Indian Canyon | Zea Mays | 1570 ±70 | -9.5 AMS | AD 340-620 | AD 486 | Beta 128986 | Disturbed Fill | Off Site Cist | McFadden 2016:288 |
| 42Ka4478 |  | Kanab Creek | Charcoal | 1570 ±40 | -23.5 | AD 411-573 | AD 486 | Beta 252929 | F9 Hearth | On Site Cist | Nash 2013:33 |
| 42Ka6164 | Paint Pot Village | Kanab Creek | Zea Mays | 1550 ±30 | -10.7 | AD 428-574 | AD 486 | Beta 368068 | F39 Cist | On Site Cist | Roberts 2018: Vol. 3: Chapter 3.0 |

Table 4.9: Basketmaker II-age radiocarbon dates from storage features in the Grand Staircase and Arizona Strip regions. The 95 percent probability ranges were obtained using the Bchron library (Parnell 2016) in the R environment (R Core Team 2017) following the IntCal13 calibration curve (Reimer et al. 2013).

The earliest storage facilities in the Grand Staircase region are typically described within the context of Basketmaker II farming and by inference crop surpluses.(Table 4.9). This does not preclude the possibility they were also used to store wild seeds. As we discuss later, many of these storage structures were later used as burial chambers. Examples of sites with off-site storage include:

● Some 35 slab-lined storage chambers were investigated at Cave du Pont northwest of Kanab. One undisturbed cist yielded 3.5 bushels of corn, another had 16 ears of corn, and yet another had a cache of seed corn (Kidder and Guernsey 1922). The Cave du Pont cists all tended to be round, the floors were paved with flat stone slabs, and the walls were constructed of a single course of large upright slabs apparently selected for their uniform size and shape. The gaps in the stones were sealed with mud, grass, and juniper bark. Nusbaum (1922) believed the tops of the cist walls were flush with or slightly below the ground surface. The larger cists would have been roofed with small timbers and covered with grass and juniper bark. The smaller cists were not roofed, but were covered with layers of grass and juniper bark. Two tree-ring dates and two radiocarbon dates from the maize itself confirm the cists were constructed in the early AD 200s.

● The Indian Canyon Pictograph Site, located in the South Fork of Indian Canyon west of Kanab, might also have featured Basketmaker II slab-lined cists without evidence of on-site residences. Local residents reported to McFadden (2016) the site once contained cists similar to those at Cave du Pont. Perishable artifacts were common, including 10-to-16-row corncobs. The site also featured a complex pictograph panel exhibiting a variety of anthropomorphic styles and rows of up to 10 figures. Wood from the exterior rings of a structural timber yielded a radiocarbon date of 1670 ±110 BP (AD 369 median probability), and maize from the disturbed fill returned a radiocarbon date of 1570 ±70 BP (AD 486 median probability).



Fremont River

Photo: Jerry D. Spangler

Figure 4.11: Storage structures by their very nature were intended to store surplus foods for future use. These structures take a multitude of forms from below-ground chambers called cists to above-ground ones called granaries.

● A few storage sites without associated residential architecture have been documented at open sites in the region. In one case, the cists had been excavated into the colluvium above a seep, but there was no evidence the alcove itself was used as a residence, although there was an abundance of red pictographs (McFadden 2016). A corncob fragment yielded a radiocarbon date of 1690 +80 BP (AD 350 median probability).

On-site storage has traditionally been interpreted as a response to perceived threats to the stored resources, either from animals, insects, or humans, and the need to minimize losses. As mentioned above, Basketmaker II pithouses in the upper Short Creek area featured small, subfloor storage pits, often in significant numbers. The small storage pits had a combined capacity of about 4 bushels, which is only enough maize for one person for a few months (see Nielson 1998).

Large storage cists within or adjacent to a pithouse were also used at this time. In fact, the earliest date at Eagles Watch, at about 1200 BC, was from maize recovered from a bell-shaped storage pit inside a small pithouse. Many of the Basketmaker II pithouses in the Jackson Flat area had associated storage facilities, either bell-shaped pits, straight-sided pits, or slab-lined pits (Roberts 2018).

Researchers at Jackson Flat noted a shift from bell-shaped storage pits in the first half of the Basketmaker II period to larger slab-lined cists in the latter half. The increasing prevalence and size of storage structures after AD 250 was seen as evidence of population expansion and a need for increased storage capacity as site organization began to assume the typical Basketmaker pattern of storage structures to the north of the residences and middens to the south (Roberts 2018).

Most of the Jackson Flat radiocarbon data were derived from the pithouses themselves, but three Basketmaker II storage features were dated. Bell-shaped pits were common in the earliest Basketmaker II contexts at Eagles Watch, ranging in size from about 2 meters in diameter and more than a meter deep. Maize from one of these returned a radiocarbon date of 2000 +30 BP (AD 2 median probability). Another storage structure returned a date of 1530 +30 BP (AD 533 median probability), but this might be associated with a later Basketmaker III occupation at this site (Roberts 2018).

At nearby Paint Pot Village, maize from a large slab-lined storage structure returned a date of 1550 +30 BP (AD 486 median probability). This cist, which was associated with three pithouses, outside hearths, and a midden, measured 2.5 meters in diameter and was 1.5 meters deep (Roberts 2018). Although there were no ceramics, the large size and construction style were similar to the large cists of later Basketmaker III times.

The pattern observed at Jackson Flat is also evident at other sites in the region. Several large cists and a bell-shaped pit were noted at the Little Jug Site (Thompson and Thompson 1978), but these were not subjected to radiocarbon analysis. A large, two-tiered cist found along Kanab Creek returned a radiocarbon date of 1670 +40 BP (AD 373 median probability) that most likely was associated with a nearby residence (Nash 2013).

One site in Parunuweap Canyon and another in the Shinarump Cliffs area are Basketmaker III sites that also produced radiocarbon dates near the end of the Basketmaker II period. The storage cists at these sites, which were not dated, might have been constructed much earlier during Basketmaker II times and were later remodeled during Basketmaker III times (McFadden 2016). And in the Meadow Canyon area, several disarticulated storage cists were identified at large aceramic sites where pithouse residences were suspected (Spangler and Zweifel 2016b).

Bedrock storage cists are also common in Basketmaker II contexts elsewhere on the Colorado Plateau and they are commonly attributed to occupations after AD 1, although they are notoriously difficult to radiocarbon date due to the absence of organic materials. One such cist, which was subsequently used as a burial chamber, contained corncobs, one of which returned a radiocarbon date of

1790 ±70 BP (AD 236 median probability), confirming this form was utilized during Basketmaker II times (Edgar 1994).

The transition from Basketmaker II to Basketmaker III in this region occurred sometime between about AD 400 and 600, by which time remote storage at sites like Cave du Pont had been replaced by on-site storage cists. This shift might have been in direct response to increasing populations and/or the presence of non-kin-related groups that mandated greater vigilance to protect stored resources. Roberts (2018) believes the greater prevalence of bell-shaped pits in early Basketmaker II times reflected greater residential mobility by groups engaged in farming and foraging. The transition to large slab-lined cists, therefore, represents larger group sizes and greater sedentism.

In summary, storage structures found in the Grand Staircase region exhibit a variety of sizes, forms, and associated features. This variability was probably a contingency strategy intended to minimize the risk that all resources would be lost in the event that one approach failed. The large slab-lined cists at Cave du Pont are noteworthy because they are conspicuous and they resulted in excellent descriptions (Nusbaum 1922), but they probably represent one of many different strategies used at the same time to accommodate surplus resources.

### Escalante River Storage

Storage facilities in the Escalante River Basin are noteworthy because of the remarkable variety in their shapes and sizes, and only rarely are they described within the context of contemporaneous Basketmaker II cists and pits. Five sites in the lower Escalante River area, were interpreted as possible Basketmaker II sites because of the occurrence of "jar-shaped hardpan cists" (Geib and Fairley 1986:166). And another site in the Waterpocket Fold area, which returned a radiocarbon date of 2040 ±50 BP (51 BC median probability), was described as "an early Basketmaker II storage pit" (Janetski et al. 2005:97).

In the Escalante River Basin, storage structures are more often labeled Early Agricultural or Ancestral Fremont. They were sometimes fully subterranean chambers, such as bell-shaped pits common in Basketmaker II contexts on Black Mesa (Smiley 1985) and in Fremont contexts farther north (Janetski 1993). Others were semi-subterranean and sometimes they were surface structures commonly referred to as granaries. Some were earthen structures, others were mud structures (Figure 4.12), and yet others were stone structures with adobe used to seal the gaps between the stones. Some featured coursed masonry or walls of vertical stone slabs or some combination of both. And some were buried baskets and others were hardpan cists akin to those in the Grand Staircase. They were sometimes quite large, although smaller chambers were more common.

Collectively, the variety of storage structures that have been documented defies attempts to identify anything other than general patterns as to the nature and distribution of storage structures. Most storage structures are conspicuous in alcoves and rockshelters that afforded greater protection from the elements. And most storage sites that have yielded Early Agricultural radiocarbon dates also have evidence of later Fremont and/or Ancestral Puebloan occupations. The nature of these storage sites suggests that (1) Ancestral Fremont peoples employed a variety of strategies to guard against the potential failure of one strategy; (2) different facilities were utilized for storage of different resources; and/or (3) the different types of structures represent changes in storage strategies through time (cf. Yoder 2005).

Most of the Early Agricultural radiocarbon dates in the Escalante River region were derived from corncobs, and it is not always clear whether or not the maize samples were directly associated with a storage facility (Table 4.10). Representative examples of Early Agricultural storage sites in the Escalante River Basin are briefly summarized:

● Triangle Cave, located in Harris Wash, consisted of two masonry structures and a series of seven slab-lined cists (Fowler 1963). Maize samples returned radiocarbon dates between 1770 ±90 (AD 260 median probability) and 1480 ±50 BP (AD 581

median probability). This might be a case of on-site storage by groups using the alcove as a temporary shelter during the growing season and as a cache for seeds for the next planting (Geib 1996a, 1996c).

● Dry Laid Heaven, also in Harris Wash, consisted of a dry-laid, semicircular structure and three slab-lined cists. National Park Service officials later recovered a corncob from the surface of the site, which returned a radiocarbon date of 1720 ±60 BP (AD 318 median probability) (Geib 1996a).

● Square Cist Alcove, located in upper Bowns Canyon, features a mixed assemblage of artifacts that included ceramics (predominantly grayware and whiteware), a Bull Creek point, corncobs, squash stems, yucca pods, and acorns. Fragments of a shallow parching tray with a single-rod-and-bundle weave and non-interlocking stitches were considered typical of Pueblo III basketry found elsewhere in the Glen Canyon region. A fragment of the basket, however, returned a radiocarbon date of 1720 ±140 BP (AD 309 median probability), suggesting the date is either erroneous or that Ancestral

Puebloan weaving techniques were present in the Escalante River Basin area in Early Agricultural times (Geib 1996a).

● The Alvey Site discussed above also had evidence of three slab-lined storage cists with the joints sealed with cedar bark rather than adobe. There was also evidence that baskets, gourds, and pots were utilized as subterranean cists (Gunnerson 1959b). One corncob from this level returned a date of 1690 ±80 BP (AD 348 median probability). Like Triangle Cave, this alcove appears to have been a seasonal residence (Geib 1996a, 1996c).

● Pantry Alcove contained 13 cists of varying size and construction that collectively implied repeated occupations of the shelter. Most of the cists were slab-lined. Some were simply constructed but others featured prepared clay floors and twig-and-adobe roofs. Excavations of various storage cists revealed quantities of maize, squash, a single bean, and a cache of pinyon nuts (Fowler 1963:16-21). Corncobs from one cist later returned a radiocarbon date of 1640 ±80 BP (AD 412 median probability), and



Figure 4.12: Granaries like this one along the Escalante River are above-ground structures usually placed within sheltered locations. These became larger and more elaborate during Formative times. This style with sticks and mud is referred to as wattle-and-daub or jacal.

Table 4.10

| Site No | Site Name | General Location | Sample Material | Conventional Age BP | δ13C‰s | 95 Percent Probability | Median Probability | Lab No. | Provenience | Storage Type | Citations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42Wn1975 | Carcass Corners | Fremont River Valley | Charcoal | 2310 ±70 | Corrected | BC 711-205 | BC 379 | Beta-91330 | Feature 14A | Cist | Lupo and Wintch 1998:39 |
| 42Ka0172 | Alvey Site | Escalante River | Zea Mays | 2260 ±90 | -10.8 | BC 673-82 | BC 303 | Beta-34944 | Aceramic Level 1, Feature 47 | Cists | Greib 1996c:58 |
| 42Ga3591 | | Circle Cliffs | Charcoal | 2040 ±50 | Corrected | BC 178-55 AD | BC 51 | Beta-54183 | Looted Cist | Cist | McFadden 2016:180, 300 |
| 42Ga6264 | Spillway Site | Wide Hollow | Charcoal | 1880 ±30 | -22 AMS | AD 69-216 | AD 120 | Beta-379139 | NST 7 Feature 10 | Bell Shaped Pit | Bond et al. 2014:114 |
| 42Ka0172 | Alvey Site | Escalante River | Zea Mays | 1830 ±50 | -10 | AD 81-322 | AD 186 | AA-10375 | Aceramic Level 1, Feature 56 | Cists | Greib 1996c:58 |
| 42Ga0288 | Triangle Cave | Escalante River | Zea Mays | 1770 ±90 | -11.2 | AD 69-484 | AD 260 | Beta-34941 | Structure 2, Stratum 1 | Cists | Greib 1996c:58 |
| 42Ka0172 | Alvey Site | Escalante River | Zea Mays | 1755 ±50 | -10 | AD 141-387 | AD 285 | AA-10374 | Aceramic Level 1, Feature 47 | Cists | Greib 1996c:58 |
| 42Ka0172 | Alvey Site | Escalante River | Zea Mays | 1735 ±50 | -10 | AD 157-401 | AD 302 | AA-10373 | Aceramic Level 1, Feature 47 | Cists | Greib 1996c:58 |
| 42Ga0105 | Dry Laid Heaven | Escalante River | Zea Mays | 1720 ±60 | -12 | AD 156-475 | AD 318 | Beta-67495 | Surface | Granary | Greib 1996a:20 |
| 42Ka2737 | Square Cist Alcove | Escalante River | Basketry | 1720 ±140 | -23.5 | BC6-592 AD | AD 309 | Beta-31974 | Basket in Cist | Cist | Greib 1996a:23 |
| 42Ka0172 | Alvey Site | Escalante River | Zea Mays | 1699 ±80 | -11.1 | AD 148-536 | AD 348 | Beta-34942 | Level II, Feature 31 | Cists | Greib 1996c:58 |
| 42Ga0103 | Pantry Alcove | Escalante River | Zea Mays | 1640 ±80 | -12 | AD 234-578 | AD 412 | Beta-34936 | Cist 7 | Cists | Greib 1996d:87 |
| 42Ga4521 | | Escalante River | Zea Mays | 1610 ±120 | -10.1 | AD 146-637 | AD 436 | Beta-134611 | Site Surface | Granaries | McFadden 2016:302 |
| 42Ga4540 | Little Cathedral | Escalante River | Zea Mays | 1610 ±40 | -10.6 | AD 360-539 | AD 462 | Beta-134614 | Site Surface | Harpan Cists | McFadden 2016:302 |
| 42Ga4543 | | Escalante River | Zea Mays | 1590 ±80 | -9.8 | AD 271-613 | AD 472 | Beta-134616 | Site Surface | Granary | McFadden 2016:302 |
| 42Ga4655 | | Escalante River | Zea Mays | 1580 ±40 | -9.6 | AD 404-562 | AD 482 | Beta-140954 | Surface | Cists | McFadden 2016:302 |
| 42Ga0103 | Pantry Alcove | Escalante River | Zea Mays | 1570 ±70 | -12.1 | AD 339-621 | AD 487 | Beta-34937 | Between Cists 7-8 | Cists | Greib 1996d:87 |
| 42Ga0288 | Triangle Cave | Escalante River | Zea Mays | 1570 ±80 | -10.1 | AD 295-628 | AD 486 | Beta-34938 | FS27.1 Stratum 2 | Cists | Greib 1996c:58 |

Table 4.10: Early Agricultural-age radiocarbon dates from cists and granaries in the Escalante River Basin and Fremont River Valley regions. The 95 percent probability ranges were obtained using the Bchron library (Parnell 2016) in the R environment (R Core Team 2017) following the IntCal13 calibration curve (Reimer et al. 2013).

maize found between two other cists yielded a radiocarbon date of 1570 ±70 BP (AD 487 median probability) (Geib 1996a, 1996c).

The Escalante River storage data are primarily inferential and potentially problematic given the evidence of site utilization during subsequent periods. Given the consistency of the maize radiocarbon dates and the abundance of evidence for domesticated cultigens, it appears that a variety of storage facilities, in particular slab-lined cists and masonry granaries, were utilized in Early Agricultural times. As mentioned above, there is no evidence here of exceptionally large subterranean slab-lined cists that were common in the Grand Staircase region at this time.

Many of the storage sites also had evidence of temporary or seasonal residential activities. Residential activities appear to have been more substantial at the Alvey Site in Coyote Gulch, although this might be the result of repeated occupations over a much longer period of time. Collectively, these sites could be examples of on-site storage where farmers were present during much of the year to monitor and protect stored resources. In other instances, the storage structures were found without evidence of any other activities, suggesting off-site storage by groups living elsewhere.

The Escalante River structures are usually much smaller than the large Basketmaker II cists of the Grand Staircase, suggesting smaller social units. The near absence of any information regarding Early Agricultural residential patterns does not allow us to speculate as to whether the storage structures represent stored resources being monitored and protected by a resident population, or whether stored foods were left unattended for long periods of time. There is no evidence that storage structures were utilized as burial chambers at this time.

Ancestral Fremont storage structures are commonplace between about AD 250 to 500, and their forms and capacity changed little during later Formative times. It is assumed the chambers were used to store food crops because the radiocarbon data reported so far have come from maize remains. This does not preclude the possibility that some granaries and cists were used to store wild food resources.

## Atlatls and Arrows:
### Changing Technologies

Unlike the origins of maize agriculture, which can be found in the southern Colorado Plateau, bow-and-arrow technology arrived in the GSENM region from the north and/or west. It appears to have been widely utilized by Ancestral Fremont groups in the Escalante River Basin, but there is, as yet, very little evidence that Basketmaker II groups in or near the Grand Staircase area embraced this new, much more efficient hunting technology as early as the Fremont did.

The incorporation of bow-and-arrow technology into Early Agricultural lifeways marked a radical shift in hunting strategies and an improvement in the efficiency of food procurement. As summarized by Frison (1991), arrow points could be manufactured from easily obtained quarry materials and were easier to make than atlatl darts. Arrow shafts were also easier to manufacture. In addition to added convenience, the bow had a longer range, the greater velocity of arrows allowed greater penetration of prey, hunters could reduce body movement and thereby facilitate greater stealth, and proficiency was more quickly attained than with atlatls.

Arrow points were considerably thinner and smaller than dart points, and as such they would have been more fragile and less serviceable as cutting tools. The continued use of atlatl darts by Early Agricultural and/or early Formative peoples, therefore, might have been a function of dart points serving as both projectile points and hafted knives, thereby reducing the tool kit necessary for hunting trips (Weder 1980).

The spread of bow-and-arrow technology throughout the Intermountain West was originally assigned to events beginning about AD 500 (Clewlow 1967; Hester 1973; Hester and Heizer 1973), although there has been impetus to push the origins back much farther into the past. Holmer (1986) placed the initial spread of the bow-and-arrow into the eastern Great Basin sometime after

AD 300, even though evidence of Hogup Cave at that time suggested it occurred several centuries earlier than that. More recent studies from the Great Basin, northwestern Plains, and northern Colorado Plateau suggest that bow-and-arrow technology actually predates the Formative by as much as 1,000 years (Webster 1980).

The accumulated data also suggest that the bow-and-arrow did not replace preexisting atlatl technology. Rather, the bow-and-arrow and atlatl were utilized together during the latter part of the Early Agricultural period, although the importance of the atlatl to prehistoric hunters steadily decreased through time.

The bow-and-arrow might have arrived in southern Utah several centuries after its appearance in northern Utah, suggesting a north-to-south diffusion of this technology. Schroedl and Coulam (1994) assigned a temporal range of AD 100 to 250 to a Cowboy Cave level containing Rose Spring Corner-notched points and arrow shafts. And Geib and Bungart (1989) agreed there is a high probability the bow-and-arrow was used in the Glen Canyon area by about AD 200.

Evidence of early bow-and-arrow use south of the Colorado River remains extremely tenuous. As summarized by Geib (1996c:65), "the many cave excavations within the Kayenta region have uncovered no evidence of Basketmaker II bow use but abundant and varied evidence of atlatl use – dart points and preforms, dart foreshafts and mainshafts, foreshafts with dart points, atlatls and atlatl weights." In fact, atlatl technology is considered a hallmark of Basketmaker II occupations throughout the region. Geib (1996c:65) has argued the collective data support the "long-held conclusion that the bow was a Basketmaker III addition … adopted sometime after about AD 500."

Geib (2011) later had a change of heart, arguing the bow and arrow appeared in the Rain-



**Figure 4.13**

San Pedro Points
Source: NAU Museum

Elko Corner-Notched   Elko Side-Notched   Elko Eared
Source: Holmer 1986

Rose Springs Corner-Notched
Sunny Beaches (42Ka2751)
Source: Geib and Bungart 1989

Basketmaker II Points (General)
42Ka3576
Source: Edgar 1994

Gypsum Points
Carling Reservoir Site (AZ B:1:35)
Source: Walling-Frank 1998

Common Basketmaker II-
Early Agricultural
Projectile Points in GSENM Region

bow Plateau area between AD 220 and 350, a range consistent with a small arrow point at the Antechamber Site at Jackson Flat that was associated with a hearth that dated to about AD 240 to 380 (Janetski 2018). This suggests that some Basketmaker II groups had acquired bow-and-arrow technology at roughly the same time as Ancestral Fremont groups to the east, or that it occurred within a generation or two.

For the most part, Basketmaker II groups continued to use the atlatl at the same time Ancestral Fremont groups north of the Colorado River were using the bow-and-arrow. The Colorado River might have served as an effective barrier to the spread of bow-and-arrow technology to the south, but this possibility cannot explain why Basketmaker II groups north of the river in the Kanab, Arizona Strip, and St. George Basin areas did not embrace the improved efficiency the bow-and-arrow until some 200 to 400 years after they would have encountered their Ancestral Fremont neighbors using it.

The bow-and-arrow was probably present in the Glen Canyon region by about AD 50 to 250, and this technology would have been known beyond that area. Geib and Bungart (1989:4) suggested the time lag for diffusion of bow-and-arrow technology to Basketmaker groups might be attributed to competitive relations between different ethnic groups, and "if Basketmaker II represents an influx of horticultural populations who spread across the Colorado Plateau filling in agricultural niches, then the bow might have been the competitive advantage that allowed local Proto-Fremont populations to maintain occupancy of their traditional territories."

This scenario offers an interesting insight into trade relationships at the time. The technologies and institutional knowledge required to grow maize – all originating among groups south of the Colorado River – were quickly embraced by Ancestral Fremont groups as far north as the Uinta Basin by about AD 200 to 300, but bow-and-arrow technologies that emerged about this same time were not embraced by contemporaneous Basketmaker groups until perhaps three centuries later. Projectile points described at Basketmaker II sites in the Grand Staircase area are typically dart points identified as Elko Series, San Pedro Side-notched, or Gypsum, or they are simply referred to "Basketmaker" points. Arrow points found in the Escalante River Basin at the same time are referred to as Rose Spring Corner-notched points (Figure 4.13).

The best evidence for early bow-and-arrow use in the GSENM region comes from Sunny Beaches, a complex sand dune site in Bowns Canyon in the lower Escalante River country. The site was interpreted as a base camp for hunting and gathering activities during Early Agricultural times. A single cultural stratum contained Rose Spring points but without any associated ceramics. One hearth returned a radiocarbon date of 1800 ±100 BP (AD 224 median probability) and another hearth returned a date of 2260 ±230 BP (339 BC median probability), although the latter date was rejected (Geib and Bungart 1989).

Other sites in the Escalante River Basin with Rose Spring points have produced Early Agricultural radiocarbon dates, but these sites typically featured cultural deposits with later Formative diagnostics (e.g., Fremont graywares) and any direct association between the points and the dated feature is questionable. One exception is a site in the Circle Cliffs where two Rose Spring points were identified in an aceramic lower stratum that produced a radiocarbon date of 2030 ±120 BP (BC 52 median probability), a date comfortably in between the two Sunny Beaches dates (Janetski et al. 2005).

Utilization of the bow-and-arrow by Basketmaker II groups in the Grand Staircase is probably a lot more complicated than currently understood. Basketmaker farmers were undoubtedly in contact with Ancestral Fremont groups and were aware of the technology, but they seem to have preferred dart points for reasons that are not entirely clear.

**For the most part, Basketmaker II groups continued to use the atlatl at the same time Ancestral Fremont groups north of the Colorado River were using the bow-and-arrow.**

It seems unlikely that Ancestral Fremont groups could have deprived their Basketmaker II neighbors of the bow-and-arrow for hundreds of years. And this presents two logical possibilities: (1) Basketmaker II groups in the Grand Staircase simply didn't want or need the technology and the improved hunting efficiencies that came with it, or (2) Basketmaker II groups actually did utilize the bow-

and-arrow, but this has gone unrecognized or the evidence has consistently been rejected as intrusive from a later occupations of the same site.

There is some evidence for the latter possibility, although it is quite limited. At one site in the Kanab Creek drainage, a Rose Spring point might have been associated with a large Basketmaker II storage cist that produced radiocarbon dates of 1670 $\pm$40 BP (AD 373 median probability) and 1570 $\pm$40 years BP (AD 486 median probability) (Nash 2013). If the point and dated features are directly associated with one another, as McFadden noted (2016:32), "it might be the only arrow point recovered from a BMII site in the Grand Staircase."

Rose Spring points were also recovered at the Carling Reservoir Site near Colorado City and another site near Hildale (Nielson 1998), but their association with the dated features was considered tenuous. Both sites had significant Basketmaker II components, but both also had later occupations and the points might be unrelated to the earlier occupations. Particularly intriguing is evidence from a pithouse in the Corral Canyon tributary to Short Creek, one of a cluster of pithouses without any evidence of later Basketmaker III occupations One pithouse featured a double clay floor and a possible bench, and artifacts included a bone needle, a mano, bone awls, a small amount of lithic detritus, and the base of a Rose Spring point. The site was not radiocarbon dated, but the site was assumed to be Basketmaker II in age because ceramics were entirely absent and other pithouses in the same area produced Basketmaker II-age radiocarbon dates (Naylor 1996).

It should also be noted that a growing number of Basketmaker II sites in the Grand Staircase region have yielded points identified as Gypsum points, which appeared in this region in late Archaic times. These sometimes co-occur with Elko Series points, and occasionally with San Pedro Corner-notched and general Basketmaker II points, and in one instance with a Sand Dune Side-notched point. McFadden (2016) believes the continued use of Gypsum points at this time supports the idea that the Basketmaker II lifeway evident in the Grand Staircase region evolved from an Ar-

chaic base rather than from a migration into the area by farmers from southeastern Utah or northeastern Arizona.

Joel Janetski (in Roberts 2018) has recently called these Gypsum identifications into question, at least as far as they apply to Basketmaker II sites. None of the Basketmaker II points identified as Gypsum points exhibited narrow contracting stems or light serrations on the lower blades, although hafting techniques were similar. He suggested the term Far Western Basketmaker II points to delineate the unique style of contracting-stem points found at Basketmaker II sites from Kanab on the east to St. George on the west and Las Vegas on the southwest.

### Death in the Grand Staircase

Mortuary practices have long played a central role in the study of social, cultural, chronological, ethnic, and racial issues (Chapman and Randsborg 1981). Archaeological studies have likewise used mortuary practices and burial attributes as a mechanism for interpreting cultural change and variability (Alekshin 1983; Bartel 1982; O'Shea 1981, 1984; Tainter 1978). Binford (1971:6) has argued "both the number and specific forms of the dimensions of the social persona commonly recognized in mortuary ritual vary significantly with the organizational complexity of the society as measured by different forms of subsistence practice." The dimensions of the social persona that are recognizable in mortuary practices are typically age, sex, social position, social affiliation, and location of death.

The comparatively rich funerary contexts associated with Basketmaker II burials reported from the Grand Staircase area might be reflective of increased social complexity, perhaps the aggregation of social units larger than a nuclear family. These burials are typically attributed to band- or tribal-level of social organization, which commonly denote only age and gender differences, economic roles, and personal achievement, whereas more complex ranked societies also mark social positions, social affiliations, rank, and status (Mowrer 2006:261; see also Binford 1971).

In her analysis of 138 Basketmaker II burials from Utah, Mower (2006:275-276) found the Utah sample to be comparable to those from other regions in the Southwest in that funerary practices reflected primarily age differentiation. Hunting tools, as well as rare or exotic items, were only associated with adult burials, whereas textiles were associated with infants (60 percent) far more than subadults (7 percent) and adults (12 percent). She concluded that burial items were indeed indicative of band- and tribal-level societies, and that these items reflected economic roles, achieved status, and ritual activities. Funerary objects associated with infants were more indicative of grief.

It is not always clear from the early reports which items were actually associated with interred individuals and those that may have been deposited in proximity to the burials before or after the burial event. The catalog of funerary items, however, appears to include elaborate woven baskets with intricate colored designs, skin bags, wooden trays, digging sticks, atlatls and dart points, leather and feather clothing, ceremonial implements, bone tubes and beads, and pouches with food items (see Guernsey 1931; Guernsey and Kidder 1921; Kidder and Guernsey 1919; Nusbaum 1922).

Evidence suggests that each cist usually contained more than one burial and in most instances two to four individuals were interred together. Occasionally, the number of interred individuals at some sites is much greater, indicating single-event burials of large numbers of people who had suffered violent deaths and repeated use of the same burial site over an extended period without traces of violence. Evidence of violence during Basketmaker II times is quite common elsewhere in the Southwest (see Cole 2009; Hurst and Pachak 1989; Kidder and Guernsey 1919; Morris



Johnson Canyon
Photo: Jerry D. Spangler

**Figure 4.14: The remains of 17 individuals were recovered from these bedrock cists in Johnson Canyon.**

1939; Turner and Turner 1999), but it is quite rare in the Grand Staircase region.

