# EXHIBIT C

Brady Brammer (SBN: 13411)
Matt Piccolo (SBN: 15707)
BRAMMER RANCK, LLP
1955 W. Grove Parkway, Suite 200
Pleasant Grove, UT 84062
Telephone: (801) 893-3951
bbrammer@spauldinglaw.com
mpiccolo@spauldinglaw.com

James M. Burnham (*pro hac vice*)
Harry S. Graver (*pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone:  (202) 879-3939
jburnham@jonesday.com
hgraver@jonesday.com

*Counsel for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GARFIELD COUNTY, UTAH, a Utah political subdivision; KANE COUNTY, UTAH, a Utah political subdivision; and THE STATE OF UTAH, by and through its Governor, SPENCER J. COX, and its Attorney General, SEAN D. REYES,<br>    *Plaintiffs*, | |
| ZEBEDIAH GEORGE DALTON; BLUERIBBON COALITION; KYLE KIMMERLE; and SUZETTE RANEA MORRIS,<br>    *Consolidated Plaintiffs*,<br>    v. | **DECLARATION OF TONY WRIGHT IN SUPPORT OF PLAINTIFFS' AMENDED COMPLAINT** |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; DEBRA A. HAALAND, in her official capacity as Secretary of Interior; DEPARTMENT OF THE INTERIOR; TRACY STONE-MANNING, in her official capacity as Director of the Bureau of Land Management; BUREAU OF LAND MANAGEMENT; THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; DEPARTMENT OF AGRICULTURE; RANDY MOORE, in his official capacity as Chief of the United States Forest Service; and UNITED STATES FOREST SERVICE,<br>    *Defendants*, | Lead Case No. 4:22cv00059 DN-PK<br>Member Case No. 4:22cv00060 DN<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |
| HOPI TRIBE; NAVAJO NATION; PUEBLO OF ZUNI; and UTE MOUNTAIN UTE TRIBE,<br>    *Intervenor Defendants*. | |

I, Tony Wright, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this declaration. This declaration is based on my personal knowledge. I declare under penalty of perjury under the laws of the United States the information in this declaration is true and correct.

2. My name is Tony Wright. I was born and raised in Kanab, Utah. I have lived in Kanab for my entire life, except for about two years where I served in the United States Army.

3. I am currently the President of the Utah / Arizona ATV Club, an outdoor off-highway vehicle recreational club. Our Club is about 20 years old, and represents over 100 family households. We have members across a number of Western States—including Utah.

4. The mission of our Club is to be a social organization for ATV enthusiasts.

5. The Club and I are members in good standing of the BlueRibbon Coalition.

6. The Club engages in a number of activities. Foremost, we spend significant time—hundreds of hours per year—on community service projects. Our members regularly volunteer as ride instructors for young and new riders, teaching people how to responsibly and safely ride. Our members also assist in the development and maintenance of ATV trails on public lands.

7. Our Club meets about once a month, and we typically have organized rides three or so times a month. As our name suggests, our ATV rides generally take place in Arizona and Utah. The majority of our organized rides take place on federal land. We also have a selection of organized, large group rides every year—most notably, the annual Kanab / Kane County ATV Jamboree, our capstone event that has multiple rides over the span of a number of days.

8. A few years ago, at the start of 2020, our Club worked with BLM to help develop and build the Inchworm Arch Road. Since then, our members have dedicated hundreds of hours to help maintain the Inchworm Arch Road so that it can be safely and sustainably used.

2

9. For large, organized rides like our annual Jamboree, our Club needs to seek BLM approval to host such an event on federal land. We typically need to obtain what is called a "special recreation permit" from the agency.

10. For our 2020 Jamboree, BLM granted us a special recreation permit to host a large group ride along Inchworm Arch Road (along with other trails) as part of the event.

11. For our 2021 Jamboree, which was held before President Biden issued his Proclamations, BLM again granted us a special recreation permit to host a large group ride along Inchworm Arch Road (and other trails) as part of the same event.

12. But in 2022, on the heels of President Biden's Proclamations, BLM changed course. That year, when we met with BLM to discuss the Jamboree, BLM denied our request for a permit to use Inchworm Arch Road for part of the event.

13. We have again petitioned BLM to host part of this year's Jamboree on Inchworm Arch Road. That application is currently pending. But we have every expectation it will be denied.

14. Our Club has hosted large, organized rides on Inchworm Arch Road in the past, and we would like to do so in the future. The same is true for other trails now within the Grand Staircase-Escalante National Monument. But given President Biden's Proclamation and the implementing regulations that have followed, it seems we will never be able to receive the necessary BLM approvals to do so as long as the Proclamation is in effect.

15. President Biden's Proclamation is thus irreparably harming both me and our Club. We have been prevented from carrying out certain rides that we have done in the past, and that are important to our members' personal, recreational, and spiritual interests. And we will be further prevented from carrying out those rides—along with other motorized activities that require federal approval—so long as President Biden's Proclamation remains in effect.

Dated:  January 10, 2023

/s/ Tony Wright

Tony Wright