# EXHIBIT H

# Bears Ears National Monument

Depiction of certain objects of historic or scientific interest designated by Proclamation 10285

