**ANDERSON & KARRENBERG, PC**
Stephen P. Horvat (#6249)
50 West Broadway, Suite 600
Salt Lake City, Utah 84101-2035
Telephone: (801) 534-1700
shorvat@aklawfirm.com

**NATIONAL WILDLIFE FEDERATION**
Bailey K. Brennan (WY 7-5552)
(admitted *pro hac vice*)
1200 G Street NW, Suite 900
Washington, DC  20005
Telephone: (307) 709-5643
brennanb@nwf.org
*Attorneys for Proposed Amici Curiae*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GARFIELD COUNTY UTAH, a Utah political subdivision; KANE COUNTY, UTAH, a Utah political subdivision; and THE STATE OF UTAH, by and through its Governor, SPENCER J. COX, and its Attorney General, SEAN D. REYES, | **PROPOSED ORDER GRANTING MOTION FOR LEAVE TO SUBMIT AMICI CURIAE BRIEF** |
| Plaintiffs, | Lead Case No. 4:22-cv-00059-DN |
| ZEBEDIAH GEORGE DALTON; BLUERIBBON COALITION; KYLE KIMMERLE; and SUZETTE RANEA MORRIS, | Member Case No: 4:22-cv-00060-DN |
| Consolidated Plaintiffs, | District Judge David Nuffer |
| vs. | Magistrate Judge Paul Kohler |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; et al., | |
| Defendants, | |

| | |
|---|---|
| HOPI TRIBE, NAVAJO NATION, PUEBLO OF ZUNI, UTE MOUNTAIN UTE TRIBE,<br><br>Intervenor-Defendants. | |

Upon review of the Unopposed Motion by the National Wildlife Federation, the Utah Wildlife Federation, the New Mexico Wildlife Federation, the Arizona Wildlife Federation, and the Colorado Wildlife Federation for Leave to File Amici Brief, any responses and replies filed pertaining to it, and the file in this matter, it is:

ORDERED that the Motion is GRANTED, and it is

FURTHER ORDERED that the amici curiae brief, attached as Exhibit A to the Motion, shall be filed with this Court within 3 days of this order.

DATED this __ day of _____, 2023.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge