# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GARFIELD COUNTY, a Utah political subdivision; KANE COUNTY, a Utah political subdivision; and THE STATE OF UTAH, by and through its Governor, SPENCER J. COX, and its Attorney General, SEAN D. REYES;<br><br>Plaintiffs,<br><br>ZEBEDIAH GEORGE DALTON; BLUERIBBON COALITION; KYLE KIMMERLE; and SUZETTE RANEA MORRIS;<br>Consolidated Plaintiffs,<br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*;,<br><br>Defendants,<br><br>HOPI TRIBE, NAVAJO NATION, PUEBLO OF ZUNE, and UTE MOUNTAIN TRIBE; SOUTHERN UTAH WILDERNES ALLIANCE;<br><br>Intervenor-Defendants. | **ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS**<br><br><br>Case No:4:22-cv-00059-DN-PK (lead case)<br>Case No: 4:22-cv-00060-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Upon review of the Unopposed Motion by the Separation of Powers Clinic for Leave to File *Amicus* Brief,[1] and any responses and replies filed pertaining to it, and the file in this matter, and finding good cause therefor, it is:

ORDERED that the Motion is GRANTED, and it is

---

[1] Docket no. 156, filed April 21, 2023.

FURTHER ORDERED that the *amicus curiae* brief shall be filed with this Court within 3 business days of the date of this order.

DATED this 24th day of April 2023.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge