Hanna Larsen (Utah #18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Tele: (801) 486-3161
hanna@suwa.org

*Attorney for Defendant-Intervenors*
*Southern Utah Wilderness Alliance et al.*

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **GARFIELD COUNTY, UTAH**. *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>Defendants,<br><br>**HOPI TRIBE** *et al.*,<br><br>Defendant-Intervenors,<br>and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE** *et al.*,<br><br>Defendant-Intervenors. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 4:22-cv-00059-DN<br><br>District Judge David Nuffer |

Notice is hereby given of the entry of the undersigned as counsel for Defendant-Intervenors Southern Utah Wilderness Alliance *et al.* in the above-titled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other materials relevant to this action should be directed to and served upon:

Hanna Larsen
hanna@suwa.org
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111

DATED: October 21, 2026

Respectfully submitted,

*/s/ Hanna Larsen*
Hanna Larsen