Hanna Larsen (Utah #18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Tele: (801) 486-3161
hanna@suwa.org

*Attorney for Defendant-Intervenors*
*Southern Utah Wilderness Alliance et al.*

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **GARFIELD COUNTY, UTAH**. *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>Defendants,<br><br>**HOPI TRIBE** *et al.*,<br><br>Defendant-Intervenors,<br>and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE** *et al.*,<br><br>Defendant-Intervenors. | **MOTION FOR ADMISSION PRO HAC VICE OF JACQUELINE IWATA**<br><br>Case No. 4:22-cv-00059-DN<br><br>District Judge David Nuffer |

Pursuant to DUCivR 83-1.1(c), I hereby move the admission of Jacqueline Iwata as pro hac vice counsel for Defendant-Intervenor Natural Resources Defense Council. I am an active member of this Court's bar, have appeared in this matter, and consent to serve as local counsel. Attached to this motion are the application for pro hac vice admission (Exhibit A) and a

proposed order (Exhibit B). The admission fee has been paid to the court at the time of filing.

Respectfully submitted this 21st day of October, 2026.

*/s/ Hanna Larsen*
Hanna Larsen