# EXHIBIT A

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**APPLICATION FOR PRO HAC VICE ADMISSION**

## CONTACT INFORMATION


Local Counsel: Hanna Larsen
Firm: Southern Utah Wilderness Alliance
Address: 425 E 100 S
Salt Lake City, Utah 84111

Telephone: 801.428.3992
Email: hanna@suwa.org

Pro Hac Vice Applicant: Jacqueline Iwata
Firm: Natural Resources Defense Council
Address: 1152 15th Street NW Ste. 300
Washington, DC 20005

Telephone: 202-289-6868
Email: jiwata@nrdc.org


An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| California | 304377 | 6/12/2015 |
| District of Columbia | 1047984 | 8/7/2017 |
| Tenth Circuit | | 8/18/2023 |
| Ninth Circuit | | 6/30/2017 |
| U.S. District Court for the District of D.C. | 1047984 | 9/11/2017 |
| U.S. District Court for the Central District of Illinois | | 3/4/2019 |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted? ☐ Yes ☒ No

If yes, please explain:

**LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH**
**IN THE PREVIOUS 5 YEARS**

| Case Name | Case Number | Date of Admission |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

________________________________
Signature

October 21, 2026_________
Date