# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **GARFIELD COUNTY, UTAH**. *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>Defendants,<br><br>**HOPI TRIBE** *et al.*,<br><br>Defendant-Intervenors,<br>and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE** *et al.*,<br><br>Defendant-Intervenors. | **[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF JACQUELINE IWATA**<br><br>Case No. 4:22-cv-00059-DN<br><br>District Judge David Nuffer |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Jacqueline Iwata Based on the motion and for good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED.

DATED this ____________ day of _______________, 2026.

______________________________
David Nuffer
United States District Judge