ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

JENNIFER R. LAKE
Trial Attorney
Natural Resources Section
Energy and Natural Resources Division
U.S. Department of Justice
999 18th St., North Tower, Ste. 600
Denver, CO 80202
Phone: 202-826-7079
E-mail: Jennifer.Lake2@usdoj.gov

*Counsel for Defendants*

---

**UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

---

GARFIELD COUNTY, UTAH, a Utah political subdivision; KANE COUNTY, UTAH, a Utah political subdivision; THE STATE OF UTAH, by and through its Governor, SPENCER J. COX, and its Attorney General, SEAN D. REYES;
*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; DOUG BURGUM, in his official capacity as Secretary of Interior; DEPARTMENT OF THE INTERIOR; STEVE PEARCE, in his official capacity as Director of the Bureau of Land Management; BUREAU OF LAND MANAGEMENT; BROOKE ROLLINS, in her official capacity as Secretary of Agriculture; DEPARTMENT OF AGRICULTURE; TOM SCHULTZ, in his official capacity as Chief of the Forest Service; and FOREST SERVICE;
*Defendants,*

HOPI TRIBE, NAVAJO NATION, PUEBLO OF ZUNI, and UTE MOUNTAIN UTE TRIBE;
*Intervenor-Defendants,*

**NOTICE OF GENERAL APPEARANCE OF COUNSEL UNDER DUCivR 83-1.3**

Case No. 4:22-cv-00059-DN

District Judge David Nuffer

SOUTHERN UTAH WILDERNESS ALLIANCE, CENTER FOR BIOLOGICAL DIVERSITY, GRAND CANYON TRUST, GREAT OLD BROADS FOR WILDERNESS, NATIONAL PARKS CONSERVATION ASSOCIATION, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, WESTERN WATERSHEDS PROJECT, and WILDEARTH GUARDIANS.

*Intervenor-Defendants*.

I am admitted or otherwise authorized to practice in this court, and I hereby enter my general appearance in this case as counsel for Defendants Donald J. Trump, in his official capacity as President of the United States; Doug Burgum, in his official capacity as Secretary of Interior; the U.S. Department of the Interior; Steve Pearce, in his official capacity as Director of the Bureau of Land Management; the Bureau of Land Management; Brooke Rollins, in her official capacity as Secretary of Agriculture; the Department of Agriculture; Tom Schultz, in his official capacity as Chief of the Forest Service; and the Forest Service. With a general appearance, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served on the undersigned.

Dated: October 21, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Assistant Attorney General

*/s/ Jennifer R. Lake*
Jennifer R. Lake
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
999 18th St., North Tower, Ste. 600
Denver, CO 80202
Phone: 202-826-7079
E-mail: Jennifer.Lake2@usdoj.gov

*Counsel for Defendants*