ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

JENNIFER R. LAKE
ROMNEY S. PHILPOTT
Trial Attorneys
Natural Resources Section
Energy and Natural Resources Division
U.S. Department of Justice
999 18th St., North Tower, Ste. 600
Denver, CO 80202
Phone: 202-532-5077 (Philpott)
202-826-7079 (Lake)
E-mail: Romney.Philpott@usdoj.gov
Jennifer.Lake2@usdoj.gov

*Counsel for Defendants*

---

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GARFIELD COUNTY, UTAH, a Utah political subdivision; KANE COUNTY, UTAH, a Utah political subdivision; THE STATE OF UTAH, by and through its Governor, SPENCER J. COX, and its Attorney General, SEAN D. REYES;<br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; DOUG BURGUM, in his official capacity as Secretary of Interior; DEPARTMENT OF THE INTERIOR; STEVE PEARCE, in his official capacity as Director of the Bureau of Land Management; BUREAU OF LAND MANAGEMENT; BROOKE ROLLINS, in her official capacity as Secretary of Agriculture; DEPARTMENT OF AGRICULTURE; TOM SCHULTZ, in his official capacity as Chief of the Forest Service; and FOREST SERVICE;<br>*Defendants,*<br><br>HOPI TRIBE, NAVAJO NATION, PUEBLO OF ZUNI, and UTE MOUNTAIN UTE TRIBE; | Case No. 4:22-cv-00059-DN<br><br>District Judge David Nuffer |

*Intervenor-Defendants,*

SOUTHERN UTAH WILDERNESS ALLIANCE, CENTER FOR BIOLOGICAL DIVERSITY, GRAND CANYON TRUST, GREAT OLD BROADS FOR WILDERNESS, NATIONAL PARKS CONSERVATION ASSOCIATION, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, WESTERN WATERSHEDS PROJECT, and WILDEARTH GUARDIANS.

*Intervenor-Defendants*.

**JOINT MOTION TO EXTEND STATUS REPORT DEADLINE BY ONE WEEK**

1. Consistent with this Court's Order for Status Report (Dkt. 212), the parties have engaged in several conferences about the status of the case and have an additional meet and confer scheduled between all parties in the case for Thursday, October 22, 2026.

2. Given the complexities of this case and the need for additional time for internal Executive Branch coordination on those complexities, the parties request more time to analyze the topics in the Court's Order for Status Report and agree to a joint status report in this matter.

3. The parties accordingly request a one-week extension of time in which to file joint status report, from October 23, 2026 to October 30, 2026.

Dated: October 21, 2026

Derek Brown
Utah Attorney General

/s/ Jason L. DeForest
Jason L. DeForest
Assistant Attorney General
Office of the Utah Attorney General
1594 West North Temple, Suite 300
Salt Lake City, UT 84116
Jdeforest@agutah.gov
(801) 538-7227

*Counsel for the Plaintiff State of Utah*

/s/ Tyler Green
Tyler Green
Consovoy McCarthy PLLC
222 S. Main St., 5th Floor
Salt Lake City, UT 84101
tyler@consovoymccarthy.com
(703) 243-9423

*Counsel for Plaintiffs State of Utah, Garfield County, and Kane County*

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Assistant Attorney General

/s/ Jennifer R. Lake
Jennifer R. Lake
Romney S. Philpott
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
999 18th St., North Tower Ste. 600
Denver, CO 80202
Phone: 202-532-5077 (Philpott)
202-826-7079 (Lake)
Fax: 303-844-1350
E-mail: Romney.Philpott@usdoj.gov
Jennifer.Lake2@usdoj.gov

*Counsel for Defendants*

/s/ Heidi McIntosh
Heidi McIntosh, Utah State Bar # 6277
Thomas R. Delehanty, CO Bar #51887
(pro hac vice)
1125 17th Street, Suite 1010
Denver, CO 80202
Tel.: (303) 996-9466
hmcintosh@earthjustice.org
tdelehanty@earthjustice.org

*Attorneys for Intervenor-Defendants National Parks Conservation Association, The Wilderness Society, Grand Canyon Trust, Great Old Broads for Wilderness, Western Watersheds Project, WildEarth Guardians, Sierra Club, and Center for Biological Diversity*

/s/ Stephen H.M. Bloch
Stephen H.M. Bloch, Utah State Bar #7813
Hanna Larsen, Utah State Bar #18458
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
Tel.: (801) 486-3161
steve@suwa.org
hanna@suwa.org

*Attorneys for Intervenor-Defendants Southern Utah Wilderness Alliance and Natural Resources Defense Council*

/s/ *Matthew Campbell*
Matthew Campbell (pro hac vice)
mcampbell@narf.org
Jason Searle (pro hac vice)
searle@narf.org
Allison A. Neswood (pro hac vice)
neswood@narf.org
NATIVE AMERICAN RIGHTS FUND
250 Arapahoe Ave.
Boulder, CO 80302
Phone: (303) 447-8760

*Counsel for Hopi Tribe, Pueblo of Zuni, and Ute Mountain Ute Tribe*

/s/ *David Mielke*
David Mielke (pro hac vice)
dmielke@abqsonosky.com
SONOSKY, CHAMBERS, SACHSE, MIELKE & BROWNELL, LLP
500 Marquette Avenue, NW, Suite 660
Albuquerque, NM 87102
Phone: (505) 247-0147

Whitney A. Leonard (pro hac vice)
whitney@sonosky.net
SONOSKY, CHAMBERS, SACHSE, MILLER & MONKMAN, LLP
510 L Street, Suite 310
Anchorage, AK 99501
Phone: (907) 258-6377

*Counsel for Pueblo of Zuni*

*/s/ Jacqueline Iwata*
Jacqueline Iwata, DC Bar #1047984 (pro hac vice pending)
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Tel.: (202) 289-6868
jiwata@nrdc.org

*Attorney for Intervenor-Defendant Natural Resources Defense Council*

/s/ Sage G. Metoxen
Sage G. Metoxen (pro hac vice)
smetoxen@navajo-nsn.gov
NAVAJO NATION DEPARTMENT OF JUSTICE
PO Box 2010
Window Rock AZ 86515
Phone: (928) 871-6210

*Counsel for Navajo Nation*