UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| GARFIELD COUNTY, UTAH, a Utah political subdivision; KANE COUNTY, UTAH, a Utah political subdivision; THE STATE OF UTAH, by and through its Governor, SPENCER J. COX, and its Attorney General, SEAN D. REYES;<br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; DOUG BURGUM, in his official capacity as Secretary of Interior; DEPARTMENT OF THE INTERIOR; STEVE PEARCE, in his official capacity as Director of the Bureau of Land Management; BUREAU OF LAND MANAGEMENT; BROOKE ROLLINS, in her official capacity as Secretary of Agriculture; DEPARTMENT OF AGRICULTURE; TOM SCHULTZ, in his official capacity as Chief of the Forest Service; and FOREST SERVICE;<br>*Defendants,*<br><br>HOPI TRIBE, NAVAJO NATION, PUEBLO OF ZUNI, and UTE MOUNTAIN UTE TRIBE;<br>*Intervenor-Defendants,*<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, CENTER FOR BIOLOGICAL DIVERSITY, GRAND CANYON TRUST, GREAT OLD BROADS FOR WILDERNESS, NATIONAL PARKS CONSERVATION ASSOCIATION, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, WESTERN WATERSHEDS PROJECT, and WILDEARTH GUARDIANS.<br>*Intervenor-Defendants*. | **ORDER GRANTING JOINT MOTION TO EXTEND STATUS REPORT DEADLINE BY ONE WEEK**<br><br>Case No. 4:22-cv-00059-DN-PK<br><br>District Judge David Nuffer |

This matter comes before the Court on the Parties' Joint Motion to Extend Status Report Deadline by One Week ("Motion"). Having considered the motion, the Court finds that the Parties have established good cause for the motion.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED** and the parties' deadline to file a joint status report is extended from October 23, 2026 to October 30, 2026..

DATED this __th day of October, 2026.

BY THE COURT:

______________________________
DISTRICT JUDGE DAVID NUFFER
United States District Judge