Derek Brown (Utah Bar No. 10476)
Utah Attorney General

Jason L. DeForest (Utah Bar No. 14628)
Assistant Attorney General
Office of the Utah Attorney General
1594 West North Temple, Suite 300
Salt Lake City, UT 84116
jdeforest@agutah.gov
(801) 537-7227

*Counsel for Plaintiff State of Utah*

Tyler R. Green (Utah Bar No. 10660)
Consovoy McCarthy PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com

*Counsel for Plaintiffs Garfield County, Utah; Kane County, Utah; State of Utah*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

GARFIELD COUNTY, UTAH, a Utah political subdivision, et al.;

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.;

*Defendants,*

HOPI TRIBE, et al.;

*Intervenor-Defendants,*

SOUTHERN UTAH WILDERNESS ALLIANCE, et al.;

*Intervenor-Defendants.*

**JOINT RESPONSE TO ORDER FOR STATUS REPORT AND MOTION FOR BRIEFING SCHEDULE**

Case No. 4:22cv00059 DN-PK

Judge David Nuffer
Magistrate Judge Paul Kohler

1. Consistent with the Court's orders for a status report, Dkts.212, 220, the parties jointly provide the following update:

2. Plaintiffs intend to file a motion for leave to amend or supplement their complaint in light of the United States Court of Appeals for the Tenth Circuit's decision, *Garfield Cnty. v. Trump*,

179 F.4th 814 (10th Cir. 2026), and President Trump's recent proclamations concerning the Grand Staircase-Escalante and Bears Ears National Monuments, *Modifying the Grand Staircase-Escalante National Monument*, 91 Fed. Reg. 45179 (July 13, 2026); *Modifying the Bears Ears National Monument*, 91 Fed. Reg. 45169 (July 13, 2026).

3. All parties—Plaintiffs, Defendants, and Defendant-Intervenors—have conferred and agree that a just, speedy, and inexpensive resolution of the action is most likely to be achieved through an orderly briefing schedule for Plaintiffs' forthcoming motion.

4. Accordingly, the parties have agreed on and respectfully request that the Court order the following briefing schedule:

- Plaintiffs will file a motion for leave to amend or supplement their complaint on or before December 18, 2026;

- Defendants and Defendant-Intervenors will file any response to that motion on or before January 15, 2027;

- Plaintiffs will file any reply to any response filed by Defendants or Defendant-Intervenors on or before January 22, 2027, or 1 week after all Defendants and Defendant-Intervenors file a response or notify the Court that they do not intend to file a response, whichever is earlier;

- No later than 4 weeks after the Court rules on Plaintiffs' motion for leave to amend or supplement their complaint, the parties will file a status report proposing a schedule for additional pleadings, for briefing summary judgment or other motions, and for other deadlines that may govern steps necessary to timely resolve this case.

Dated: October 30, 2026

Adam R. F. Gustafson
Principal Deputy Assistant Attorney General

*/s/ Jennifer R. Lake*
Jennifer R. Lake
Romney S. Philpott
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
999 18th St., North Tower Ste. 600
Denver, CO 80202
Phone: 202-532-5077 (Philpott)
202-826-7079 (Lake)
Fax: 303-844-1350
Email: Romney.Philpott@usdoj.gov
Jennifer.Lake2@usdoj.gov

*Counsel for Defendants*

*/s/ Heidi McIntosh*
Heidi McIntosh, Utah State Bar #6277
Thomas R. Delehanty, CO Bar #51887
(pro hac vice)
1125 17th Street, Suite 1010
Denver, CO 80202
Tel.: (303) 996-9466
hmcintosh@earthjustice.org
tdelehanty@earthjustice.org

*Attorneys for Intervenor-Defendants National Parks Conservation Association, The Wilderness Society, Grand Canyon Trust, Great Old Broads for Wilderness, Western Watersheds Project, WildEarth Guardians, Sierra Club, and Center for Biological Diversity*

Respectfully submitted,

*/s/ Tyler R. Green*
Tyler R. Green (Utah Bar No. 10660)
Consovoy McCarthy PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com

*Counsel for Plaintiffs Garfield County, Utah; Kane County, Utah; State of Utah*

Derek Brown (Utah Bar No. 10476)
Utah Attorney General

*/s/ Jason L. DeForest*
Jason L. DeForest (Utah Bar No. 14628)
Assistant Attorney General
Office of the Utah Attorney General
1594 West North Temple, Suite 300
Salt Lake City, UT 84116
jdeforest@agutah.gov
(801) 538-7227

*Counsel for Plaintiff State of Utah*

*/s/ Stephen H.M. Bloch*
Stephen H.M. Bloch, Utah State Bar #7813
Hanna Larsen, Utah State Bar #18458
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
Tel.: (801) 486-3161
steve@suwa.org
hanna@suwa.org

*Attorneys for Intervenor-Defendants Southern Utah Wilderness Alliance and Natural Resources Defense Council*

*/s/ Matthew Campbell*
Matthew Campbell (pro hac vice)
mcampbell@narf.org
Jason Searle (pro hac vice)
searle@narf.org
Allison A. Neswood (pro hac vice)
neswood@narf.org
NATIVE AMERICAN RIGHTS FUND
250 Arapahoe Ave.
Boulder, CO 80302
Phone: (303) 447-8760

*Counsel for Hopi Tribe, Pueblo of Zuni, and Ute Mountain Ute Tribe*

*/s/ David Mielke*
David Mielke (pro hac vice)
dmielke@abqsonosky.com
SONOSKY, CHAMBERS, SACHSE,
MIELKE & BROWNELL, LLP
500 Marquette Avenue, NW, Suite 660
Albuquerque, NM, 87102
Phone: (505) 247-0147

Whitney A. Leonard (pro hac vice)
whitney@sonosky.net
SONOSKY, CHAMBERS, SACHSE,
MILLER & MONKMAN, LLP
510 L Street, Suite 310
Anchorage, AK 99501
Phone: (907) 258-6377

*Counsel for Pueblo of Zuni*

*/s/ Sage G. Metoxen*
Sage G. Metoxen (pro hac vice)
smetoxen@navajo-nsn.gov
NAVAJO NATION DEPARTMENT OF
JUSTICE
PO Box 2010
Window Rock AZ 86515
Phone: (928) 871-6210

*Counsel for Navajo Nation*

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document through the Court's CM/ECF system on October 30, 2026, which will automatically serve counsel for all parties.

*/s/ Tyler R. Green*
Tyler R. Green