At least eight burial locales in the GSENM region would appear to fit the pattern described for "Basketmaker" burials reported elsewhere in southeastern Utah and northeastern Arizona. Whether these represent actual occupations by Southwestern Basketmaker peoples (i.e., evidence of Basketmaker migrations), or groups with similar mortuary practices (i.e., accretion of new funerary practices) has not been thoroughly addressed. What is evident is that complex mortuary practices appear suddenly and without precedent in the archaeological record perhaps as early as 100 BC (Zweifel et al. 2006). These include single interments, but more commonly they feature multiple burials, including 36 individuals at three different rockshelters in the Johnson Canyon area (Edgar 1994).

● The earliest formal burial in the Grand Staircase was documented at Hog Canyon Dune where a female 40 to 50 years old was associated with lithic tools, lignite beads, a bone pendant, and one-hand mano. The individual had been placed inside a burial cist formed by arranging large shale and sandstone blocks along two sides of a depression. Charcoal in direct association with the burial produced a radiocarbon date of 2530 ±110 BP (637 BC median probability). A second burial of an adolescent male 13 to 14 years old was not associated with a burial chamber and had no mortuary offerings. His cause of death may have been two traumatic blows to the skull (Schleisman and Nielson 1987:30-33).

● Excavations at the Tommy Turf site near Kanab revealed a single-episode burial of at least 10 individuals ranging in age from infants to elderly adults. Bone collagen produced two radiocarbon dates, one of 2060 ±60 BP (80 BC median probability) and the other of 2040 ±40 BP (48 BC median probability). Associated funerary objects included a kaolinite pipe, a bone whistle or flute, shell beads, a quartz crystal, and two pendants. This site is situated on a low, open ridge top, contrasting with other Basketmaker II multiple burials that were located in rockshelters and alcoves. The number of individuals, ages, and sex distributions suggest that more than one household was involved, and that it might

be evidence of social aggregation into small villages at this time (Zweifel et al 2006).

● Edgar (1994:11) described one site in Dairy Canyon as "an ossuary consisting primarily of a shallow stone-lined cist dug into the floor of the shelter near the west wall contained a confusing jumble of bones. About 80 percent of the human remains recovered from this site came from inside the cist." A radiocarbon date of 1890 ±60 BP (AD 121 median probability) was reported from a piece of wood under a mummified right hand in the center of one burial chamber that contained the remains of at least 16 individuals. No mention was made of mortuary offerings, but corncobs were abundant. Either the maize was placed with the human remains as an offering, or the cist was used to store maize prior to its use as a burial chamber.

● Excavations at another site in Johnson Canyon identified the remains of 17 individuals, five of them adult males, four adult females, six juveniles and three adults of unknown sex. A total of 26 bedrock cists were located in the rockshelter, eight of which contained human remains representing one to six individuals per cist (Figure 4.14). Mortuary offerings included maize, white shell beads, and basketry. The most complex burial was that of a juvenile who was placed inside a box-like slab cist. A basketry mat was then laid inside the cist. The individual was tightly flexed and white shell beads had been placed around the neck. A capstone covered the box cist, which was then sealed (Edgar 1994:19). This site was not radiocarbon dated.

● Another site located in a rockshelter near Johnson Canyon featured a large pictograph panel and three cists. One cist contained a nest of shredded yucca with more than 50 cobs of 12-row maize. The largest of the three cists contained the remains of a young male and an infant. A roof had been constructed over the cist with five timbers that were still in place at the time of excavation. Investigators first thought the burials represented primary inhumations, but closer inspection revealed secondary reburial inasmuch as the bones had been placed in anatomically incorrect positions, and leg bones had been partially coated with a reddish pigment or stain. Logs from the cist roof yielded tree-ring dates

- 150 -

prior to AD 400 (Edgar 1994), and a corncob from Cist 2 later returned a radiocarbon date of 1790 $\pm$70 BP (AD 236 median probability) (McFadden 2016). No mention was made of mortuary offerings, although maize remains were abundant.

● Evidence from Cave du Pont also suggested that food storage cists were later used as burial chambers. Two burials were located in one cist, and four other burials were recovered in non-cist contexts. One burial consisted of bones that had been piled together with the leg bones crossed over the pelvic bones. It was then covered by a large, finely coiled basket. Other items placed with the burial included a pointed wooden stick, a small round stick, and a bundle of squaw bush wrapped in juniper bark (Nusbaum 1922).

● Recent investigations in the Jackson Flat area south of Kanab also revealed cemeteries with at least 55 individuals, 34 of which were believed to be Basketmaker II burials (radiocarbon dates were not obtained at the request of the tribes). The Basketmaker II individuals exhibited less cranial modification, greater dietary variety resulting in better dental health, and less evidence of infectious disease. These individuals were generally taller, more robust, and healthier than later Puebloans elsewhere in the Southwest (Roberts 2018).

Most of the Basketmaker II burial data were derived from Eagles Watch, where a cemetery was identified next to an oversized pithouse. The burial chambers featured both primary and secondary burials in the same pit, even though they appeared to represent single events. One burial chamber contained the remains of nine individuals of all ages. The positioning of the bones around primary burials led researchers to suggest that some individuals might have been killed and placed in the graves as "funerary offerings" (Roberts 2018).

Given the poorer health of the human "offerings," they might have been individuals of lower social rank, such as servants or slaves, who had been dispatched to accompany the primary individual in the afterlife. Or they might have been relatives or servants who had died earlier and were exhumed to be placed with the primary burial. No evidence of perimortem trauma was identified. Other grave goods were rare, consisting of a few shell ornaments, bone gaming pieces, and pigments (Roberts 2018).

The Eagles Watch burial data are consistent with the patterns observed at the Johnson Canyon ossuaries (Edgar 1994), Cave du Pont (Nusbaum 1922), and Tommy Turf Site (Zweifel et al. 2006) in all respects except one: burial location. The Basketmaker II cemetery at Eagles Watch was associated with a permanent residence, whereas the other sites appear to have been dedicated burial locations unassociated with residences (or the residences were not identified or recognized at the time of the excavations). This raises the possibility that the other burial sites are actually located in close proximity to residences, but these have gone undetected.

**The positioning of the bones around primary burials led researchers to suggest that some individuals might have been ritually killed and placed in the graves as "offerings."**

It should be noted the Tommy Turf individuals exhibited characteristics related to iron deficiencies that probably reflect a predominately maize diet (Zweifel et al. 2006). But Edgar's analysis (1994:53) of the burials from the Johnson Canyon area identified no iron deficiencies, prompting her to suggest "an economy of hunting and gathering, supplemented by agricultural products." The Tommy Turf site also offered evidence that tuber-

culosis might have resulted in the deaths of multiple individuals at about the same time. No evidence of trauma was reported from any of the sites where multiple individuals shared the same burial chamber.

Collectively, the mortuary evidence suggests increased social complexity at the same time groups were aggregating into small hamlets and becoming increasingly dependent on maize. These mortuary practices including the re-use of storage cists as burial chambers, as evidenced by the Cave du Pont burials, and construction of dedicated burial cists, as evidenced by the Johnson Canyon ossuaries and perhaps the Tommy Turf site. And Eagles Watch might offer evidence of increased social stratification at this time.

It should be noted that the utilization of sub-surface storage pits as burial cavities is not unique to the Grand Staircase. It has also been documented in Basketmaker II contexts in the San Juan River country and in northern Arizona (Lipe 1993), in eastern Great Basin contexts (Wilde et al. 1986), and in the Uinta Basin (Talbot and Richens 1996).

There is some evidence that the more elaborate Basketmaker II burial practices evident in the Grand Staircase extended into the Glen Canyon corridor at the southern edge of the Kaiparowits Plateau. At Rock Creek Alcove, excavations revealed the partial remains of a male adult and two infants. Organic materials believed to be decomposed soft tissue from human burials returned a radiocarbon date of 2420 ±100 BP (557 BC median probability). Associated materials included a Basketmaker II dart point, two shell disk beads, and yucca cordage and fiber. Nickens et al. (1988) suggested the site was utilized during early Basketmaker II times specifically as a burial chamber. The Rock Creek Alcove data were consistent with suspected Basketmaker II burials at Sand Dune Cave (Lindsay et al. 1968), Bernheimer Alcove, and the Rehab Site, none of which were radiocarbon dated (Sharrock et al. 1963).

In summary, formal mortuary practices involving cemeteries or ossuaries seem to have ap-

peared suddenly in the Grand Staircase region, perhaps at about 100 BC at the same time formal residential architecture appears in the region. Some of the burial sites share remarkable similarities to classic Basketmaker II burial sites to the east. Chambers were constructed specifically for burying the dead, and the same chambers were used for multiple burials, either in response to single events such as disease (e.g., Tommy Turf Site) or as a cemetery used repeatedly over a long period of time (e.g., Eagles Watch). Formal burial practices seem to coincide with the emergence of village life increasingly oriented toward maize farming.

### Basketmaker II Imagery

Also relevant to this discussion is the prevalence of a distinct rock art tradition that might be related to Basketmaker II manifestations in the Cedar Mesa area far to the east. As we discussed in Chapter 3, the modern Puebloan descendants of the ancient ones of the GSENM region prefer that we use the term "rock markings," whereas the Southern Paiute prefer the term "rock writing" instead of rock art. We try to accommodate their wishes as much as possible here.

As discussed by Cole (1993, 2009), prehistoric images pecked and painted on the cliff walls are one complementary component of the archaeological record that, when integrated into the whole, has the ability to help explain the past. As such, they has the potential to shed light on the distribution, function, and meaning of associated material culture. Others have argued that iconography can shed light on ownership of key resources (Robins 1997), social boundaries (Geib 1996e), and manifestations of prestige and competition (Hayden 1998; Robins 2002).

At least two temporally overlapping and related styles have been defined for the northern Southwest: The San Juan Anthropomorphic Style, which is temporally exclusive to the Basketmaker II period (Figure 4.15,) and the more generally classified Basketmaker II-III style (Figure 4.16), which has stylistic traits that persist after Basketmaker II times. Both styles have been reported



Figure 4.15: (left) The San Juan Anthropomorphic Style of Basketmaker II rock art was defined in southeastern Utah, but this style is found throughout the Monument. This site is located on Fiftymile Mountain on the Kaiparowits Plateau.

Figure 4.16 (below): The generalized Basketmaker II Style of rock art is common in the Grand Staircase. This site is located in the South Fork of Indian Canyon.



throughout GSENM, although the latter is much more common, especially in Kanab Creek, Cottonwood Creek, and Johnson Wash.

As defined by Schaafsma (1980:109-120), the San Juan Anthropomorphic Style depicts broad-shouldered figures with rectangular or trapezoidal torsos with elaborate ornamentation and decoration. One example of this style was identified in Hog Canyon (Castleton 1987:167). The more generalized Basketmaker II-III style also features broad-shouldered anthropomorphs with a variety of triangular, trapezoidal or rectangular torsos, often without the elaboration of the San Juan Anthropomorphic Style. Other images common to Basketmaker II imagery include representations of masks, faces, scalps, flute or whistle players, processional figures, copulating couples, bighorn sheep, bears, canines, snakes, and birds (Cole 2009; see also Charles and Cole 2006).

**Basketmaker II motifs include ducks in profile, bird-headed anthropomorphs, anthropomorphs with exaggerated hands and feet, flute players, and upside-down anthropomorphs.**

As described by Cole (1990:111-113), Basketmaker imagery are often representational and shows realistic details that afford the subjects a biographic quality that:

... *feature broad-shouldered anthropomorphs, often elaborately appointed and supernatural in appearance. Bodies are rectangular, trapezoidal and triangular in shape and range from approximately 20 centimeters to 2 meters in length. Anthropomorphs are often presented in horizontal rows and are shown in outline with interior and exterior body decorations and as solid forms. Body decorations include necklaces, arm bands, belts and sashes, aprons, diaperlike clothing (probably menstrual aprons), bandoleerlike designs, and lines and dots. Heads are both rounded and rectangular, and faces frequently appear masklike and may be decorated.... Arms, legs and feet (if shown) generally hang down; hands and feet may be large. Objects resembling bags, crooks, atlatls, and feathered darts, and scalps are shown being held.*

Robins (2002:396) has argued that the ritualism evident Basketmaker II imagery is associated with expressions of social power, especially when prominently displayed in association with productive agricultural lands. This is reflected in the artistic skill used to make the images and in the depiction of ceremonial clothing, hair ornamentation, and other paraphernalia that correspond to Basketmaker II mortuary evidence, including ritual scalping. Basketmaker II rock art in the Grand Staircase region has not yet been examined within this context.

Robins and Hays-Gilpin (2000) have argued that Basketmaker II imagery was focused around shamanistic rituals that emphasized the power and prestige of individuals, primarily men, but the iconography was not usually gender specific. Robins (1997) examined the spatial distribution of San Juan Anthropomorphic Style sites throughout the region, and noted that without exception, the larger panels of life-sized anthropomorphic figures in open settings correlated with areas suitable for floodplain or sub-irrigation agriculture. Robins and Hays-Gilpin (2000:235) later argued, "The association of the large San Juan Anthropomorphic panels with the … areas of apparent high agricultural productivity have important implications for social as well as economic uses of maize in emergent agricultural societies."

By AD 200, the imagery changed somewhat to reflect spatial homogeneity, references to puberty rites, and images of rebirth and emergence that reflected "new forms of ritual that allowed men to create ritual-based crosscutting relationships facilitating mobility between different natal communities and maintaining networks of social ties" (Robins and Hays-Gilpin 2000:247). The more generalized Basketmaker II style is commonplace in the Grand Staircase and is occasionally found in the Kaiparowits Plateau and Escalante River Basin.

Basketmaker imagery in the Grand Staircase region corresponds generally to the spatial distribution of Basketmaker II residential and storage sites, and the presence of rock art sites along the Vermilion Cliffs has prompted some researchers to suggest a prehistoric trail from the San Juan River Basketmaker heartland in southeastern Utah to the west through southern Utah and the Arizona Strip along the base of the Vermilion Cliffs and into the St. George Basin (Manning and Allen 2009). Perhaps related to this trail are very old "cup and channel" circular motifs on flat horizontal rock surfaces, usually where there is an excellent vista such as the edge of a canyon or on a hill top. These occur all across southwestern Utah, northwestern Arizona, and southeastern Nevada, and they are believed to date as early as 500 BC (Terlep 2012).

A majority of sites described as Basketmaker are located in or near the Kanab Creek drainage and along the base of the Vermilion Cliffs. In the Cottonwood Canyon area, Manning (1989) identified several Basketmaker sites based on motifs that included ducks in profile, bird-headed anthropomorphs, anthropomorphs with exaggerated hands and feet, flute players with phalluses, and upside-down anthropomorphs. The two flute players were associated with an "obviously pregnant female with arms outstretched toward a smaller figure - possibly a child" (Manning 1989:A-7). All of the elements were considered common to sites along the San Juan River that had been attributed to Basketmaker II peoples. Other Basketmaker rock art sites have been reported from the Cottonwood Creek drainage and Indian Creek areas (Schaafsma 1971) and along Kanab Creek and the Hog Canyon tributary (Castleton 1987).

Several of the sites discussed earlier in this chapter have co-occurring rock art imagery that are believed to correspond to the associated Basketmaker II radiocarbon dates. Basketmaker rock art was mentioned (but not described) at Cave du Pont on the shelter walls behind the storage cists (Nusbaum 1922) and in the South Fork of Indian Creek Canyon, where it was associated with suspected Basketmaker II storage cists (McFadden 2016). A large pictograph panel was mentioned at one of the John-

son Canyon burial sites, but it was not described or illustrated (Edgar 1994).

Other styles warrant a brief mention here. A unique style is found in Snake Gulch on the Arizona Strip is believed by some to date as early as 500 BC and within the range of early agricultural adaptations (Christensen et al. 2013), although convincing chronometric data is currently lacking for the Snake Gulch Style. Some have also attributed the Cave Valley Style to early Basketmaker groups, but recent radiocarbon data suggest this style is probably attributable to late Basketmaker III or early Pueblo I groups (Spangler and Zweifel 2012).

The florescence of a corresponding early Fremont rock art tradition during Early Agricultural times has not been thoroughly addressed, although several researchers have acknowledged similarities between Basketmaker and Fremont imagery, including shared techniques, forms, and subject matter (see Cole 2009 for an overview). Geib (1996e) acknowledged an early Fremont presence in the Escalante River Basin by about AD 100, but he maintained the distinctive Fremont petroglyph and pictograph tradition had not become entrenched until about AD 800. Cole (2009) tentatively allowed for a beginning date as early as AD 500. It should be noted, however, that several of the Escalante River rockshelter sites that produced Early Agricultural maize radiocarbon dates also had Fremont imagery, some without any evidence of later Fremont graywares. If Ancestral Fremont groups were cultivating maize by AD 100, as Geib suggests, then it is also reasonable that the origins of Fremont imagery so distinctive throughout the northern Colorado Plateau also emerged at about the same time. Fremont imagery and iconography is discussed in greater detail in Chapter 5.

### General Summary

Maize agriculture, storage facilities, and pithouse architecture had all become firmly established in the Grand Staircase region perhaps as early as 100 BC and at numerous other sites north of the Colorado River by at least AD 200. Whether this represents a migration of Basketmaker II peoples into



**Figure 4.17: Timeline of major events occurring in the GSENM region between 1000 BC and AD 500.**

the northern Colorado Plateau (Berry 1982; Coltrain 1994; Janetski 2017), the accretion of Basketmaker-like traits by indigenous Archaic peoples (Janetski 1993; McFadden 2016; Wilde et al. 1986), or some combination of both (Talbot 1998) remains unresolved, and there are persuasive arguments on all sides of the debate.

What has become increasingly clear is that three different adaptations are evident in GSENM at this time: (1) Basketmaker-like lifeways in the Grand Staircase that were focused predominantly on cultivation of maize and squash, increased population aggregation into small hamlets or villages, and complex strategies to store food surpluses; (2) a farmer-forager lifeway evident in the Escalante River Basin where the transition to sedentary lifeways was not fully consummated, but where farming was nonetheless successful, requiring implementation of complex storage strategies; and (3) a forager lifeway evident in the Kaiparowits Plateau region, which might have been a foraging region where Ancestral Fremont and Basketmaker II groups came into contact with one another.

Dependence on maize resources likely varied from group to group and from year to year. Studies of Basketmaker II peoples in the San Juan Basin suggest a reliance on maize in the range of 80 percent (Matson 1991), and in the Grand Staircase region maize dependence was estimated at 75 percent of the caloric intake (Martin 1999). This suggests that maize agriculture was generally successful in most years, although the subsistence system was probably dynamic enough that groups could revert to wild resource in the event of low crop yield or crop failure.

Roberts (2018) has made a compelling case that the first farmers arrived in the Grand Staircase region perhaps by about 1200 BC. They constructed formal pithouses and bell-shaped storage pits, and their architecture and artifacts were indistinguishable from those of the San Pedro culture in southern Arizona. The San Pedro farmers probably coexisted alongside Archaic foragers at this time, although there is minimal radiocarbon data from foraging sites at this time. After several centuries of successful agriculture, the Jackson Flat area was abandoned.

The Jackson Flat area was re-occupied by Basketmaker II farmers who might have arrived about 100 BC. The first Basketmaker II farmers were more dependent on wild resources and were therefore more mobile, as evidenced by the ephemeral nature of the residences, the prevalence of bell-shaped pits, and the rarity of maize compared to later times. Later groups became increasingly reliant on maize, constructed more permanent residences, and began to incorporate large slab-lined storage cists into their site layout, a harbinger of the later Basketmaker III occupations. Evidence of a coequal foraging lifeway at this time is actually quite rare in the Grand Staircase region and is limited to a few sites in the Grand Canyon, Snake Gulch, and Short Creek areas. The St. George Basin also had a coexistent farming and foraging tradition after about AD 100, or about two centuries after farming had taken root in the Grand Staircase.

Pithouses associated with Early Agricultural maize farming in the Escalante River Basin have not yet been documented, even though maize farming had become established there by about AD 200. The absence of residential architecture coequal to the pithouse tradition in the Grand Staircase is puzzling. This has been interpreted by some that Ancestral Fremont farmers were also foragers, and that the absence of permanent or semi-permanent residences reflects much higher mobility required to hunt and gather wild resources. The lack of Ancestral Fremont pithouses in the Escalante River region likely reflects the fact the pithouses are present but simply haven't yet been identified.

Generally, the period from 1000 BC to AD 500 can be characterized by a continuation of hunter-gatherer subsistence strategies by some groups at the same time other groups were becoming almost entirely dependent on maize. Some groups were increasingly sedentary, constructing residences that were occupied most of the year, whereas other groups moved seasonally between rockshelters and open camps, some of which had been favored for millennia.



Johnson Canyon

Photo: Jerry D. Spangler



Chapter 5

The Fremont Complex:
AD 500 to 1300

Calf Creek Falls

Photo: Dan Bauer

Most traditional definitions of the Fremont Complex have relied heavily on artifact catalogs that emphasize figurines, stone balls, moccasins, and Utah-type metates, as well as the distinctive Fremont rock art tradition. But trait lists used to define the Fremont are, as Ambler (1970:7) observed, "so generalized as to be useless," and in fact, "there are actually rather few distinctive and typical traits that are found over the entire area usually considered to be Fremont." David Madsen (1979) emphasized that the Fremont culture is not a shared artifact tradition, nor can it be explicitly defined, and therefore it probably doesn't exist. Marwitt (1979:735) responded that the term Fremont does not have to imply an entity, "just a label for the sum of the variation among the differentially horticultural, variably sedentary, and perhaps separately derived populations located roughly north of the Colorado and Virgin Rivers."

For the purposes of this chapter, the label Fremont Complex is used as an umbrella term to describe adaptations manifest in the eastern portion of GSENM from about AD 500 to 1300. Generally, lifeways at this time are characterized by increased reliance on domesticated foods, increased sedentism, and increased socioeconomic interaction with Ancestral Puebloan groups to the south and west, as well as other Fremont groups to the north and northwest. The defining characteristic demarcating the beginning of the Formative is the appearance of a fully developed grayware ceramic tradition.

Agricultural lifeways sharing similar traits can be ascribed to groups adapted to the Escalante River and adjacent uplands, as well as the Dirty Devil drainage to the east, the Fremont River valley to the north, and the Kaiparowits Plateau to the west (Figure 5.2). These might have included seasonal farming of the Escalante River bottom during warmer months and winter residences elsewhere that were oriented toward seasonal migrations of large game (McFadden 2016), or it might have involved seasonal population dispersals from residential bases to exploit a wide variety of optimal lowland and highland environmental niches both for agricultural purposes and wild plant resources, followed by population aggregations in the Escalante Valley during the winter months (Jordan and Talbot 2002).

In this chapter, we discuss the Fremont Complex in terms of an early manifestation (AD 500 to 1050) and a later one (AD 1050 to 1300), with an emphasis on how Fremont adaptations changed through time. We emphasize that domesticated maize, squash, and probably beans constituted a significant part of the Fremont diet at this time, although the abundance of forager sites in the region suggest some groups might have depended on wild resources much more so than others, and certainly more than their Ancestral Puebloan neighbors to the west. All groups would have had access to pottery, but ceramics might have been a relatively minor part of the domestic tool kit among more mobile foragers in the area. And the proliferation of seasonal and permanent residences reflects a social structure characterized by nuclear or extended families with very little evidence of larger population aggregations that were common among Basketmaker III and Pueblo I groups living in the Grand Staircase at the same time.

**The Fremont were predominantly agricultural, but not all Fremont were fully committed farmers, or at the very least some of them were less successful at it, which warranted greater reliance on wild resources.**

We retain the label Fremont Complex inasmuch as the term "complex" is plural and therefore reflects the possibility of multiple adaptations operating within the limits of the local environment at any given point in time (heterogeneity), rather than a single uniform lifeway (homogeneity). More simply put, the Fremont were predominantly agricul-



**Figure 5.2: General location of Fremont sites discussed in this chapter.**

tural, but not all Fremont were fully committed farmers, or at the very least some of them were less successful at it, which warranted greater reliance on wild resources to ameliorate crop failures.

The culture history of the Escalante River Basin Fremont can be summarized as follows:

- Ancestral Fremont groups were farming along the Escalante River for at least 300 years before the advent of ceramics, and farming was obviously a successful strategy, as evidenced by the large numbers of granaries and cists constructed for food surpluses (see Chapter 4).

- A fully developed grayware ceramic tradition appeared in the region about AD 500, characterized mostly by basalt tempering agents. These ceramics are largely indistinguishable from Fremont ceramics at sites farther to the north, but they are quite dif-



Figure 5.3:  Fremont images are highly recognizable by the trapezoidal shape of the human bodies. In the Fremont River and Escalante River regions, these human figures are depicted with necklaces, headdresses, ear bobs, and other ornaments.

ferent from sand-tempered ceramics used by Ancestral Puebloan groups to the south and west at the same time.

● Some Fremont groups probably dispersed in the spring to farm maize in optimal niches in the Escalante River lowlands or along higher-elevation tributaries, and then they returned to winter residences after the harvest. Some might even have tried their hand at dry farming on the Kaiparowits Plateau.

● Early socioeconomic interactions were primarily oriented toward other Fremont groups to the north and northwest, suggesting a hard boundary between the Fremont and their Ancestral Puebloan neighbors. This boundary became more permeable after about AD 750 when Fremont groups began to embrace Ancestral Puebloan architectural styles and acquired minor amounts of Ancestral Puebloan ceramics.

● Boundaries might have collapsed altogether by about AD 1050 when the Fremont presence here became largely invisible in the wake of Ancestral Puebloan immigration with different ceramics and architecture. The Fremont signature resumed in the AD 1200s once the immigrants had left

### The Fremont in Historical Context

Scholars a century ago commonly described Formative groups north of the Colorado River as country cousins of the better known Southwestern groups of the Four Corners region, or as Neil Judd (1926:152) put it, they were "definitely and directly related to those pre-Pueblo and Pueblo cultures represented by the prehistoric ruins of northern Arizona, New Mexico and Colorado."

By the late 1920s, scholars at the Peabody Museum at Harvard University began to recognize

that ancient peoples on the so-called "Northern Periphery" were comparatively different (see Spangler and Aton 2018 for historical context). And in 1931, Noel Morss offered his classic definition of the Fremont culture based on his investigations in the Torrey area just north of GSENM. Morss' definition (1931:76-77), although based largely on artifact types, remains relevant to modern researchers:

Although the culture was partly and perhaps predominantly agricultural, the inhabitants of the Fremont region were also dependent in good part on the game supply. Small granaries apart from any dwellings show that the people moved about, in all probability living in flats in the summer and cultivating corn, and in the winter in sheltering canyons around the mountains and devoting themselves to hunting. In its general features, the culture remained at the Basketmaker III level, as shown by the pottery, the figurines, the absence of cotton and turkeys, the twined-woven mats, the fur cloth, the relative abundance of coiled basketry, the various forms of snares and traps, and the general shape of the anthropomorphic pictographs. Only in a few characteristics — the bow and arrow, mountain sheep pictographs, stone drills, and possibly head deformation — does the culture show traits in common with the early Pueblo culture with which it had contacts.

**"Small granaries apart from any dwellings show that the people moved about, in all probability living in flats in the summer and cultivating corn, and in the winter in sheltering canyons around the mountains and devoting themselves to hunting" — Noel Morss, 1931**

Morss' monograph energized the debate on Formative manifestations north of the Colorado River. Julian Steward (1940:468-469) also described Formative manifestations as a cultural hybrid consisting "of a blend of Derived Basket Maker and Early Pueblo elements, which persisted with little change in the north." Burgh and Scoggin (1948:86-88) later referred to the Fremont as "static and uninspired" compared to those of the Southwestern cultures, suggesting a "passive acceptance of southern culture traits, and even downright indifference

to the rapid and vigorous development of culture in the San Juan drainage."

Similar hypotheses were offered by Rudy (1953), Wormington (1955), and Jennings (1956), all of whom argued for diffusion of Southwestern traits into Utah where they were embraced by existing Archaic populations. These approaches were based largely on comparisons of artifact types and architectural features rather than behavioral differences. Jennings (1956:73) also argued that horticulture was "grafted onto an older life pattern," and that it persisted for a relatively short period of time before a resumption of hunting and gathering. Jennings believed that agriculture did not significantly alter the hunter-gatherer subsistence that had been practiced for millennia, and that "cultivated plants seem to have been regarded only as supplementary additions to the wild plant resources." Jennings assigned the term "Sevier Fremont" to Great Basin farming groups, while he retained the Fremont designation for those groups on the northern Colorado Plateau, although he believed that both the Fremont and the Sevier could even be referred to as the "Utah Anasazi" (1956:104).

Not all researchers were quick to embrace Jennings' hypothesis that the Fremont culture evolved through diffusion of various technologies from the Southwest. The rather sudden appearance of a fully developed farming lifeway with a fully developed ceramic tradition was interpreted by some as evidence of a northern migration of Southwestern peoples with existing ceramic, architectural, and horticultural traditions (Berry 1982; Berry and Berry 1986; Gunnerson 1969; Smiley 1985; Madsen and Berry 1975). As summarized by Gunnerson (1969:170), the "manifestations of the Fremont cul-

ture are remarkably similar throughout its time span, suggesting that this Puebloan complex entered the area after it was already developed, and as a unit. Such a phenomenon is more likely to be effected by a migrating population than by diffusion."

In the mid-1970s, researchers throughout Utah began to apply behavioral perspectives to Fremont research that eschewed traditional trait lists and material culture definitions. David Madsen (1979:720) described "at least two, and possibly three, separate groups sharing a thin veneer of traits, acquired perhaps through trade or through the spread of a cult characterized by figurines and rock art, [that] coexisted in areas north and west of the Colorado River." Similar to Jennings two decades before, he labeled Formative peoples of the Great Basin as the Sevier Culture, while those on the northern Colorado Plateau retained the Fremont designation; he also recognized an unnamed Plains-derived culture in northeastern Utah.

Madsen (1986:24-25; see also Madsen 1989) later expanded on this concept:

*One clear characteristic of the Fremont people was that they lived in many different kinds of environmental settings and were flexible enough to adapt to all of them. As a result, there was apparently a wide degree of variation in behavior and there was no one set of material remains resulting from that behavior which we can identify as Fremont. The Fremont seem to have ranged from full-time settled farmers to full-time mobile hunter-gatherers with everything in between. This variation was not just regional, but also temporal, with village farmers growing corn, beans and squash one year and breaking up into small bands of wandering wild plant collectors and hunters the next.*

"We can properly conceive of the Fremont as a unique and spatially focused tradition that was not beyond the border but that rather, for well over a thousand years, was the northern border of the Southwest" — Richard Talbot

This theme was echoed by Simms (1986, 1990, 1994a), who described the Fremont within the context of adaptive diversity, suggesting at least three basic farmer-forager strategies: (1) The Fremont might have been full-time farmers with low residential mobility who supplemented their annual diet with some foraged foods, (2) Fremont farmers might have relied heavily on farming, but switched agricultural settlements often by employing group fission and fusion to maintain a focus on farming or to incorporate a more productive mix of foraging and farming, and (3) Some Fremont groups might have practiced little or no farming, but maintained variable relationships with farmers.

The concept of different adaptations to different environments prompted many archaeologists to embrace the term Fremont Complex (cf. Madsen and Simms 1998) as the preferred nomenclature, rather than Fremont Culture which implied homogeneity across vast landscapes and different environments. Madsen (1979) and Madsen and Simms (1998) rejected traditional Fremont agricultural models offered by earlier generations of researchers in favor of one emphasizing adaptive diversity with a "complex" of predictable behaviors involving a continuum of foraging and farming that subsumed all non-farmers and farmers under the Fremont label.

Although behavioral ecology has remained a popular currency among many Fremont researchers, Fremont theory has evolved over the past two decades under the influence of scholars at Brigham Young University, who largely rejected "the cascade of assumptions and inferences" inherent in behavioral models. Instead, they have examined the Fremont from the perspective of interregional and intraregional systems, socioeconomic dynamics, ethnic boundaries and borderlands, and cultural com-

monalities across the northern Colorado Plateau and greater Southwest (Talbot 2012, 2018, 2019).

Their systems approach first emerged through landmark research at Five Finger Ridge near Richfield (Janetski et al. 2000; Talbot et al. 2000) and the Steinaker Gap Site in the Uinta Basin (Talbot and Richens 1994, 1996), which provided the impetus for subsequent Fremont research in Capitol Reef National Park (Janetski et al. 2005) and the Escalante River Basin discussed in this chapter.

Whereas Madsen and Simms (1998) had sought to divorce the Fremont from traditional agricultural models, BYU researchers re-examined the Fremont from a regional perspective wherein they are seen as distinctly Southwestern farmers who were integrated into regional networks (Talbot 2018, 2019). As summarized by Talbot (2002:288), "we can properly conceive of the Fremont as a unique and spatially focused tradition

that was not beyond the border but that rather, for well over a thousand years, was the northern border of the Southwest."

### Variants and Phases

Defining spatial and temporal frameworks for the Fremont proved problematic throughout the first four decades of Fremont scholarship, given the relative lack of radiocarbon and dendrochronological dates for the entire Fremont area. Many temporal frameworks were hypothesized with little or no corroborative evidence (e.g., Ambler 1969; Breternitz 1970; Gunnerson 1969), which created a paradigm wherein archaeologists first created artificial categories and then interpreted the archaeological record to correspond to those preconceived categories. The Fremont culture was conveniently described in the 1960s and early 1970s as a northern extension of Ancestral Puebloans of the Kayenta and/or Virgin River regions, who migrated into



Figure 5.4: Organizing the Fremont into time periods has been a popular pastime among archaeologists for the past half century.

- 165 -

northern Utah during Pueblo II and Pueblo III times, bringing cultigens, ceramics, and sedentary lifeways with them.

Their argument that the Fremont culture was a late Formative manifestation has not withstood subsequent investigations. Hundreds of radiocarbon dates have now been reported (more than 90 in the Escalante River Basin alone) that demonstrate that Fremont groups occupied Utah continuously from about AD 500 to 1300, and that semi-sedentary lifeways ancestral to the Fremont Complex, focused to a greater or lesser degree on agriculture, had become entrenched by at least by AD 200, if not earlier (Talbot and Richens 1996). These adaptations were similar across broad regions, differing only in terms of farming strategies, ceramic temper preferences, and rock art styles.

How to spatially and temporally organize the Fremont dataset has enjoyed a long history of debate. Julian Steward (1933a, 1940) was perhaps the first to recognize Fremont cultural variability, identifying three broad variants within a "Northern Periphery," one centered in eastern Utah, another on the eastern shore of the Great Salt Lake, and the third in the Sevier Desert region of southern Utah. Others expanded on that idea, adding even more variants (Ambler 1966. 1967; Rudy 1953).

The concept of regional variants crystallized in the late 1960s and early 1970s, culminating in John Marwitt's (1970) scheme that formally defined five regional Fremont variants north of the Colorado River. Subsequent researchers have proposed additional Fremont variants or other taxonomic designations (Black and Metcalf 1986; Creasman 1981; Schaafsma 1971; Spangler 1993), but Marwitt's original scheme has proven quite resilient. In the GSENM region, Fremont lifeways are found exclusively in the Escalante River Basin, as well as the adjacent Kaiparowits Plateau, Waterpocket Fold, Circle Cliffs, and Fremont River areas. These are invariably included within the framework of what Marwitt (1970:143-145) described as the San Rafael Fremont (Figure 5.4).

Marwitt's definition (1970) of the San Rafael Fremont also noted the presence of wet-laid

and dry-laid masonry architecture, slab-lined pithouses, greater amounts of Ancestral Puebloan trade ware, and a variety of projectile points with minimal diagnostic value. Village sites in the region were generally small and were located on high ridges, knolls, or buttes well above arable land, and a few might have been fortified. Additionally, small alcoves and rockshelters were utilized primarily for storage, as well as limited habitation that suggested temporary or intermittent hunting and gathering activities.

Several researchers have attempted to define temporal phases for the San Rafael Fremont. For example, Black and Metcalf (1986:13) suggested a Muddy Creek Phase (AD 700 to 1000) characterized by increased sedentism, a variety of small and dispersed dwellings, undecorated grayware vessels, and Rose Spring arrow points. The Bull Creek Phase (AD 1000 to 1200) was characterized by Ancestral Puebloan trade wares, Ivie Creek Black-on-white, decorated Emery Gray ceramics, coursed-masonry surface dwellings and storage structures, Bull Creek and Nawthis Side-notched points, and figurines. Generally, they suggested small Fremont sites were most common during the Muddy Creek Phase.

The validity of Fremont variants and phase sequences has provoked considerable debate about culture classifications and artificial constructs. On one extreme, Aikens (1972:64) argued that Fremont variants should be recognized as the taxonomic equivalents of various branches of Ancestral Puebloan groups (e.g. Kayenta, Mesa Verde, Chaco). On the other hand, Madsen (1979) and Madsen and Lindsay (1977) discarded the concept of Fremont variants altogether, drawing distinctions only between the generalized subsistence patterns exhibited by prehistoric inhabitants of the Great Basin and the Colorado Plateau.

Most efforts to refine the spatial and temporal context of the San Rafael Fremont have borrowed from or modified the sequences proposed by Black and Metcalf (1986) and Schroedl (1992). But earlier researchers rarely included specific Escalante River sites within their temporal or spatial analyses of the San Rafael Fremont, and the validity of their broad generalizations was questionable. This prompted Geib (1996c, 1996d) and McFadden

(2016) to propose temporal sequences specific to the upper and lower Escalante River regions, although both retained San Rafael Fremont as a generic descriptive term.

Geib (1996d) defined the Formative (AD 500-1300) as a stage of cultural development characterized by a strong reliance on agriculture, permanent or semi-permanent habitations, and pottery production. Since there were no reported dates for the earliest ceramics in the Escalante River drainage at the time he published his monograph, AD 500 was considered an educated guess – a date that seems more and more reasonable in light of a suite of radiocarbon dates are associated with grayware ceramics. This is two centuries earlier than the AD 700 date suggested by Rex Madsen (1977) for Emery Grayware, which is the most commonly occurring type in the Escalante River drainage.

Geib initially defined an Early Agricultural period to describe all agricultural adaptations in the region prior to the introduction of ceramics at about AD 500 and an Early Formative period from AD 500 to 1050 that encompassed Fremont occupations in the Escalante River country. McFadden (2016) applied the term Escalante River Phase to the Ancestral Fremont presence from about AD 100 to 500 (see discussion in Chapter 4) and he assigned the term Wide Hollow Phase to Fremont occupations from AD 500 to 1050.

The Wide Hollow Phase has become synonymous with the Fremont Complex in the Escalante River Basin, and as such it warrants additional discussion. McFadden (2016) defined the Wide Hollow Phase as a period when Fremont ceramics were introduced to the Escalante River drainage and surrounding uplands, agriculture contributed significantly to diet and settlement patterns,

and residential architecture, even if seasonally occupied, became standardized. Fundamental to McFadden's Wide Hollow Phase hypothesis are the following concepts:

● Wide Hollow Phase sites are virtually indistinguishable from Early Agricultural sites, the only difference being "ceramics are simply inserted into an otherwise uninterrupted continuum of occupation" (McFadden 2016:202).

● Cultivation of maize and squash contributed significantly to the diet, but this subsistence pattern was oriented toward seasonal movements "between farming locations in the canyons and winter residential sites in the uplands that were near big game winter ranges" (McFadden 2016:203).

● Interaction with neighboring groups was limited prior to AD 1050, and the Escalante River drainage was exploited almost exclusively by Fremont groups (McFadden 2016:203-204), what Geib (1996e) referred to as "cultural boundedness."

**The earliest Fremont sites are virtually indistinguishable from Early Agricultural sites in the same area, the only difference being that grayware ceramics were added.**

Both Geib (1996e) and McFadden (2016) used the term Late Formative to describe Fremont adaptations between AD 1050 and 1300, a period of time when Fremont and Ancestral Puebloan occupations became indistinguishable, or when the Fremont were replaced by Pueblo II immigrants with different ceramics and architectural styles. McFadden has argued the Wide Hollow Phase ended at about AD 1050, after which sites always exhibit abundant Ancestral Puebloan ceramics. Because the Ancestral Puebloan sites after AD 1050 were markedly different than earlier Wide Hollow Phase sites, McFadden suggested the term Fiftymile Mountain Phase to delineate Ancestral Puebloan occupations that appear "abruptly as an adaptation employing [Ancestral Puebloan] ce-

- 167 -

ramic, projectile point, and architectural types" (2016:215). He referred to Fremont sites at this time simply as Late Formative.

McFadden believes evidence is rather sparse that Fremont and Ancestral Puebloan populations co-occupied the region during Late Formative times, but others (Janetski et al. 2012) see growing evidence that both groups lived here at the same time, and that Fremont groups might have re-occupied certain sites after the Ancestral Puebloans abandoned the region. At Arrowhead Hill, Fremont potsherds were found on the floors of Ancestral Puebloan houses, and Ancestral Puebloan potsherds were found on the floors of Fremont pithouses, suggesting either the Fremont were living directly on site in the AD 1100s or they were living nearby.

Richard Talbot believes the "two populations had a contemporaneous relationship closer than just trade partners," and the two cultural groups were likely co-residents in the Escalante Valley (personal communication 2018). And because both groups occupied the same area, Janetski et al. (2012:206-207) suggested the term Fiftymile Phase should apply equally to both groups.

Talbot has suggested a more consistent approach would be a phase name for Fremont adaptations after AD 1050, such as Arrowhead Phase or Coombs Phase, that is coequal to the Fiftymile Mountain Phase as used for the Ancestral Puebloan manifestation (personal communication 2018). This issue has not yet been resolved.



**Figure 5.5: Fremont grayware pottery is defined by differences in the tempering agents added to the clay. In the Escalante River area, this is predominantly crushed basalt from outcrops that has eroded from Boulder Mountain.**

### Pots and Beans: An Overview

An investment in durable (and heavy) ceramics is further evidence that groups that once relied on mobility to compensate for resource shortfalls began to develop more reliable technologies for food production and processing (Mills 1989). This, in turn, is reflected in increased sedentism. Reed et al. (2000:219) have described a correlation between grayware ceramics and year-round occupation of Ancestral Puebloan sites by the AD 500s and early AD 600s that "supports a shift to household sedentism through which mobility for resource exploitation would have been achieved by task groups." This observation is intriguing for the Escalante River Basin because a similar grayware tradition is present, but there is minimal evidence, as yet, of year-round occupation.

A fully developed grayware tradition had appeared by about AD 500 in both the Grand Staircase and Escalante River Basin subregions of GSENM. Basketmaker III peoples of the Grand Staircase preferred sand-tempered graywares commonly referred to as North Creek Gray and Shinarump Gray, and Fremont groups of the Escalante River drainages preferred basalt-tempered grayware now referred to as Emery Gray. The appearance of grayware ceramics at the same time in both regions is probably not coincidental, but the reasons for this co-occurrence have not been adequately explored.

The production of ceramics is generally seen as evidence of increased sedentism that comes with increased dependence on domesticated food resources, in particular beans which require more durable containers that allowed cooking for extended periods. As Paul Reed (2000:8) observed, "With an earlier commitment to corn and bean agriculture and sedentary living than previously thought, the earlier production and use of durable ceramic containers are logical accompaniments, one of many technological changes necessary to meet the storage and processing needs of an agricultural, sedentary people," and that beans require nearly constant tending, and therefore they "were perhaps the final crop that made sedentism fully necessary."

If bean cultivation was the final step toward sedentism, as evidenced by the appearance of ceramic containers durable enough to boil beans, then it should also be noted that very few early Formative sites in the Escalante River Basin have yielded beans in firmly dated contexts. The best early evidence of beans comes from Bechan Cave in the lower Escalante River region (Agenbroad 1990b). A bean recovered from upper strata returned a radiocarbon date of 1310 ±100 BP (AD 730 median probability) and a fragment of squash returned a radiocarbon date of 1400 ±150 BP (AD 638 median probability).

Even if beans were a minor part of the Fremont diet, it is just as probable that ceramic vessels proved more efficient for cooking other foods, as well. A growing number of radiocarbon dates with median probability ages between AD 400 and 600, almost all of them derived from maize remains indirectly associated with grayware ceramics, have been reported (see Table 5.1).

- The most common early ceramic type is basalt-tempered Emery Gray (cf. Madsen 1977; Watkins 2009). The Escalante River samples all conform to traditional characteristics assigned to this type, and they always exhibit igneous tempering agents that are found on Boulder Mountain or the fluvial deposits of the Escalante River (Temper Variety A and Temper Variety B), and therefore they represent local production (Geib 1996d; Geib

> **A fully developed grayware tradition was evident by about AD 500 in both the Grand Staircase and Escalante River regions. The basalt-tempered grayware preferred by the Fremont is now referred to as Emery Gray.**

Table 5.1

| Site No. | Site Name | General Location | Conventional Age BP | δ¹³C ‰ | 95 Percent Probability | Median Probability | Lab No. | Provenience | Ceramic Types | Citation |
|---|---|---|---|---|---|---|---|---|---|---|
| 42Ka172 | Abrey Site | Coyote Gulch | 1690 ± 80 | -11.1 | AD 139-540 | AD 348 | Beta-34942 | Level II-III | Snake Valley Gray, North Creek Gray | Geib 1996c-58 |
| 42Ga103 | Pantry Alcove | Harris Wash | 1640 ± 80 | -12 | AD 235-595 | AD 412 | Beta-34936 | Cist 7, Stratum 2 | Emery Gray | Geib 1996c-87 |
| 42Ga4521 | | Escalante River | 1610 ± 120 | 10.1 | AD 142-652 | AD 436 | Beta-134611 | Site Surface | Emery Gray | McFadden 2016:302 |
| 42Ga4545 | | Escalante River | 1590 ± 80 | -9.8 | AD 258-636 | AD 469 | Beta-134616 | Site Surface | Emery Gray | McFadden 2016:302 |
| 42Ga4655 | Sand Wash Alcove | Escalante River | 1580 ± 40 | -9.6 | AD 398-563 | AD 482 | Beta-140954 | Surface | Emery Gray, Coombs Corrugated | McFadden 2016:302 |
| 42Ga103 | Pantry Alcove | Harris Wash | 1570 ± 70 | -12.1 | AD 344-625 | AD 487 | Beta-34937 | Between Cists 7-8 | Not Specified | Geib 1996c-87 |
| 42Ga298 | Triangle Cave | Harris Wash | 1570 ± 80 | 10.1 | AD 267-644 | AD 486 | Beta-34938 | FS27.1 Stratum 2 | Emery Gray, Kayenta Gray/White | Geib 1996c-87 |
| 42Ga102 | Sheep Horn Alcove | Harris Wash | 1520 ± 100 | -11.5 | AD 262-679 | AD 518 | Beta-34934 | FS34.1 Structure 1 | Emery Gray | Geib 1996c-87 |
| 42Ga3128 | Deer Creek Shelter | Deer Creek | 1460 ± 40 | AMS | AD 485-648 | AD 602 | CAMS-74937 | Ash Lens F555 | Emery Gray | Talbot et al. 2002:17 |
| 42Ga5169 | Arrowhead Hill | Wide Hollow | 1420 ± 40 | -10.4 AMS | AD 565-661 | AD 623 | Beta-194031 | Storage Pit 2 Fill | Emery Gray | Janetski et al. 2012:194 |
| 42Ko0178 | Gates Roost | Twentyfive Mile Wash | 1420 ± 70 | -9.8 | AD 565-661 | AD 623 | Beta-34945 | FS17 Living Area | North Creek Gray | Geib 1996c-87 |

Table 5.1: Sites in the Escalante River Basin with early Formative radiocarbon dates and associated grayware ceramics. All dates are from maize except CAMS-74937 (pine cone scale). The 95 percent probability ranges were obtained using the Bchron library (Parnell 2016) in the R environment (R Core Team 2017) following the IntCal13 calibration curve (Reimer et al. 2013).

and Lyneis 1996). Other Fremont graywares (Sevier Gray and Uinta Gray) are found, but are comparatively rare.

● Snake Valley Gray, a type tempered with a combination of quartz, feldspar, and biotite mica, are common at sites in the Escalante River region, but they are usually few in number at any given site. An analysis of the composition of Snake Valley Gray found at the Alvey Site revealed they were identical to those found in the Parowan region. As Geib (1996d:89) observed, "I have no doubt, therefore, that this type of pottery … is trade ware," suggesting a socioeconomic connection to other Fremont groups to the northwest.

● The third early ceramic type was initially identified as North Creek Gray during the course of the Glen Canyon Project (Gunnerson 1959b). But Geib's later analysis (1996d) led him to conclude they shared similarities to sand-tempered types of the Virgin Branch and Kayenta regions, but they were nonetheless different. He suggested they simply be called Sand Tempered Utility Ware. The presence of sand-tempered ceramics in a region where potters overwhelmingly preferred basalt tempering agents might suggest interaction with contemporaneous Ancestral Puebloan groups. There is also the possibility that graywares similar to North Creek Gray might actually represent local production by individuals knowledgeable of ceramic production techniques farther to the south and west.

We emphasize that none of the early radiocarbon dates from sites with grayware ceramics are firmly associated with the ceramics themselves. It is probable, given the cumulative data, that ceramics became part of the local tool kit by about AD 500, but it could have been a century later. McFadden (2016) believes the most convincing evidence is that from Sand Wash Shelter, where a corncob returned a radiocarbon date of 1580 $\pm$40 BP (AD 482 median probability).

Fremont ceramics are quite common in the Escalante River Basin, occasionally numbering in



Figure 5.6: Masonry granaries are found throughout the Escalante River Basin, especially along the river itself. Almost all are attributed to Fremont farmers.

the hundreds at some open sites and in the thousands at some excavated sites. This stands in contrast to San Rafael Fremont sites farther to the north where Fremont ceramics are few in number even at the most complex sites. Noel Morss, whose 1931 monograph first articulated the Fremont Culture concept, later wrote (1932), "we found pottery so scarce in certain sites in the Fremont district as to suggest that perhaps there was a time when, if not entirely absent, it was perhaps not made locally."

There is a common assumption that locally made Fremont pottery in this region was exclusively and monotonously Emery Gray that was devoid of creative variation. Plain gray certainly dominates the ceramic assemblages, but there was apparently some experimentation with coloration, painting, and slipping. Lane Richens' (2014) analysis of the ceramic collection recovered from the Spillway Site near Escalante found Emery Gray potsherds with a red hematite wash, Emery Gray with a red hematite wash and yellow paint, Emery Gray with a red slip, Emery Red-on-gray, and Emery Black-on-gray. Additionally, Snake Valley Black-on-gray and Ivie Creek Black-on-white types were imported to the region from Fremont groups to the northwest.

### The Fremont Database

McFadden's phase sequence has emerged as the prevailing temporal framework for Fremont adaptations in the region, and we therefore examine the relevant datasets within the context of his assumptions. Specifically, we discuss evidence of bi-seasonal mobility between home bases in the uplands and farming base camps in the river bottom, winter adaptations oriented toward mule deer procurement, and the nature of hard-versus-permeable boundaries with neighboring Ancestral Puebloan groups. Late Formative adaptations are briefly discussed within the context of Fremont displacement, assimilation, and co-residency, as well as the breakdown of cultural boundaries that characterized the entire northern Colorado Plateau between AD 900 and 1050 (cf. Geib 1996e; Madsen and Simms 1998; Talbot 2000).

We use two different datasets to address these questions.  First, we cataloged all known ra-

diocarbon dates with median probability ages between about AD 500 and 1300. This catalog includes dates from sites within GSENM, as well as contiguous areas of the Waterpocket Fold, Boulder Mountain foothills, the Fremont River valley, and Glen Canyon. These dates were then recalibrated and the results were tabulated and organized according the following site types, each with implications for the questions being asked: (1) open and sheltered artifact scatters with and without minor features such as hearths, alignments, and rock art that are probably indicative of seasonal occupations, either as field maintenance camps or foraging camps, (2) storage sites where there is minimal or no evidence of residential activities, suggesting remote storage strategies, and (3) open and sheltered residential sites with and without associated features, such as on-site storage, that suggest permanent or semi-permanent occupations.

Second, we cataloged all archaeological sites within GSENM where the state site forms referenced a Fremont presence. This dataset, which is highly subject to individual bias as to what constitutes a "Fremont" site, includes sites with Fremont ceramics in greater or lesser quantities, forager sites with Rose Spring arrow points, granaries and pithouses where the architectural style is consistent with Fremont structures elsewhere, and rock art styles generally considered to be Fremont based on the trapezoidal or triangular nature of the anthropomorphs. A Fremont designation was noted on more than 200 sites in the region. These sites were then organized according to the primary activity represented at the temporary/seasonal camps, storage sites, and semi-permanent residential sites.

### Summer Camps

A fundamental component of McFadden's (2016) bi-seasonal settlement pattern for the Fremont Complex is spring population dispersals from upland winter residences to temporary residences along arable lands at lower elevations of the Escalante River and its tributaries. This model is similar to that proposed by Geib for the lower Escalante River and Glen Canyon areas where he identified three general site types: field stations, food storage, and residences. The summer residences

along the Escalante River would have been, for the most part, field stations, which he noted (1996d:93), "were perhaps lived in temporarily and sporadically during the growing season, but probably rarely any length of time and not for overwintering. They could well have food storage features or perhaps features to hold next year's supply of crop seed."

In the lower Escalante River country, these field camps were situated in and around naturally occurring alcoves and rockshelters, which served short-term residential purposes, and these shelters were located in close proximity to the maize fields, as evidenced by the presence of corn stalks and corn husks that are rarely transported significant distances. They also exhibit evidence of repeated occupations, suggesting the same sites were re-occupied year after year. And most exhibit some evidence of on-site storage, usually subterranean cists, although these are usually quite small and might reflect storage of seeds for planting the following spring (Geib 1996d).

These lower elevations were well watered and had longer growing seasons that lessened risks of late spring and early fall frosts. But more recent research in the upper Escalante River Basin and on the east flank of Boulder Mountain has demonstrated the same pattern of seasonal residences situated along permanent water sources, but at elevations 1,000 to 2,000 feet higher than contemporaneous lowland sites (Janetski et al. 2005; Talbot et al. 2002). In other words, the length of the growing season was not a determining factor when deciding where to locate fields, but rather it was the presence of arable lands and permanent water. For our purposes, lowland sites are those below 5500 feet elevation and upland sites are above 5500 feet elevation, following Harris's (2009) Fremont site distribution analysis.

The term "field camp" is intended to describe a temporary residence used during planting, maintaining, and harvesting of cultivated food resources. Because the maize growing season is six to seven months, the idea these were temporary residences does not fit comfortably into definitions offered by Baer and Sauer (2003:147-148) and Harris (2005:98) for the Escalante River Basin. They de-

scribed "long term residences" as occupations of at least half the year and with evidence for more substantial residential structures, and "seasonal residences" where there is evidence for occupations of several weeks up to two or three months and residences that were light brush structures with no evidence of depressions or masonry construction. As used here, field camps would have been occupied more than half the year (May to October) and therefore would have been "long term," but the residences themselves reflect expedient use of alcoves, rockshelters, and light brush structures and therefore would have been "seasonal."

The defining characteristics of the summer field camps can therefore be summarized as follows:

● Residences reflected expediency over permanence, and if residences were constructed, they were light-weight structures or windbreaks situated inside alcoves and rockshelters, or they were light brush structures on terraces and ridges adjacent to the floodplain.

● Field camps were exclusively warm-weather occupations, and fire hearths would have been few in number and limited primarily to food preparation.

● Residential trash would have been minimal in any given year, but repeated short-term occupations of favored locales over hundreds of years would have resulted in the accumulation of substantial middens in a few instances.

● Groups sizes would have been small, but large enough to have allowed forays to procure wild plant and animal resources by some individuals while others remained behind to maintain and protect cultivated resources.

● Given that the optimal planting time for maize is early-to-mid May, groups probably arrived in the lower Escalante River country in mid to late April to begin field preparations, and perhaps somewhat later at higher elevations. They all would have left by middle October upon completion of the harvest.

● The small size of the cists and granaries at these field camps suggests storage for immediate con-

Table 5.2

| Site Number | Site Name | General Location | Elevation | Sample Material | Conventional Age BP | δ13C ‰ | 95 Percent Probability | Median Probability | Lab Nos. | Provenience | Citations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42Ka2745 | Messier Knapper | Bowns Canyon | 4040 | Charcoal | 1525 ±190 | n/a | AD 231-754 | AD 508 | GX-11336 | Locus A | Bungart and Geib 1987:98 |
| 42Ga0102 | Sheep Horn Alcove | Harris Wash | 4800 | Zea Mays | 1520 ±100 | 11.5 | AD 298-670 | AD 518 | Beta-34934 | Lower Fill FS34-1 Structure 1 | Geib 1996:87 |
| 42Ga4561 | White Sheep | Escalante River | 4880 | Zea Mays | 1520 ±80 | -9.6 | AD 368-646 | AD 525 | Beta-134617 | Site Surface | McFadden 2016:302 |
| 42Ga4561 | White Sheep | Escalante River | 4880 | Zea Mays | 1500 ±80 | 9.9 | AD 395-657 | AD 547 | Beta-134618 | Site Surface | McFadden 2016:302 |
| 42Ka2744 | Sitio del Fuego | Bowns Canyon | 4080 | Charcoal | 1500 ±70 | n/a | AD 415-648 | AD 551 | Beta-16270 | Lower Slab-Lined Hearth | Bungart and Geib 1987:96 |
| 42Ga4538 | | Escalante River | 4900 | Zea Mays | 1490 ±70 | -9.7 | AD 421-653 | AD 561 | Beta-134613 | Site Surface | McFadden 2016:302 |
| 42Ga0288 | Triangle Cave | Harris Wash | 4960 | Zea Mays | 1480 ±50 | -11 | AD 439-646 | AD 580 | Beta-34940 | FS127.1 Stratum 3 | Geib 1996:87 |
| 42Kr0178 | Gates Roost | Twentyfive Mile Wash | 4800 | Zea Mays | 1420 ±70 | -9.8 | AD 449-751 | AD 618 | Beta-34945 | FS17 Living Area | Geib 1996:87 |
| 42Ka2546 | Bechan Cave | Bechan Canyon | 4200 | Squash | 1400 ±150 | AMS | AD 328-946 | AD 638 | AA-4173 | Culture Period IV | Agenbroad et al. 1989:344 |
| 42Ga0276 | Red Feather | Harris Wash | 4940 | Zea Mays | 1360 ±80 | -21.3 | AD 517-867 | AD 671 | Beta-78335 | Feature 1 | Geib 1996:114 |
| 42Ga4561 | | Escalante River | 4880 | Zea Mays | 1320 ±70 | -9.6 | AD 603-877 | AD 713 | Beta-134619 | Site Surface | McFadden 2016:302 |
| 42Ga02743 | | Bowns Canyon | 4040 | Charcoal | 1315 ±75 | n/a | AD 601-888 | AD 718 | GX-11340 | Hearth | Bungart and Geib 1987:96 |
| 42Ka2546 | Bechan Cave | Bowns Canyon | 4200 | Bean | 1310 ±100 | AMS | AD 557-947 | AD 730 | AA-4172 | Culture Period IV | Agenbroad et al. 1989:344 |
| 42Ka2756 | Co-op Site | Bowns Canyon | 4120 | Charcoal | 1290 ±75 | 25 | AD 628-926 | AD 740 | GX-11338 | Upper Lens, Locus B | Bungart and Geib 1987:78 |
| 42Ga0288 | Triangle Cave | Harris Wash | 4960 | Zea Mays | 1270 ±70 | -11.2 | AD 655-937 | AD 751 | Beta-34939 | FS62.7 Stratum 2 | Geib 1996:87 |
| 42Ka2546 | Bechan Cave | Bechan Canyon | 4200 | Zea Mays | 1240 ±180 | AMS | AD 439-1158 | AD 860 | AA-4174 | Culture Period IV | Agenbroad et al. 1989:344 |

## Table 5.2 (continued)

| Site Number | Site Name | General Location | Elevation | Sample Material | Conventional Age BP | δ13C‰ | 95 Percent Probability | Median Probability | Lab No. | Provenience | Citations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42Ga1541 | | Escalante River | 4840 | Zea Mays | 1230 ±60 | 9.5 | AD 676-945 | AD 792 | Beta 134608 | Site Surface | McFadden 2016:299 |
| 42Ga1434 | Escalante Canyon Above | Escalante River | 5360 | Zea Mays | 1070 ±60 | 9.4 | AD 794-1115 | AD 963 | Beta 177171 | Site Surface | R. Talbot, personal communication 2018 |
| 42Ka2756 | Co-op Site | Bowns Canyon | 4120 | Charcoal | 1060 ±80 | 25 | AD 778-1150 | AD 972 | Beta 16274 | Hearth 4, Stratum 2 | Buugart and Geib 1987:78 |
| 42Ga1541 | | Escalante River | 4840 | Zea Mays | 1030 ±70 | 9.9 | AD 827-1159 | AD 1007 | Beta 134669 | Site Surface | McFadden 2016:299 |
| 42Ka0172 | Abrey Site | Coyote Gulch | 4400 | Zea Mays | 970 ±100 | -10.6 | AD 821-1242 | AD 1074 | Beta 34943 | Level II, III | Geib 1996:87 |
| 42Ka2731 | | Bowns Canyon | 3960 | Charcoal | 950 ±160 | n/a | AD 737-1338 | AD 1071 | GX-11018 | T2(b) Ash Layer | Agenbroad and Mead 1990:52 |
| 42Ga4518 | | Escalante River | 5200 | Zea Mays | 950 ±80 | -8.7 | AD 922-1240 | AD 1096 | Beta 134610 | Site Surface | McFadden 2016:302 |
| 42Ga3970 | | Halls Creek | 5100 | Charcoal | 930 ±60 | -22 | AD 1006-1221 | AD 1106 | Beta 161576 | Feature 2 Hearth Fill | Janetski et al. 2005:65 |
| 42Ka2739 | Ceremonial Cave | Bowns Canyon | 4160 | Plant Pigment | 675 ±55 | -25.4 | AD 1249-1307 | AD 1318 | AA.5223 | Rock Art | Geib and Fairley 1992:164 |

Table 5.2:  Lower-elevation Fremont camp sites in the Escalante River Basin, Waterpocket Fold, and Fremont River Valley areas (below 5,500 feet elevation). The 95 percent probability ranges were obtained using the Bchron library (Parnell 2016) in the R environment (R Core Team 2017) following the IntCal13 calibration curve (Reimer et al. 2013).

sumption during the growing season and/or the storage of seeds for their return the following spring. By inference, most of the harvested maize would have been transported to a winter residence or cached in isolated granaries elsewhere where it was retrieved as needed during the winter.

### Lowland Field Camps

The Geib-McFadden models were constructed around the cumulative data from several sites in the lower Escalante River area that were first investigated during the course of the Glen Canyon Project (Gunnerson 1959b; Fowler 1963) and later re-examined by Geib (1996c, 1996d). Three sites are discussed here as representative of this site type, although several other similar sites have also contributed radiocarbon data. The radiocarbon data from lowland camps are briefly summarized in Table 5.2 above.

Typical of lowland field camp is the Alvey Site (42Ka178), an alcove site in the Coyote Gulch that was occupied periodically for a thousand years or more as evidenced by cultural materials 3.7 meters deep. The lowest non-ceramic level was about 2 meters thick and produced a series of four Early Agricultural radiocarbon dates (see discussion in Chapter 4). Level II and Level III represented repeated short-term occupations of the alcove during early and late Formative times. The presence of corn husks suggest maize farming occurred at or near the site. Corn husks and corn stalks have no nutritional or economic value, and therefore humans did not expend energy transporting those materials significant distances. When these items are observed in archaeological contexts, it is always assumed the fields are located nearby (Barlow and Metcalfe 1993).

Level II deposits at the Alvey Site were 60 to 90 centimeters thick and featured Snake Valley Gray and North Creek Gray potsherds, corner-notched arrow points (probably Rose Spring), unfired clay figurines, and three slab-lined storage cists constructed against the back wall of the alcove

or next to large rocks. The cists were relatively small and featured seams sealed with cedar bark or adobe.

Level III deposits were easily distinguished from earlier deposits both in terms of a sterile sand layer separating the two occupations and by a different artifact assemblage. A large D-shaped stone-and-adobe house structure, perhaps with attached storage units, was believed to represent the end of this occupation. Most storage facilities were represented by buried pots, baskets, or gourds that sometimes extended into Level II deposits. Arrow points were exclusively triangular in shape (probably Bull Creek points), and there was abundant residential detritus and exotic items such as beads, gaming pieces, a wooden shovel, a wooden ball, and cotton textiles and yarn. The ceramic collection was dominated by Tusayan Grayware and Tsegi Orange types, and the prevalence of corrugated types suggested an occupation sometime after AD 1050 (Gunnerson 1959b). A corncob from this level later returned a radiocarbon date of 970 $\pm$100 BP (AD 1074 median probability) (Geib 1996d).



Figure 5.7: Cottonwood "shovels" seem to be unique to the Fremont of the northern Colorado Plateau. These implements from eastern Utah dated very late in the Formative.

- 176 -

Utilization of the alcove appears to have remained consistent through time, representing short-term occupations, probably during the maize growing season from May through October. Maize was farmed nearby, as evidenced by digging sticks and perhaps a wooden shovel (Figure 5.7). The presence of numerous snares indicates small animals were hunted, and a wide variety of tools were constructed of stone, bone, and wood. Wild plants were probably procured and processed at the alcove, as reflected in the abundance of baskets in several shapes and sizes.

The pattern observed at the Alvey Site is repeated at several other rock shelter sites in the lower Escalante River area, although with minor variations. At Gates Roost, six D-shaped structures 3.7 to 5.5 meters across and 30 to 90 centimeters high were interpreted as sleeping areas. Architectural features also included a trapezoidal-shaped slab-lined storage cist and a second semi-subterranean D-shaped cist with an adobe collar and a wooden pole, stone, and adobe matrix similar to above-ground Fremont granaries. Artifacts were generally sparse, consisting of North Creek Gray potsherds, five fragments of unfired clay figurines, an unfired clay bowl, and a moccasin fragment (Gunnerson 1959b). The identification of the potsherds as North Creek Gray inferred an Ancestral Puebloan occupation, but the unfired clay figurines, moccasin, and storage structures were consistent with a Fremont occupation. A corncob from the living area returned a radiocarbon date of 1420 $\pm$70 BP (AD 618 median probability), also consistent with an early Fremont occupation (Geib 1996d).

At Triangle Cave the lowest level featured some cultigens that yielded two Early Agricultural radiocarbon dates, but no ceramics (see discussion in Chapter 4). The next layer corresponded to the earliest grayware ceramics, and the upper levels were associated with mixed Fremont and Ancestral Puebloan ceramics. One subterranean slab-lined cist was associated with the lowest level with ceramics, and five more with the upper level with mixed ceramics. Fowler (1963) did not attribute the upper occupations to Ancestral Puebloans, but rather to Fremont groups who had traded for Ancestral



Pilling Figurines

Photo: Jerry D. Spangler

**Figure 5.8: Clay figurines are a hallmark of the Fremont Complex north and west of the Colorado River and they are one of only a handful of artifact traditions shared by Fremont groups regardless of geographic location.**

Puebloan pottery. He cited the overwhelming prevalence of Emery Gray (almost 90 percent of the nearly 300 potsherds were Emery Gray), as well as the presence of the clay figurines and moccasins.

The lowest ceramic level contained exclusively Emery Gray potsherds, with the exception of one intrusive Tusayan white ware sherd from an upper level, and that this level represented the earliest Fremont occupation. This was supported by a cache of Fremont-style moccasins from the only storage cist at this level, and abundant unfired Fremont-style clay figurines (Figure 5.8). Corncobs later returned two radiocarbon dates, one of 1570 $\pm$80 BP (AD 486 median probability) and the other of 1270 $\pm$70 BP (AD 751 median probability) (Geib 1996d).

Although individual features were different, the basic nature of the Alvey Site, Gates Roost, and Triangle Cave occupations was identical. Small groups of Fremont farmers occupied the alcoves on a seasonal basis, probably during the maize farming season, and cached food and/or seeds for an anticipated return. Each occupation was temporary, but the repeated nature of these occupations resulted in the accumulation of sometimes deep cultural deposits. Evidence at all three sites indicated that farming was successful and was probably the main focus of the occupations, although hunting and gathering also occurred and probably represented logistical forays from the agricultural base camp.

Open settings in lowland environments were also utilized at this time, although there is confusion as to whether they were Fremont occupations. Excavations at the Co-op Site (42Ka2756), a lowland open camp located in Bowns Canyon, identified at least five different occupations, each separated by culturally sterile alluvium, representing late Archaic and Early Agricultural occupations. The upper deposits were attributed to Basketmaker III peoples based on two radiocarbon dates and the presence of Lino Black-on-gray potsherds. Remnants of maize implied the occupants were farming the canyon bottom, and thin charcoal layers on canyon bottom sediments might be evidence of using fire to clear fields (Bungart and Geib 1987:94-

95). Of note, four bone fragments were identified as belonging to turkeys (*Melleagris gallopavo*), even though Glen Canyon is well outside the natural habitat for wild turkeys (1987:91).

In summary, lowland camps, whether foraging camps or farming camps, are abundant in the lower Escalante River country south of the Calf Creek confluence at elevations below 5,500 feet. Most of these are found in alcoves and rockshelters. These camps have produced 25 radiocarbon dates, 80 percent of which are attributable to early Formative times. Most exhibit abundant evidence of Fremont occupations, but mixed Fremont and Ancestral Puebloan diagnostics are common in later contexts. Sites in the extreme lower Escalante River country (Bechan Cave and the Co-op Site) have been described as Ancestral Puebloan occupations. If accurately identified, both groups were probably in close contact with one another from early Formative times.

### Upland Field Camps

Both Geib (1996d) and McFadden (2016) argued that warm weather agricultural base camps or field stations represented lowland adaptations suited to take advantage of well-watered bottomlands along the Escalante River and its tributaries. But recent investigations in the upper Deer Creek area, in the foothills near Escalante, and along Oak Creek on the eastern flank of Boulder Mountain have demonstrated that seasonal residences oriented toward field maintenance are abundant in uplands in both sheltered and open settings. Upland camps that produced relevant radiocarbon dates are summarized in Table 5.3.

The best example of this pattern is Deer Creek Shelter in upper Deer Creek at 5,720 feet elevation. The shelter was described as too small for extended habitation, and researchers suggested it was probably used for temporary shelter, shade, and cultigen processing in conjunction with an ephemeral brush residence likely situated near fields along flat areas next to Deer Creek. Winter occupations were considered unlikely given the shelter was not south facing and there was minimal evidence of fire hearths (Talbot et al. 2002).

- 178 -

Table 5.3

| Site Number | Site Name | General Location | Elevation | Sample Material | Conventional Age BP | δ13C ‰ | 95 Percent Probability | Median Probability | Lab No. | Provenience | Citations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42Ga3743 | Haymaker Bench | Haymaker Bench | 5760 | Charcoal | 1500 ± 140 | n/a | AD 230-834 | AD 531 | Beta-23058 | F3 Hearth | McFadden 2016:301 |
| 42Wn2400 | | Teasdale Valley | 7245 | Zea Mays | 1500 ± 40 | -11.7 | AD 438-634 | AD 567 | Beta-154658 | Hearth | Wintch and Spangler 2001:21 |
| 42Ga2258 | Basket Alcove | Pleasant Creek | 6300 | Zea Mays | 1500 ± 60 | -10.3 | AD 427-643 | AD 556 | Beta-124185 | Alcove Surface | Janetski et al. 2005:231 |
| 42Ga0448 | Moss Cave 27 | Oak Creek | 5820 | Zea Mays | 1470 ± 60 | -11.4 | AD 437-654 | AD 583 | Beta-124190 | Alcove Surface | Janetski et al. 2005:50 |
| 42Ga3128 | Deer Creek Shelter | Deer Creek | 5720 | Pine Cone Scale | 1460 ± 40 | AMS | AD 485-648 | AD 602 | CAMS-74937 | Ash Lens F553 | Talbot et al. 2000:224 |
| 42Ga3138 | Horse Canyon Rockshelter | Circle Cliffs | 5920 | Charcoal | 1380 ± 70 | n/a | AD 533-803 | AD 651 | Beta-35318 | Hearth 2, Stratum 3 | Geib 1996:21; Tipps 1992 |
| 42Wn2377 | | Teasdale Valley | 7260 | Charcoal | 1360 ± 70 | n/a | AD 558-848 | AD 670 | Beta-160654 | Interior Hearth 1 | Boomgarden 2009:45 |
| 42Wn2002 | Acklund Spring | Hartnet Draw | 6000 | Juniper Charcoal | 1350 ± 60 | -20.9 | AD 586-827 | AD 677 | Beta-108498 | Alcove Test Pit | Janetski et al. 2005:132, 231 |
| 42Ga5088 | | Big Flat | 6360 | Charcoal | 1290 ± 50 | -25 | AD 659-863 | AD 724 | Beta-179652 | Slab-Lined Pit | Schuab 2003:97 |
| 42Wn2151 | Granary Grotto | Teasdale Valley | 7160 | Charcoal | 1290 ± 80 | n/a | AD 614-935 | AD 743 | Beta-181510 | Hearth Dump | Boomgarden 2009:16, 45 |
| 42Wn2222 | | Pleasant Creek | 5960 | Salix | 1290 ± 90 | -26.9 | AD 597-947 | AD 747 | Beta-126681 | Test Pit 1 Fill | Janetski et al. 2005:156, 231 |
| 42Ga4158 | Birch Creek Shelter | Birch Creek | 6600 | Zea Mays | 1240 ± 80 | -8.7 | AD 661-964 | AD 789 | Beta-107648 | FS-1 | McFadden 2016:184 |
| 42Wn2151 | Granary Grotto | Teasdale Valley | 7160 | Charcoal | 1190 ± 70 | n/a | AD 688-980 | AD 831 | Beta-181511 | Clay Floor | Boomgarden 2009:19, 45 |
| 42Ga3128 | Deer Creek Shelter | Deer Creek | 5720 | Pine Cone Scale | 1180 ± 40 | AMS | AD 726-959 | AD 843 | CAMS-74936 | Slab-Lined Feature F567 | Talbot et al. 2000:218 |
| 42Wn2374 | | Teasdale Valley | 7340 | Charcoal | 1180 ± 60 | n/a | AD 698-977 | AD 843 | Beta-160655 | Stratum II Cleared Area | Boomgarden 2009:45 |
| 42Ga3660 | Big Hill | Escalante Bench | 6200 | Charcoal | 1160 ± 60 | n/a | AD 713-988 | AD 867 | Beta-93852 | F7 Structure | McFadden 2016:186 |
| 42Wn1901 | | Pleasant Creek | 6200 | Zea Mays | 1160 ± 50 | -9.2 AMS | AD 725-980 | AD 867 | Beta-161586 | Alcove Surface | Janetski et al. 2005:231; |
| 42Ga4443 | | Oak Creek | 6160 | Juniper | 1140 ± 60 | -20.6 | AD 729-1004 | AD 893 | Beta-128676 | Hearth Fill | Janetski et al. 2005:103 |

## Figure 5.3 (continued)

| Site Number | Site Name | General Location | Elevation | Sample Material | Conventional Age: BP | $\delta^{13}C$ ‰ | 95 Percent Probability | Median Probability | Lab No. | Provenience | Citations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42Ga5863 | North Creek Shelter | North Creek | 6150 | Zea Mays | 1130 ±40 | 10.3 AMS | AD 782-988 | AD 919 | Beta 261676 | Stratum 7a | Janetski et al. 2012:133 |
| 42Ga5863 | North Creek Shelter | North Creek | 6150 | Zea Mays | 1130 ±40 | 10.2 AMS | AD 782-989 | AD 918 | Beta 261677 | Stratum 6d | Janetski et al. 2012:133 |
| 42Ga5863 | North Creek Shelter | North Creek | 6150 | Zea Mays | 1050 ±40 | 11.6 AMS | AD 900-1048 | AD 990 | Beta 221411 | Stratum 7b | Janetski et al. 2012:133 |
| 42Ga5863 | North Creek Shelter | North Creek | 6150 | Zea Mays | 1030 ±40 | 10.5 AMS | AD 907-1122 | AD 1004 | Beta 261678 | Stratum 6c | Janetski et al. 2012:133 |
| 42Ga5171 | Backyard Alcove | Wide Hollow | 5840 | Zea Mays | 1000 ±40 | 9.2 AMS | AD 973-1148 | AD 1031 | Beta 169968 | 107N 97E 20cm bpgs | Boer and Sauer 2003:64 |
| 42Wn2151 | Grumpy George | Teasdale Valley | 7160 | Zea Mays | 990 ±40 | n/a | AD 986-1150 | AD 1050 | Beta 181512 | Hearth | Boomgarden 2009:23, 45 |
| 42Wn2377 | | Teasdale Valley | 7260 | Charcoal | 950 ±50 | -22.3 | AD 1006-1198 | AD 1096 | Beta 154655 | FS 8 Feature 6 Charcoal Lens | Wintch and Sprunger 2001:21 |
| 42Ga5863 | North Creek Shelter | North Creek | 6150 | Zea Mays | 940 ±40 | -15 AMS | AD 1025-1187 | AD 1098 | Beta 197358 | Stratum 7a | Janetski et al. 2012:133 |
| 42Ga4445 | | Pleasant Creek | 6120 | Zea Mays | 940 ±30 | -10 | AD 1030-1159 | AD 1098 | Beta 128677 | Test Trench Midden | Janetski et al. 2005:107 |
| 42Wn2359 | | Polk Creek | 5864 | Pine Charcoal | 930 ±40 | -23 AMS | AD 1029-1199 | AD 1101 | Beta 161596 | Feature 1 Floor | Janetski et al. 2005:170, 232 |
| 42Wn1097 | | Paradise Draw | 7560 | Charcoal | 920 ±70 | -24.3 | AD 996-1244 | AD 1113 | Beta 108496 | Hearth, Test Pit 2 | Janetski et al. 2005:120, 232 |
| 42Ga5863 | North Creek Shelter | North Creek | 6150 | Tooth Dentin | 902 ±40 | AMS | AD 1037-1214 | AD 1122 | AA 78631 | Stratum 7c | Janetski et al. 2012:133 |
| 42Ga5863 | North Creek Shelter | North Creek | 6150 | Zea Mays | 891 ±40 | -10.9 AMS | AD 1040-1230 | AD 1138 | Beta 195226 | FS140 | Janetski et al. 2012:133 |
| 42Ga3128 | Deer Creek Shelter | Deer Creek | 5720 | Zea Mays | 890 ±30 | AMS | AD 1046-1213 | AD 1145 | CAMS 74939 | F18 in F7 in F3; FS 435 | Talbot et al. 2002:21 |
| 42Wn1926 | | Pleasant Creek | 5850 | Zea Mays | 880 ±40 | -9.9 AMS | AD 1045-1242 | AD 1158 | Beta 124184 | Alcove Surface | Janetski et al. 2005:232. |
| 42Ga3128 | Deer Creek Shelter | Deer Creek | 5720 | Maze | 860 ±40 | AMS | AD 1051-1253 | AD 1181 | CAMS 74938 | Occupation 3 | Talbot et al. 2002:21 |
| 42Wn2377 | | Teasdale Valley | 7260 | Shrub Charcoal | 860 ±60 | -24.7 | AD 1040-1261 | AD 1172 | Beta 154654 | FS 8 Feature 6 Charcoal Lens | Wintch and Sprunger 2001:21 |
| 42Ga3123 | Steep Creek Quarry | Circle Cliffs | 6000 | Charcoal | 770 ±70 | n/a | AD 1064-1376 | AD 1240 | Beta 20670 | Hearth 1 | Brown and Tipps 1987:34, Tipps 1992 |
| 42Ga3138 | House Canyon Rockshelter | Circle Cliffs | 5920 | Charcoal | 770 ±60 | n/a | AD 1089-1370 | AD 1243 | Beta 20673 | Hearths 5, Stratum 4 | Brown and Tipps 1987:773; Tipps 1992 |

Table 3.3: Higher-elevation Fremont camp sites in the Escalante River Basin, Waterpocket Fold, and Fremont River Valley areas (above 5,500 feet elevation). The 95 percent probability ranges were obtained using the Bchron library (Parnell 2016) in the R environment (R Core Team 2017) following the IntCal13 calibration curve (Reimer et al. 2013).

Three different occupation levels were identified, all of which were agricultural in nature (recovered Archaic points were considered to be curated items rather than indicative of an earlier Archaic occupation). In addition to the wild plants available along nearby Deer Creek, the faunal remains included mule deer, mountain sheep, rabbit, rodents, reptiles, birds, and even fish. Considered collectively, the deposits suggest the shelter was used repeatedly by Fremont groups beginning in early Formative times, and there was a limited Ancestral Puebloan presence at about AD 1150 to 1200, suggesting both groups co-occupied the area in late Formative times. The shelter might have been used initially as a hunting camp or logistical camp to exploit wild plants along the creek, but it later became a summer camp associated with the cultivation of maize and squash, a pattern that continued over several hundred years. Evidence of a seasonal residence was not identified near Deer Creek Shelter, but inventories in the same drainage identified several temporary residences and one pithouse (Baker et al. 2001).

The Deer Creek Shelter data are far from unusual. Other upland alcoves and rockshelters in the region are probably associated with farming activities, but without permanent residential architecture. These include Morss Cave 27 in Oak Creek (Janetski et al. 2005), North Creek Shelter in the foothills west of Escalante (Janetski et al. 2006; Richard Talbot, personal communication 2018), and perhaps Backyard Alcove in the Wide Hollow area, although this latter site was more likely associated with a permanent habitation that was later destroyed by modern development (Baer and Sauer 2003).

To date, at least 37 radiocarbon dates have been reported from upland camps, mostly in the Boulder Mountain foothills west of Waterpocket Fold. These upland camps exhibit predominantly Fremont diagnostics, and Ancestral Puebloan ceramics are quite rare and even more so at sites farther to the north in the Fremont River valley. Upland camps are found in rockshelters, most of which have evidence of earlier and later occupations, but open camps are much more common here, usually situated along stream terraces. Fremont ceramics and Fremont rock art are commonplace at most of these sites.

Jordan and Talbot (2002:161), summarizing their inventory in the uplands, observed that "We see seasonal occupation in Escalante Canyon by farmers probably living in alcoves or small temporary shelters in open sites, who probably farmed the river terraces and who stored their foods and other materials in granaries. This was not necessarily large groups doing this farming. It is very possible that small task groups from a larger village farmed this particular location while other task groups farmed other areas."

There is an inherent assumption in the pattern described above that summer field camps were logistical bases from which small task-oriented groups were dispatched to procure wild plants and animals, tool stone, and other resources. Because maize requires constant attention to reach maturity (cf. Coltrain 1994), there is also an assumption that some members of the group would have remained behind to ensure the cultigens were adequately watered and protected from animal predation. If these assumptions are valid, then there should be evidence of contemporaneous forager camps that were oriented toward procurement of naturally occurring resources within a reasonable range of the summer field camp. And because preferred resource patches were already known and had been exploited by earlier groups, it would be expected that these forager camps would offer mixed artifact assemblages with multiple temporal indicators.

The radiocarbon database offers little support for these assumptions. Only 10 Formative radiocarbon dates from nine forager camps have been reported, and there seems to be minimal evidence these sites were utilized in earlier times. There is also minimal evidence that ceramics were a significant part of the forager tool kit. The forager camps are split almost equally between upland and lowland settings, and these probably represent different seasons of use, such as early spring plant procurement in the lowlands and late spring and early summer exploitation of upland resources.



**Figure 5.9: Stone implements for grinding maize and wild seeds became much more formalized during the Formative period. Some with shaped sidewalls and divots for resting the mano are referred to as Utah metates, although they are not unique to Utah nor to the Fremont Complex.**

### Foraging Camps

The radiocarbon database probably underrepresents the number of Formative foraging camps in the Escalante River Basin. Major inventory projects in the upper Circle Cliffs (Baadsgaard et al. 1998; Talbot et al. 2000), Deer Creek (Baker et al. 2001), Big Flat (Jordan and Talbot 2002), Escalante Valley (Baer and Sauer 2003), and Escalante River corridor (Harris 2005; Jordan and Talbot 2001; Keller 2000) have all identified significant numbers of forager camps of suspected Formative age, based on the presence of certain ceramic indicators.

To better understand the nature of Fremont temporary or seasonal camps in the region, we examined all GSENM site forms for all reference to the term "Fremont." We then organized the data by major site types and artifact classes. There are at least 132 non-architectural sites that have diagnostics identified as "Fremont" on the site forms, although in some instances these same artifacts (e.g., Rose Spring and Bull Creek points) were used by both Fremont and Ancestral Puebloan groups and must be considered poor cultural markers.

This number should be considered a minimum threshold given that all site forms prior to

about 1980 did not offer enough detail about the diagnostic artifacts, and in many instances the hand-written site forms are no longer legible. The dataset considered here includes all GSENM sites documented during recent inventories, and the identification of features and diagnostic artifacts should be consistent and comparable to one another.

To organize the Fremont site data relevant to seasonal occupations, we asked a series of questions to arrive at catalog of sites that might be relevant to seasonal use of specific resources in the region, regardless of what those resources might have been (e.g., riparian plants, arable lands, cryptocrystalline outcrops). Site data were initially organized based on the following two questions: (1) Is the site located in an open or sheltered setting, and (2) is there evidence of constructed architectural features. This led to four general site categories: open architectural, open activity area (non-architectural), sheltered architectural, and sheltered activity area (non-architectural). Because rock imagery occurs in both open and sheltered settings, often at the same site, a fifth category was created for sites where there was no evidence of architectural features or associated artifacts.

Considered together, these 132 sites in the Escalante River Basin might represent Fremont occupations based on material culture evidence, mostly Emery Gray ceramics, rock art styles, and/or Rose Spring arrow points. These sites reflect a spectrum of site locations, although there was a preference for rockshelters, ridgelines, and benches with a view onto lower terrain. All but a handful of sites can be attributed to exclusively Formative occupations between AD 500 and 1300, and the vast majority have exclusively Fremont diagnostics. This suggests the pattern of foraging during the Formative, with a few exceptions, was different from that of earlier Archaic or later Late Prehistoric times. This might reflect reduced mobility and logistical foraging by task groups dispatched from a base camp in close proximity to wild resources being exploited. These base camps might also have been the summer field camps along the Escalante River and its tributaries.

The abundance of sites with ground stone tools suggests that plant procurement and processing was a major activity, and these were probably female tasks. This is also supported by the abundance of formal slab-lined pits that are probably roasting pits for plant processing (Schaub 2003). The chipped-stone waste at these sites suggests that stone tool maintenance and, in some instances, tool stone procurement, occurred at these sites, and these are generally viewed as male activities. The inventory data have not identified a robust hunting lifeway, although the presence of bifaces, drills, and scrapers suggest some meat processing occurred here. The rarity of ceramics at hunting sites might reflect (1) the unsuitability of ceramic containers to a more mobile hunting strategies involving longer distances, and/or (2) the seasonality of plant resources was inconsistent with migration patterns of large game. The small number of hunting sites might indicate intensive procurement of large game occurred at higher elevations outside GSENM and the dataset considered here is not representative of the seasonal round.

Many of the Fremont foraging sites have been documented in more upland settings near the town of Escalante where there is also an abundance of more permanent pithouses indicative of longer-term occupations. McFadden (2016) believed these more permanent sites were winter residences focused toward procurement of mule deer and situated to take advantage of abundant fuel wood. Harris (2009) instead found the more permanent occupations were actually focused on wild plant procurement and processing, probably pinyon nuts, juniper berries, prickly pear, and ricegrass.

**A vast majority of Fremont foraging sites in the Escalante River region have exclusively Fremont ceramics.**

These sites typically feature a low frequency of lithic flakes and stone tools that would be expected at hunting sites.

The relationship between high-investment foraging pithouses and low-investment forager camps in the same general area has not been satisfactorily explained. It might be that foraging camps represent procurement of resources that were available for only a few days each year (e.g., ricegrass), whereas more permanent sites reflect procurement of resources that can be harvested over a period of several weeks or even months (e.g. pinenuts, prickly pear).

As summarized by Harris (2009:122), "logistical sites (complex camps, plant processing camps, and hunting locations) are found in all landforms and at all elevations, situated to take advantage of a variety of resources in local environmental niches," and that "the Fremont lived in the valleys for much of the year in long-term residences, focusing their subsistence efforts primarily on agriculture but also spending significant periods of time in the mesas and in the canyons, hunting and gathering wild resources."

### Fremont Storage Sites

The development of a complex storage strategy involving a variety of storage facilities is a hallmark of the Fremont Complex. As with residential architecture, storage facilities have traditionally been interpreted as evidence of agriculture and by inference increased sedentism. Consequently, the construction of storage structures, whether for food surpluses or seeds for future cultivation, implies a decision to adopt more-sedentary lifeways.

Storage practices have been categorized by biologists as falling within two broad strategies: (1) larder hoarding, or the concentration of stored re-



Escalante River

Photo: Dan Bauer

**Figure 5.10: Fremont granaries are typically highly visible, but getting to them was especially inconvenient. Small granaries might have been used to store seed corn for the following spring, whereas larger ones were probably food caches retrieved as needed during the winter.**

sources in comparatively large chambers by a resident population that effectively monitors and protects those resources from predators, and (2) scatter hoarding, or the distribution of stored resources in multiple locations by a non-resident population whereby storage facilities are concealed or placed in inaccessible locations, and the loss of some stored resources to predators was viewed as an acceptable risk in light of the preservation of the remaining resources (Vander Wall 1990). Both strategies are evident in the Escalante River Basin where there are abundant sites with small, concealed storage, suggesting a non-resident population and many others that are large, highly visible chambers that suggest a resident population was on hand (or nearby) to protect them.

G e i b (1996d:93) designated food storage as one of three general site classes in the Escalante River Basin, noting they share the least in common with field camps and residential sites, and "seem to be the most functionally specialized." They are the most problematic site type in the region because food storage occurs both at seasonal field camps and at residential sites, and in many instances they are accessory features associated with different levels of sedentism.

For our purposes, the term cist is used to describe storage facilities that are subterranean or mostly so, regardless of the method of or the materials used in the construction. These are primarily chambers used to conceal food resources by a population not always present to protect them. The term granary is used to describe all storage facilities constructed above ground or mostly above ground. These are usually larger, they are much more visible and therefore have a higher risk of human predation, and they are traditionally viewed as chambers from which food stores were retrieved as needed during the winter and early spring.

**A granary labeled Fremont by one researcher might be considered Ancestral Puebloan by another. Without diagnostic artifacts or radiocarbon dates, there will be uncertainty surrounding who built them and when they were built.**

David Yoder (2005), who included the Escalante River Basin in his study of Fremont storage facilities, observed a direct correlation between the types of storage facilities and mobility. He observed that groups generally use subterranean and/or off-site storage when they are engaged in a mobile or semi-sedentary strategy of resource concealment. Sedentary groups, on the other hand, use above ground storage in close proximity to their residence.

In the Escalante River Basin specifically, he found that 96 percent of storage features utilized between AD 1 and 500 were off-site or subterranean, and from AD 500 to 900, the percentage was roughly the same at 94 percent. This suggested Fremont groups were practicing a highly mobile lifeway, "spending six months out of the year or less at a residential base" (Yoder 2005:42). But after AD 900, only 63 percent of Escalante River storage features were off-site or subterranean, suggesting an unprecedented shift toward increased sedentism.

Yoder also noted the use of bell-shaped pits and slab-lined cists steadily fell through time, while use of adobe surface structures increased through time, as did the size of the storage chambers. He believes this reflected decreased mobility and greater reliance on stored resources. He estimated that 50 to 60 percent of the total Fremont population had become entirely sedentary by AD 900.

At least three basic storage strategies are evident in the Escalante River Basin:

● Small storage facilities, usually subterranean or semi-subterranean, that were located in alcoves and rockshelters were probably associated with field maintenance activities. These represented storage of crop seeds and/or food resources needed by farm-

ing groups during the growing season. These are especially common at summer field camps associated with maize cultivation.

● Cliff granaries constructed of stone, adobe, and wooden poles that are typically situated on cliff ledges or in difficult-to-access small shelters in the cliff face. These are generally considered "off-site" storage chambers inasmuch as residential features are not directly associated with them. Most are individually small (<2 cubic meters), but they sometimes occur in clusters with much greater cumulative storage.

● Large subterranean pits located inside or just outside permanent pithouses and surface masonry structures located adjacent to pithouses that probably represent on-site food storage for winter consumption. These are evident at Arrowhead Hill and the Spillway Site, both located in the Wide Hollow area.

Cliff granaries are common in the Escalante River Basin and on the Kaiparowits Plateau, and they are typically described as Fremont when yielding radiocarbon dates prior to AD 1050 and Ancestral Puebloan after that time. In reality, archaeologists have not articulated any significant differences between Fremont and Ancestral Puebloan granaries in terms of architectural styles, site placement, or relative complexity. In other words, a granary labeled Fremont by one researcher might be considered Ancestral Puebloan by another, and without diagnostic artifacts or chronometric data, there is a high level of uncertainty surrounding the cultural and temporal context of such storage features.

Our discussion is further hampered by differences of opinions as to what constitutes "on-site" and "off-site" storage, and the inherent implications of those labels on group mobility. On-site storage has traditionally been interpreted as storage chambers immediately adjacent to a residence, or at most "no more than a stone's throw" from a residence (David Yoder, personal communication 2018). Off-site storage suggests a remote storage facility that is neither monitored nor protected at all times.

But is a granary really "off-site" and unprotected if happens to be 100 or 200 meters or even much greater distances from a residence, yet it is clearly visible from the residence? Arnold-Boomgarden (2008, 2009) used Digital Elevation Models to determine the viewspread of Fremont granaries in Range Creek, and she found that all 54 granaries in her sample were visible from the valley floor or from another site location, although some were hard to see because of distance or construction materials that made them blend into the background cliffs. She concluded that the large granaries were purposely not hidden from view, but rather were situated to allow their owners "to easily identify potential thieves approaching or attempting to access stored food." She observed (2009:18) that it would have been easy, given the rugged topography, for the Fremont to have concealed the granaries completely, but they intentionally chose not to do so.

Here, we examine Fremont storage facilities within the context of the radiocarbon database, which includes storage sites within and adjacent to GSENM, as well as the IMACS database of sites within GSENM specifically. All storage sites are discussed within the context of small cists, masonry granaries, and large subterranean structures directly associated with residences. The organization of these data was not always straightforward inasmuch as many sites have both subterranean cists and above-ground granaries, and the relationship between the dated material and a specific storage facility is not always clear. Storage structures appeared in the Escalante River region by about AD 200 and appears to have been concomitant with the emergence of maize agriculture.

### Storage Cists

Geib (1996d) and McFadden (2016) believed that small storage cists located in alcoves and rockshelters were part of an agricultural lifeway wherein groups would re-occupy favored locations along the Escalante River and its tributaries during the maize growing season. There is an inherent assumption that these summer field camps were abandoned during non-growing seasons, and that the small cists might have been used to store seed corn for the following spring.

None of the cists are large enough to have satisfied food storage needs for any significant period of time. There are usually one to three cists at any given site, although there are exceptions like Pantry Alcove with 13 cists and another site with 28 cists. The cists are usually manifest as slab-lined facilities with the joints sealed with mud or clay, or as hardpan cists where a chamber was excavated into soft sandstone or a natural clay substrate. There are a few instances where the cist was lined with juniper bark or where ceramic vessels and baskets functioned as subterranean cists.

Twenty-nine radiocarbon dates have been reported from Fremont sites with subterranean cists (see Table 5.4). The age ranges of most of these dates are divided almost equally between Early Agricultural and Wide Hollow Phase times, but only four have median probabilities in Late Formative times. This would appear consistent with Yoder's observations (2005) that storage strategies reflected high mobility during early and middle Fremont times, but dramatically less so after AD 900 as populations increased and became more aggregated.

If storage cists are part of a seasonal farming strategy then there is also some support for the Geib (1996d) and McFadden (2016) models that farming groups were exploiting well-watered lower elevations, perhaps to take advantage of earlier plantings and longer growing seasons. All but three of the radiocarbon dates are from sites below 5,500 feet elevation, and 76 percent are located at or below 5,000 feet elevation. This is probably a statistical bias resulting from a small sample size of dated sites. The inventory data indicates that 88 percent of GSENM sites with storage cists are found at or above 5,000 feet elevation, with a median elevation of 5,380 feet.

The state database is actually quite limited in terms of storage cists, with only 16 site forms indicating the presence of slab-lined or hardpan cists. This low number is probably due to the nature of small subterranean cists that became covered with overburden through time and are not always visible through surface inspection alone. Half of these sites had Emery Gray ceramics, whereas Ancestral Puebloan ceramics were very rare. The presence of ceramics at sites that are exclusively or predominantly storage raises the possibility that pottery vessels were used as storage containers.



Figure 5.12: Hardpan cists were created by cutting into the sandstone or clay substrate. They are traditionally thought to be Late Archaic or Basketmaker II inventions, but they are actually quite common in Fremont contexts in the Escalante River country.  Photo: Jerry D. Spangler

## Table 5.4

| Site Number | Site Name | General Location | Elevation | Sample Material | Conventional Age BP | δ13C‰ | 95 Percent Probability | Median Probability | Lab No. | Storage Type | Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42Ga3591 | | Boulder Creek | 5600 | Charcoal | 2040 ±50 | Corrected | BC 177-62 AD | BC 51 | Beta-54183 | 1 Cist | McFadden 2016:180, 300 |
| 42Ga6264 | Spillway Site | Wade Hollow | 5930 | Charcoal | 1880 ±30 | -22 AMS | AD 68-217 | AD 120 | Beta-379139 | 1 Cist | Boird et al. 2014:114 |
| 42Ga288 | Triangle Cave | Harris Wash | 4960 | Zea Mays | 1770 ±90 | -11.2 | AD 53-529 | AD 260 | Beta-34941 | 1 Granary, 1 Cist | Geib 1996:58 |
| 42Ga105 | Dry Land Heaven | Harris Wash | 4780 | Zea Mays | 1720 ±60 | -12 | AD 135-426 | AD 318 | Beta-67495 | Cists (?), 1 Granary | Geib 1996:20 |
| 42Ka2737 | Square Cist Alcove | Bowns Canyon | 4340 | Basketry | 1720 ±140 | -23.5 | AD 17-612 | AD 309 | Beta-31974 | 1 Cist | Geib 1996:23 |
| 42Ka172 | Alvey Site | Coyote Gulch | 4400 | Zea Mays | 1690 ±80 | -11.1 | AD 139-540 | AD 348 | Beta-34942 | 3 Cists, Floor Pits | Geib 1996:58 |
| 42Ga103 | Pantry Alcove | Harris Wash | 4800 | Zea Mays | 1640 ±80 | -12 | AD 235-595 | AD 412 | Beta-34936 | 13 Cists | Geib 1996:87 |
| 42Ga4821 | | Spencer Flats | 5200 | Zea Mays | 1610 ±120 | -10.1 | AD 142-652 | AD 436 | Beta-134611 | 5 Granaries, 1 Cist | McFadden 2016:302 |
| 42Ga4540 | Little Cathedral | The Gulch | 4880 | Zea Mays | 1610 ±40 | -10.6 | AD 350-546 | AD 462 | Beta-134614 | 2 to 4 Hardpan Cists | McFadden 2016:302 |
| 42Ga4655 | | The Gulch | 5600 | Zea Mays | 1580 ±40 | -9.6 | AD 398-563 | AD 482 | Beta-140954 | 3 Cists | McFadden 2016:302 |
| 42Ga103 | Pantry Alcove | Harris Wash | 4800 | Zea Mays | 1570 ±70 | -12.1 | AD 344-625 | AD 487 | Beta-34937 | 13 Cists | Geib 1996:87 |
| 42Ga288 | Triangle Cave | Harris Wash | 4960 | Zea Mays | 1570 ±80 | -10.1 | AD 267-644 | AD 486 | Beta-34938 | 1 Cist, Pits | Geib 1996:58 |
| 42Ga102 | Sheep Horn Alcove | Harris Wash | 4800 | Zea Mays | 1520 ±100 | -11.5 | AD 262-679 | AD 518 | Beta-34934 | 1 Granary, 1 Cist | Geib 1996:87 |
| 42Ga0288 | Triangle Cave | Harris Wash | 4960 | Zea Mays | 1480 ±50 | -11 | AD 439-646 | AD 580 | Beta-34940 | 3 Cists | Geib 1996:58 |
| 42Ka0178 | Gates Roost | Twentyfive Mile Wash | 4800 | Zea Mays | 1420 ±70 | -9.8 | AD 449-751 | AD 618 | Beta-34945 | 2 Cists | Geib 1996:87 |

## Table 5.4 (continued)

| Site Number | Site Name | General Location | Elevation | Sample Material | Conventional Age BP | $\delta^{13}C$ ‰ | 95 Percent Probability | Median Probability | Lab No. | Storage Type | Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42Wn2130 | Sleeping Rainbow | Pleasant Creek | 6000 | Zea Mays | 1360 ±70 | -9.3 | AD 559-844 | AD 669 | Beta-107656 | 1 Cist | Janetski et al. 2005:231 |
| 42Ga06264 | Spillway Site | Wide Hollow | 5930 | Charcoal | 1300 ±30 | -11.5 AMS | AD 664-766 | AD 707 | Beta-379130 | Bell Shaped Pit | Boad et al. 2014:197 |
| 42Ga06288 | Triangle Cave | Harris Wash | 4960 | Zea Mays | 1270 ±70 | -11.2 | AD 653-937 | AD 751 | Beta-34939 | 1 Cist, Pits | Geib 1996:58 |
| 42Ga1541 | Big Bown Bench | | 4840 | Zea Mays | 1230 ±60 | -9.5 | AD 676-945 | AD 792 | Beta-134608 | 3 Granaries, 2 Hardpan Cists | McFadden 2016:299 |
| 42Ga4054 | | Halls Creek | 5000 | Organics | 1220 ±90 | -22.1 | AD 663-987 | AD 809 | Beta-161578 | 1 Cist | Janetski et al. 2005:231 |
| 42Ga4032 | | Halls Creek | 4000 | Zea Mays | 1200 ±80 | -8.6 | AD 676-991 | AD 827 | Beta-161577 | 28 Hardpan Cists | Janetski et al. 2005:76, 231 |
| 42Ga0102 | Sheep Horn Alcove | Harris Wash | 4800 | Zea Mays | 1180 ±70 | -11.9 | AD 690-990 | AD 842 | Beta-34935 | 1 Granary, 1 Cist | Geib 1996:87 |
| 42Ga06264 | Spillway Site | Wide Hollow | 5930 | Charcoal | 1170 ±30 | -22.7 AMS | AD 776-954 | AD 851 | Beta-379141 | Bell Shaped Pit | Boad et al. 2014:197 |
| 42Ga4567 | | Halls Creek | 4320 | Zea Mays | 1170 ±70 | -9.2 AMS | AD 694-994 | AD 853 | Beta-161581 | 1 Cist | Janetski et al. 2005:231, 511 |
| 42Ga1414 | Escalante Canyon Alcove | Sand Creek | 5360 | Zea Mays | 1070 ±60 | -9.4 | AD 791-1114 | AD 962 | Beta-177171 | 6 Granaries, 1 Cist | R. Talbot, personal communication 2018 |
| 42Ga1541 | | Big Bown Bench | 4840 | Zea Mays | 1030 ±70 | -9.9 | AD 827-1159 | AD 1007 | Beta-134609 | 3 Granaries, 2 Hardpan Cists | McFadden 2016:299 |
| 42Ka0172 | Alvey Site | Coyote Gulch | 4400 | Zea Mays | 970 ±100 | -10.8 | AD 821-1242 | AD 1074 | Beta-34944 | 3 Storage Cists, Floor Pits | Geib 1996:58 |
| 42Wn2280 | | Pleasant Creek | 6040 | Zea Mays | 890 ±60 | -8.8 | AD 1030-1249 | AD 1136 | Beta-128678 | Bell Shaped Pits | Janetski et al. 2005:164, 232 |
| 42Ga4567 | | Halls Creek | 4320 | Zea Mays | 770 ±50 | -9.4 AMS | AD 1165-1296 | AD 1246 | Beta-161580 | 1 Cist | Janetski et al. 2005:232, 511 |

Table 5.4: Radiocarbon dates from Fremont sites with storage cists in the Escalante River Basin, Fremont River, and Waterpocket Fold areas. The 95 percent probability ranges were obtained using the Bchron library (Parnell 2016) in the R environment (R Core Team 2017) following the IntCal13 calibration curve (Reimer et al. 2013).

Granaries co-occur with storage cists at six sites (38 percent), which is about the same ratio as found in the radiocarbon database. It cannot be stated, based on the limited data available, whether granaries and cists were used concurrently and reflect different storage facilities for different resources, or whether cists were used early in the agricultural sequence and were later replaced by above-ground granaries at the same site. Hardpan cists (Figure 5.12) are exceptionally common in the Escalante River Basin., and researchers have noted their similarities to hardpan cists in the San Juan River, Grand Staircase, and Green River Desert areas where they are typically associated with early Basketmaker or late Archaic sites.

### Masonry Granaries

Archaeologists have long recognized that masonry granaries are especially common in the Escalante River Basin, and these are commonly attributed to Fremont farmers based on the presence of Emery Gray ceramics at some of these sites. They are found in shelters and alcoves throughout the Escalante River corridor, as well as tributaries such as Calf Creek. A few are quite large (>6 cubic meters), but the vast majority are quite small (<1 cubic meter). They have been traditionally interpreted as locations where cultivated food resources were stored for later retrieval.

Yoder (2005:6) categorized granary sites as "off-site storage in hard-to-find or hard-to-reach places" that he believed to be evidence of residentially mobile lifeways. Granaries, unlike subterranean cists that can be camouflaged and concealed, are actually quite visible and are therefore subject to greater human predation. This might have been an increasing problem later in the Formative as populations expanded and non-kin-related groups were living in closer proximity to one another. It would be expected that cliff granaries would be situated in closer proximity to permanent residences as the risk of theft increased. But there is minimal evidence for this. Only one site considered here has cliff granaries that are directly associated with a documented residence.

Twenty-four radiocarbon dates have been reported from Fremont granary sites in the region, most of them from corncobs believed to be associated with the granary (see Table 5.5). These are found between 4,780 and 6,440 feet elevation. They co-occur with cists early in the agricultural period, perhaps at about AD 200, but granary sites without cists do not appear until about AD 500, or about the same time that ceramics appeared in this region. Most of the radiocarbon dates (87 percent) reflect use during the Wide Hollow Phase and are considered to be evidence of Fremont storage practices.

There is minimal evidence of Late Formative granaries. One exception might be a complex of four granaries in the cliffs next to Lampstand Ruins, a late Pueblo II occupation. The granaries were assumed to be associated with the Ancestral Puebloan occupation, but maize from one of the granaries returned a radiocarbon date of $1200 \pm 80$ BP (AD 826 median probability), which is at least 200 years too early (Baadsgaard and Fergusson 1999). Rather than reject the date, McFadden (2016) raised the possibility the granaries were constructed by Fremont farmers and later modified and re-used by Lampstand Puebloan groups.

Another radiocarbon date has a median probability during the Late Formative, but it is noteworthy that the site, a complex of five granaries along the Escalante River, had Fremont ceramics, along with two unknown grayware potsherds with crushed sherd temper, perhaps North Creek Gray. This might indicate a co-occupation of the region by Fremont and Ancestral Puebloan groups during Late Formative times, or a persistence of Fremont lifeways that had otherwise become obscured by the robust Ancestral Puebloan presence in the region. There is no convincing evidence that Ancestral Puebloan groups were present here prior to about AD 1000 or that they practiced remote caching and concealment of food resources once they arrived.

At least 39 GSENM sites in the state database have one or more granaries. These are found in lowland settings as low as 4,840 feet elevation and in upland settings as high as 6,400 feet elevation, with a median elevation of 5,420 feet, or roughly

## Table 5.5

| Site Number | Site Name | General Location | Elevation | Sample Material | Conventional Age BP | δ13C ‰ | 95 Percent Probability | Median Probability | Lab No. | Storage Type | Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42Ga288 | Triangle Cave | Harris Wash | 4960 | Zea Mays | 1770 ±90 | -11.2 | AD 53-529 | AD 260 | Beta-34941 | 1 Granary; 1 Cist | Geib 1996:58 |
| 42Ga105 | Dry Laid Heaven | Harris Wash | 4780 | Zea Mays | 1720 ±60 | .12 | AD 135-426 | AD 318 | Beta-67495 | Cists (?); 1 Granary | Geib 1996:20 |
| 42Ga4521 | | Escalante River | 5200 | Zea Mays | 1610 ±120 | 10.1 | AD 142-652 | AD 436 | Beta-134611 | 5 Granaries, 1 Possible Cist | McFadden 2016:302 |
| 42Ga288 | Triangle Cave | Harris Wash | 4960 | Zea Mays | 1600 ±50 | 10.3 | AD 345-568 | AD 469 | AA-5224 | 1 Granary; 1 Cist | Geib 1996:58 |
| 42Ga4543 | | Escalante River | 4860 | Zea Mays | 1590 ±80 | 9.8 | AD 258-636 | AD 469 | Beta-134616 | 1 Granary | McFadden 2016:302 |
| 42Ga102 | Sheep Horn Alcove | Harris Wash | 4800 | Zea Mays | 1520 ±100 | -11.5 | AD 262-679 | AD 518 | Beta-34934 | 1 Granary; 1 Cist | Geib 1996:87 |
| 42Ga4561 | White Sheep | Escalante River | 4880 | Zea Mays | 1520 ±80 | 9.6 | AD 388-658 | AD 525 | Beta-134617 | 1 Granary | McFadden 2016:302 |
| 42Ga4561 | White Sheep | Escalante River | 4880 | Zea Mays | 1500 ±80 | 9.9 | AD 399-662 | AD 547 | Beta-134618 | 1 Granary | McFadden 2016:302 |
| 42Ga4538 | | Escalante River | 4900 | Zea Mays | 1490 ±70 | 9.7 | AD 421-652 | AD 560 | Beta-134613 | 1 Granary | McFadden 2016:302 |
| 42Ga4561 | White Sheep | Escalante River | 4880 | Zea Mays | 1320 ±70 | 9.6 | AD 603-877 | AD 713 | Beta-134619 | 1 Granary | McFadden 2016:302 |
| 42Wn2278 | | Fremont River | 5160 | Zea Mays | 1270 ±60 | -10.6 | AD 661-891 | AD 746 | Beta-124187 | 3 Granaries | Jaretski et al. 2005:231 |
| 42Ga1541 | | Escalante River | 4840 | Zea Mays | 1230 ±60 | 9.5 | AD 676-945 | AD 792 | Beta-134608 | 3 Granaries, 2 Hardpan Cists | McFadden 2016:299 |
| 42Ga3750 | Lampstand Granaries | Circle Cliffs | 6440 | Zea Mays | 1200 ±80 | n/a | AD 676-986 | AD 826 | Beta-117938 | 4 Granaries | Boulsgard and Jauretski 2005:28 |
| 42Ga0102 | Sheep Horn Alcove | Harris Wash | 4800 | Zea Mays | 1180 ±70 | -11.9 | AD 690-990 | AD 842 | Beta-34935 | 1 Granary; 1 Cist | Geib 1996:87 |
| 42Ga3660 | Big Hill | Escalante Bench | 6200 | Charcoal | 1160 ±60 | n/a | AD 713-988 | AD 867 | Beta-93852 | 1 Granary | McFadden 2016:186, 301 |
| 42Ga4126 | | Calf Creek | 5600 | Wood | 1140 ±60 | n/a | AD 726-1004 | AD 891 | Beta-106104 | 2 Granaries | McFadden 2016:186, 301 |

## Table 5.5 (continued)

| Site Number | Site Name | General Location | Elevation | Sample Material | Conventional Age BP | δ13C ‰ | 95 Percent Probability | Median Probability | Lab No. | Storage Type | Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42Wn7 | | Fremont River | 5600 | Zea Mays | 1100 ±40 | -10.4 AMS | AD 812-1011 | AD 943 | Beta 161582 | 5 Granaries | Jauetski et al. 2005:231 |
| 42Ga3907 | | North Creek | 6280 | Wood | 1090 ±50 | n/a | AD 793-1020 | AD 946 | Beta 93853 | 1 Granary | McFadden 2016:185, 301 |
| 42Ga4507 | | Escalante River | 6240 | Zea Mays | 1070 ±70 | -8.4 | AD 781-1136 | AD 959 | Beta 125909 | 1 Granary | McFadden 2016:302 |
| 42Ga1434 | Escalante Canyon Alcove | Sand Creek | 5360 | Zea Mays | 1070 ±60 | -9.4 | AD 791-1114 | AD 962 | Beta 177171 | 6 Granaries, 1 Cist | R. Talbot, personal communication 2018 |
| 42Ga1541 | | Escalante River | 4840 | Zea Mays | 1030 ±70 | -9.9 | AD 827-1159 | AD 1007 | Beta 134609 | 3 Granaries, 2 Haqloai Cists | McFadden 2016:299 |
| 42Ga1585 | Overlook | Wide Hollow | 6160 | Charcoal | 1010 ±40 | -24.2 AMS | AD 925-1145 | AD 1021 | Beta 171923 | 2 Granaries | Baer and Sauer 2003:43 |
| 42Wn2381 | | Fremont River | 6000 | Zea Mays | 960 ±60 | -8.5 AMS | AD 978-1205 | AD 1092 | Beta 161600 | 2-3 Granaries | Jauetski et al. 2005:231 |
| 42Ga4518 | | Escalante River | 5200 | Zea Mays | 950 ±80 | 8.7 | AD 925-1240 | AD 1096 | Beta 134610 | 5 Granaries | McFadden 2016:302 |

Table 5.5: Radiocarbon dates from Fremont granaries in the Escalante River Basin, Fremont River, and Waterpocket Fold areas. The 95 percent probability ranges were obtained using the Bchron library (Parnell 2016) in the R environment (R Core Team 2017) following the IntCal13 calibration curve (Reimer et al. 2013).

the same as for storage cists. The biggest difference is that granaries are found at elevations some 600 feet higher than are storage cists. If we assume that granaries are an accurate indicator of successful harvests and that foods would be stored in relative close proximity to the point of production, then we can also assume that optimal maize growing environments will be found between about 4800 and 6400 feet elevation. Lower elevations allow for earlier planting and harvesting, whereas higher elevations would be more susceptible to late spring or early fall frosts that could diminish productivity if plants do not reach maturity. In summary:

● Sites with granaries and cists in this region are probably of Ancestral Fremont and Fremont origin, and they can be considered diagnostic of Fremont farmers in this area when found without corroborating diagnostic artifacts.

● Granaries and cists might reflect high residential mobility in that stored resources were left unattended for much of the year.

**Exceptionally large storage pits at the Arrowhead Complex were all located in common spaces adjacent to residential features. But pithouses also had interior storage features, mostly small sub-floor pits and occasionally larger ones.**

● Risk of human predation was probably low, suggesting lower populations and minimal competition with non-kin groups.

● Granaries and cists cannot be easily categorized as "on-site" or "off-site." During the growing season, they would have been on-site facilities used by a resident population. After the harvest, some resources were cached to be used the following spring and would have been "off-site" facilities during the period of abandonment.

● Overall, storage facilities are small, usually less than 1 cubic meter. The abundance of small facilities that are concealed or difficult to access probably reflects periodic abandonment.

● Large granaries are rare, but they do occur. If these reflect community storage for a larger group (e.g., larder hoarding), then a resident population would be expected in close proximity to monitor and protect those resources.

### On-Site Storage

A third storage strategy involved the construction of storage facilities at long-term residences, a practice that is actually quite rare among the Fremont. These storage facilities can take the form of above-ground jacal storage units attached or adjacent to a pithouse, or as subterranean pits within or adjacent to a pithouse. In both cases, the storage facilities reflect immediate access to abundant stored resources by a sedentary population that aggressively protected its food resources. The cumulative volume of on-site facilities could have accommodated much larger populations for a long period of time.

The rarity of on-site storage at Wide Hollow Phase residential sites is generally seen as evidence of high residential mobility that required splitting food resources among several smaller storage units that were concealed or situated to be difficult to access. Janetski et al. (2012) noted the only evidence of Fremont on-site storage in the Escalante River Basin was one possible surface storage unit at Rattlesnake Point and a few subterranean chambers at Arrowhead Hill. Additional examples not mentioned include the Overlook Site and the Spillway Site.

Arrowhead Hill is one of three important sites within 200 meters of one another on the west side of Wide Hollow that are probably part of a single complex of residential sites situated on parallel ridgelines and extending toward and probably onto the valley floor (Richard Talbot, personal communication 2018). For our purposes, the Arrowhead Hill site, the Barnson Site, and the Spillway Site are referred to as the Arrowhead Complex, which collectively have produced 19 radiocarbon dates, most of them assignable to the Wide Hollow Phase (Table 5.6). Convincing evidence of Fremont on-site storage was documented at both Arrowhead Hill (Yoder 2018) and the Spillway Site (Bond et al. 2014).

Although only a very small portion of the Arrowhead Complex components have been excavated and much of the research remains unreported, several observations are relevant:

● Large subterranean storage chambers were constructed here as early as AD 100, suggesting a transition to sedentary lifeways focused on agriculture began very early in the Early Agricultural period, and some groups might have become mostly sedentary at this time.

● This area was repeatedly and perhaps continuously occupied by Fremont groups, as evidenced by superimposed pithouses and associated features that have produced a series of uninterrupted radiocarbon dates between about AD 600 and 1000.

● Storage strategies included dozens of small subterranean pits, several very large subterranean chambers of exceptionally high volume, and perhaps surface storage units. These were located both within the pithouses themselves and within outside ramadas, antechambers, and ventilation tunnels.

● Storage practices evident at the Arrowhead Complex were ancillary to household activities by Fremont farmers, some of whom remained at this location the entire year, although logistical foraging probably occurred, as well.

The earliest documented sedentary occupation at the Arrowhead Complex is Feature 10 at

the Spillway Site, a large bell-shaped storage pit that measured 1.75 meters deep, 2 meters wide at the mouth, and 2.35 meters wide at the floor. No artifacts were observed on the floor of the feature, but charcoal from this lowest level returned a radiocarbon date of 1880 $\pm$30 BP (AD 120 median probability). It was not directly associated with a pithouse residence, but there were large numbers of smaller pits, some of which were used for storage and others for roasting (Bond et al. 2014). This bell-shaped storage structure is not only the earliest bell-shaped pit in the region, but with more than 8 cubic meters of volume, it is the largest Early Agricultural storage facility of any kind yet reported in the Escalante River Basin.

Two side-by-side storage pits at Arrowhead Hill were similarly large. One storage pit had been excavated into dense red clays. The interior of the pit had been fire-hardened on all sides and partially plastered, and the structure was then capped with a sloping adobe roof. It measured 1.9 by 1.6 meters at the top, and about 0.6 to 1 meters deep, with at least 2.5 cubic meters of volume. As Yoder (2018:5) observed, "when one considers that there was at least one more of these features adjacent to it, and perhaps more to the west, the amount of storage available to the inhabitants of the site is quite remarkable." A corncob returned a radiocarbon date of 1420 $\pm$40 BP (AD 623 median probability) and another corncob returned a date of 1290 $\pm$40 BP (AD 717 median probability), both from a storage pit.

A second complex of five subterranean storage pits encompassed an area 2.2 by 5.4 meters. The dimensions of the individual storage pits were not offered, but they were described as very large and very deep. The pits were also cut into the compacted clays. They featured floors of puddled red clay, and they had roof and/or wall entry points. These were located in very close proximity to an Ancestral Puebloan pithouse constructed several centuries after the storage facilities were used.

The complexity of the Fremont on-site storage practices is illustrated by Structure 7/9 at the Spillway Site. Structure 7 was a large bell-shaped pit measuring 1.82 meters wide at the mouth, 2.35



**Figure 5.13: This granary in Alvey Wash has two large, contiguous storage chambers. Dividing large chambers into smaller compartments was a contingency strategy. If rodents or insects breached one chamber, the food stored in the others might not be destroyed.**

meters wide at the floor, and 1.4 meters deep, with roughly 6 cubic meters of volume. The interior featured discarded ground stone and two Fremont potsherds. Particularly intriguing was evidence for a jacal superstructure over the entrance to the pit that was defined by two concentric circles of postholes. Attached to this roof was a second jacal structure, perhaps a ramada. Charcoal from a posthole around the bell-shaped pit returned a radiocarbon date of 1170 $\pm$30 BP (AD 850 median probability), and charcoal from a posthole associated with the ramada returned a date of 1280 $\pm$30 BP (AD 719 median probability). Fremont pithouses were located in close proximity (Bond et al. 2014).

The exceptionally large storage pits described above were all located in common spaces adjacent to residential features, but not within them. But pithouses subjected to excavation also had interior storage features, mostly small subfloor pits, but occasionally larger ones. For example, a pithouse at

the Spillway Site had at least three bell-shaped storage pits, one of which returned a radiocarbon date of 1260 $\pm$30 BP (AD 730 median probability). Interestingly, excavations revealed no ceramics whatsoever, prompting researchers to speculate the pithouse might actually represent a Basketmaker II preceramic occupation (Bond et al. 2014).

The Arrowhead Complex is impressive not only for the tremendous size of some of the subterranean storage pits, but the sheer number of smaller storage pits (>40). These are associated with pithouses, food processing areas, ramadas, and roasting pits. Fire pits and hearths are also abundant, suggesting cold weather occupations. Collectively, these storage facilities offer support for the idea of sedentary populations who remained here throughout the entire year, who constructed storage facilities of sufficient volume to accommodate a group size larger than a nuclear family, and who cultivated crops on the adjacent valley floor.

Table 5.6

| Site No. | Site Name | Sample Material | Conventional Age BP | δ13C ‰ | 95 Percent Probability | Median Probability | Lab No. | Provenience | Temporal Affinity | Citation |
|---|---|---|---|---|---|---|---|---|---|---|
| 42Gn6264 | Spillway Site | Charcoal | 1880 ± 30 | -22 AMS | AD 69-216 | AD 120 | Beta-379139 | NST 7 Feature 10 Bell Shaped Pit | Early Agricultural | Bond et al. 2014:114 |
| 42Gn5169 | Arrowhead Hill | Zea Mays | 1420 ± 40 | -10.4 AMS | AD 565-661 | AD 623 | Beta-194031 | Storage Pit 2 Fill | Fremont | Janetski et al. 2012:194 |
| 42Gn6264 | Spillway Site | Charcoal | 1530 ± 30 | -20.6 AMS | AD 653-761 | AD 677 | Beta-379133 | Structure 6 Ramada F2 Post Hole | Fremont | Bond et al. 2014:186 |
| 42Gn5169 | Arrowhead Hill | Zea Mays | 1290 ± 40 | -10.8 AMS | AD 663-844 | AD 717 | Beta-255666 | Storage Pit 2 Fill | Fremont | Janetski et al. 2012:194 |
| 42Gn6264 | Spillway Site | Charcoal | 1280 ± 30 | -21.1 AMS | AD 671-793 | AD 719 | Beta-379135 | Structure 6 Ramada, F7, Post Hole | Fremont | Bond et al. 2014:186 |
| 42Gn6264 | Spillway Site | Charcoal | 1280 ± 30 | -20.3 AMS | AD 671-774 | AD 719 | Beta-379136 | Structure 9, F7 Post Hole | Fremont | Bond et al. 2014:197 |
| 42Gn6264 | Spillway Site | Charcoal | 1260 ± 30 | -25.6 AMS | AD 678-853 | AD 730 | Beta-379131 | Structure 4 Pithouse, F15 Cist | Fremont | Bond et al. 2014:178 |
| 42Gn6264 | Spillway Site | Charcoal | 1250 ± 30 | -21.8 AMS | AD 683-863 | AD 738 | Beta-379134 | Structure 1 Pithouse, F2 Hearth | Fremont | Bond et al. 2014:159 |
| 42Gn5168 | Bamson Site | Zea Mays | 1240 ± 40 | -11 AMS | AD 683-880 | AD 768 | Beta-210474 | Structure 2 Floor | Fremont | Janetski et al. 2012:194 |
| 42Gn6264 | Spillway Site | Charcoal | 1200 ± 30 | -20.4 AMS | AD 726-894 | AD 825 | Beta-379140 | Structure 8 Surface | Fremont | Bond et al. 2014:162 |
| 42Gn5168 | Bamson Site | Zea Mays | 1200 ± 40 | -10.8 AMS | AD 707-941 | AD 824 | Beta-255665 | Structure 3 Floor | Fremont | Janetski et al. 2012:194 |
| 42Gn6264 | Spillway Site | Charcoal | 1170 ± 30 | -22.6 AMS | AD 776-954 | AD 849 | Beta-379137 | NST 3, F3 Roasting Pit | Fremont | Bond et al. 2014:105 |
| 42Gn6264 | Spillway Site | Charcoal | 1170 ± 30 | -22.7 AMS | AD 776-956 | AD 850 | Beta-379141 | Structure 7 Bell-Shaped Pit | Fremont | Bond et al. 2014:197 |
| 42Gn5169 | Arrowhead Hill | Zea Mays | 1160 ± 60 | -10.6 AMS | AD 710-989 | AD 865 | Beta-189340 | Structure 1 Fill | Fremont | Janetski et al. 2012:194 |
| 42Gn5169 | Arrowhead Hill | Charred Grass Stems | 1110 ± 60 | -12.3 | AD 772-1021 | AD 922 | Beta-194029 | Structure 3 Floor | Ancestral Puebloan | Janetski et al. 2012:195 |
| 42Gn5169 | Arrowhead Hill | Zea Mays | 1100 ± 40 | -10.9 AMS | AD 812-1011 | AD 944 | Beta-194032 | Structure 2 Upper Floor | Fremont | Janetski et al. 2012:195 |
| 42Gn6264 | Spillway Site | Zea Mays | 1070 ± 30 | -11.4 AMS | AD 900-1016 | AD 979 | Beta-379129 | Structure 1 Pithouse, Stratum 2 | Fremont | Bond et al. 2014:159 |
| 42Gn5169 | Arrowhead Hill | Human Bone | 935 ± 35 | -8 AMS | AD 1029-1180 | AD 1099 | CAMS 114513 | Structure 3 Pithouse, Subfloor Pit 1 | Ancestral Puebloan | Janetski et al. 2012:195 |
| 42Gn5169 | Arrowhead Hill | Charred Juniper Pair | 930 ± 60 | -24.4 | AD 1008-1220 | AD 1105 | Beta-189341 | Structure 4 Structure Fill | Ancestral Puebloan | Janetski et al. 2012:195 |

Table 5.6: Radiocarbon dates from three sites comprising the Arrowhead Complex, a probable year-round Fremont residential base in the Wide Hollow area that was occupied in late Formative times by Ancestral Puebloan immigrants. The 95 percent probability ranges were obtained using the Behron library (Parnell 2016) in the R environment (R Core Team 2017) following the IntCal13 calibration curve (Reimer et al. 2013).

### Fremont Residential Architecture

The third overarching site type identified by Geib (1996d:93) for the Escalante River Basin is residential, or those sites "having living structures and trash middens that imply some degree of permanence and duration of occupation." At the time of Geib's analysis, very few of these sites had been identified: Circle Terrace in Harris Wash, Rattlesnake Point near Escalante, Tombstone House in Twentyfive Mile Wash, and Junction House in Cow Canyon. Since that time, investigations in the Big Flat, Wide Hollow, and Little Desert areas have identified dozens of Fremont pithouses, several of which have now been excavated (Jordan and Talbot 2002).

The abundance of residential sites in more upland settings removed from the Escalante River corridor prompted McFadden (1998, 2016) to propose his model of bi-seasonal residential mobility wherein Fremont groups returned to upland residences for the winter that were ideally suited to take advantage of mule deer migration patterns and abundant fuel wood. According to McFadden's model, site distributions should reflect lowland occupations that are comparatively low-investment seasonal habitations, complex camp sites, short-term residences, or concealed storage sites that facilitated a mobile lifestyle. Upland sites should appear as high-investment, longer-term residential structures with evidence of substantial on-site storage and middens.

As we discussed in Chapter 4, a robust tradition of pithouse architecture was evident in the Grand Staircase far to the west by at least AD 200, if not much earlier, and this has been described within the context of Basketmaker II farming strategies. An Ancestral Fremont pithouse tradition co-equal to the Basketmaker II pattern has not yet been identified in the Escalante River Basin. Instead, the earliest formal residences date no earlier than the AD 700s.

One exception might be a pithouse at the Spillway Site that had a number of features more commonly associated with Basketmaker II pithouses in the San Juan Basin, including a ramped entryway, a bench encircling about half the interior, and a deep bell-shaped pit below the floor. Charcoal from the bell-shaped pit returned a Wide Hollow Phase radiocarbon date of $1250 \pm 30$ BP (AD 730 median probability) that seems inconsistent with the aceramic nature of the pithouse.

It should be noted that encircling benches are extremely rare at Fremont sites, but these were noted at this pithouse, as well as another large pithouse where charcoal from a hearth returned a date of $1250 \pm 30$ BP (AD 738 median probability). The incorporation of benches into the Fremont pithouse style might be an example of what Talbot (2002:6, see also Talbot 2006) has referred to as an imitation of Ancestral Puebloan architectural traits, although their devotion to these new ideas, which included ramped entryways, vent tunnels, and deflectors, was "insincere" and "somewhat sloppy."

At least 40 Formative radiocarbon dates have now been reported from residential sites in the Escalante River Basin, whereas 53 residential sites have been documented within the political boundaries of the Monument. Talbot (2006:319) has argued that architecture is a passive form of cultural communication that reinforces group identity and promotes group solidarity. This passivity is reflected in a number of traits that are hardly unique to the

> **Formal Fremont pithouses oriented toward agriculture appeared in the Escalante River country in the AD 700s and these had ramped entryways, vent tunnels, and deflectors that imitated Ancestral Puebloan pithouses farther to the west.**

Fremont, but are universally consistent at Fremont sites on the northern Colorado Plateau.

We now review recent excavation data from several Fremont residential sites in GSENM within the context of McFadden's model of residential mobility (2016) and Talbot's statements about Fremont architectural conformity (2006). Janetski et al. (2012) have suggested organizing the residential site data by valley locations and upland settings, but in reality there are minimal elevation differences between the two. The categories might be more appropriately labeled "agricultural" and "non-agricultural," or "year-round" and "seasonal." We discuss the data within the context of long-term farming residences found in the Escalante Valley and short-term seasonal residences found elsewhere.

It should also be noted that the earliest Formative pithouse in the region is found at a site in the Bitter Creek area of the Waterpocket Fold. This structure is not oriented toward agriculture, but rather toward exploiting abundant chert outcrops for tool stone and perhaps expedient exploitation of locally available wild plants. The pithouse represents a light brush structure without any of the formal internal features associated with pithouses elsewhere in the Southwest at this time.

### Valley Pithouses

Valley locations with permanent residences oriented toward agriculture and having large-capacity, on-site storage are limited in number (n=5), but these have produced most of the radiocarbon dates in the sample due to recent excavations at five sites, three of them in close proximity to one another in the Wide Hollow area (Arrowhead Complex). Generally, pithouses in this area date to the latter half of the Wide Hollow Phase, and based on ceramic assemblages they might date late in the Fremont sequence and could represent co-occupations with Ancestral Puebloan groups after about AD 1050.

Both Arrowhead Hill and the Spillway Site produced several radiocarbon dates early in Wide Hollow Phase times, but these were not directly associated with residences (the residences are proba-

bly there, but went undetected during the limited excavations). At both sites, the pithouses themselves returned radiocarbon dates beginning at about AD 750, suggesting that formal pithouse architecture might have been a later addition to Fremont settlement patterns (see Table 5.7), although more likely this reflects a sampling bias. As discussed below, all of the pithouses share traits with Ancestral Puebloan pithouses, including roofed ventilation tunnels that also functioned as entryways, deflectors and wing walls, subfloor storage pits, antechambers, external surface storage, and/or benches encircling at least part of the interior.

The earliest valley pithouses in this area were documented at the Spillway Site, which included three superimposed pithouses, as well as one or two other pithouses nearby. The lowest of the three pithouses was not investigated. One structure here was a roughly circular pithouse measuring about 6 meters in diameter that had been excavated into hard clay. It was about 70 centimeters deep and featured a clay-rimmed central fire pit, numerous subfloor storage pits, a bench area around the east side, a roof entryway evidenced by floor sockets for a ladder, and an adobe wall remnant that might have been a deflector. Charcoal from the central hearth returned a radiocarbon date of 1250 $\pm$30 BP (AD 738 median probability). This was believed to represent the last occupation of the pithouse (Bond et al. 2014).

A second pithouse was located immediately below. It was smaller and more oval, measuring 3 by 3.8 meters with a floor 25 centimeters below Structure 1. It featured a 20-degree sloped entryway and ventilation tunnel, a central basin fire pit, and other subfloor pits. Charcoal from the pithouse floor returned a radiocarbon date of 1200 $\pm$40 BP (AD 825 median probability), which is problematic because the date should have been older than the overlying pithouse (Bond et al. 2014).

A third house structure at the Spillway Site was a deep oval pithouse of unspecified size with multiple bell-shaped, circular, and basin subfloor pits. It featured a recessed area on the north, a ramped entryway and ventilation tunnel, a bench, and an interior mealing bin. Charcoal from bell-

Table 5.7

| Site No. | Site Name | General Location | Elevation | Sample Material | Conventional Age BP | δ13C ‰ | 95 Percent Probability | Median Probability | Lab No. | Provenience | Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42Ga6264 | Spillway Site | Wide Hollow | 5930 | Charcoal | 1330 ± 30 | 20.6 AMS | AD 653-761 | AD 677 | Beta-379133 | Structure 6 Ramada F2 Post Hole | Bond et al. 2014:186 |
| 42Ga6264 | Spillway Site | Wide Hollow | 5930 | Zea Mays | 1300 ± 30 | -11.5 AMS | AD 664-766 | AD 706 | Beta-379130 | Structure 7 Bell Shaped Pit Fill | Bond et al. 2014:197 |
| 42Ga6264 | Spillway Site | Wide Hollow | 5930 | Charcoal | 1280 ± 30 | 21.1 AMS | AD 671-793 | AD 719 | Beta-379135 | Structure 6 Ramada, F7, Post Hole | Bond et al. 2014:186 |
| 42Ga6264 | Spillway Site | Wide Hollow | 5930 | Charcoal | 1280 ± 30 | 20.3 AMS | AD 671-774 | AD 719 | Beta-379136 | Structure 9, F7 Post Hole | Bond et al. 2014:197 |
| 42Ga6264 | Spillway Site | Wide Hollow | 5930 | Charcoal | 1260 ± 30 | 25.6 AMS | AD 678-853 | AD 730 | Beta-379131 | Structure 4 Pithouse, F15 Cist | Bond et al. 2014:178 |
| 42Ga6264 | Spillway Site | Wide Hollow | 5930 | Charcoal | 1250 ± 30 | 21.8 AMS | AD 683-863 | AD 738 | Beta-379134 | Structure 1 Pithouse, F2 Hearth | Bond et al. 2014:159 |
| 42Ga5168 | Bamson Site | Wide Hollow | 6000 | Zea Mays | 1240 ± 40 | -11 AMS | AD 685-880 | AD 768 | Beta-210474 | Structure 2 Floor | Jaaetski et al. 2012:194 |
| 42Ga6264 | Spillway Site | Wide Hollow | 5930 | Charcoal | 1200 ± 30 | 20.4 AMS | AD 726-894 | AD 825 | Beta-379140 | Structure 8 Surface | Bond et al. 2014:162 |
| 42Ga5168 | Bamson Site | Wide Hollow | 6000 | Zea Mays | 1200 ± 40 | -10.8 AMS | AD 707-941 | AD 824 | Beta-255665 | Structure 3 Floor | Jaaetski et al. 2012:194 |
| 42Ga6264 | Spillway Site | Wide Hollow | 5930 | Charcoal | 1170 ± 30 | 22.7 AMS | AD 776-956 | AD 850 | Beta-379141 | Structure 7 Bell Shaped Pit, F16 Post Hole | Bond et al. 2014:197 |
| 42Ga5169 | Arrowhead Hill | Wide Hollow | 5931 | Zea Mays | 1160 ± 60 | -10.6 AMS | AD 710-989 | AD 865 | Beta-189340 | Structure 1 Fill | Isaetski et al. 2012:194 |
| 42Ga5169 | Arrowhead Hill | Wide Hollow | 5931 | Zea Mays | 1100 ± 40 | -10.9 AMS | AD 812-1011 | AD 944 | Beta-194032 | Structure 2 Upper Floor | Jaaetski et al. 2012:195 |
| 42Ga6264 | Spillway Site | Wide Hollow | 5930 | Zea Mays | 1070 ± 30 | -11.4 AMS | AD 900-1016 | AD 979 | Beta-379129 | Structure 1 Pithouse, Stratum 2 | Bond et al. 2014:159 |
| 42Ga1585 | Overlook | Wide Hollow | 6160 | Charcoal | 1010 ± 40 | 24.2 AMS | AD 925-1145 | AD 1021 | Beta-171925 | Structure 1 D-Shaped Pithouse | Bira and Sauer 2003:43 |
| 42Ga0043 | Rattlesnake Point | Alvey Wash | 6010 | Maize | 660 ± 80 | 11.1 | AD 1218-1417 | AD 1331 | Beta-171922 | Structure 1 Vent Tunnel | Bira and Sauer 2003:28 |

Table 5.7: Radiocarbon dates from agricultural pithouse features in the Escalante River Basin. The 95 percent probability ranges were obtained using the Bchron library (Parnell 2016) in the R environment (R Core Team 2017) following the IntCal13 calibration curve (Reimer et al. 2013).

shaped storage pit returned a date of 1260 $\pm$30 BP (AD 730 median probability), although researchers (Bond et al. 2014) suggested the lack of ceramics could indicate it was actually occupied prior to AD 500.

Two other dated structures at the Spillway Site were not residential, but instead were sheltered work and storage areas that reflect residential activities, specifically food preparation and food storage, that are assumed to be associated with nearby pithouses. One was a basin-shaped, oval feature with a central fire pit and postholes around the exterior edges. Charcoal from a posthole returned a radiocarbon date of 1280 $\pm$30 BP (AD 719 median probability). Another structure was a ramada or surface shelter that provided a roof over a large bell-shaped storage pit and was joined to a jacal surface structure. Charcoal from the bell-shaped pit returned a date of 1300 $\pm$30 BP (AD 706 median probability), and charcoal from the surface structure posthole returned a date of 1280 $\pm$30 BP (AD 719 median probability), suggesting that all three of these features were contemporaneous (Bond et al. 2014).

Two pithouses at Arrowhead Hill appear to have been Fremont residences, whereas one other pithouse and a surface structure were attributed to Ancestral Puebloan occupations either subsequent to the Fremont occupation or concurrent with it. One Fremont house was a shallow, roughly oval pithouse measuring about 4 by 4.5 meters with well-defined earthen walls and a floor 40 centimeters below ground surface. The interior featured nine subfloor pits and 16 postholes, a small wall shelf, a clay-rimmed hearth, and interior wing walls extending from the hearth toward the pithouse walls. A single radiocarbon date of 1160 $\pm$60 BP (AD 867 median probability) was consistent with the Emery Gray ceramics observed in the lower fill. The pithouse entrance might have been covered by a ramada that protected a bell-shaped storage pit found at the point the ramada wall connected to the pithouse wall.

A second structure to the west measured about 6 meters in diameter and had three superimposed floor areas, each with its own central fire pit.

At least 10 subfloor pits were identified. A corncob found on the upper floor area returned a radiocarbon date of 1100 $\pm$40 BP (AD 944 median probability). The pithouse also featured a 5-meter-long ventilation tunnel with two semi-subterranean storage structures next to the east wall of the tunnel. The southern end of the tunnel was enclosed by a ramada or antechamber.

The Spillway and Arrowhead Hill dates are consistent with two other pithouse dates from the Barnson Site, located on a ridge paralleling Arrowhead Hill. Three Fremont pithouses were excavated, but excavation data are not yet available. One of the pithouses was 7 meters in diameter and featured a clay-rimmed central fire pit, an unusual clay platform on the floor, and a room attached to the west side. A second, smaller pithouse was located on the east side of the larger one, and a third one was located just downslope. The latter one featured prominent wing walls and a possible ventilation tunnel. A corncob from the floor of one pithouse returned a radiocarbon date of 1240 $\pm$40 BP (AD 768 median probability) and a corncob from the floor of a second returned a date of 1200 $\pm$40 BP (AD 824 median probability) (Janetski et al. 2012; Talbot 2006).

Collectively, the pithouses at the Arrowhead Complex suggest pithouse architecture had emerged as the preferred residential form by about AD 750. With the exception of the aceramic pithouse at the Spillway Site, all of the pithouses described above were characterized by a predominance of Fremont ceramics, mostly graywares but also some exotic Fremont types. Ancestral Puebloan tradewares were present at Fremont pithouses, but they were comparatively few in number. Based on the presence of red wares and corrugated types, this might represent occupations after about AD 1050.

Relevant to this discussion are two residences at Arrowhead Hill that represent Ancestral Puebloan occupations, both of which bear on the question as to whether the Fremont occupants were displaced by Ancestral Puebloan immigrants sometime after AD 1050 or whether there was a coexistence of two different cultural entities.

Geib (1996d, 1996e) and McFadden (2016) have argued that a hard boundary existed during early Fremont times, with the Fremont having little if any contact with their Ancestral Puebloan neighbors to the south and west. Janetski et al. (2012), however, made a compelling case that the boundary between the two cultural entities was permeable, with Fremont groups adopting (or imitating) Ancestral Puebloan architectural traits while maintaining their own ceramic traditions. Ancestral Puebloan trade wares became more common, or at least more recognizable, by about AD 1000, suggesting direct socioeconomic contact between the two groups and perhaps co-occupation of the region.

It is also possible that interaction occurred since Early Agricultural times. Phil Geib's work on early Formative sites in the lower Escalante River Basin almost always described sites in close proximity to the Colorado River within the context of Basketmaker II and Basketmaker III occupations, each with material culture traits defined in the Kayenta or Mesa Verde regions. This would suggest that Ancestral Puebloan groups had already crossed the Colorado River by at least AD 200, and there would have been no physiographic barriers to prevent them from moving up the Escalante River where they would have come into contact with Fremont groups (Geib 1996d).

Separate cultural identities appear to have persisted for five centuries or more, but these boundaries appear to have collapsed sometime between AD 1050 and 1150 with the arrival of Ancestral Puebloan immigrants with different architectural and ceramic traditions. The collapse of a hard boundary would suggest Fremont groups were displaced, either by choice or force, whereas a longstanding permeable boundary might reflect acculturation of Fremont groups into an Ancestral Puebloan lifeway. As Janetski et al. (2012:204) observed, "The challenge is to determine if the occupations were contemporaneous or sequential."

Janetski et al. (2012) considered it likely that both groups co-occupied the Escalante River Basin after AD 1050. They point to the fact that Ancestral Puebloan ceramics appear more frequently at Fremont sites and Fremont ceramics are clearly evident at Ancestral Puebloan sites at this same time. Two sites in particular might indicate Fremont farmers were coexisting and interacting with Ancestral Puebloans.

The Overlook Site, located on a small mesa top above the Escalante River, consists of several boulder-lined structures, a granary in the cliff face just below the structures, rock art, and a substantial midden. In other words, it featured expedient access to arable lands along the river, on-site storage, and evidence of two pithouses suggesting long-term, perhaps year-round occupations (Baer and Sauer 2003). Fill from one pithouse floor returned a radiocarbon date of 1010 $\pm$40 BP (AD 1021 median probability), which is consistent with a Parowan Basal-notched point found there (Baer and Sauer 2003).

Overall, 1,258 potsherds were collected, 86 percent of which were Emery Gray, but also with minor amounts of Snake Valley Black-on-gray, Ivie Creek Black-on-white, North Creek Gray, North Creek Black-on-gray, North Creek Corrugated, Shinarump Gray, and red wares and white wares (Baer and Sauer 2003). This suggests the occupants here produced and utilized their own Fremont ceramics, but they were actively trading with Ancestral Puebloan groups.

The best evidence for co-occupation might be Rattlesnake Point, a complex of five structures, the largest being a pithouse 6 meters in diameter and a meter deep. It featured a long, wide ventilation tunnel with a large antechamber at one end, a clay-rimmed fire pit, a raised platform, and a wattle-and-daub wing wall. Given the site location on a terrace above Alvey Wash, the site was probably oriented toward agriculture on the nearby floodplain.

The site was initially excavated by Gunnerson (1959b) and later re-investigated by Brigham Young University (Baer and Sauer 2003; Talbot 2006). These excavations revealed an abundance of Fremont and Ancestral Puebloan ceramics, although Janetski et al. (2012) observed that the Ancestral Puebloan ceramics were almost all painted types rather than utilitarian wares, suggesting trade with but not occupation by Ancestral Puebloans.

A corncob from the ventilation tunnel returned a radiocarbon date of 660 $\pm$80 BP (AD 1331 median probability), indicating a very late Formative occupation, perhaps one that occurred after Ancestral Puebloan groups had abandoned the Escalante River Basin. On the other hand, the architectural style, the ceramic assemblage, and two non-cutting tree-ring dates of AD 1007 and AD 1000, both from the same ventilation tunnel, suggested an occupation in the AD 1000s or 1100s by Fremont groups with close trade relationships with nearby Ancestral Puebloan groups (Janetski et al. 2012).

### Seasonal Residences

Valley residential sites were all oriented toward farming of the floodplains, but the seasonal pithouse sites appear to have been focused largely on the procurement of wild plants and animals and were therefore short-term, seasonal occupations. McFadden (2016) has suggested these were winter occupations. Talbot (2002:160) observed that if Mc-Fadden's model is valid, then residential sites in this area should exhibit evidence for long-term, cold-weather occupations, including significant middens, substantial food storage, significant quantities of large mammal bones, and seasonal indicators among large mammal remains.

A cold-season occupation was suggested by the presence of deep pithouses with internal hearths, but other factors argued against long-term winter occupations. Middens were not extensive, there was no evidence for on-site storage, and mammal bones were not found in significant quantities. Instead, the abundant plant processing sites in the area appear to have been seasonal forays to acquire specific plant resources (Baer and Sauer 2003).

Although the sample size is small, the seasonal pithouses are similar to the valley pithouses in that most have ventilator shafts that functioned as entryways to the residence, they might have had deflectors or wing walls, and most had clay-rimmed central fire pits. But the forager pithouses are different in that subfloor storage pits are rare, large bell-shaped storage pits and surface storage structures are nonexistent, and outside features such as ramadas are quite ephemeral.

Six seasonal Fremont residential sites in the Escalante River Basin have produced seven Formative radiocarbon dates (see Table 5.8), five of them with median probabilities after AD 1000. These late sites, which have predominantly Emery Gray ceramics, might represent the persistence of the Fremont foraging lifeway even during the co-occupancy of the region with Ancestral Puebloan farmers who arrived about AD 1050. In light of the absence of any Ancestral Puebloan residential sites oriented toward procurement of wild plants and animals, these seasonal pithouses might be unique to the Fremont at this time.

**Seasonal pithouses are similar to the valley pithouses in that most have ventilator shafts that functioned as entryways to the residence, they might have had deflectors or wing walls, and most had clay-rimmed central fire pits.**

Typical of the seasonal pithouse is the Roadcut Site, one of three excavated sites in the Big Flat area, which features a circular basin-shaped pithouse 4 meters in diameter that was burned upon or just after abandonment. The earthen walls sloped toward an unprepared earthen floor. Thirteen wooden beam fragments on floor radiating out as spokes of a wheel suggested a conical roof. Interior features included four jug-shaped subfloor pits and a slab-lined hearth, whereas a probable roasting pit was located just outside the pithouse. Corroborative diagnostics included Rose Spring points and 16 quartz-tempered grayware potsherds similar to early utility wares described elsewhere in the Escalante River Basin. Charcoal from a pithouse posthole re-

Table 5.8

| Site No. | Site Name | General Location | Elevation | Sample Material | Conventional Age BP | δ13C ‰ | 95 Percent Probability | Median Probability | Lab No. | Provenience | Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42Ga4095 | Rondezt Site | Big Flat Mesa | 6320 | Charcoal | 1250 ±60 | -20.4 | AD 670-933 | AD 767 | Beta 159904 | Structure 1 Post Hole | Jordan and Talbot 2002:50 |
| 42Ga3102 | Apryll's Bench | Boulder Creek | 6820 | Charcoal | 1200 ±60 | n/a | AD 688-968 | AD 823 | Beta 171182 | NE Corner Structure | Jacklin 1988:23 |
| 42Ga3691 | The Outpost | Big Flat Mesa | 6440 | Zea Mays | 1030 ±40 | -9.6 AMS | AD 907-1124 | AD 1004 | Beta 159900 | Structure 1 Vent Shaft | Jordan and Talbot 2002:23 |
| 42Ga4086 | Dos Casas | Big Flat Mesa | 5800 | Charcoal | 1010 ±50 | -20.6 | AD 909-1150 | AD 1024 | Beta 159901 | Structure 2 Pit 1 | Jordan and Talbot 2002:40 |
| 42Ga4167 | Hummingbird Hill | Birch Creek | 6480 | Charcoal | 940 ±70 | -25.5 | AD 981-1229 | AD 1101 | Beta 171924 | Structure 1 Fill | Baer and Sauer 2003:55 |
| 42Ga3244 | Malestahot | Boulder Creek | 6860 | Charcoal | 790 ±50 | n/a | AD 1101-1282 | AD 1234 | Beta 22454 | Jacal Structure Floor | Jacklin 1988:50 |
| 42GA3244 | Malestahot | Upper Escalante River | 6860 | Charcoal | 750 ±70 | n/a | AD 1079-1382 | AD 1257 | Beta 22453 | Structure Wall Post | Jacklin 1988:50 |

Table 5.8: Radiocarbon dates from seasonal pithouse features in the Escalante River Basin. The 95 percent probability ranges were obtained using the Bchron library (Parnell 2016) in the R environment (R Core Team 2017) following the IntCal13 calibration curve (Reimer et al. 2013).

turned a radiocarbon date of 1250 $\pm$60 BP (AD 767 median probability) (Jordan and Talbot 2002).

The Outpost, also on Big Flat, consisted of a large, D-shaped and slab-lined pithouse 5.5 by 5.2 meters in size and 71 centimeters deep. Access was by way of a 3-meter-long ventilation tunnel 80 centimeters wide. The pithouse walls featured vertical stone slabs buttressed from behind with coursed masonry. The central clay-rimmed fire pit had been largely destroyed by vandals, and no mention was made of other subfloor features. (Jordan and Talbot 2002). A corncob recovered from the ventilation tunnel returned a radiocarbon date of 1030 $\pm$40 BP (AD 1004 median probability), or near the end of the Wide Hollow Phase. Corroborative diagnostics included mostly Emery Gray ceramics (87 percent), along with a few Snake Valley Gray, North Creek Gray, and North Creek Corrugated potsherds, the latter suggesting an occupation after AD 1050.

The Dos Casas site consisted of two circular pithouses. One measured 6 meters in diameter, was 47cm deep, and featured vertical slabs around the base. The unprepared earthen floor with 22 subfloor pits also featured a wing wall or deflector that connected to a slab-lined hearth. Access was by way of a ventilator tunnel 1.8 meters long and 62 centimeters wide. A radiocarbon date of 1630 $\pm$80 (AD 422 median probability) was much too early and was rejected. A second structure was a D-shaped pithouse with slab-lined walls. The pithouse measured 3.5 meters in diameter and access was by way of a ventilation tunnel 1.3 meters long. The unprepared earthen floor featured 14 subfloor pits, none of significant size. Charcoal from one of the floor pits returned a radiocarbon date of 1010 $\pm$50 (AD 1024 median probability), which was considered an accurate indicator for the entire site. The site featured an abundance of Emery Gray ceramics (98 percent) and smaller amounts of Snake Valley Gray and North Creek Gray (Jordan and Talbot 2002).

Hummingbird Hill, located in Main Canyon near Escalante, consists of three pithouses, two side-by-side and another upslope (Baer and Sauer 2003; Talbot 2006). One was about 4 meters in diameter and featured lower walls of vertical stone slabs abutting an earthen floor. A large clay-

rimmed fire pit measured 1 meter in diameter and 20 centimeters deep. Charcoal recovered from the structure fill returned a radiocarbon date of 940 $\pm$70 BP (AD 1101 median probability). A second structure was also circular, measuring 4 meters in diameter and featuring a deeply set slab-lined wall, a ventilation tunnel 2.5 meters long, a shallow basin hearth, and two small subfloor pits. A third pithouse was smaller and somewhat oval in shape, measuring 2.3 by 2.5 meters in size and featuring a 2-meter-long ventilation tunnel, a possible wing-wall or deflector, and a central clay-rimmed fire hearth (Baer and Sauer 2003).

In summary, recent excavations at several Fremont residential sites have demonstrated two different settlement patterns. One involved residences in the Escalante Valley that are associated with long-term occupations, perhaps year-round ones, oriented toward maize agriculture. The other involved seasonal occupations oriented toward procurement of wild food resources. There are similarities in site structure and residential features regardless of setting or subsistence, but there are also important differences. Perhaps most noteworthy, there is a complete lack of substantial storage at seasonal residences, suggesting intent to reoccupy the pithouses, but the duration of those occupations was actually quite brief.

The current database is remarkably better than it was 20 years ago when Fremont residential architecture was suspected but there was very little chronometric evidence to establish any temporal or spatial context. There are currently at least 24 radiocarbon dates directly associated with Fremont residences and many more associated with ancillary features, such as storage, work areas, and roasting pits. This dataset is nonetheless quite small, and conclusions offered here remain quite speculative.

The state site form database is problematic and quite limited in the information contained on the site forms. In many instances, residential structures were not clearly visible on the site surface, but were suspected based on circumstantial evidence. Structure dimensions were rarely offered, and most site forms do not indicate the structure shapes or method of construction. At least 46

GSENM site forms indicate the presence of Fremont pithouses or surface structures. Due to the limited nature of the database, only general observations can be offered:

● Thirty-six sites (78 percent) had exclusively Fremont ceramics, mostly Emery Gray and Snake Valley Gray types. Three of the sites had no ceramics at all, and seven had predominately Fremont ceramics with a light scattering of Ancestral Puebloan types. The assemblages were dominated by utilitarian graywares.

● Clusters of three to six pithouses are found in the area, but these are not common (seven sites). Eighty-five percent of the residential sites have one or two residences, suggesting occupations by a nuclear or extended family.

● The median elevation of Fremont residential sites is 6,200 feet, reflecting the need for shelter and access to fuel wood during colder seasons.

Inventory data should be used cautiously when discussing Fremont settlement patterns or predicting site locations. Some of the most important Fremont residential sites discussed in this chapter (e.g., the Spillway Site and the Barnson Site) were initially documented as artifact scatters with associated charcoal staining, and residential features were not identified until after excavations were initiated.

The rather sudden appearance of a formal pithouse tradition in the AD 700s is likely a result of the fact few sites have been investigated and the dataset is small. But one other possibility should be considered. Roberts (2018) has recently made a compelling case that late Basketmaker III residents at Eagles Watch near Kanab were violently displaced by Kayenta immigrants in the early AD 700s, something evidenced by the burning of the Basketmaker III pithouses and their replacement with new styles and accoutrements, and the restructuring of trade networks to reflect exotic items arriving from Arizona.

The sudden appearance of a pithouse tradition in the Fremont homeland, also in the AD 700s, has all the trappings of Basketmaker III pithouses at Eagles Watch. This might this reflect an in-migration of refugees, mostly males given that pithouse construction is typically a male endeavor. The small amount of North Creek Gray at Fremont sites at this time could, therefore, represent local production by Basketmaker III refugees, probably women given that ceramic manufacturing was typically a female activity. This is certainly speculative but worthy of further inquiry.

### Fremont on the Fiftymile

The question of boundaries is especially relevant to the Formative adaptations on the Kaiparowits Plateau, which borders the Escalante River Basin on the west and was clearly within the range of Fremont groups. It also borders the Grand Staircase region farther to the west and would have been within the range of Ancestral Puebloan farmers there, although distances from major farming settlements to the high plateau country would have been much greater. In effect, the plateau was a formidable geographic landform that could have functioned as a natural barrier between groups.

As discussed in earlier chapters, the Kaiparowits Plateau is bordered on the west by the Cockscomb, on the east by the Straight Cliffs, and on the south by the Colorado River. The northern boundary is not so clearly defined but for our purposes is defined as the southern escarpment of the

**There is no dispute that some groups were on the plateau in early Formative times and that some of them used basalt-tempered Fremont ceramics. But the overall rarity of Fremont ceramics on the plateau is quite striking.**



Calf Creek Canyon

Photo: Dan Bauer

Aquarius Plateau. The western portion of the Kaiparowits Plateau is characterized by rolling pinyon-juniper hills that rise steadily to the east and are downcut by a series of steep canyons that ultimately drain south to the Colorado River.

The eastern portion features a high plateau found mostly between 7,000 and 7,500 feet elevation that is pedestaled on the east, west, and south by steep cliffs. Access from the north is quite easy by way of Alvey Wash, an Escalante River tributary that trends north and northeast from the high country toward the modern community of Escalante. Fremont occupations are found the entire length of Alvey Wash, and to a limited extent on the top of the plateau and in west-trending canyons that border the high country. This high country, referred to as Fiftymile Mountain, is an area with much greater biodiversity than the adjacent canyons, that has abundant springs and at least one shallow lake or marsh.

Relevant to this section is the question as to whether the plateau was "Fremont territory" during early Formative times that was well suited to a Fremont farming and foraging lifeway (McFadden 2016), whether it was a "no-man's land" lightly exploited by foragers from both the Escalante River Basin and Grand Staircase, but where both groups would have come into contact with one another (Geib 1996e), or whether it was a shared territory where Ancestral Puebloan farmers exploited marginal agricultural niches alongside Fremont hunters and gatherers.

Current inventory data offer some support for all three scenarios, although there are comparatively few radiocarbon dates attributed to the early Formative, and distinctions based on sand-tempered graywares versus basalt-tempered grawares are admittedly tenuous. Generally, the inventory data suggest:

● There are very few sites with exclusively Fremont ceramics that would indicate the plateau was part of a robust Fremont bi-seasonal farming and foraging strategy.

● The Fremont presence appears to be limited to a few alcoves and rockshelters with sheltered camps and granaries, usually located near springs.

● Fremont residential sites are rare, suggesting a more mobile farming strategy akin to the summer field camps along the Escalante River. Some Fremont pithouses are suspected, but these have not yet been excavated.

● Most Formative architectural sites with evidence of farming have ceramic assemblages defined in the Kayenta region to the south or the Grand Staircase to the west.

### Wide Hollow Phase

McFadden (2003:47) has argued for cultural continuity on the plateau throughout the Formative, but with different farming strategies. "Wet" farming dominated during the Wide Hollow Phase (AD 500 to 1050), which was characterized by Fremont sub-irrigation farming around springs and riparian areas. And dry farming proliferated during the Fiftymile Mountain Phase (AD 1050 to 1200), which was characterized by Ancestral Puebloan occupations that borrowed liberally from earlier Fremont strategies. McFadden (2016) admitted that evidence of a substantial Fremont presence here is rather tenuous, and that Fremont utilization of the plateau was probably sparse, seasonal, and perhaps oriented more toward foraging than agriculture.

McFadden (2003, 2016) based his conclusions on a series of radiocarbon dates from maize and wood samples recovered from five granaries tucked under the rim of the plateau in the Steer Canyon area. These dates ranged from about AD 550 to 900 (the 95 percent probability ranges are actually somewhat broader, ranging from about AD 425 to 1000), all of which point toward high-elevation maize farming during Wide Hollow Phase times. Furthermore, the large size of the storage units suggested that farming must have been successful.

The high plateau country features an abundance of temporary field camps, some with Fremont grayware ceramics, that are found in both open plateau and sheltered alcove settings. These were interpreted as seasonal residences associated with field maintenance by a highly mobile population of Fremont farmer-foragers who planted around springs and wetlands. McFadden (2016:214) also observed that pithouses indicative of winter residences "are known to occur on the plateau above" and "would represent a complete annual cycle of residential mobility between summer camps and winter pithouses."

There is no dispute that some groups were on the plateau during early Formative times and that some of them used basalt-tempered Emery Gray ceramics characteristic of Fremont farmer-foragers in the Escalante River Basin. But some of the conclusions are problematic. For one, the winter residences "known to occur" on the plateau have not been formally excavated and their identification as Fremont winter pithouses remains speculative. And furthermore, the overall rarity of Fremont ceramics on the plateau is quite striking.

A review of the 16 Wide Hollow Phase radiocarbon dates from the Kaiparowits Plateau lends little support to the idea that Fremont foragers were farming around springs on the high plateau (Table 5.9). Only three dates are from sites that have Emery Gray ceramics, which were never found in significant quantities. None of the dates are from sites with Fremont residential features. Furthermore, half of the dates in the dataset are associated with lower-elevation foraging sites, not farming sites on Fiftymile Mountain.

The only excavation data relevant to the Wide Hollow Phase comes from Rich's Shelter, a rock shelter seasonally occupied throughout prehistory in upper Alvey Wash. Investigations here identified a granary, Fremont rock art, and a sheltered area with grinding slicks, an adobe layer, and a rock alignment or retaining wall. Two-thirds of the ceramics were Emery Gray and Snake Valley Gray

Table 5.9

| Site No | Site Name | General Location | Elevation | Sample Material | Conventional Age BP | δ13C‰ | 95 Percent Probability | Median Probability | Lab No. | Provenience | Citations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42Ka04356 | Broken Arrow Cave | Wahweap Creek | 4040 | Rabbitbrush Charcoal | 1520 ±90 | 22.8 AMS | AD 344-656 | AD 524 | Beta-111639 | F10/14 in F9 Test Pit | Talbot et al. 1999:12 |
| 42Ka00879 | | West Steer Canyon | 7400 | Zea Mays | 1510 ±60 | -9.1 | AD 420-640 | AD 546 | Beta-190932 | FS 1 Surface | McFadden 2016:287 |
| 42Ka00265 | Captains Alcove | Rock Creek | 3640 | Charcoal | 1470 ±115 | -25 | AD 334-799 | AD 564 | Beta-1142 | Test Pit 2 | Tipps 1983:157 |
| 42Ka05902 | | West Steer Canyon | 6600 | Zea Mays | 1440 ±50 | -9.2 | AD 474-661 | AD 611 | Beta-190933 | FS 1 Surface | McFadden 2016:297 |
| 42Ka04535 | | Fourmile Canyon | 5720 | Zea Mays | 1390 ±60 | -10.5 | AD 549-760 | AD 643 | Beta-121577 | Site Surface | McFadden 2016:183, 295 |
| 42Ka03061 | | Wieses Canyon | 4950 | Twig | 1380 ±80 | -27.9 | AD 472-844 | AD 653 | Beta-121576 | Granary Roof Matrix | McFadden 2016:291 |
| 42Ka00877 | | West Steer Canyon | 7560 | Zea Mays | 1280 ±90 | -8.6 | AD 612-955 | AD 753 | Beta-190930 | FS 1 Surface | McFadden 2016:287 |
| 42Ka05902 | | West Steer Canyon | 6600 | Zea Mays | 1230 ±50 | -9.3 | AD 682-931 | AD 791 | Beta-199934 | FS-2 Surface | McFadden 2016:297 |
| 42Ka00854 | | West Steer Canyon | 7440 | Twig | 1200 ±40 | -25.8 | AD 705-940 | AD 824 | Beta-190929 | Granary Matrix | McFadden 2016:287 |
| 42Ka00878 | | West Steer Canyon | 7480 | Zea Mays | 1160 ±50 | -9 | AD 727-979 | AD 867 | Beta-190931 | FS 1 Surface | McFadden 2016:287 |
| 42Ka01991 | | Wahweap Bay | 3780 | Charcoal | 1150 ±110 | n/a | AD 677-1118 | AD 873 | Beta-6877 | Trench 1B Hearth | Lintsman 1986:43 |
| 42Ka07192 | Red's Shelter | Straight Cliffs | 7000 | Wood | 1120 ±30 | -23.1 | AD 812-984 | AD 931 | Beta-328998 | Granary Matrix | McFadden 2016:184, 298 |
| 42Ka00882 | | Alvey Wash | 5600 | Zea Mays | 1080 ±80 | -9.9 | AD 742-1137 | AD 946 | Beta-165414 | FS-2 Surface | McFadden 2016:299 |
| 42Ka02189 | | Rainrocks | 4640 | Yucca | 1080 ±40 | -11.5 AMS | AD 882-1017 | AD 961 | Beta-128987 | Jar Strap Cache | McFadden 2016:291 |
| 42Ka02683 | | Lake Canyon | 7120 | Zea Mays | 1060 ±60 | -9.8 | AD 798-1130 | AD 975 | Beta-132380 | Site Surface | McFadden 2016:251, 291 |
| 42Ka01323 | Tibbet Cave | Tibbet Canyon | 4800 | Bone Collagen | 1030 ±40 | -20.3 | AD 906-1124 | AD 1004 | Beta-155678 | Houx Flakes Site Surface | McFadden 2016:233, 287 |

Table 5.9: Wide Hollow Phase radiocarbon dates from the Kaiparowits Plateau region. Higher-elevation dates from Fiftymile Mountain are thought to be evidence of Fremont farming. The 95 percent probability ranges were obtained using the Bchron library (Parnell 2016) in the R environment (R Core Team 2017) following the IntCal13 calibration curve (Reimer et al. 2013).



Figure 5.15: The abundance and large size of the granaries tucked under the rim of Fiftymile Mountain attest to the success of farming on the Kaiparowits Plateau during Fremont times. Photo: Jerry D. Spangler

types and the rest were Ancestral Puebloan types, mostly red wares. The site was interpreted as a short-term food processing station (Harris 2005).

A Fremont utilization of the shelter was evidenced by the rock art and predominance of Fremont ceramics, but radiocarbon dates from two corncobs collected from the site surface are equivocal. One returned a late Wide Hollow Phase date of 1080 ±80 BP (AD 947 median probability) and might be associated with a Fremont occupation, and the other returned a date of 950 ±60 BP (AD 1096 median probability) at the transition between early and late Formative times. The mixed deposits did not allow for speculation as to whether the Fremont and Ancestral Puebloan occupations were sequential or were the result of co-occupation of the site in late Formative times (Harris 2005).

The more recent date at Rich's Shelter is identical to one from site in Fourmile Canyon at an elevation of 5,600 feet. This is a north-aspect alcove with abundant ground stone, more than a hundred corncobs and corn husks, burned juniper beams, and unspecified number of Emery Gray potsherds. The alcove was situated above a well-watered portion of the canyon, and the presence of corn husks indicated that maize farming occurred nearby. A corncob returned a radiocarbon date of 950 ±60 BP (AD 1097 median probability).

The only other Fremont evidence consists of a single Emery Gray potsherd found along with North Creek Gray potsherds at a granary in the West Steer Canyon area. A corncob returned a radiocarbon date of 1280 ±90 BP (AD 755 median probability), which would be consistent with an early Formative occupation. In all other instances, the radiocarbon dates were associated with Ancestral Puebloan ceramics or the sites had no diagnostic artifacts at all.

The dearth of Fremont diagnostic artifacts associated with Kaiparowits Plateau sites, most of which are granaries, raises the possibility that Ancestral Puebloan groups were actually farming the high plateau and that the Fremont presence here was limited to foraging forays and short-term camps in the alcoves and rockshelters. McFadden (2016) acknowledges this possibility, although he doesn't rule out that Fremont groups acquired Ancestral Puebloan trade wares or that sand-tempered graywares were of local Fremont manufacture.

The inventory data for the Kaiparowits Plateau would seem to support the idea of a rather sparse Fremont presence here, or at best one that was thoroughly blended with and indistinguishable from Ancestral Puebloan occupations. Our review of the inventory data related to 285 Kaiparowits Plateau sites documented during the course of the Glen Canyon Project found a total of 129 sites with

1,537 potsherds identified as either Emery Gray (1,248), Snake Valley Gray (128), Snake Valley Black-on-gray (23), Emery Black-on-gray (89), or Ivie Creek Black-on-white (1). In other words, 45 percent of all sites with ceramics had Fremont ceramics to a greater or lesser degree.

In the vast majority of instances, however, the number of Fremont potsherds constituted a very small percentage of the overall assemblage, usually 1 to 15 percent. Fremont potsherds constituted the majority of the catalog at only 16 sites (5.6 percent of the total), although these also do not occur in significant quantities (see Table 5.10). At three sites, Fremont ceramics were observed without any other Ancestral Puebloan temporal indicators, and at three other sites they co-occur with plain gray Ancestral Puebloan ceramics (sand-tempered), all of which might be indicative of Wide Hollow Phase occupations prior to AD 1050. At 10 sites, they co-occur with corrugated, white ware, red ware, and orange ware types characteristic of late Pueblo II to Pueblo III times. Most of these sites are open architectural residences, only one of which might have been a typical Fremont pithouse.

Considered collectively, the inventory data suggest a rather robust Ancestral Puebloan farming presence on the plateau after AD 1050. These groups certainly had access to Fremont ceramic vessels, but these constituted a very small percentage of the ceramics at any given site. Sites that appear to be exclusively Fremont or predominantly Fremont are actually very rare (n=16), and most of these (n=10) reflect residential activities after AD 1050 coequal to the Ancestral Puebloan farming adaptation on the plateau. The prevalence of surface masonry residences indistinguishable from Pueblo II residential sites elsewhere, as well as the predominance of Ancestral Puebloan ceramics, suggest that any ethnic boundaries had disappeared by that time (cf. Geib 1996e, Janetski et al. 2012).

### Fiftymile Mountain Phase

The late Formative on the Kaiparowits Plateau has typically been described within the context of a Pueblo II expansion, although there is little agreement as to which region provided the impetus

for that expansion. Aikens (1966c:56) attributed the expansion to Virgin Branch peoples of the Grand Staircase. However, Aikens and Fowler (1963) had earlier argued that Puebloan sites in the Fiftymile Mountain area resulted from a direct migration of Kayenta peoples from the Tsegi Canyon area. Most researchers today acknowledge a short-term expansion into the region by Kayenta groups or by groups imitating Kayenta pottery styles. But most of the ceramic evidence points to the Grand Staircase region as the primary impetus for the expansion into the Kaiparowits Plateau and upper Escalante River Basin (see Lyneis 1996; Geib 1996b).

More recently, McFadden (2016) suggested three "reasonable" scenarios: (1) Distinctive Fremont artifacts were replaced by Ancestral Puebloan artifacts through a process of acculturation, (2) the Fremont were replaced or displaced by Ancestral Puebloans, or (3) Fremont and Ancestral Puebloan groups co-existed on the plateau. Total replacement of entrenched groups well adapted to their local environment was considered unlikely, and McFadden was unconvinced there was evidence supporting the idea of co-existence of two different cultural entities. On the other hand, he noted that Ancestral Puebloan subsistence and settlement patterns were strongly influenced by the existing Fremont strategy, even as ceramics, projectile points, and architecture reflected an Ancestral Puebloan appearance.

Still unresolved is whether Fremont farmers or farmer-foragers were present on Fiftymile Mountain in late Formative times, or whether it was exploited by Ancestral Puebloan dry farmers in possession of a small amount of Fremont utility wares acquired in trade. Evidence from Casa Pequena in Alvey Wash, which is the most efficient access route to the Kaiparowits Plateau from the Escalante Valley, supports the idea of an actual Fremont presence in the area. This site consists of a small, rectangular masonry structure 2.5 by 3 meters situated on a promontory. The ceramic assemblage featured both Fremont and Ancestral Puebloan types. Harris (2005:38) suggested the site was used to process and store foods "and was perhaps a seasonal habitation overlooking agricultural fields located on the flat valley lands below," in effect functioning as a sum-

Table 5.10

| Site No | Site Name | General Location | Elevation | Sample Material | Conventional Age BP | δ¹³C ‰ | 95 Percent Probability | Median Probability | Lab No. | Provenience | Citations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42Ga0882 | Rich's Shelter | Alvey Wash | 5600 | Zea Mays | 950 ±60 | -10.1 | AD 990-1210 | AD 1097 | B-165413 | FS-1 Surface | McFadden 2016:299 |
| 42Ka1502 | | Fourmile Canyon | 5600 | Zea Mays | 950 ±60 | -10.7 | AD 992-1211 | AD 1097 | B-107649 | FS-1 Surface | McFadden 2016:287. |
| 42Ka2580 | | Left Hand Collet Canyon | 5800 | Zea Mays | 920 ±60 | -9.8 | AD 1014-1235 | AD 1113 | B-13477 | Granary Structure 1 | McFadden 2016:251 |
| 42Ka3383 | | Harveys Fear | 7000 | Zea Mays | 900 ±70 | -9.4 | AD 1019-1252 | AD 1129 | B-132381 | Site Surface | McFadden 2016:292 |
| 42Ka6941 | Don't Look Down | Straight Cliffs | 7500 | Wood | 900 ±30 | -25.3 | AD 1042-1206 | AD 1122 | B-358242 | FS-3, Granary 4 | McFadden 2016:258, 298 |
| 42Ka4416 | | Monday Canyon | 7120 | Zea Mays | 890 ±60 | -10.5 | AD 1030-1251 | AD 1137 | B-107650 | Granary Site Surface | McFadden 2016:184 |
| 42Ka6941 | Don't Look Down | Straight Cliffs | 7500 | Wood | 890 ±30 | -22.3 | AD 1046-1213 | AD 1146 | B-358240 | FS-1 Granary Surface | McFadden 2016:258, 298 |
| 42Ka4750 | | Paradise Bench | 6020 | Juniper Seed | 880 ±40 | 21.8 AMS | AD 1045-1240 | AD 1158 | B-14227 | F6 Test Unit | Greib et al. 2001:109, 127 |
| 42Ka4876 | | Straight Cliffs | 6840 | Zea Mays | 880 ±40 | -13.6 | AD 1044-1242 | AD 1158 | B-134479 | Site Surface | McFadden 2016:255, 297 |
| 42Ka1248 | | Reese Canyon | 6320 | Juniper Bark | 860 ±100 | -21.1 | AD 992-1294 | AD 1158 | B-134475 | Granary Beam | McFadden 2016:254, 287 |
| 42Ka4794 | Rose Shelter | Jack Riggs Bench | 5440 | Arrow Shaft | 860 ±40 | -24.8 | AD 1052-1252 | AD 1181 | B-155679 | Stratum 2 | Greib et al 2001:114, 127 |
| 42Ka6941 | Don't Look Down | Straight Cliffs | 7500 | Wood | 860 ±30 | -24.1 | AD 1058-1244 | AD 1186 | B-358241 | FS-2 Granary 3 | McFadden 2016:258, 298 |
| 42Ka4865 | | Left Hand Collet Canyon | 6240 | Twig | 780 ±70 | -23.8 | AD 1059-1371 | AD 1233 | B-132383 | Wall Peg, Residence | McFadden 2016:251, 297 |

Table 5.10: Fiftymile Mountain Phase radiocarbon dates from the Kaiparowits Plateau region. Higher-elevation dates from Fiftymile Mountain are thought to be evidence of Ancestral Puebloan farming during Pueblo II-III times. The 95 percent probability ranges were obtained using the Behron library (Parnell 2016) in the R environment (R Core Team 2017) following the IntCal13 calibration curve (Reimer et al. 2013).

mer field house but with high investment in residential architecture.

As with Rich's Shelter (42Ga882), also in Alvey Wash, two-thirds of the ceramic assemblage consisted of Fremont types, mostly Emery Gray but also with some Uinta Gray, whereas the remainder were Ancestral Puebloan types. The Ancestral Puebloan ceramics, however, were almost entirely painted types, with utilitarian wares comprising less than 5 percent of the Ancestral Puebloan assemblage. This suggested the occupants were Fremont farmers who acquired the painted vessels through trade with Ancestral Puebloan groups in late Formative times (Janetski et al. 2012:205).

Thirteen late Formative radiocarbon dates have been reported from the Kaiparowits Plateau region, most of which had median probabilities narrowly defined within about 100 years between about AD 1125 and AD 1230 and are from granary and residential sites on Fiftymile Mountain (Table 5.10). Five additional sites have produced tree-ring dates with outside rings dating between AD 980 and 1189, although most of these are questionable due to missing or erratic growth rings (see Table 5.11). All of these tree-ring dates were associated with large architectural sites (perhaps residences) in sheltered settings and all were associated with Ancestral Puebloan ceramic assemblages defined in the Grand Staircase region, but with some Kayenta types, as well.

A late Fremont occupation of the high plateau country above Rich's Shelter and Casa Pequena is limited to a single tree-ring date, and there is minimal evidence that Fremont groups ventured into the more arid lower terrains to the west. Geib

## Table 5.11

| Site No. | Location | Lab No. | Inside Date | Outside Date | Material Dated | Site Type | Corroborative Diagnostics |
|----------|----------|---------|-------------|--------------|----------------|-----------|---------------------------|
| 42Ka1456 | Harveys Fear | UUM-198 | 079 2p | 980 vv | Pinyon | Sheltered Residential and Other Structures | Moenkopi Gray |
| 42Ga3728 | Collet Canyon | UUM-211 | 0953 p | 1156 g | Juniper | Sheltered Residential and Other Structures | Moenkopi Gray |
| 42Ga3728 | Collet Canyon | UUM-213 | 0865 ±p | 1149 +v | Juniper | Sheltered Residential and Other Structures | Moenkopi Gray |
| 42Ga3728 | Collet Canyon | UUM-214 | 1031 p | 1157 +v | Juniper | Sheltered Residential and Other Structures | Moenkopi Gray |
| 42Ka1625 | Mudholes Canyon | UTM-75 | 0991 ±p | 1120 +vv | Juniper | Sheltered Residential and Other Structures | Moenkopi Corrugated, Tusayan Corrugated, Tsegi Orange, Dogoszhi B/W, Shinarump Corrugated. |
| 42Ka1625 | Mudholes Canyon | UTM-77 | 0955 ±p | 1139 +vv | Juniper | Sheltered Residential and Other Structures | Moenkopi Corrugated, Tusayan Corrugated, Tsegi Orange, Dogoszhi B/W, Shinarump Corrugated. |
| 42Ka2683 | Spencer Point | UAM-29 | 0960 p | 1143 ++g | Juniper | Sheltered Residential and Other Structures | Tsegi Orange, Tusayan B/R, Moenkopi Corrugated, Lino Gray |
| 42Ka2683 | Spencer Point | UAM-59 | 0842 p | 1152 ++vv | Juniper | Sheltered Residential and Other Structures | Tsegi Orange, Tusayan B/R, Moenkopi Corrugated, Lino Gray |
| 42Ka2683 | Spencer Point | UAM-61 | 1078 p | 1174 vv | Pinyon | Sheltered Residential and Other Structures | Tsegi Orange, Tusayan B/R, Moenkopi Corrugated, Lino Gray |
| 42Ka2683 | Spencer Point | UAM-62 | 1010 ±p | 1164 vv | Juniper | Sheltered Residential and Other Structures | Tsegi Orange, Tusayan B/R, Moenkopi Corrugated, Lino Gray |
| 42Ka2683 | Spencer Point | UAM-63 | 979 | 1056 vv | Juniper | Sheltered Residential and Other Structures | Tsegi Orange, Tusayan B/R, Moenkopi Corrugated, Lino Gray |
| 42Ka0547 | Mudholes Canyon | UUM-85 | 1050 p | 1189 v | Unknown | Sheltered Structures (Unknown) | Tusayan Corrugated, Moenkopi Corrugated, Kiet Siel Gray, B/W, Emery Gray (2) |

Table 5.11: Tree-ring dates from Fiftymile Mountain sites. All dates believed to be associated with Ancestral Puebloan storage and residential activities. All dates are reported in McFadden (2016).

**Figure 5.16**



et al. (2001) found Fremont ceramics to be quite rare in the mid-range elevations of the Kaiparowits Plateau, occurring at only 14 sites and almost always without any associated Ancestral Puebloan types. The igneous sources for the Emery Gray potsherds were Boulder Mountain and the upper drainages of the Escalante River.

The predominance of corrugated ceramics, identified mostly as Tusayan and Moenkopi types, also offer some clues as to the temporal nature of the late Formative occupation of the plateau. Traditionally, this occupation has been viewed as short-lived, lasting from about AD 1050 to 1150. But Allison (2008:29; see also Janetski et al 2012), building upon his extensive work in the Arizona Strip region just west of GSENM, argues that corrugated pottery gradually becomes more common after its introduction at about AD 1050. Allison observed, "The percentage of corrugated

pottery thus serves as a rough proxy measure of occupation date," with sites with low percentages dating to the inception of corrugated ceramics at about AD 1050, sites with about 20 percent corrugated pottery probably dating in the AD 1100s, and those sites with 40 percent or more corrugated pottery probably dating to the AD 1200s.

The dataset of Glen Canyon Project sites recorded by Gunnerson (1959a) and Fowler and Aikens (1963) reveals 240 sites on the Kaiparowits Plateau with corrugated ceramics. Of these, 27 sites (11 percent) had ceramic catalogs where corrugated types constituted a minor part of the overall assemblages that might be considered "early" in the Late Formative sequence. At another 50 sites (21 percent), the corrugated potsherds accounted for 20 to 39 percent of the overall catalog at each site. These might date to the AD 1100s. A total of 163 sites (68 percent) had ceramic collections

where the percentage of corrugated types was 40 percent or greater. Under Allison's formula, these sites might date to the AD 1200s (see Figure 5.16).

### Futility of Farming the Fiftymile

The Kaiparowits Plateau features a number of unique environmental variables that undoubtedly influenced (or constrained) human adaptive strategies throughout prehistory. As demonstrated by the recent pollen core analyses in the Lake Pasture area (D'Andrea 2015), high frequency fire events increased about AD 400, which corresponds to the florescence of early agriculture elsewhere on the northern Colorado Plateau. Fire events in the Kaiparowits Plateau area might, therefore, represent anthropogenic fires associated with removal of the juniper forests for agricultural purposes and subsequent burning for field preparation. These events continued until about AD 1250, or the entire span of the Formative in this region. Once agriculturalists abandoned the plateau, juniper forests began to regenerate and a pattern of low frequency natural fire events returned.

The high elevation here features increased precipitation over lower elevations, but higher elevations also shortens the growing season and makes agriculture extremely risky (some might argue impossible). Yet agriculture appears to have been practiced here, perhaps as early as AD 400. This statement is based on three important lines of evidence:

● Sediment cores from Lake Pasture suggest a high probability of anthropogenic vegetation manipulation beginning about AD 400. These fire events might reflect clearing of fields by prehistoric agriculturalists (D'Andrea 2015).

● The cliff escarpments just under the rim of the plateau feature an abundance of masonry storage structures, some of them quite large. McFadden (2016:207) obtained a suite of six radiocarbon dates, five from corncobs, with 95 percent probability ranges of ca. AD 425 to 1000. This suggests that agriculture, perhaps using a modified irrigation strategy involving diversion of springs, remained a viable strategy for 500 to 600 years.

● The majority of sites in the area with temporally diagnostic artifacts can be assigned to late Pueblo II times, or about AD 1050 to 1250. These sites, which include farmsteads, small pueblos, and a range of field camps, are typically located on small rises, benches, and ridges with a view of potentially arable sagebrush flats. This proliferation in late Pueblo II times is seen as an in-migration of Ancestral Puebloan dry farmers.

If we assume that maize farming was being practiced in Early Formative times and it was a successful strategy spanning many centuries, then local environmental conditions must have been amenable to high-elevation agriculture. Farming at 7,200 to 7,500 feet elevation would certainly have been risky, but it is not without precedent; in fact, maize farming can be viable in some areas as high as (ca.) 10,000 feet elevation (Benson 2010). It is not known what maize varieties were cultivated in the region, but they were most certainly hybrids adapted to short growing seasons. Recent experiments with heirloom Native American varieties have shed important insights into this issue (see Adams et al. 2006; Arnold-Boomgarden 2015).

The viability of all maize farming is dependent on three critical environmental conditions: (1) the length of the growing season and corresponding temperatures during the growing season, (2) the amounts and timing of precipitation, and (3) soil characteristics, including the proper types of nutrients and proper soil texture that allows for root development and water retention (Benson 2010;

> **Maize farming at 7,200 to 7,500 feet elevation would certainly have been risky, but it is not without precedent.**

Benson et al. 2013; McMaster and Wilhelm 1997; Muenchrath 1995; Muenchrath and Salvador 1995). All three conditions must be present for successful maize farming, and in some cases there are minimum thresholds.

Spangler and Zweifel (2016a), using limited weather station data from the Kaiparowits Plateau, and as well as comparative data from Navajo Mountain, Bryce Canyon, and Boulder weather stations (Ashcroft et al. 1992), examined the potential of the Kaiparowits Plateau for successful dry farming using these three conditions as they relate to modern environmental proxy data. This analysis was based on the assumption that higher elevations receive more annual precipitation but these areas also suffer from lower temperatures and hence shorter growing seasons.

It is also well-established that the length of the growing season alone does not determine the viability of maize plants. Rather it is the length of the growing season and surface temperatures that allow maize seeds to germinate and reach maturity within a period of time between the last spring frost and the first freeze in the fall (Neild and Newman 1990), referred to as Frost Free Days (FFD). Maize plants will not grow in temperatures lower than 50 degrees Fahrenheit, and growth all but ceases once maximum temperatures exceed 86 degrees Fahrenheit (Adams et al. 2006:22; Arnold-Boomgarden 2015:92-93).

Development of maize plants (indeed most plants) is linked to the number of heat units or Growing Degree Days (GDD) that are accumulated during the growing season. The cumulative number of heat units (CGDD) in a growing season (FFD) must meet minimum thresholds for the plants to fully mature. Modern maize hybrids require (ca.) 2,700 CGDD to reach maturity, whereas a study of native maize varieties adapted to more arid conditions required (ca.) 2,200 CGDD (see Adams et al. 2006:26).

The growing season and temperature regimes currently evident in the region are sufficient to produce mature maize plants under optimal conditions, such as warmer temperatures in early May and a fall frost delayed until mid- or late October. At a minimum, a 140-day growing season is required at these higher elevations. It also appears there is a high risk, perhaps as much as 50 percent of the time, of late spring frosts and/or early fall freezes that shorten the growing season to 120 days and lowers the GDD to levels where maize crops would not be expected to mature (green corn might still be harvested and consumed under these conditions, but it could not be stored for later consumption).

**Prehistoric climates must have been more predictable with less risk of late spring frosts and early fall freezes, with strong summer monsoons that delivered adequate rainfall at critical points in the growing season.**

Precipitation is also a critical factor in the cultivation of maize, especially for dry-farmers who were dependent on the unpredictable nature of rainfall patterns and who do not have irrigation as a contingency. The advantages of higher rainfall can be outweighed by the cooler temperatures and shorter frost-free seasons. The typical minimum precipitation threshold for dry maize farming is at least 30 centimeters (12 inches) of annual precipitation, with at least 15 centimeters (6 inches) of that coming during the growing season (Arnold-Boomgarden 2015; Benson et al. 2013; Benson 2010; Shaw 1988).

Winter precipitation is essential as it is the source of soil moisture required at the time of planting to allow for germination and plant emer-

gence. Likewise, maize plants require certain amounts of moisture at critical growth periods during the plant's life cycle, in particular emergence, the weeks surrounding the pollen shed and silking (anthesis), and the period during which the grains are filling. Water stress at specific times of the plant's lifecycle can reduce the number of spikelet pairs that develop into rows of kernels, reduce the number kernels rows or number of kernels, reduce the size of the ears, and/or reduce the kernel weight or simply cause the ear to shed the kernels altogether (Adams et al. 2006:7).

On the Kaiparowits Plateau, the optimal time for planting on the Kaiparowits Plateau might have been about May 15, and all plants would have emerged by about May 27. In effect, the first critical period for moisture, if soils were not already saturated by melting snowpack, would have been the second half of May. Pollination and silking would have begun between July 5 and 15, and would have continued through the end of August or the first part of September. Therefore, the second and perhaps most critical period for moisture would have been July and August, and perhaps the first two weeks of September. To reach full maturity, or black layer formation when kernels are at full weight and ready to grind or store, would have required another five weeks. In other words, a harvest of fully mature maize would not have occurred until about October 21, or a growing season of 158 days.

The third component of viable maize dry farming actually consists of multiple variables that are herein subsumed within the inclusive term soil qualities, although many of these variables include anthropogenic manipulations of soils to enhance soil quality. These variables include the presence and renewability of nitrogen in the soils, mulching to slow runoff and inhibit evaporation, depth of soils for proper rooting and water retention in the root system, erosion control and retention of nutrient-rich soils, pH content and renewability in the soils, rates of plant decomposition, inhibiting salinization, and weed and pest control. Unfortunately, these variables are not known for the Kaiparowits Plateau.

Given the archaeological evidence that maize farming occurred (corncobs are abundant)

and that it was successful (granaries were constructed for surplus production), it can be assumed that prehistoric climates were more predictable with less risk of late spring frosts and early fall freezes, and a strong summer monsoon pattern delivered adequate rainfall at critical points in the growing season. In general, climates must have been warmer and wetter than at present. A warmer/wetter climatic regime might have been necessary to increase CGDD within a shorter period of time to minimize the vagaries of spring frosts and fall freezes. Based on limited proxy data, maize farming on the Kaiparowits might have been successful only about 50 percent of the time under current climatic conditions.

One possible explanation, argued convincingly by Benson (2010), is centered on cyclical weather events referred to as the Pacific Decadal Oscillation (PDO). During positive phases of the PDO, the Southwest tends to be wetter than average and during negative phases it tends to be drier than average. The PDO has a cycle ranging from 50 to 70 years. If such climatic events were influencing factors in prehistoric, high-elevation agriculture, then Kaiparowits Plateau high-elevation farming might also have been cyclical, occurring only during positive phases of the PDO (wetter) and then retracting during negative events (drier).

### Fremont Rock Images

The Escalante River Basin, and to a much lesser extent the Kaiparowits Plateau, have a rich catalog of Fremont rock art images. By and large, this assignation was based on the presence of anthropomorphs with trapezoidal or triangular torsos, although many rock art enthusiasts and even some archaeologists apply a much broader standard as to what constitutes Fremont iconography. Differences of opinion, nomenclature, and research methods have led to 50 years of squabbling over what is and is not Fremont rock art and how it should be classified, organized, and cataloged.

We agree with Francis (2001) that assigning cultural affiliation or "style" to rock art images is highly subjective and fraught with assumptions and speculations that cannot be demonstrated archae-

ologically. Quite simply, there is no way to know with any confidence that all images in an individual group are contemporaneous and whether diagnostic artifacts at rock art sites are contemporaneous with the images themselves. In most instances, it is impossible to classify iconography beyond certain distinctive anthropomorphs, and there is no consistent way to classify non-diagnostic, non-anthropomorphic figures.

The iconic trapezoidal anthropomorph, whether pecked or painted, is widely regarded as a good indicator of Fremont affiliation, and this motif is well documented in the Escalante River corridor and its tributary canyons (Clements 2002; Raymond and Harris 2005). And a few Fremont rock art sites have been documented on the Kaiparowits Plateau, although Sally Cole believes these might represent a "Figurine Style" that postdates the Fremont-Ancestral Puebloan interface (in McFadden 2016:209).

Cole (2009) has characterized Fremont rock art generally as depicting broad-shouldered, in-

verted triangular or trapezoidal anthropomorphs that are sometimes adorned with elaborate featherlike or horn-like headdresses. In the Escalante River area and the Fremont River area to the north, they may also be wearing elaborate jewelry or clothing or have interior body decorations such as lines, dots, circles, or spirals, and in some instances jewelry and other accoutrements are recognizable.

The origin of this rock art style is probably rooted in Archaic rock art traditions. As discussed by Tokioka (1992:90), the Escalante River drainage region was a regional transition zone between two different styles of late Archaic rock art, the Glen Canyon Linear and Barrier Canyon styles (see discussion in Chapter 4). The Glen Canyon Linear Style is seen as antecedent to Ancestral Puebloan styles and the Barrier Canyon Style as ancestral to Fremont styles. Both late Archaic styles are found in abundance in the Escalante River country, sometimes at the same site.

It is noteworthy that Ancestral Puebloan rock art is extremely rare in the Escalante River



Fremont Images

Photo: Dan Bauer

Basin and almost non-existent on the Kaiparowits Plateau. Geib (1996e) sees this as evidence of a hard boundary between different ethnic groups with rock art serving as an expression of social identity (see also McFadden 2016:217).

Brigham Young University inventories identified two specific Fremont styles in the Escalante River Basin: Southern San Rafael Style and Sevier A Style. The Southern San Rafael Style is characterized by a broad-shouldered trapezoidal anthropomorph with necklaces represented by dots or yokes, very large ornamental earrings or "hairbobs," and sashes. Facial features are common, and feet usually point out to sides and the fingers are splayed (Schaafsma 1971). The "Sevier A" style was first identified in the Clear Creek Canyon area of central Utah, and is characterized by "arrangements of small, well executed figures; including quadrupeds, geometric shapes, and abstract curvilinear and solid elements" (Baker and Billat 1999).

The age of Fremont rock art is justifiably debatable given that there are few methods to directly date the images, and relative methods like superimposition and differential patination are imprecise, at best. If the Southern San Rafael Style had its origins in the Archaic Barrier Canyon Style (cf. Tokioka 1992), then there should be relative continuity between Archaic and Formative expressions, with transitional elements appearing as the more fluid nature of Barrier Canyon imagery gave way to the rigid geometric forms in Fremont forms.

Cole (2009) has long argued the Fremont rock art tradition can be dated to about AD 700, which reflects traditionalist views that ceramics did not appear until about AD 700 (cf. Madsen 1977; Schroedl 1992). This date seems suspect in light of the entrenched Ancestral Fremont and early Fremont farmers who had been in the area nearly 500 years before that. Recent efforts to date Barrier Canyon rock art, however, suggest that the Barrier Canyon is not nearly as ancient as traditionally thought. Pederson et al. (2014:1) have argued the Barrier Canyon Style "coincides better with the transition to and rise of the subsequent Fremont culture." In other words, the Barrier Canyon Style would be evidence of more-mobile, Early Agricul-

tural occupations and the Fremont style would reflect changes resulting from increased sedentism.

It is not known when the distinctive Fremont anthropomorphs first appeared in the region, but two sites in the lower Escalante River region bear directly on the temporal placement of Fremont images. The Dios Blancos Site located in Bowns Canyon, is a large, largely inaccessible alcove with a series of white anthropomorphs, abstract figures, lines, and other elements, which according to Geib and Fairley (1992:163) were "symbolic elements of the overall composition" that characterizes the high variability found in San Rafael Fremont rock art. A worked stick inside the cairn returned a radiocarbon date of 1200 $\pm$80 BP (AD 827 median probability). It is always possible the cairn and stick were placed there during a later pilgrimage, but Geib and Fairley (1992) believed the composition represented a solitary event that was accomplished by an individual who pecked hand-and-toe holds into the cliff face to reach the alcove.

Charcoal pigment from one of 26 classic Fremont anthropomorphs at Ceremonial Cave, also located in an alcove in Bowns Canyon, returned a date of 675 $\pm$55 BP (AD 1318 median probability), suggesting a Fremont re-occupation of the region after it was abandoned by Ancestral Puebloan farmers. This alcove, located above an arable floodplain, had light residential detritus (see state IMACS form), and it might have been a summer field camp. A Fremont cultural affiliation was assigned to many of the rock art images identified in the upper Escalante River drainage, based in part on the presence of diagnostic artifacts, although researchers have struggled with questions of whether or not the artifacts were contemporaneous with the images themselves, how to resolve superimposition of rock art images, different levels of patination, and different recognizable styles within the same cluster (Clements 2002; Raymond and Harris 2005). Simply put, the images are probably Fremont, but it is impossible to know for sure.

A review of the state site form database revealed at least 59 rock art sites in the Escalante River Basin and Kaiparowits Plateau were identified as Fremont, Ancestral Puebloan, or late Archaic (Bar-

rier Canyon or Glen Canyon Linear). In many instances, cultural affiliations were based on the presence of diagnostic artifacts that might not be related to the rock art itself, and in many other cases the identification was merely an educated guess.

● Thirty-four sites were identified as Fremont based on diagnostic Fremont iconography, primarily trapezoidal anthropomorphs. Eleven sites had Barrier Canyon images and might be considered ancestral to the Fremont images.

● Ancestral Puebloan rock art sites are quite rare. Only seven sites were specifically identified as Ancestral Puebloan, and only five sites had Glen Canyon Linear elements, which might be attributed to Late Archaic people ancestral to the Basketmakers in the region.

● Rock art sites in the Escalante River Basin exhibit a much greater frequency of pictographs or combinations of pictographs and petroglyphs than in other regions occupied by the San Rafael Fremont. This higher frequency might be the result of greater preservation afforded by the numerous large alcoves in the area.

● Fremont rock art rarely co-occurs with Ancestral Puebloan rock art, and Barrier Canyon and Glen Canyon Linear rock art co-occurs at only two of 14 sites where these styles are found.

● Most sites with rock art (61 percent) exhibit relatively few images (<20), suggesting a single-episode or short-term event with low investment of time and energy. Twelve sites were quite complex with more than 40 images, often in the hundreds, that might represent long-term events or repeated visits to augment existing rock art clusters.

In summary, about two-thirds of the rock art sites found in the Escalante River Basin appears to be of possible Early Agricultural or Fremont origin, based on the presence of diagnostic anthropomorphic figures or the presence of Fremont ceramics. The rich Fremont imagery tradition does not appear to have been replicated by Ancestral Puebloan groups who later occupied this same region.

### General Summary

As stated at the beginning of this chapter, we wanted to examine the Fremont dataset within the context of McFadden's (2016) model of bi-seasonal residential mobility. We therefore framed this discussion around certain assumptions and expectations articulated by Talbot (2002). Among the assumptions inherent in McFadden's model:

● Fremont groups dispersed in the spring to cultivate lowland areas along the Escalante River and its tributaries.

● Summer residences should be low-investment occupations, perhaps brush structures near fields and temporary use of alcoves and rockshelters.

● Summer field camps were periodically abandoned, and therefore storage should be limited to small, subterranean storage cists that could be easily concealed.

● Fremont groups returned to upland areas after the fall harvest, and their winter residences were then situated to take advantage of abundant fuel wood and mule deer migrations.

● Winter residences should have significant middens reflecting cold-weather occupations at a single location. They should exhibit high investment in permanent residential architecture, as evidenced by deeper pits, multiple fire hearths, and substantial superstructures.

● Winter residences should exhibit on-site food storage sufficient to accommodate the group through the entire winter and early spring.

Farming of lower elevation environments had become established by at least AD 200, and it continued to be viable throughout the Wide Hollow Phase, as evidenced by a suite of continuous radiocarbon dates on maize samples recovered from shelters along the river (Geib 1996d; Keller 2000). But this strategy was not restricted to lowland environments with longer growing seasons. Summer field camps or field stations were also characteristic of higher-elevation farming at this

same time (Talbot et al. 2002). And some Fremont groups did not participate in the spring migrations to optimal farming niches, instead remaining at a permanent base to farm the adjacent river bottoms (Bond et al. 2014; Yoder 2018).

There is no evidence of any investment in substantial residential architecture at any of the summer field camps. And evidence of even light brush residences is limited to a few alcove sites in the lower Escalante River country (Geib 1996d; Keller 2000) and a single brush structure along Calf Creek (Harris 2005).

Small storage cists are commonplace in the lower Escalante River region, but they are quite rare at higher-elevation field camps. This might be a sampling bias in that fewer upland field camps have been investigated. Some field camps have both subterranean storage and above-ground storage. It remains unresolved whether cists and granaries were used at the same time as part of a diverse single storage strategy, or whether these represent changes from below-ground storage to above-ground storage through time (see Yoder 2005).

Large numbers of Fremont pithouses have been identified in the Big Flat are east of Escalante. This area features a pinyon-juniper canopy and is modern winter range for mule deer. But these might not have been occupied during the winter and there is minimal evidence of mule deer hunting and meat processing at sites in that area. The sample of excavated sites on Big Flat is small (n=3), but the four pithouses investigated were not especially deep and the central fire pits were not particularly large or deep. Roof superstructures supported by posts and beams suggests the roof matrix was substantial and intended for thermal retention, supporting the idea of cooler weather occupations (Jordan and Talbot 2002). By comparison, Fremont pithouses in the Wide Hollow area (Arrowhead Complex) are much deeper, there is greater evidence of large interior hearth features and multiple exterior hearths, and roof superstructures might have supported much greater weight (Bond et al. 2014).

Middens at all three Big Flat sites were described as "not extensive" and perhaps more reflec-

tive of "cool season" occupations in the early spring or late fall, rather than cold, winter occupations (Talbot 2002:160). This is supported by the presence of large slab-lined features, probably plant roasting features (Schaub 2003). None of the artifact assemblages were especially large or diverse. By comparison, the Wide Hollow sites (Arrowhead Complex) feature expansive middens covering thousands of square meters with tens of thousands of artifacts representing a diverse array of household activities (Bond et al. 2014; Yoder 2018).

There is only limited support for the idea that the Big Flat pithouses might have been home bases for deer hunting. At the Outpost, 87 percent of the 283 bone fragments were from unidentified large game animals. At Dos Casas (42Ga4086), the percentage is only 21 percent, and at the Roadcut Site (42Ga4095), none of the 15 bone fragments could be identified (Jordan and Talbot 2002). The relative lack of abundant deer remains at Big Flat pithouse sites does not necessarily contradict the idea these sites were hunting bases, only that the deer were not processed there in significant quantities. It is just as likely that procured game animals were transported to winter residential bases elsewhere. At the Spillway Site, which is part of the Arrowhead Complex at Wide Hollow, some 50 percent of the 1,691 animal bones were identified as large game animals (Bond et al. 2014).

None of the three excavated sites on Big Flat had any significant on-site storage. The few small sub-floor pits within the pithouses themselves suggest extremely short-term storage, if the pits are even storage features. By comparison, the Arrowhead Complex featured numerous large subterranean, semi-subterranean, and perhaps surface storage facilities, some with individual storage capacities exceeding 6 cubic meters (Bond et al. 2014; Yoder 2018).

In summary, McFadden's model is partially verified by recent excavations in the region, but some aspects should be revisited. There is considerable support for the idea that Fremont populations dispersed in the spring to lower-elevation niches suitable for floodplain farming along the Escalante River. But McFadden's model should be ex-

panded to including summer farming camps at upper elevations, as well.

There is no evidence that the Big Flat pithouses were winter residences focused on deer hunting. The three excavated sites revealed pithouses that were likely occupied in the early spring to procure early tubers and bulbs, and/or the fall to procure pinyon nuts, cacti, and perhaps a few mule deer. Instead, the winter occupations might be found in the Wide Hollow area where pithouses, all located in a valley setting, might have been year-round residences that represent larger population aggregations during the winter months. Winter occupations are supported by the large number of on-site storage facilities and the abundance of hearths, roasting pits, and other extramural features indicative of longer-term residential activities.

We also wanted to examine the cumulative residential data from the perspective of cultural boundaries, specifically whether the architectural evidence supports the idea of hard boundaries (cf. Geib 1996e; McFadden 2016) or permeable boundaries (Janetski et al. 2012). There is a high likelihood that Ancestral Puebloans came into contact with Fremont groups in Early Agricultural times. Numerous sites in the lower Escalante River country have been described as Basketmaker II based on the distinctiveness of certain artifacts, suggesting that some Basketmaker II groups had already crossed the Colorado River by about AD 200 or earlier (see Geib 1996c, 1996d). This might have been part of a northern micro-migration of Kayenta- or Mesa Verde-area farmers with existing agricultural and storage technologies (Talbot and Richens 1996).

Early Formative sites in the Escalante River corridor have predominately basalt-tempered Emery Gray ceramics, a tempering preference that persisted for at least 500 years. But there are numerous sites that also have sand-tempered graywares more characteristic of early Ancestral Puebloan graywares. Geib (1996d) raises the possibility this is a locally produced grayware (not trade ware). This would suggest that some Fremont groups learned pottery techniques from Ancestral Puebloan neighbors or that they traded with them to acquire sand-tempered utility wares.

Snake Valley Gray and Snake Valley Black-on-gray are much more common at sites dominated by Emery Gray, although these are few in number compared to Emery Gray potsherds. Petrographic analysis (Geib 1996d) indicates these are identical to Snake Valley types produced at Median Village in the Parowan Valley, and therefore represent socioeconomic networks linking Escalante River groups to other Fremont groups to the north and northwest. This would support the idea that the Fremont of the Escalante River Basin shared a social and perhaps ethnic identity with groups farther to the north.

An early Fremont pithouse tradition has not yet been documented in the Escalante River Basin. Fremont groups elsewhere on the northern Colorado Plateau incorporated pithouse architecture into agricultural lifeway perhaps hundreds of years before the advent of ceramics, as did Ancestral Puebloan groups in the Grand Staircase, San Juan Basin, St. George Basin, and Kayenta regions (see Chapter 4). If Ancestral Fremont and early Fremont groups in the Escalante River Basin interacted with their neighbors, then their failure to embrace the functional advantages of pithouse architecture becomes even more perplexing. It also suggests there was minimal contact with any group outside their own social network.

Based on current radiocarbon data, a fully developed pithouse tradition was established here between AD 700 and 800. Fremont pithouses in the Escalante River Basin exhibit interior features that are common at contemporaneous Ancestral Puebloan sites, but are rare at other Fremont sites farther to the north. These traits include lateral entryways that also functioned as ventilation tunnels, deflectors and wing walls, benches, roofed antechambers attached to the entrance, large-capacity storage both inside and outside the residence, wall niches and shelves, and raised adobe platforms. This suggests Ancestral Puebloan pithouse forms and features were absorbed into the Fremont lifeway about AD 700 or 800 (cf. Talbot 2002, 2006).

Unlike Ancestral Puebloan pithouses, Fremont pithouses in the Escalante River Basin are not standardized. They are mostly circular, but they are

also oval, quadrilineal, and rectangular. They often feature a wall base of vertical stone slabs, but earthen walls and boulder alignments are also common. Superstructures feature both interior and exterior roof supports. Lateral entrances through a ventilation tunnel are commonplace, but entry through the roof by way of a ladder over the central fire pit have also been documented. Some pithouses feature large interior storage and others do not. Some have antechambers with ramadas and attached storage and others do not (Bond et al. 2014; Yoder 2018). Collectively, this suggests that Fremont pithouses might have shared a veneer of traits with Ancestral Puebloan pithouses.

**By about AD 750, Fremont groups had unenthusiastically embraced some Ancestral Puebloan architectural patterns, suggesting increasing contact and exchange with their neighbors.**

Fremont summer field camps that date between about AD 500 and 750 have almost exclusively Fremont ceramic assemblages (>90 percent). The few non-Fremont ceramics were typically labeled North Creek Gray, an Ancestral Puebloan utilitarian ware used throughout the Formative that is relatively useless as a temporal marker and might reflect later re-occupations. Residential sites that date between AD 750 and 1000 have predominately Fremont ceramics (>75 percent), but the non-Fremont assemblage increased through time. This suggests a hard boundary that became increasingly permeable, eventually collapsing at about AD 1050.

Fremont pithouse sites that date toward the end of the Formative (Overlook Site and Rattlesnake Point) have predominantly Fremont ceramics along with Ancestral Puebloan painted types, but without much evidence of Ancestral Puebloan utilitarian wares. This suggests that Fremont groups maintained their separate identity throughout the Ancestral Puebloan co-occupation, that Ancestral Puebloan pottery makers were no longer producing utilitarian wares locally by the end of the Form-

ative and they might have already left the area, and Fremont groups maintained trade relationships with their former neighbors from whom they acquired painted ceramics while producing their own basalt-tempered utilitarian ceramics (see Janetski et al. 2012:205).

In summary, evidence of a hard boundary between Fremont and Ancestral Puebloan cannot be convincingly demonstrated, nor can it be rejected outright. Fremont groups might have maintained some socioeconomic relationships with their Ancestral Puebloan neighbors since Early Agricultural times, even as they vigorously held to their own ceramic and (non) architectural traditions. By about AD 750, Fremont groups had unenthusiastically embraced some Ancestral Puebloan architectural patterns, suggesting increasing contact and exchange with their neighbors. And by about AD 1050, there were no discernible boundaries as both groups co-occupied the same region.

In effect, boundaries became more permeable through time, with Fremont groups adopting Ancestral Puebloan architectural patterns and embracing Ancestral Puebloan trade wares, especially after AD 1000, even though "site plans and grayware ceramics remain distinctively Fremont" (Janetski et al. 2012:206). The Fremont presence in the Escalante River Basin had disappeared by the late AD 1200s or early AD 1300s. The impetus for the abandonment of Fremont lifeways that had proven remarkably resilient for a millennium are poorly understood, but it might have been in response to a horrific region-wide drought in the AD 1280s. There is only minimal evidence that any of the Fremont or Ancestral Puebloan farmers remained in this region after AD 1300.